UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:24-CV-04546-SB-AGR | Date: | January 31, 2025 |
|---|---|---|---|

| Title: | Shakey's Pizza Asia Ventures, Inc v. PCJV USA, LLC et al. |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Michael Donnelly Murphy<br>Kenneth Paul Hsu | Todd Matthew Malynn |

**Proceedings: (Minutes of)** Mandatory Scheduling Conference **(Held and Completed)**

   The Court heard argument from counsel on its tentative ruling on Defendants' motion to dismiss (Dkt. No. 85), and the parties submitted on the Court's tentative ruling on Plaintiff's motion for order to show cause re civil contempt (Dkt. No. 87). The Court took the matters under submission.

0:24