1  **BLANK ROME LLP**
   Arash Beral (SBN 245219)
2  arash.beral@blankrome.com
   Todd M. Malynn (SBN 181595)
3  todd.malynn@blankrome.com
   Victor Sandoval (SBN 344461)
4  victor.sandoval@blankrome.com
   2029 Century Park East | 6th Floor
5  Los Angeles, CA 90067
   Telephone:  424.239.3400
6  Facsimile:   424.239.3434

7  Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI
8  TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC,
9  NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA,
10 LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J
11 & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

12

13

14              **UNITED STATES DISTRICT COURT**

15              **CENTRAL DISTRICT OF CALIFORNIA**

16
   
17 SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, | Case No. 2:24-CV-04546-SB(AGRx)

18                    Plaintiff, | *Hon. Stanley Blumenfeld, Jr.*

19        vs. | **SUPPLEMENTAL DECLARATION OF ADAM MANDEL**

20 PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a
21 Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER | Date:        February 28, 2025
                                                                                   Time:        8:30 a.m.
22 LA GROUP, LLC, a California limited                                              Courtroom: 6C
   liability company; NKM CAPITAL GROUP,
23 LLC, a California limited liability company; | Complaint Filed:  May 31, 2024
   J & K AMERICANA, LLC, a California        | Trial Date:         August 4, 2025
24 limited liability company; J&K
   LAKEWOOD, LLC, a California limited
25 liability company; J&K VALLEY FAIR,
   LLC, a California limited liability company;
26 J & K ONTARIO, LLC, a California limited
   liability company; HLK MILPITAS, LLC, a
27 California, limited liability company; GK
   CERRITOS, LLC, a California, limited
28 liability company;  J&K PC TRUCKS, LLC,
   a California limited liability company; and,

160850.00001/151846931v.1

**DECLARATION OF ADAM MANDEL**

| | |
|---|---|
| 1 | GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | Defendants. |
| 4 | _____ |
| 5 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Counter-Claimants, |
| 11 | v. |
| 12 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 13 | Counter Defendant. |
| 14 | _____ |
| 15 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | Third Party Plaintiffs, |
| 21 | v. |
| 22 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive, |
| 23 | |
| 24 | |
| 25 | |
| 26 | Third Party Defendants. |
| 27 | |
| 28 | |

# SUPPLEMENTAL DECLARATION OF ADAM MANDEL

I, Adam Mandel, declare as follows:

1. I am the acting Chief Operating Officer for PCJV USA, LLC ("PCJV"). I file this declaration to supplement the papers we filed two weeks ago. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify under oath, I could and would competently do so.

2. As much of the recent efforts have involved landlords, Ms. Grudnowski has been the lead point person on those matters and her declaration filed concurrently herewith supplies updated information regarding status. For the units under company control, I believe we have completed de-branding of Potato Corner marks (or are in the very final stage of completing being de-branded). This de-branding includes all case elements, paper goods, uniforms, and other non-permanent signage or items that require landlord approval.

3. Images of restaurant locations under company control I caused to be taken showing our de-brand efforts are attached collectively as Exhibit "1" to Ms. Grudnowski's Declaration.

4. Permanent signage elements (such as fixed signs, wallpaper or fascia signage at kiosks) have been submitted in shop drawings for mall approvals. We have contracted for installation and begun to prepare replacements some of which will be arriving next week. Upon receiving mall approvals, we will be able to quickly replace out these permanent signage elements.

I declare under penalty of perjury that the foregoing is true and correct. Executed February 21, 2025, within the United States, its territories, possessions, or commonwealths.

Signed by:
Adam Mandel

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 21, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 21, 2025.

By:   /s/AJ Cruickshank