# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC., a Philippines corporation,<br><br>Plaintiff(s)<br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cv-04546-SB(AGRx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of: Shakey's Pizza Asia Ventures, Inc. (Name of Party)   ☒ Plaintiff  ☐ Defendant  ☐ Other

☒ to substitute   Michael D. Murphy of Fox Rothschild LLP   who is
☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

Street Address: 10250 Constellation Blvd., #900
City, State, Zip: Los Angeles, CA 90067
E-Mail Address: mdmurphy@foxrothschild.com
Telephone Number: 213-213-1211
Fax Number: 
State Bar Number: 224678

As attorney of record instead of   Michael D. Murphy of Ervin Cohen & Jessup LLP
List **all** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☒ **GRANTED**  ☐ **DENIED**

☒ The Court hereby orders that the request of:   Michael D. Murphy
List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for   Plaintiff Shakey's Pizza Asia Ventures, Inc.

**Is hereby** ☒ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **February 28, 2025**

*/s/ Stanley Blumenfeld, Jr.*
Stanley Blumenfeld, Jr., U.S. District Judge