UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:24-CV-04546-SB-AGR | Date: | February 28, 2025 |
|---|---|---|---|

| Title: | Shakey's Pizza Asia Ventures, Inc. v. PCJV USA, LLC et al. |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Michael Donnelly Murphy | Arash Beral |
| Kenneth Paul Hsu | Todd Matthew Malynn |

**Proceedings: (Minutes of)** Order to Show Cause Re Civil Contempt **(Held and completed)**

    The Court heard argument from counsel regarding its order to show cause (OSC) re civil contempt.  The parties no later than March 7, 2025, shall meet and confer in person—on as many occasions as is necessary—to thoroughly discuss (1) any outstanding violations of the Court's preliminary injunction, which the Court expects Defendants to promptly remedy, and (2) the amount of reasonable attorney's fees to award to Plaintiff in connection with its contempt motion, in light of the Court's conclusion that Defendants violated the preliminary injunction before the January 31, 2025 OSC.  As the Court stated more fully on the record, the Court expects the parties and counsel to thoroughly discuss all aspects of these issues and to seek in good faith to reach agreement.  No later than March 10, 2025, the parties shall file a joint status report on their meet and confer efforts and, if possible, their agreement resolving these disputes.

    If the parties are unable to fully resolve the issues involving compliance with the preliminary injunction, then they shall file by March 14 a joint witness list, joint exhibit list, and all other materials that would be required in advance of a bench trial under the Court's Civil Pretrial and Trial Order, Dkt. No. 30.  The

Court SETS an evidentiary hearing on March 28, 2025 at 8:30 a.m., which will be vacated if the parties are able to reach agreement and avoid the need for an evidentiary hearing. Otherwise, the parties and their witnesses should be prepared for the evidentiary hearing to trail day-to-day based on the Court's availability.

The Court strongly encourages the parties and counsel to exhibit greater professionalism and cooperation to avoid the need for further judicial intervention.

0:24