1  MICHAEL D. MURPHY
   mdmurphy@foxrothschild.com
2  JORDAN ZOLLIECOFFER
   jzolliecoffer@foxrothschild.com
3  FOX ROTHSCHILD LLP
   Constellation Place
4  10250 Constellation Boulevard, Suite 900
   Los Angeles, California 90067
5  Telephone:  310.598.4150
   Facsimile:   310.556.9828
6
7  Attorneys for Plaintiff SHAKEY'S
   PIZZA ASIA VENTURES, INC.
8
9           UNITED STATES DISTRICT COURT
10          CENTRAL DISTRICT OF CALIFORNIA

11 | SHAKEY'S PIZZA ASIA VENTURES, | Case No. 2:24-CV-04546-SB(AGRx)
   | INC, a Philippines corporation, |
12 |                                 | *The Hon. Stanley Blumenfeld, Jr.*
   |              Plaintiff,         |
13 |                                 | **FURTHER JOINT STATUS
   |                                 | REPORT OF PLAINTIFF AND
14 |      v.                         | DEFENDANTS REGARDING
   |                                 | ONGOING MEET AND CONFER
15 | PCJV USA, LLC, a Delaware limited | DISCUSSIONS**
   | liability company; PCI TRADING, |
16 | LLC, a Delaware limited liability |
   | company; GUY KOREN, an individual; |
17 | POTATO CORNER LA GROUP, LLC, |
   | a California limited liability company; | Complaint Filed:    May 31, 2024
18 | NKM CAPITAL GROUP, LLC, a | Trial Date:          August 4, 2025
   | California limited liability company; J & |
19 | K AMERICANA, LLC, a California |
   | limited liability company; J&K |
20 | LAKEWOOD, LLC, a California |
   | limited liability company; J&K |
21 | VALLEY FAIR, LLC, a California |
   | limited liability company; J & K |
22 | ONTARIO, LLC, a California limited |
   | liability company; HLK MILPITAS, |
23 | LLC, a California, limited liability |
   | company; GK CERRITOS, LLC, a |
24 | California, limited liability company; |
   | J&K PC TRUCKS, LLC, a California |
25 | limited liability company; and, GK |
   | CAPITAL GROUP, LLC, a California |
26 | limited liability company and DOES 1 |
   | through 100, inclusive, |
27 |                                 |
   |              Defendants.        |
28 |                                 |

                           1

1

2  PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company;

3  POTATO CORNER LA GROUP LLC, a California limited liability company;

4  GK CAPITAL GROUP, LLC, a California limited liability company;

5  NKM CAPITAL GROUP LLC, a California limited liability company; and

6  GUY KOREN, an individual,

7                   Counter-Claimants,

8        v.

9  SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

10                 Counter Defendant.

11

12  PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company;

13  POTATO CORNER LA GROUP LLC, a California limited liability company;

14  GK CAPITAL GROUP, LLC, a California limited liability company;

15  NKM CAPITAL GROUP LLC, a California limited liability company; and

16  GUY KOREN, an individual,

17                  Third Party Plaintiffs,

18        v.

19  PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a

20  California corporation; CINCO CORPORATION, a Philippines

21  corporation; and DOES 1 through 10, inclusive,

22

23                 Third Party Defendants.

24

25

26

27

28

2

FURTHER JOINT STATEMENT REGARDING          CASE NO. 2:24-CV-04546-SB(AGRX)
CONTEMPT NEGOTIATIONS

1

## **JOINT STATEMENT**

2     Pursuant to this Court's Orders of March 4 and 11, 2025 (Dkt. #117 and

3  #122), Plaintiff Shakey's Pizza Asia Ventures, Inc. ("Plaintiff") and Defendants

4  PCJV USA, LLC and Guy Koren (collectively, "Defendants") submit the following

5  further status report, regarding their ongoing meet and confer efforts to resolve

6  (1) "any outstanding violations of the Court's preliminary injunction," and (2) "the

7  amount of reasonable attorney's fees to award to Plaintiff in connection with its

8  contempt motion."

9     As to the first issue, Plaintiff is satisfied that, with one exception, the ongoing

10  and "outstanding violations of the Court's preliminary injunction" raised at the

11  February 28, 2025 hearing have been addressed by Defendants. As such, Plaintiff is

12  satisfied that Defendants have achieved substantial compliance.

13     Plaintiff contends that one remaining issue is not currently believed to be an

14  issue of contempt, as it does not, on its own, reveal a knowing intent to refuse

15  compliance with the injunction. That issue involves an admitted non-compliance,

16  with respect to fixed signs displaying the trademarks at issue that Defendants

17  represent have not yet been covered, removed, or replaced due to the need,

18  Defendants contend, for landlord approval. Plaintiff does not currently believe this

19  indicates contemptuous non-compliance, but, instead a good faith dispute as to

20  whether a landlord's approval constitutes sufficient "impossibility" that it trumps

21  this Court's authority to enforce an order that the sign constitutes a likely violation

22  of the Lanham Act and is to be removed. In addition to not being an issue of

23  contempt it may also become moot. If the signs that remain on display continue in

24  place, this issue may be raised for resolution, however, it does not, at this time,

25  appear to Plaintiff as being an issue of contempt any longer.

26     Based on the foregoing, then, **Plaintiff and Defendants can now**

27  **affirmatively represent to the Court that the issue of whether the ongoing**

28

FURTHER JOINT STATEMENT REGARDING                    CASE NO. 2:24-CV-04546-SB(AGRX)
CONTEMPT NEGOTIATIONS

1  **noncompliance constitutes a contempt has been resolved, and they do not**

2  **believe an evidentiary hearing on ongoing contempt is necessary**.

3        With respect to the issue of the amount of fees to be ordered, Plaintiff and

4  Defendants have continued their negotiation since the last Status Report, but have

5  not yet agreed on a number. Each has proposed a number, and they are negotiating

6  in good faith as to where the compromise number lies. They are sharing and

7  considering additional information and are hopeful that such a compromise will be

8  made. Such a compromise will include payment of the fees ordered on the Anti-

9  SLAPP motion as well.

10        If, by one week from Friday, March 21, 2025, no compromise has been

11  struck, Plaintiff and Defendants respectfully request that the Parties prepare a Joint

12  Statement not to exceed more than 3 pages per side (excluding exhibits), for either

13  this Court, or if this Court prefers, the Magistrate, to consider for resolution.

14  Dated:  March 12, 2025         **FOX ROTHSCHILD LLP**

15

16

17                       */s/ Michael D. Murphy*
                     Michael D. Murphy

18                       Jordan Zolliecoffer
                     Attorneys for Plaintiff SHAKEY'S

19                       PIZZA ASIA VENTURES, INC.

20

21  DATED:  March 12, 2025         **BLANK ROME LLP**

22

23

24                    By:*/s/ Arash Beral*
                     Arash Beral

25                       Todd Malynn
                     Victor Sandoval

26                    Attorneys for Defendants

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2

The undersigned certifies that, on March 12, 2025, the foregoing document

3

was electronically filed with the Clerk of the Court for the United States District

4

Court, Central District of California, using the Court's ECF filing system. I further

5

certify that all counsel for all parties to this action are registered CM/ECF user and

6

that service will be accomplished by the CM/ECF system.

7

I certify under penalty of perjury that the foregoing is true and correct.

8

Dated:  March 12, 2025                           FOX ROTHSCHILD LLP

9

10

11

*/s/ Michael D. Murphy*
Michael D. Murphy
Attorneys for Plaintiff SHAKEY'S
PIZZA ASIA VENTURES, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5