| | |
|---|---|
| 1 | **BLANK ROME LLP** |
| | Arash Beral (SBN 245219) |
| 2 | arash.beral@blankrome.com |
| | Todd M. Malynn (SBN 181595) |
| 3 | todd.malynn@blankrome.com |
| | Victor Sandoval (SBN 344461) |
| 4 | victor.sandoval@blankrome.com |
| | 2029 Century Park East | 6th Floor |
| 5 | Los Angeles, CA 90067 |
| | Telephone:  424.239.3400 |
| 6 | Facsimile:   424.239.3434 |
| 7 | Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI |
| 8 | TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, |
| 9 | NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, |
| 10 | LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J |
| 11 | & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, | Case No. 2:24-CV-04546-SB(AGRx) |
| 18 | Plaintiff, | *Hon. Stanley Blumenfeld, Jr.* |
| 19 | vs. | **ACCEPTANCE OF SERVICE OF SUMMONS ON BEHALF OF THIRD PARTY DEFENDANTS PC INTERNATIONAL PTE LTD, SPAVI INTERNATIONAL USA INC. AND CINCO CORPORATION** |
| 20 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited | |
| 21 | | |
| 22 | | |
| 23 | | Complaint Filed:  May 31, 2024 |
| 24 | | Trial Date:          August 4, 2025 |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 |       Defendants. |
| 5 | _____ |
| 6 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 |       Counter-Claimants, |
| 12 |  v. |
| 13 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 14 |       Counter Defendant. |
| 15 | _____ |
| 16 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 |       Third Party Plaintiffs, |
| 22 |  v. |
| 23 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive, |
| 24 | |
| 25 | |
| 26 | |
| 27 |       Third Party Defendants. |
| 28 | |

**ACCEPTANCE OF SERVICE OF SUMMONS ON BEHALF OF THIRD PARTY DEFENDANTS PC INTERNATIONAL PTE LTD, SPAVI INTERNATIONAL USA INC. AND CINCO CORPORATION**

## ACCEPTANCE OF SERVICE OF SUMMONS

On behalf of Third Party Defendants PC International PTE Ltd, Spavi International USA Inc. and Cinco Corporation, Fox Rothschild LLP c/o Michael D. Murphy and/or Jordan Zolliecoffer accepts service of the Summons (ECF 137) and Third Party Complaint (ECF 108) and agree to file a responsive pleading by no later than April 14, 2025 in accordance with the stipulation of the parties (ECF 124).

DATED:   April 3, 2025            **FOX ROTHSCHILD LLP**

By: */s/ Michael D. Murphy*
  Michael D. Murphy
  Jordan Zolliecoffer
  On behalf of Third Party Defendants PC International PTE Ltd, Spavi International USA Inc., and Cinco Corporation

2

**ACCEPTANCE OF SERVICE OF SUMMONS ON BEHALF OF THIRD PARTY DEFENDANTS PC INTERNATIONAL PTE LTD, SPAVI INTERNATIONAL USA INC. AND CINCO CORPORATION**

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 3, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 3, 2025.

By: /s/AJ Cruickshank

3

ACCEPTANCE OF SERVICE OF SUMMONS ON BEHALF OF THIRD PARTY DEFENDANTS PC INTERNATIONAL PTE LTD, SPAVI INTERNATIONAL USA INC. AND CINCO CORPORATION