UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV-24-04546-SB (AGRx)                                            Date: April 7, 2025

Title   Shakeys Pizza Asia Ventures, Inc v. PCJV USA, LLC., et. al.

Present: The Honorable:   Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings: (IN CHAMBERS) VIDEO SETTLEMENT CONFERENCE ORDER**

**<u>READ CAREFULLY – STRICT COMPLIANCE IS REQUIRED</u>**

　　IT IS ORDERED that the parties shall appear for a settlement conference on **May 7, 2025 at 1:30 p.m.**  The settlement conference will be conducted by video conferencing.  The steps to access the video conferencing will be provided prior to the settlement conference.

　　Counsel and parties or party representatives appearing at the settlement conference must have meaningful authority to negotiate and agree to a settlement of the case.  In the case of lawsuits brought against the United States or any of its agencies as a party, the attendance of an attorney charged with responsibility for the conduct of the case and who has final settlement authority as provided by his or her superiors is required.

　　I.   Confidential Settlement Conference Statements

　　On or before **<u>April 30, 2025,</u>** each party shall deliver or e-mail to the chambers of Magistrate Judge Alicia G. Rosenberg at agr_chambers@cacd.uscourts.gov, a Confidential Settlement Conference Statement.  The statement, which may be in the form of a letter, shall contain the following information:  (a) a summary of the factual background of the case; (b) a summary of important legal and factual issues presented by the case, and the submitting party's position on each issue; (c) a description of the damages or other relief sought by or against the submitting party; (d) a summary of the settlement negotiations or other means of alternative dispute resolution utilized prior to the date of the statement, including the content and date of any offers of compromise made or received by the submitting party, and the content and date of any responses to such offers; (e) the trial date and the pre-trial conference date (if set), the estimated length of trial, and whether a court or jury trial is contemplated; and (f) any other relevant facts

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV-24-04546-SB (AGRx)                                                                 Date: April 7, 2025

Title         Shakeys Pizza Asia Ventures, Inc v. PCJV USA, LLC., et. al.

or circumstances that counsel believe will assist the Court in conducting the settlement conference.

      II. Settlement Conference

      The video settlement conference will begin in a joint session with all parties and then proceed in separate "breakout rooms" with the Magistrate Judge and each party or "side" for private discussions. In the separate "breakout room," a party or side may confidentially discuss with the Magistrate Judge information that may assist in the settlement process but that the party or side prefers not to disclose directly to the opposing party or side. If a party has an objection to these procedures, that party must advise the Courtroom Clerk and all other parties of the objection at least one week prior to the settlement conference.

      All statements related to the settlement conference, including any substantive comments made by the Magistrate Judge, are confidential settlement discussions and are not to be disclosed in any other court proceeding.

Initials of Preparer   kl