MICHAEL D. MURPHY
mdmurphy@foxrothschild.com
JORDAN ZOLLIECOFFER
jzolliecoffer@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:  310.598.4150
Facsimile:  310.556.9828

Attorneys for Plaintiff SHAKEY'S
PIZZA ASIA VENTURES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld*<br><br>**JOINT STATUS REPORT OF PLAINTIFF AND DEFENDANTS REGARDING ONGOING MEET AND CONFER DISCUSSIONS**<br><br>Complaint Filed:    May 31, 2024<br>Trial Date:            August 4, 2025 |

1

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

Counter-Claimants,

v.

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

Counter Defendant.

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

Third Party Plaintiffs,

v.

PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive,

Third Party Defendants.

2

JOINT STATUS REPORT OF PLAINTIFF AND DEFENDANTS REGARDING ONGOING MEET AND CONFER DISCUSSIONS

Pursuant to this Court's Orders of March 25, 2025 (Dkt. 135), Plaintiff Shakey's Pizza Asia Ventures, Inc. ("SPAVI" or "Plaintiff") and Defendants PCJV USA, LLC and Guy Koren (collectively, "Defendants") submit the following Joint Statement, regarding their meet and confer efforts to resolve (1) "any outstanding violations of the Court's preliminary injunction," and (2) "the amount of reasonable attorney's fees to award to Plaintiff in connection with its contempt motion." Because the parties were not able to come to an agreement, each presents its 3-page statement of position, as expressed below.

## **PLAINTIFF'S STATEMENT**

This Court concluded that Defendants PCJV and Koren, at least prior to February 28, 2025, were in contempt of the November 14, 2024, Injunction. At this Court's February 28, 2025, hearing, it ordered that, although Plaintiff sought damages exceeding $300,000, in the form of license fees as well as attorneys' fees, it would order attorneys' fees and costs incurred as the sole damage. The parties were charged with negotiating the amount of fees and costs to be awarded. Despite Plaintiff's reasonableness and reductions, that negotiation failed. The parties' positions are well known; having been shared in multiple in person meet and confers, and emails. Most recently, on April 4, 2025, the parties' counsel met, in person, and repeated their positions described herein. Because the negotiations have ended, the parties are to restate these positions justifying their last number. [1]

Plaintiff's total costs and fees, as explained below, is $140,380,00, revealed by adding up the fees disclosed in Exhs. 1-6, and the costs of the investigator who charged $2500 each visit, as reflected in Exh. 7 (one exemplar). Plaintiff offered on March 8, 2025, to reduce it to $60,000. This was rejected by Defendants who rejected that and countered at an incomprehensively low *$12,000*. Plaintiffs, trying

---

[1] Defendants will likely complain about the preparation of this summary of their positions supporting their number, without disclosing their conduct and demands in preparation of this filing. There is insufficient space to fairly address what actually happened.

3

to come to a resolution, offered to compromise the six-figure amount further, and reduced their offer to $50,000 during the in person meet and confer on April 4, 2025. On the eve of this filing, Defendants increased their amount to $25,000, calling it their "best and final." This number, as a best and final, cannot be agreed to. It does not even pay for all the fees and costs incurred just for writing the motion itself (Dkt. 87), the contempt hearing appearances, and subsequent fees and costs specifically related to that motion: $69,028.50.

**Plaintiff respectfully requests that this Court order that Defendants pay $75,000**. This reduction would pay for the investigator's time ($2500 per visit, Exh. 7, and there were five visits) and reflects all of the fees incurred actually writing the contempt motion and meeting and conferring upon it, as well as all of the hearings, filings, meet and confers, and work incurred after its filing ($69,028.50), along with an increase reflecting all the work done prior to filing the Motion, which was necessary as it was all part of SPAVI's efforts to obtain injunction compliance.

This is based upon the following. First, attorney fee invoices: Exhs 1-6 being invoices from the injunction through the present, from Mr. Murphy's prior firm and Fox Rothschild, where he is now a partner. Defendants received those invoices on March 8, 2025, except for invoices reflecting February 2025 fees and costs from Mr. Murphy's prior firm (Exh. 4), and the invoice for March 2025 time (Exh. 6), as neither had been prepared. Second: investigator invoices. Exh. 7 is the most recent invoice from Agaki, the investigator, for $2562.38. Agaki visited three times before the Motion for Contempt, once while pending, and once after: 2500 x 5 = $12,500.

An Order of $75,000 is an appropriate compromise for the following reasons.

**First**, Defendants maintain fees should be capped at $25,000. Defendants claim this is a "cap" because of references to that number in the Contempt Motion. Defendant provided no authority, nor can Plaintiff find any, suggesting that this portion of the Motion limits Plaintiffs' right to additional fees. Instead, Plaintiff

4

1  requested damages exceeding $300,000, which included an estimated daily license

2  fee as well as attorneys' fees. As to fees, Plaintiff expressly asked for the

3  opportunity to submit further briefing on the amount of fees and costs should the

4  Court decide to award them, effectively using $25,000 as a placeholder. (Dkt. 87 at

5  p. 4 of the Notice (p. 5 of 33) and 29:5-30:2 of the brief (pp. 29-30 out of 33).

6  Defendant never objected to this, nor did it ever argue to this Court in response to

7  this portion of the contempt proceeding, that the fees portion is already decided.

8      **Second**, Defendants incorrectly claim that Mr. Murphy told Defendants he

9  would be seeking only $25-30,000. During a meet and confer he estimated his own

10  fees to be about that amount but had not yet reviewed and analyzed the invoices.

11      **Third**, Defendants maintain that Plaintiff took too broad a view of what was

12  included in the Court's ruling that fees and costs would be awarded as damages

13  resulting from the contempt. Here is the issue: Plaintiffs maintain fees and costs

14  incurred in the contempt motion should include all fees and costs incurred to force

15  Defendants to comply with the injunction. This includes not only the obvious (meet

16  and confers and briefing the contempt motion and subsequent hearings), but also

17  prior fees incurred specifically focused on obtaining compliance. For example,

18  Defendants first Ex Parte on the injunction raised compliance as an issue. (Dkt. 58).

19  Plaintiffs' response (Dkt. 60) was so important towards contempt, that, in response

20  this Court issued an Order clarifying what compliance means in the context of what

21  a contempt order would evaluate. (Dkt. 64 at p.3) In fact, that briefing and the

22  Order (Dkt. 64) was so integral to contempt that it was cited to and explained in the

23  Contempt ruling (Dkt. 100, p. 2 at n. 1.) This is an example of fees and costs

24  incurred by Plaintiff that did not specifically involve writing the contempt motion

25  but included work towards achieving injunction compliance. Defendants reject this

26  as being among fees as damages for contempt. Plaintiff should have had to incur **no**

27  **fees**, had Defendants complied. All fees incurred towards achieving compliance

28  should be included. Notably, Defendants refuse to state what fees would fit into

5

their limited view of what was to be awarded (it is substantial).

**Third**, Defendants object to the total number by claiming that Kenneth Hsu's block billing resulted in overstating fees. As reflected in Exhs 1-3 and 5, Plaintiff **reduced** each of Mr. Hsu's entries so as to reflect that time was spent on other things. Mr. Murphy's reductions were aggressive in favor of Defendants.

**Fourth**, Defendants object and claiming that Plaintiffs' counsel spent too much time briefing or duplicated efforts. They can identify no entry however that reveals that a partner (Murphy) and an associate (Hsu) were duplicating efforts.

The requested $75,000 is fair and accommodates everyone's positions.

### DEFENDANTS' STATEMENT

To begin, the Court should note that Plaintiff refused to share its portion of the report with us so that we could respond. We drafted the following in the dark.

On February 28, 2025, the Court expressed its dissatisfaction over the issue of the parties' discussions on reasonable attorney's fees on the anti-SLAPP motion. ("Before you answer, I'm not talking about the anti-SLAAP, which the Court is disappointed with what it received -- largely from the plaintiff, I'm disappointed … The plaintiff should understand, as they will see in the Court's order regarding attorneys' fees, I'm going to give -- be giving them $5,000 with regard to the anti-SLAAP because the Court is not satisfied that they're getting the Court's message as well.) The Court stated clearly that it expected "reasonableness, not exploitations, getting leverage, and the like" and that Plaintiff "needs to get the message that they need to engage in good faith and attempt, within reason, to reach an accommodation rather than being overly aggressive."

On December 26, Mr. Murphy filed a declaration stating under oath that his then-law firm had billed 24.5 hours at a total expense of **$16,767.50** "for Mr. Hsu and I corresponding with Defendants' counsel to demand compliance with the Injunction Order; meeting and conferring with Defendants' counsel regarding their

6

compliance (or non-compliance) with the Injunction Order; drafting and meeting and conferring regarding the Motion; and investigating and researching regarding Defendants' compliance with the Injunction Order, including by conferring with a private investigator regarding the same." Dkt. No. 87-1 at ¶17. Alongside fees he said they expected to incur on reply, Plaintiff requested $25,612.50. *Id.*, ¶¶16-18.

After Plaintiff prevailed (in part) with the Court declining its requests for a "per day" fine, a special master, and future legal fees, but ordering the parties to thoroughly discuss "the amount of reasonable attorney's fees to award to Plaintiff in connection with its contempt motion," Dkt. No. 117, Plaintiff seized on an opportunity to exploit the situation. Suddenly, it took the position that $16,767.50 was no longer the honest truth of "the sum of attorneys' fees reasonably incurred by SPAVI" as of December 26, Dkt. No. 87-1 at ¶17, or that it is bound by its notice and moving papers requesting approximately $25,000. It took the position that a large majority of items worked on in November and December, including fees incurred on *other* motions and applications filed in this case as well as fees incurred on the concurrent *Ninth Circuit appeal*, are recoverable.

We spent considerable time going through their invoices and then again going through their "updated redacted" invoices sent to us just 5 days ago. In our portion of the prior statement, we provided an objective report to the Court on March 25 (Dkt. No. 134) detailing the discussions between counsel from March 5 through March 25. We pointed out issues with Plaintiff's fee invoices but still offered $12,500 a month ago, on March 12, to resolve this issue. At our request, we conferred again on April 3 in person. We explained our positions, but Mr. Murphy insisted that Plaintiff is entitled to between $50,000-$100,000, maybe more.

Fully desirous of being reasonable and resolving this issue, we offered **<u>$25,000</u>** (a mere $612.50 less than what was requested in full, Dkt. No. 87-1 at ¶17) so that we would not have to incur any more expenses in preparing this report or attending a hearing on Friday. We received no response.

7

This morning, we requested Mr. Murphy to send us his 3-page submission by 10 a.m. so that we'd have sufficient time to address whatever positions he was going to take with the Court. His response to us at 9:25 am was: "You have not sent yours. Why should you see ours?" At 9:34 am, Mr. Murphy wrote: "You write your 3 pages, I write mine. I attach the billing records. What more is there?" While we were preparing our portion, at 11:03 am, Mr. Murphy sent us a blank joint statement with a demand that we include our position and return it by 11:50 am.

To the extent they are helpful to the Court's evaluation, our main points are:

1. Plaintiff cannot recover any more than what it requested in its moving papers.

2. Many entries are not recoverable. For example, on November 26, Mr. Hsu billed 6.5 hours for "Draft and finalize correspondence to 9th Circuit regarding Koren's Emergency Motion for Stay; draft and research regarding Opposition to Koren's request to modify bond; correspond with contractor regarding same; correspond with franchisees regarding short-term license; correspond with Koren's counsel regarding briefing schedule on Emergency Motion for Stay."

3. Many entries are block-billed so it is impossible to determine what time was incurred to bring the motion for contempt versus other work. For example, on January 17, 2025, Mr. Murphy billed 2.9 hours for "Review and revise Reply in support of Contempt Motion and Responding Brief to the 9th Circuit."

4. Where there were attempts to identify the hours spent on the motion for contempt, those appear to be wholly arbitrary and excessive. Not only that, they still attempt to capture time spent on other matters. For example, while a substantial portion of Mr. Hsu's December 23, 2024 entry is redacted, Plaintiff is still seeking the full 2.9 hours billed on that entry.

8

5. There are duplication of efforts, i.e., two attorneys at a hearing.

6. From a holistic perspective, (a) Plaintiff did not fully prevail on its motion; and (b) "used" the motion (and other threats) to not only strike deals with PCJV's franchisees (as is evident by the fee records) but also to stop PCJV's franchisees from doing business with PCJV. Plaintiff *substantially benefitted* from bringing this motion. Defendants submit that this factor should be taken into consideration when determining what a reasonable award should be.

Finally, we assume that Plaintiff is satisfied with the status of the fixed signage installations. Mr. Murphy requested an update on Thursday, and we provided one yesterday. Plaintiff has not raised any issues or concerns.

Dated: April 8, 2025

FOX ROTHSCHILD LLP

/s/ Michael D. Murphy
Michael D. Murphy
Jordan Zolliecoffer
Attorneys for Plaintiff SHAKEY'S
PIZZA ASIA VENTURES, INC.

Dated: April 8, 2025

BLANK ROME LLP

/s/ Arash Beral
Arash Beral
Todd Malynn
Victor Sandoval
Attorneys for Defendants

9

JOINT STATUS REPORT OF PLAINTIFF AND DEFENDANTS
REGARDING ONGOING MEET AND CONFER DISCUSSIONS

1    **CERTIFIFCATE OF SERVICE**

2       The undersigned certifies that, on April 8, 2025, the foregoing document was

3    electronically filed with the Clerk of the Court for the United States District Court,

4    Central District of California, using the Court's ECF filing system. I further certify

5    that all counsel for all parties to this action are registered CM/ECF user and that

6    service will be accomplished by the CM/ECF system.

7       I certify under penalty of perjury that the foregoing is true and correct.

8

9    Dated:  April 8, 2025                    FOX ROTHSCHILD LLP

10

11                                           _/s/ Michael D. Murphy_

12                                           Michael D. Murphy
                                             Attorneys for Plaintiff SHAKEY'S
13                                           PIZZA ASIA VENTURES, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT OF PLAINTIFF AND DEFENDANTS
REGARDING ONGOING MEET AND CONFER DISCUSSIONS

# EXHIBIT 1

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212-2974
(310) 273-6333  TIN: 95-1774339

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

Invoice #:     368789
Client #:        18393

Billing Attorney:    MM



**RE:  Potato Corner Licensing Dispute**

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212-2974
(310) 273-6333  TIN: 95-1774339

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

Invoice #:        368789
Client #:          18393

Billing Attorney:     MM

## CURRENT INVOICE SUMMARY

For legal services rendered and costs advanced through November 30, 2024:

**RE:  Potato Corner Licensing Dispute**

Legal Services

Plus Costs Advanced

**TOTAL BALANCE DUE ON CURRENT INVOICE**

**Effective February 1, 2025, certain hourly rates may reflect an increase.**

1

# ERVIN COHEN & JESSUP LLP

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 368789 |
| Client #: | 18393 |
| Billing Attorney: | MM |

## LEGAL SERVICES RENDERED



# ERVIN COHEN & JESSUP LLP

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 368789 |
| Client #: | 18393 |



Billing Attorney:   MM

| Date | Tkpr | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 11/09/24 | MM | | | |
| 11/11/24 | MM | | | |
| 11/11/24 | KPH | | | |
| 11/12/24 | MM | | | |
| 11/12/24 | KPH | | | |
| 11/13/24 | MM | | | |
| 11/13/24 | KPH | | | |
| 11/14/24 | MM | | | |
| 11/14/24 | KPH | | | |
| 11/15/24 | MM | | | |
| 11/15/24 | KPH | | | |
| 11/16/24 | KPH | Correspond with client and research regarding ongoing operations of PCJV franchisees and potential Motion for Contempt | .30 | 184.50 |
| 11/17/24 | MM | | | |
| 11/17/24 | KPH | | | |
| 11/18/24 | MM | Draft/revise demand letters ▮▮▮▮ to franchisees and with opposing counsel re contempt (1.0); teleconferences with Ken and opposing counsel (1.0); video conference with Frank and Malik and correspondence regarding same (0.7); revise supply chain agreement for malik and frank and circulate (0.3) | 3.00 | 2,355.00 1.0 x 785 = $785 |



# ERVIN COHEN & JESSUP LLP

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

Invoice #:    368789
Client #:      18393

Billing Attorney:   MM

| Date | Tkpr | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 11/18/24 | KPH | Draft and research regarding Ex Parte Application for OSC Re Contempt; draft correspondence to Koren's counsel regarding same and regarding Injunction Order; confer and correspond regarding posting of bond; research regarding same; confer regarding draft First Amended Complaint | 6.50 | 3,997.50 Highlighted tasks took 3 hrs for total of $1,845 |
| 11/19/24 | MM | Research specific issues with order non compliance and draft email to guy's counsel regarding same (0.7); study newest FDD for various reasons including negotiating with potential new franchisees and for litigation and attention to various calls and emails re PCJV franchisees signing up as licensees (1.7); attention to bond and various issues re procedure (0.3) | 2.70 | 2,119.50 0.7 x 785 = $549.5 |
| 11/19/24 | SJJ | | | |
| 11/19/24 | KPH | Confer and research regarding posting of bond; draft and confer regarding Ex Parte Application for OSC Re Contempt; confer with client regarding same; research regarding same; meet and confer regarding Koren's Ex Parte Application for Reconsideration, Ex Parte Application for OSC Re Contempt, ▮▮▮▮▮ confer regarding same | 5.90 | 3,628.50 5.7 x 615 = $3,505.50 |
| 11/20/24 | MM | Teleconference and correspondence with Hawaii franchisee counsel (0.1); correspondence with opposing counsel re injunction and review Guy ex parte to challenge injunction for purpose of preparing opposition to same (1.9); revise final agreements for Malik and Frank (indemnity revised, license revised, and supply chain) and attention to final execution (0.6);' teleconference with Frank and Maklik regarding franchisee meeting (0.3) | 2.90 | 2,276.50 1.9 x 785 = $1,491.50 |
| 11/20/24 | KPH | Review and analyze Koren's Ex Parte Application for Reconsideration; draft and strategize regarding Opposition to same; confer regarding Koren's compliance with Injunction Order; draft correspondence to franchisee's counsel regarding same; review and analyze Order denying Ex Parte Application; confer with client regarding same, franchisee dealings, and Injunction Order | 7.50 | 4,612.50 |
| 11/21/24 | MM | Attention to PCJV franchisee developments and communcations (0.2); draft/revise multiple different demand letters on PCJV and Guy's counsel (0.8) | 1.00 | 785.00 .80 x 785 = $628.00 |
| 11/21/24 | KPH | Revise and confer regarding letter to franchisees; draft and revise correspondence to Koren's counsel regarding compliance with Injunction Order; revise and confer regarding First Amended Complaint; research regarding same; confer regarding order on Koren's Ex Parte Application for Reconsideration | 4.50 | 2,767.50 2.3 x 615 = $1,414.50 |
| 11/22/24 | MM | | | |

4

# ERVIN COHEN & JESSUP LLP

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 368789 |
| Client #: | 18393 |
| Billing Attorney: | MM |

| Date | Tkpr | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 11/22/24 | KPH | ██████████████████████████████ ██████████████████████████████ ██████████████████████████████ ████████████████████ | ██ | ████ |
| 11/25/24 | MM | Correspondence with Eric Agaki about what he has found in his investigation as to Potato Corner operations (0.1); review and comment on email to PCJV franchisee Lijoo (0.3) | .40 | 314.00  .01 x 785 = $78.50 |
| 11/25/24 | KPH | Finalize Notice of Interested Parties; confer with private investigator regarding report of franchisees; review documents regarding same; draft correspondence to franchisees regarding short-term license; confer with client and franchisees regarding licenses, related issues, etc.; correspond with Koren's counsel regarding compliance with injunction; strategize regarding same; draft cease and desist correspondence regarding trade secrets; research regarding Koren's request to modify bond | 5.20 | 3,198.00  0.5 x 615 = $307.50 |
| 11/26/24 | KPH | Draft and finalize correspondence to 9th Circuit regarding Koren's Emergency Motion for Stay; draft and research regarding Opposition to Koren's request to modify bond; correspond with contractor regarding same; correspond with franchisees regarding short-term license; correspond with Koren's counsel regarding briefing schedule on Emergency Motion for Stay | 6.50 | 3,997.50 |
| 11/27/24 | MM | Draft/revise cease and desist to be sent to franchisees | .50 | 392.50 |
| 11/27/24 | KPH | Draft and confer regarding Opposition to Request to Modify Bond; confer with contractor regarding same; revise and finalize cease and desist letter to franchisees; confer regarding same; correspond with Koren's counsel regarding Emergency Motion for Stay in 9th Circuit; prepare Response to same | 4.00 | 2,460.00 |
| 11/28/24 | MM | Draft/revise multiple meet and confer letters / emails regarding Koren's decision to challenge the injunction and demand I stop talking to PCJV franchisees | 1.60 | 1,256.00 |
| 11/28/24 | KPH | Review and confer regarding correspondence from Koren's counsel regarding Motion to Dismiss, threatened ex parte, and related items | .40 | 246.00 |
| 11/29/24 | MM | Draft/revise and review correspondence with opposing counsel re injunction compliance and challenges and legal research regarding allegations against me from them for violating their privileges | 1.50 | 1,177.50 |
| 11/29/24 | KPH | Revise and confer regarding draft correspondence to Koren's counsel regarding Motion to Dismiss; research regarding same; draft Response to Koren's Emergency Motion for Stay in 9th Circuit | 1.10 | 676.50 |
| 11/30/24 | MM | ████████████████████████████████████████ | ██ | ████ |
| 11/30/24 | KPH | Draft Response to Koren's Emergency Motion for Stay in 9th Circuit | 6.80 | 4,182.00 |

# ERVIN COHEN & JESSUP LLP

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 368789 |
| Client #: | 18393 |

Billing Attorney:    MM

| NET LEGAL FEES | ██████ |
|---|---|

## FEE RECAP

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Michael Murphy | ██ | 785.00 | ████ |
| Sarah J. Jupina | ██ | 350.00 | ███ |
| Hsu, Kenneth | ██ | 615.00 | |
| ███ | ███ | | ████ |

# ERVIN COHEN & JESSUP LLP

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 368789 |
| Client #: | 18393 |

Billing Attorney:    MM

## COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| | | |
| | | |
| | | |
| 11/29/24 | Federal Express Corporation, FEDEX, 11/29/2024, 8-696-72454, 0904-2069-0 - Recipient: Mansi Khan - Potato Corner Store | 24.39 |
| 11/29/24 | Federal Express Corporation, FEDEX, 11/29/2024, 8-696-72454, 0904-2069-0 - Recipient: Dinh Tran - Potato Corner Store | 43.31 |
| 11/29/24 | Federal Express Corporation, FEDEX, 11/29/2024, 8-696-72454, 0904-2069-0 - Recipient: Dinh Tran - Potato Corner Store | 43.31 |
| 11/29/24 | Federal Express Corporation, FEDEX, 11/29/2024, 8-696-72454, 0904-2069-0 - Recipient: Cheuk Chan (Matthew Li) - Potato Corner Store | 24.39 |
| 11/29/24 | Federal Express Corporation, FEDEX, 11/29/2024, 8-696-72454, 0904-2069-0 - Recipient: Cheryl Lim , Jocelyn Lim  - Potato Corner Store | 24.39 |
| 11/29/24 | Federal Express Corporation, FEDEX, 11/29/2024, 8-696-72454, 0904-2069-0 - Recipient: Mansi Khan - Potato Corner Store | 24.39 |
| 11/29/24 | Federal Express Corporation, FEDEX, 11/29/2024, 8-696-72454, 0904-2069-0 - Recipient: Umar Malik - Potato Corner Store | 24.39 |
| 11/29/24 | Federal Express Corporation, FEDEX, 11/29/2024, 8-696-72454, 0904-2069-0 - Recipient: Patrick Liang  - Potato Corner Store | 59.15 |
| 11/29/24 | Federal Express Corporation, FEDEX, 11/29/2024, 8-696-72454, 0904-2069-0 - Recipient: Kijoo Mazhar - Potato Corner Store | 56.17 |
| 11/29/24 | Federal Express Corporation, FEDEX, 11/29/2024, 8-696-72454, 0904-2069-0 - Recipient: Mark Zhang - Potato Corner Store | 59.15 |
| 11/29/24 | Federal Express Corporation, FEDEX, 11/29/2024, 8-696-72454, 0904-2069-0 - Recipient: Peter Doung - Potato Corner Store | 24.39 |
| 11/29/24 | Federal Express Corporation, FEDEX, 11/29/2024, 8-696-72454, 0904-2069-0 - Recipient: Joseph Mercado - Potato Corner Store | 31.53 |
| 11/29/24 | Federal Express Corporation, FEDEX, 11/29/2024, 8-696-72454, 0904-2069-0 - Recipient: Leo Tedja - Potato Corner Store | 24.39 |
| 11/29/24 | Federal Express Corporation, FEDEX, 11/29/2024, 8-696-72454, 0904-2069-0 - Recipient: Gabriela Wright - Potato Corner Store | 31.53 |
| 11/29/24 | Federal Express Corporation, FEDEX, 11/29/2024, 8-696-72454, 0904-2069-0 - Recipient: Andrea Arellano - Potato Corner Store | 59.15 |

# ERVIN COHEN & JESSUP LLP

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

Invoice #: 368789
Client #: 18393

Billing Attorney: MM

| Date | Description | Amount |
|------|-------------|--------|
| 11/29/24 | Federal Express Corporation, FEDEX, 11/29/2024, 8-696-72454, 0904-2069-0 - Recipient: Michael Zeng - Potato Corner Store | 39.95 |
| 11/29/24 | Federal Express Corporation, FEDEX, 11/29/2024, 8-696-72454, 0904-2069-0 - Recipient: Ryan Nath - Potato Corner Store | 85.25 |
| 11/29/24 | Federal Express Corporation, FEDEX, 11/29/2024, 8-696-72454, 0904-2069-0 - Recipient: Vannrada Lai - Potato Corner Store | 47.86 |
| 11/30/24 | Legal Support Network, LLC, Messenger/Attorney Services, 11/30/2024, LA-24-24310, ERVCO - Recipient: U.S. DISTRICT COURT | 145.00 |

## TOTAL COSTS ADVANCED

## TOTAL BALANCE DUE

# ERVIN COHEN & JESSUP LLP

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

Invoice #:      368789
Client #:       18393
Matter #:            1
Billing Attorney:   MM

## ACCOUNTS RECEIVABLE: PAST DUE INVOICES

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 365250 | 10/31/24 | 106,063.38 | .00 | 106,063.38 |
| 366477 | 11/30/24 | 116,561.00 | .00 | 116,561.00 |
| Late Charge | 1/01/25 | 3,339.36 | .00 | 3,339.36 |

| TOTAL PAST DUE BALANCE | $ 225,963.74 |
|---|---|

# EXHIBIT 2

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212-2974
(310) 273-6333  TIN: 95-1774339

January 15, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:       368857
Client #:          18393

Billing Attorney:     MM

**RE:   Potato Corner Licensing Dispute**



# ERVIN COHEN & JESSUP LLP

9401 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212-2974
(310) 273-6333  TIN: 95-1774339

Shakey's Pizza Asia Ventures, Inc.

January 15, 2025

Invoice #:      368857
Client #:       18393

Billing Attorney:   MM

## CURRENT INVOICE SUMMARY

For legal services rendered and costs advanced through December 31, 2024:

**RE:  Potato Corner Licensing Dispute**

Legal Services

Plus Costs Advanced

**TOTAL BALANCE DUE ON CURRENT INVOICE**

**Effective February 1, 2025, certain hourly rates may reflect an increase.**

1

# ERVIN COHEN & JESSUP LLP

January 15, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:     368857
Client #:      18393

Billing Attorney:   MM

---

## LEGAL SERVICES RENDERED

| Date | Tkpr | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 12/01/24 | MM | Draft/revise Opposition to motion by Koren to 9th Circuit to stay the injunction and legal research and correspondence regarding same (3.1); correspondence with opposing counsel re new demands as to injunction and legal research and correspondence with Ken regarding same (0.4) | 3.50 | 2,747.50 .40 x 785 = $314.00 |
| 12/01/24 | MM | Draft/revise Opposition to New Motion to Amend Bond and legal research and correspondence regarding same (3.6); review and respond to demand correspondence from opposing counsel (.4) | 4.00 | 3,140.00 .40 x 785 = $314.00 |
| 12/01/24 | KPH | Draft, revise, and confer regarding Response to Koren's Emergency Motion for Stay in 9th circuit; review and confer regarding correspondence from Koren's counsel regarding common interest privilege and ex parte application; review and analyze ex parte application; draft correspondence to Koren's counsel regarding same | 7.50 | 4,612.50 1.0 x 615 = $615.00 |
| 12/02/24 | MM | Review new Ex Parte Application (this time to modify injunction) and correspondence regarding same (0.9); revise Opposition to 9th Cir. Motion to Stay (1.9); teleconferences with investigator and Mr. Hsu (0.3); draft/.revise additional meet and confer correspondence (0.5) | 3.60 | 2,826.00 .50 x 785 = $392.50 |
| 12/02/24 | KPH | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 12/03/24 | MM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 12/03/24 | KPH | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 12/04/24 | MM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 12/04/24 | KPH | Review and confer regarding Order regarding Koren's Ex Parte Application; revise and confer regarding Stipulation to Extend Time to Respond to FAC; confer with client regarding status and franchisees; research and confer regarding contempt; correspond with Koren's counsel regarding compliance with injunction | 2.10 | 1,291.50 0.5 x 615 = $307.50 |

# ERVIN COHEN & JESSUP LLP

January 15, 2025

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 368857 |
| Client #: | 18393 |

Billing Attorney:   MM

| Date | Tkpr | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 12/05/24 | MM | Draft/revise demand on PCJV counsel top (0.6); draft/revise extended license agreement and correspondence re same (0.9) | 1.50 | 1,177.50 .60 x 785 = $471.00 |
| 12/05/24 | KPH | Revise draft First Amended License Agreement; review and revise draft correspondence to Koren's counsel; research regarding contempt | .80 | 492.00 0.4 x 615 = $246.00 |
| 12/06/24 | KPH | Draft Declaration of M. Yocum in support of Motion for Contempt; research and confer regarding same; review and revise draft correspondence to Koren's counsel | 1.50 | 922.50 |
| 12/07/24 | MM | Draft/revise correspondence to Gruenberg (franchise counsel), opposing counsel re cease and desist and proposal re pleadings, and Ken re declaration of investigator | 1.00 | 785.00 |
| 12/07/24 | KPH | Confer with M. Murphy regarding Motion for Contempt; review draft correspondence to Koren's counsel regarding same | .40 | 246.00 |
| 12/08/24 | KPH | Correspond regarding declaration of private investigator in support of Motion for Contempt | .10 | 61.50 |
| 12/09/24 | MM | Review response to our demand on Guy's counsel that they meet and confer and respond to same (0.2); teleconference with Kenny re same and briefs (0.1) | .30 | 235.50 |
| 12/09/24 | KPH | Review and analyze discovery requests from PCJV; draft discovery requests to PCJV; confer regarding same; research and confer regarding Motion for OSC Re Civil Contempt; research regarding trade secrets | 4.90 | 3,013.50 0.7 x 615 = $430.50 |
| 12/10/24 | MM | ███████████████████████████      ███████ | ██ | ██    ██ |
| 12/10/24 | KPH | Draft and research regarding Motion for OSC Re Contempt; confer with client regarding franchisees, contempt, preliminary injunction, and case status; prepare and confer regarding list of action items; revise and confer regarding Initial Disclosures; confer regarding meet and confer correspondence from Koren's counsel | 6.50 | 3,997.50 4.0 x 615 = $2,460.00 |
| 12/11/24 | MM | Review and revise contempt motion. | .90 | 706.50 |
| 12/11/24 | MM | ████████████████████████████████ | ██ | ██    ██ |
| 12/11/24 | KPH | Draft, research, and confer regarding Motion for OSC Re Contempt; draft correspondence to Koren's counsel regarding meet and confer regarding First Amended Complaint; correspond with private investigator regarding declaration; draft discovery requests to PCJV | 7.70 | 4,735.50 6.5 x 615 = $3,997.50 |
| 12/12/24 | MM | ████████████████████ | ██ | ██    ██ |
| 12/12/24 | KPH | ████████████████████████████████ ██████ | ██ | ██    ██ |

# ERVIN COHEN & JESSUP LLP

January 15, 2025

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 368857 |
| Client #: | 18393 |
| Billing Attorney: | ███ MM |

| Date | Tkpr | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 12/13/24 | MM | Draft/revise meet and confer correspondence before and after meet and confer zoom (1.2); attend zoom meet and confer (0.9); teleconference with Kenny re same (0.2) | 2.30 | 1,805.50 |
| 12/13/24 | KPH | Draft and confer regarding discovery requests to PCJV; confer regarding waiver of service for FAC; meet and confer with Koren's counsel regarding Motion to Dismiss and Motion for OSC Re Contempt; draft and confer regarding correspondence regarding same | 3.10 1.0 x 615 = $615.00 | 1,906.50 |
| 12/14/24 | KPH | Confer with M. Murphy regarding Motion for Contempt ████ | .20 | 123.00 |
| 12/15/24 | KPH | Revise and confer regarding draft Motion for OSC Re Contempt | 1.10 | 676.50 |
| 12/16/24 | MM | Draft/revise Motion for Contempt and legal research re same and review pleadings and history for same (6.9) | 6.90 | 5,416.50 |
| 12/16/24 | KPH | Research regarding trade secrets under federal and California law; strategize regarding response to Motion to Dismiss; draft correspondence to Koren's counsel regarding Motion to Dismiss and Motion for OSC Re Civil Contempt | 1.60 0.3 x 615 = $184.50 | 984.00 |
| 12/17/24 | MM | Prepare for and attend zoom call with clients (0.6); draft/revise and review correspondence with Guy counsel discussing acts of contempt and injunction order (1.1); teleconference with Kenny (0.2) | 1.90 .20 x 785 = $157.00 | 1,491.50 |
| 12/17/24 | KPH | Draft correspondence to Koren's counsel regarding Motion to Dismiss and Motion for OSC Re Civil Contempt; correspond with Koren's counsel regarding same; draft Trade Secret Disclosure; research regarding trade secrets and misappropriation of trade secrets under federal and California law; confer with client regarding case status, dealings with franchisees, discovery, etc. | 3.20 0.9 x 615 = $553.50 | 1,968.00 |
| 12/17/24 | EZC | ████████████████ | ██ | ██ |
| 12/18/24 | MM | Draft/revise trade secret disclosure and legal research regarding same and review federal and state trade secret statutes to evaluate Ken's proposal as to which law to adopt (0.9); review legal argument for contempt motion for purpose of reviewing cases as to same and review authorities as to same (1.5) | 2.40 1.5 x 785 = $1,177.50 | 1,884.00 |
| 12/18/24 | KPH | Revise and confer regarding correspondence to Koren's counsel regarding Motion to Dismiss and Motion for OSC Re Civil Contempt; revise and finalize regarding Trade Secret Disclosure; prepare NDA and Agreement Re Supply Chain for franchisee in Moreno Valley and Montclair; revise and confer regarding Motion for OSC Re Civil Contempt | 1.70 0.4 x 615 = $246.00 | 1,045.50 |
| 12/19/24 | MM | ████████████████ | ██ | ██ |

4

# ERVIN COHEN & JESSUP LLP



January 15, 2025

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 368857 |
| Client #: | 18393 |
| Billing Attorney: | MM |

| Date | Tkpr | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 12/19/24 | KPH | ██████████████████████████ | ██ | ██ |
| 12/20/24 | MM | ██████████████████████████ | ██ | ██ |
| 12/20/24 | KPH | Revise and confer regarding draft correspondence to client regarding Koren's discovery requests; correspond with Koren's counsel regarding Waiver of Service of Summons of FAC; draft Motion for OSC Re Civil Contempt and Declaration of M. Murphy; gather and review Exhibits in support of Motion; research regarding same; review and analyze Koren's Motion to Dismiss and Appeal of Preliminary Injunction | 4.20 | 2,583.00  2.5 x 615 = $1,537.50 |
| 12/21/24 | MM | ██████████████████████████ | ██ | ██ |
| 12/22/24 | KPH | Correspond regarding draft Declaration in support of Motion for OSC Re Civil Contempt | .20 | 123.00 |
| 12/23/24 | KPH | Revise Motion for OSC Re Civil Contempt and Declaration of M. Murphy in support of Motion; review and analyze invoices to support request Motion; ████████████████████ | 2.90 | 1,783.50 |
| 12/24/24 | KPH | ██████████████ revise and confer regarding draft Motion for OSC Re Civil Contempt | .50 | 307.50 |
| 12/26/24 | MM | Draft/revise Motion for Contempt and then final review and approval and revision to contempt motion and correspondence regarding same (2.5); review calculations from Myrose re outstanding license fees due and correspondence and zoom conference regarding same (0.4); review new ex parte application and correspondence with opposing counsel regarding same (0.3) | 3.20 | 2,512.00  2.5 x 785 = $1,962.50 |
| 12/26/24 | KPH | Revise, finalize, and confer regarding Motion for OSC Re Civil Contempt; review, analyze, and confer regarding Koren's Ex Parte Application regarding same; draft Opposition to same; confer with client regarding royalty calculation | 8.00 | 4,920.00  4 x 615 = $2,460.00 |
| 12/27/24 | MM | ██████████████████████████ | ██ | ██ |

# ERVIN COHEN & JESSUP LLP

January 15, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:  368857
Client #:  18393



Billing Attorney:  MM

| Date | Tkpr | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 12/27/24 | KPH | | | |
| 12/30/24 | KPH | | | |
| 12/31/24 | KPH | | | |



| NET LEGAL FEES | |
|----------------|--|

## FEE RECAP

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Michael Murphy | | 785.00 | |
| Hsu, Kenneth | | 615.00 | |
| Elliot Z. Chen | | 575.00 | |
| | | | |

# ERVIN COHEN & JESSUP LLP

January 15, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:    368857
Client #:    18393

Billing Attorney:    MM

## COSTS ADVANCED



# ERVIN COHEN & JESSUP LLP

January 15, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:     368857
Client #:       18393

Billing Attorney:   MM



| Date | Description | Amount |
|------|-------------|--------|

**TOTAL COSTS ADVANCED**

**TOTAL BALANCE DUE**

# ERVIN COHEN & JESSUP LLP

January 15, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:     368857
Client #:       18393
███████████████ ▮
Billing Attorney:     MM

███████████████████████████████

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ████ | ████ | ████ | ██ | ████ |
| ████ | ████ | ████ | ██ | ████ |
| ████ | ████ | ████ | ██ | ████ |
| ████ | ████ | ████ | ██ | ████ |

| | ████████████ | | ████ |

**EXHIBIT 3**

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212-2974
(310) 273-6333  TIN: 95-1774339



Shakey's Pizza Asia Ventures, Inc.

February 14, 2025

Invoice #:      369865
Client #:        18393
                      1
Billing Attorney:   MM

**RE:  Potato Corner Licensing Dispute**

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212-2974
(310) 273-6333  TIN: 95-1774339



February 14, 2025

Invoice #:        369865
Client #:          18393

Billing Attorney:    MM

## CURRENT INVOICE SUMMARY

For legal services rendered and costs advanced through January 31, 2025:

**RE:  Potato Corner Licensing Dispute**

Legal Services
Less Courtesy Fee Discount
Net Legal Services

Plus Costs Advanced

**TOTAL BALANCE DUE**

**Effective February 1, 2025, certain hourly rates may reflect an increase.**

1

# ERVIN COHEN & JESSUP LLP

February 14, 2025

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 369865 |
| Client #: | 18393 |
| Billing Attorney: | MM |

**LEGAL SERVICES RENDERED**



# ERVIN COHEN & JESSUP LLP

February 14, 2025

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 369865 |
| Client #: | 18393 |
| Billing Attorney: | ▮ MM |



| Date | Tkpr | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 1/07/25 | KPH | Prepare and correspond regarding spreadsheet regarding status of franchisees; revise and finalize franchisee agreements; correspond with franchisees regarding finalized agreements; draft and confer regarding discovery responses; correspond regarding invoice from E. Agaki; review and analyze Koren's Motion to Dismiss; draft Opposition to same | 4.70 | 2,890.50 <br> 0.1 x 615 = <br> $61.50 |
| 1/08/25 | MM | ▮ | ▮ | ▮ |
| 1/08/25 | KPH | ▮ | ▮ | ▮ |
| 1/09/25 | MM | ▮ | ▮ | ▮ |
| 1/09/25 | KPH | ▮ | ▮ | ▮ |
| 1/10/25 | MM | Draft/revise Opposition to Motion to Dismiss and legal research and review pleadings for same (5.2); review and revise discovery requests (0.5); review Opposition to Contempt Motion for purpose of preparing and planning Reply to same (1.0) | 6.70 | 5,259.50 <br> 1.0 x 785 = <br> $785.00 |
| 1/10/25 | KPH | ▮ | ▮ | ▮ |
| 1/12/25 | KPH | Review and analyze Opposition to Motion for OSC Re Civil Contempt; confer regarding same; review and analyze Koren's Appellate Opening Brief | .80 | 492.00 <br> .4 x 615 = <br> $246 |
| 1/13/25 | MM | ▮ | ▮ | ▮ |
| 1/13/25 | KPH | Review and analyze Opposition to Motion for OSC Re Contempt; confer regarding same; review and analyze Koren's Opening Brief in 9th Circuit; draft and research regarding Responding Brief; confer with private investigator | 8.50 | 5,227.50 <br> 4.3 x 615 = <br> $2,644.50 |
| 1/14/25 | MM | ▮ | ▮ | ▮ |

# ERVIN COHEN & JESSUP LLP

February 14, 2025

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 369865 |
| Client #: | 18393 |
| Matter #: | 1 |
| Billing Attorney: | MM |



| Date | Tkpr | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 1/16/25 | KPH | Revise, finalize, and correspond regarding responses to Koren's Special Interrogatories; correspond regarding Koren's Requests for Production; draft and revise Answering Brief in 9th Circuit; draft and correspond regarding Reply in support of Motion for OSC Re Contempt | 8.60 | 5,289.00<br>2.2 x 615 =<br>$1,353.00 |
| 1/17/25 | MM | REview and revise Reply in support of Contempt motion and Responding Brief to the 9th Circuit | 2.90 | 2,276.50 |
| 1/17/25 | KPH | Revise, finalize, and confer regarding Answering Brief in 9th Circuit; revise, finalize, and confer regarding Reply in support of Motion for Contempt; confer with investigator regarding photographs and report; review and analyze same; correspond with franchisees regarding agreements | 8.90 | 5,473.50<br>2.4 x 615 =<br>$1,476.00 |

# ERVIN COHEN & JESSUP LLP

February 14, 2025

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 369865 |
| Client #: | 18393 |
| Matter #: | 1 |
| Billing Attorney: | MM |



| Date | Tkpr | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 1/23/25 | MM | ███████████████████████ | ██ | ██ |
| 1/24/25 | MM | ███████████████████ | ██ | ██ |
| 1/24/25 | KPH | ███████████████████ | ██ | ██ |
| 1/27/25 | KPH | ██████████████████ | ██ | ██ |
| 1/28/25 | MM | ███████████████████████ | ██ | ██ |
| 1/28/25 | KPH | ██████████ | ██ | ██ |
| 1/29/25 | KPH | ████████████████ | ██ | ██ |
| 1/30/25 | MM | Review tentative ruling for purpose of preparing for hearing and review cases cited in all briefs for sane purpose; legal research and correspondence and teleconferences re oral augment on contempt | 1.50 | 1,177.50 |
| 1/30/25 | KPH | Review, analyze, and confer regarding tentative rulings regarding Motion for OSC Re Contempt and Motion to Dismiss; prepare for hearing regarding same; meet and confer with Koren's counsel regarding discovery responses; confer with client regarding franchisees, hearing, and case status | 3.10  2.9 x 615 = $1,783.50 | 1,906.50 |
| 1/31/25 | MM | Prepare for, travel to and from, and attend hearing on contempt motion and subsequent correspondence and teleconferences re same | 2.70 | 2,119.50 |
| 1/31/25 | KPH | Prepare for and appear at hearing on Motion for OSC Re Contempt and Motion to Dismiss; confer regarding same | 1.60 | 984.00 |

| | | |
|---|---|---|
| **NET LEGAL FEES** | | ██████ |

## FEE RECAP

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Michael Murphy | ██ | 785.00 | ██████ |
| Sarah J. Jupina | ██ | 350.00 | ████ |
| Hsu, Kenneth | ██ | 615.00 | █████ |
| ██ | ██ | | ██████ |

# ERVIN COHEN & JESSUP LLP

February 14, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #: 369865
Client #: 18393
█████████ █
Billing Attorney: MM

## COSTS ADVANCED



| Date | Description | Amount |
|------|-------------|--------|
| 12/31/24 | Legal Support Network, LLC, Messenger/Attorney Services, 12/31/2024, LA-24-26401, ERVCO - Recipient: U.S. DISTRICT COURT | 88.00 |
| ████ | ████████████████████████████████████ | ███ |
| ████ | ████████████████████████████████████ | ███ |
| ████ | ██████████████████████████████████████ | ███ |
| ████ | ███████████████████████████████████████████ | ███ |
| 1/15/25 | Legal Support Network, LLC, Messenger/Attorney Services, 1/15/2025, LA-25-27355, ERVCO - Recipient:  U.S. DISTRICT COURT | 88.00 |
| ████ | ██████████████████████████████████ | ███ |
| ████ | ██████████████████████████████████ | ███ |
| ████ | ████████████ | ███ |

| **TOTAL COSTS ADVANCED** | ████ |
|---|---|

| **TOTAL BALANCE DUE** ████████████ | ████ |
|---|---|

6

# ERVIN COHEN & JESSUP LLP

February 14, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:        369865
Client #:          18393

███████        █
Billing Attorney:    MM

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ████ | ████ | ████ | █ | █████ |
| █████ | ████ | ████ | █ | █████ |
| █████ | ███ | ███ | █ | ███ |

| Date | Type | Invoice No. | Check No. | Paid By | Amount |
|---|---|---|---|---|---|
| ████ | █████ | ████ | ████ | ███████ | █████ |
| ████ | █████ | █████ | ████ | █████ | █████ |

# EXHIBIT 4

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212-2974
(310) 273-6333  TIN: 95-1774339

March 28, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:     371549
Client #:      18393

Billing Attorney:    MM



**RE:  Potato Corner Licensing Dispute**

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212-2974
(310) 273-6333  TIN: 95-1774339

March 28, 2025

Shakey's Pizza Asia Ventures, Inc.



| | |
|---|---|
| Invoice #: | 371549 |
| Client #: | 18393 |

Billing Attorney:    MM

## CURRENT INVOICE SUMMARY

For legal services rendered and costs advanced through March 20, 2025:

**RE:  Potato Corner Licensing Dispute**

Legal Services

Plus Costs Advanced

**TOTAL BALANCE DUE ON CURRENT INVOICE**

1

# ERVIN COHEN & JESSUP LLP

March 28, 2025

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 371549 |
| Client #: | 18393 |
| Billing Attorney: | MM |

**LEGAL SERVICES RENDERED**



| Date | Tkpr | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 10/11/24 | EZC | | | |
| 10/14/24 | MM | | | |
| 2/01/25 | KWC | | | |
| 2/01/25 | MM | | | |
| 2/01/25 | KPH | | | |
| 2/02/25 | MM | | | |
| 2/02/25 | MM | | | |
| 2/03/25 | MM | | | |
| 2/03/25 | KPH | | | |
| 2/04/25 | JRG | | | |

# ERVIN COHEN & JESSUP LLP

March 28, 2025

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 371549 |
| Client #: | 18393 |
| ████████ | ██ |
| Billing Attorney: | MM |

| Date | Tkpr | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 2/04/25 | MM | ████████████████████████████ ████████████████████████ ██████████████████████████████ ████████████████████████ | ██ | ████ |
| 2/04/25 | KPH | Draft correspondence to Koren's counsel regarding Interrogatory responses; draft and correspond regarding proposed Protective Order; review and analyze correspondence from Koren's counsel regarding discovery; correspond regarding potential hearing date in 9th Circuit Court of Appeals; confer with client regarding hearing on Motion for OSC Re Contempt and Motion to Dismiss, franchisees, and case status | 4.10 | 2,685.50 |
| 2/05/25 | MM | █████████████████████████ | ██ | ████ |
| 2/05/25 | KPH | ██████████████████████████████ ████████████████████████ ████████████████████ | ██ | ████ |
| 2/06/25 | MM | ██████████████████████████████ ████ | ██ | ████ |
| 2/06/25 | KPH | Revise draft correspondence to Potato Bro regarding cease and desist; review and confer regarding draft correspondence to Koren's counsel regarding RFP responses; correspond regarding filing of Answer Brief in 9th Circuit Court of Appeals; review and analyze records for attorneys' fees award | .80 | 524.00 |
| 2/07/25 | MM | Review contempt filing and evidence from PCJV and analyze same and review cases cited in same (2.2); visit Americana PC to observe compliance (non compliance) | 3.20 | 2,512.00  2.2 x 785 = $1,727 |
| 2/07/25 | KPH | Correspond with M. Murphy regarding action items; review records and strategize regarding attorneys' fees award; correspond regarding same; correspond with private investigator regarding invoices; review, analyze, and confer regarding Koren's Opposition to OSC Re Civil Contempt | 1.00 | 655.00 |
| 2/08/25 | KPH | Review, analyze, and confer regarding Koren's Opposition to OSC Re Civil Contempt | .80 | 524.00 |
| 2/10/25 | MM | ██████████████████████████████ ████████████████████████ ██████████████████████████████ ████████████████ | ██ | ████ |

3

# ERVIN COHEN & JESSUP LLP

March 28, 2025

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 371549 |
| Client #: | 18393 |
| Billing Attorney: | MM |



| Date | Tkpr | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 2/10/25 | KPH | Review and correspond with Koren's counsel regarding Stipulation re: time to respond to FAC; review and confer regarding order regarding hearing on Motion for OSC Re Contempt; correspond with Koren's counsel regarding Interrogatory responses and Protective Order; revise draft Protective Order; finalize correspondence to Potato Bro regarding cease and desist; review and analyze orders from 9th Circuit regarding appeal | 2.00 | 1,310.00 |
| 2/11/25 | MM | | | |
| 2/11/25 | KPH | | | |
| 2/12/25 | KPH | | | |
| 2/13/25 | MM | REview documents from Cinco action and pleadings from same for purpose of identifying new documents for our initial disclosures and preparation of our case and draft/revise initial disclosures and legal research regarding same and other correspondence re attorneys fees. | 1.40 | 1,099.00 |
| 2/13/25 | KPH | Draft and correspond regarding Joint Motion for Attorneys' Fees; review, analyze, and redact billing records regarding same; correspond with franchisees regarding updated agreements; prepare and finalize same; review and analyze correspondence from Koren's counsel regarding discovery responses | 4.00 | 2,620.00 |
| 2/14/25 | MM | Draft/revise discovery to propound on PCJV (approx 100 documents requests; 20 interrogatories and requests for admission); review prior productions in cinco matter for purpose of today's documents being prepared; draft/revise Initial Disclosures; draft/revise Motion for Fees; correspondence and teleconferences re all of the above. | 5.10 | 4,003.50 |
| 2/14/25 | KPH | Revise, finalize, and correspond with SPAVI's counsel regarding Joint Motion for Attorneys' Fees; revise, finalize, and serve Initial Disclosures; correspond regarding same; revise, finalize, and serve Requests for Production; confer regarding same | 3.00 | 1,965.00 |

# ERVIN COHEN & JESSUP LLP

March 28, 2025

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 371549 |
| Client #: | 18393 |
| Billing Attorney: | MM |



| Date | Tkpr | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 2/16/25 | KPH | ████████████████████ | ██ | ██ |
| 2/17/25 | KPH | ███████████████████████ | ██ | ██ |
| 2/18/25 | MM | Review 2 initial disclosures served late by Defendants and analyze same (1.4); draft/revise and review newest brief on fees for motion to dismiss (1.3) | 2.70 1.3 x 785 = $1,020.50 | 2,119.50 |
| 2/18/25 | KPH | Prepare and finalize Proposed Order regarding Joint Motion for Attorneys' Fees; correspond with Court clerk regarding same; review and analyze potential documents for production; confer and strategize with M. Murphy and client regarding contempt, discovery, and other items; correspond with M. Murphy and client regarding engagement | 2.00 | 1,310.00 |
| 2/19/25 | MM | ████████████████████████████ | ██ | ██ |
| 2/19/25 | KPH | ██████████████████ | ██ | ██ |
| 2/20/25 | KPH | ██████████████████████████ | ██ | ██ |
| 2/21/25 | KPH | Correspond regarding agreements with franchisees; review and analyze Koren's supplemental declarations regarding OSC Re Contempt | .90 | 589.50 |
| 2/24/25 | KPH | ██████████████████████████ | ██ | ██ |
| 2/25/25 | KPH | ██████████████████████████ | ██ | ██ |
| 2/26/25 | KPH | Review, analyze, and strategize regarding Court's order regarding evidence at hearing on OSC Re Contempt | .50 | 327.50 |
| 2/27/25 | KPH | Confer and prepare for hearing on OSC Re Contempt; review, analyze, and confer regarding Court's order regarding same; visit and confer regarding Potato Corner store | 1.00 | 655.00 |
| 2/28/25 | KPH | Prepare for and participate in hearing on OSC Re Contempt; confer and strategize regarding same; review and confer regarding trial scheduling | 2.40 | 1,572.00 |
| 3/02/25 | KPH | ███████████████ | ██ | ██ |
| 3/03/25 | KPH | ███████████████████ | ██ | ██ |

| NET LEGAL FEES | ████████ |
|---|---|

# ERVIN COHEN & JESSUP LLP

March 28, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:    371549
Client #:    18393

Billing Attorney:    MM

## FEE RECAP

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kelly W. Cunnigham | ▆ | 800.00 | ▆ |
| Michael Murphy | ▆ | 785.00 | ▆ |
| Hsu, Kenneth | ▆ | 655.00 | ▆ |
| Elliot Z. Chen | ▆ | 575.00 | ▆ |
| Jeffrey R. Glassman | ▆ | 700.00 | ▆ |
| ▆ | ▆ | | ▆ |

## COSTS ADVANCED



| Date | Description | Amount |
|---|---|---|

**TOTAL COSTS ADVANCED** ▆

**TOTAL BALANCE DUE** ▆

6

# ERVIN COHEN & JESSUP LLP

March 28, 2025

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 371549 |
| Client #: | 18393 |

Billing Attorney:    MM

## ACCOUNTS RECEIVABLE: PAST DUE INVOICES

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ███ | ███ | ███ | ██ | ███ |
| ███ | ███ | ███ | ██ | ███ |
| ████ | ██ | ███ | ██ | ███ |

| TOTAL PAST DUE ███ | ███ |
|---|---|

## PAYMENTS APPLIED SINCE LAST INVOICE

| Date | Type | Invoice No. | Check No. | Paid By | Amount |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ████ | ████ |
| ███ | ███ | ███ | | | ████ |

7

# EXHIBIT 5



# Fox Rothschild

CONSTELLATION PLACE 10250 CONSTELLATION BOULEVARD, SUITE 900 LOS ANGELES, CA 90067
Tel 215.299.2000   Fax 215.299.2150   www.foxrothschild.com

TAX I.D. NO. 23-1404723



SHAKEY'S PIZZA ASIA VENTURES INC.

| | |
|---|---|
| Invoice Number | 3585783 |
| Invoice Date | 03/07/25 |
| Client Number | 377748 |
| Matter Number | |

**RE: SPAVI V. PCJV**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/21/2025 | MURPHY | | ■ |
| 02/23/2025 | MURPHY | | ■ |
| 02/24/2025 | MURPHY | | ■ |
| 02/25/2025 | MURPHY | | ■ |
| 02/26/2025 | MURPHY | REVIEW ORDER RE CONTEMPT RULING AND IDENTIFY WITNESSES REGARDING SAME AND GATHER EXHIBITS FOR SAME AND TELECONFERENCES AND EMAILS WITH GUY'S COUNSEL REGARDING SAME AND REVIEW CONTEMPT MOTION FOR SAME PURPOSE (1.2); TELECONFERENCE WITH INVESTIGATOR AND REVIEW PRIOR REPORTS FOR SAME PURPOSE (0.3) | 1.5 |
| 02/27/2025 | MURPHY | TELECONFERENCE WITH MR. HSU REGARDING HEARING (0.2); REVIEW DECLARATION OF ERIK AGAKI IN PREPARATION FOR HEARING (0.1); REVIEW BRIEFING AND TELECONFERENCES WITH MR. HSU, MR. AGAKI, AND CLIENT (BY ZOOM) AND ANALYZE PROCEDURE AND LAW AND DETERMINE WHETHER WITNESSES ARE NECESSARY AND COMMUNICATE DECISION AS TO SAME (1.4); | 5.4 $4.8 \times 800 = \$3,840$ |

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | DRAFT/REVISE DECLARATION OF MURPHY ASSERTING CHANGE IN FIRMS IS NOT IN VIOLATION OF LOCAL RULES (0.4); DRAFT/REVISE NEW DECLARATION OF ERIK AGAKI ESTABLISHING NEWEST VIOLATIONS, WHICH ARE IN CONTRADICTION TO THE DECLARATIONS PRESENTED IN RESPONSE TO THE OSC AND REVIEW EXHIBITS AND TELECONFERENCES REGARDING SAME (2.6); REVIEW LOCAL RULES FOR PURPOSE OF EVALUATING REQUIREMENTS FOR ADDITIONAL EVIDENCE SUBMISSION AND PREPARE SAME (0.7) | |
| 02/28/2025 | MURPHY | PREPARE FOR HEARING ON CONTEMPT (1.6); ATTEND HEARING ON CONTEMPT (IN PERSON) (2.9); TRAVEL TO AND FROM COURT FOR HEARING (0.7) ; CORRESPONDENCE AND TELECONFERENCES REGARDING SAME (0.2) | 5.4 |
| | | **TOTAL** | ██ |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours |
|------------|-------|
| M. D. MURPHY | ██ |
| **TOTAL** | ██ |

TOTAL PROFESSIONAL SERVICES ████

TOTAL AMOUNT OF THIS INVOICE ████

████████████████████



CONSTELLATION PLACE 10250 CONSTELLATION BOULEVARD, SUITE 900 LOS ANGELES, CA 90067
Tel 215.299.2000    Fax 215.299.2150    www.foxrothschild.com

TAX I.D. NO. 23-1404723

# REMITTANCE PAGE

SHAKEY'S PIZZA ASIA VENTURES INC.

| | |
|---|---|
| Invoice Number | 3585783 |
| Invoice Date | 03/07/25 |
| Client Number | 377748 |
| Matter Number | |

**RE: SPAVI V. PCJV**



# EXHIBIT 6

**Proforma Number: 1497504**

Client: **(377748) SHAKEY'S PIZZA ASIA VENTURES INC.**
Matter: **(377748■■■■) SPAVI V. PCJV**
Billing Attorney: **Murphy, Michael D. (Los Angeles)**

Proforma Run Date: **4/2/2025**
Current Status: **Timekeeper Review**



*Money on Hand*

| | Available | Use Towards Bill |
|---|---|---|
| Retainer | ■ | ■ |
| Unallocated | ■ | ■ |
| Interim Escrow | ■ | ■ |

*Billing Instructions*

**Client Level Instructions**

X   Email Invoice
Invoice Email Address:

Billing Specific Instructions

Invoice Delivery Instruction Method

**Matter Level Instructions**

X   **Email Invoice**
Invoice Email Address:

Billing Specific Instructions

Any Additional Special Invoice Instructions

e-Billing

*Invoice Options*
    Show History to Date
    Show Year to Date

*Multi Payor Information*

| Client | Percent | From | To |
|---|---|---|---|

There is no multi payor information.

Pre-Approval Prior to e-Billing

e-Billing Vendor:

**NONE**

e-Billing Client/Matter ID:

*Outstanding Invoices*

| Invoice Number | Invoice Date | Payment Date | Fees | Costs | Interest | Total Amount | Last Payment Amount | Total Amount Paid | Balance |
|---|---|---|---|---|---|---|---|---|---|



*Billing Summary*

| | Fees | Costs | Total |
|---|---|---|---|
| Original | | | |
| Transfer | | | |
| Exclude | | | |
| Write Off | | | |
| Bill No Charge | | | |
| Additional Discount | | | |
| Sub-total | | | |
| Less Monies on Hand | | | |

*Timekeeper Summary*

| Timekeeper | Rate | Hours | Value |
|---|---|---|---|
| Zolliecoffer, Jordan (Washington, D.C.) | | | |
| Grinter, Pamela A. (Seattle) | | | |
| Bowen, Teresa M. (San Francisco) | | | |
| Schmidt, Genevieve (Greenville) | | | |
| Fall, Tristram R. (Philadelphia) | | | |
| Garcia, Mario (Los Angeles) | | | |
| Murphy, Michael D. (Los Angeles) | | | |

*Cost Code Summary*

| Cost Code | Quantity | Amount |
|---|---|---|
| 77 - MESSENGER SERVICE/DELIVERY | | |
| 802 - TAXI/UBER - LOCAL TRAVEL EXPENSE | | |

*Fee Details*

| Index | Date | TMKP | Narrative | Rate | Hours | Amount | Action | Notes |
|---|---|---|---|---|---|---|---|---|
| 42814127 | 3/2/2025 | Murphy, Michael D. (Los Angeles) |  | ▇ | ▇ | ▇ | ▇ | |
| 42770883 | 3/3/2025 | Grinter, Pamela A. (Seattle) | | ▇ | ▇ | ▇ | ▇ | |
| 42813796 | 3/3/2025 | Murphy, Michael D. (Los Angeles) | | ▇ | ▇ | ▇ | ▇ | |
| 42791453 | 3/4/2025 | Grinter, Pamela A. (Seattle) | | ▇ | ▇ | ▇ | ▇ | |
| 42814151 | 3/4/2025 | Murphy, Michael D. (Los Angeles) | | ▇ | ▇ | ▇ | ▇ | |
| 42797568 | 3/5/2025 | Fall, Tristram R. (Philadelphia) | | ▇ | ▇ | ▇ | ▇ | |
| 42811139 | 3/5/2025 | Zolliecoffer, Jordan (Washington, D.C.) | | ▇ | ▇ | ▇ | ▇ | |
| 42814429 | 3/5/2025 | Murphy, Michael D. (Los Angeles) | CONFERENCE WITH JORDAN RE CASE STATUS AND TASKS AHEAD AND CORRESPONDENCE WITH AYESHA RE RELEVANT DOCUMENTS FOR SAME PURPOSE (0.9); PREPARE FOR AND ATTEND IN PERSON CONFERENCE REGARDING CONTEMPT AND ATTORNEYS' FEES (1.2); TELECONFERENCE WITH FRANK SHAIKH RE LOAN AGREEMENT AND REVIEW SAME (0.4); REVIEW PROJECT PENTAGON SALE DOCUMENTS FOR PURPOSE OF DISCUSSING THEIR REVIEW WITH TRISTAN (0.2); TELECONFERENCE WITH TRISTAN REGARDING REVIEW OF DEAL (0.3) | $800.00 | 3.0 | $2,400.00 | Bill | |
| | | | 1.2 x 800 = $960 | | | | | |
| 42814459 | 3/6/2025 | Murphy, Michael D. (Los Angeles) | DRAFT/REVISE DEMAND TO COMPLY WITH INJUNCTION AND DEMAND FOR ATTORNEYS' FEES (0.7) | $800.00 | 0.7 | $560.00 | Bill | |
| 42847819 | 3/6/2025 | Fall, Tristram R. (Philadelphia) | | ▇ | ▇ | ▇ | ▇ | |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 42814486 | 3/7/2025 | Murphy, Michael D. (Los Angeles) | ███████████████ | | | | █ |
| 42847968 | 3/7/2025 | Fall, Tristram R. (Philadelphia) | ███████████ | | ██ ██ | | █ |
| 42812268 | 3/8/2025 | Murphy, Michael D. (Los Angeles) | ANALYZE INVOICES FROM NOVEMBER THROUGH THE PRESENT TO IDENTIFY ANY AND ALL FEES AND COSTS INCURRED AS A RESULT OF OUR EFFORTS ENFORCING THE INJUNCTION (1.3); REVIEW PLEADINGS AND FILINGS FROM NOVEMBER THROUGH JANUARY TO IDENTIFY WHICH OF THOSE FILINGS WOULD HAVE BEEN SHORTER OR LESS TIME REQUIRED TO COMPLETE BUT FOR THE CONTEMPT OF DEFENDANTS (.8); DRAFT AND REVISE CORRESPONDENCE TO PCJV'S COUNSEL DISCUSSING (ONE) THE STATUS OF THE CONTINUED NONCOMPLIANCE WITH THE INJUNCTION ORDER AND (TWO) DESCRIBING THE FEES AND COSTS THAT WE CALCULATE TO BE OWED AS BEING ALMOST $100,000, AND THEN PROPOSING A RESOLUTION OF THE ATTORNEY FEE QUESTION OF $60,000 (.5) | $800.00 | 2.6 | $2,080.00 | Bill |
| 42814412 | 3/9/2025 | Murphy, Michael D. (Los Angeles) | | █ █ ██ | | | █ |
| 42824835 | 3/10/2025 | Murphy, Michael D. (Los Angeles) | DRAFT REVISE JOINT STATEMENT RE CONTEMPT NEGOTIATIONS AND REVIEW CORRESPONDENCE AND PHOTOGRAPHS FROM OPPOSING COUNSEL RE COMPLIANCE (0.8); DRAFT REVISE JOINT STATEMENT ON DISCOVERY DISPUTES (0.7) | $800.00 | 1.5  0.8 x 800 = $640 | $1,200.00 | Bill |
| 42978119 | 3/10/2025 | Zolliecoffer, Jordan (Washington, D.C.) | | | | | █ |
| 42978133 | 3/11/2025 | Zolliecoffer, Jordan (Washington, D.C.) | ████████ | █ ██ | | | █ |
| 43025931 | 3/11/2025 | Murphy, Michael D. (Los Angeles) | ███████████████ | ██ ██ | | | █ |
| 42978224 | 3/12/2025 | Zolliecoffer, Jordan | ███████████ | ██ ██ | | | █ |





| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 42978305 | 3/18/2025 | Zolliecoffer, Jordan (Washington, D.C.) | [redacted] | [redacted] | [redacted] | | [redacted] |
| 43025079 | 3/18/2025 | Murphy, Michael D. (Los Angeles) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 42978307 | 3/19/2025 | Zolliecoffer, Jordan (Washington, D.C.) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 42978308 | 3/19/2025 | Zolliecoffer, Jordan (Washington, D.C.) | [redacted] | [redacted] | [redacted] | | [redacted] |
| 43026822 | 3/19/2025 | Murphy, Michael D. (Los Angeles) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 43023388 | 3/20/2025 | Murphy, Michael D. (Los Angeles) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 42978732 | 3/21/2025 | Zolliecoffer, Jordan (Washington, D.C.) | [redacted] | [redacted] | [redacted] | | [redacted] |
| 43026504 | 3/21/2025 | Murphy, Michael D. (Los Angeles) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 43031399 | 3/23/2025 | Murphy, Michael D. (Los Angeles) | [redacted] | [redacted] | [redacted] | | [redacted] |
| 42979400 | 3/26/2025 | Zolliecoffer, Jordan (Washington, D.C.) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 42979402 | 3/27/2025 | Zolliecoffer, Jordan | [redacted] | [redacted] | [redacted] | | [redacted] |

| 42979432 | 3/28/2025 | (Washington, D.C.) Zolliecoffer, Jordan (Washington, D.C.) | ██████████ | ██ | ██ | ██ |
| 42990098 | 3/28/2025 | Schmidt, Genevieve (Greenville) | ██████████ | ██ | ██ | ██ |
| 42992648 | 3/28/2025 | Bowen, Teresa M. (San Francisco) | ██████████ | ██ | ██ | ██ |
| 43004694 | 3/31/2025 | Zolliecoffer, Jordan (Washington, D.C.) | ██████████ | ██ | ██ | ██ |



*Cost Details*

| Index | Date | TMKP | Narrative | Cost Code | Price | Quantity | Amount | Action | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 3/3/2025 | Michael D. | Murphy, (Los Angeles) | | ████ | ████ | | ██ | |
| 0 | 3/6/2025 | Michael D. | Murphy, (Los Angeles) | | ██ | ██ | ██ | ██ | |
| 0 | 3/6/2025 | Michael D. | Murphy, (Los Angeles) | | ██ | ██ | ██ | ██ | |



# EXHIBIT 7



**Hover View Investigations, Inc.**
17130 Devonshire St Ste 102
Northridge, CA  91325 US
+13234664837
eric@hvinvestigations.com
www.HVInvestigations.com

# Invoice

| BILL TO |
| --- |
| Ervin Cohen & Jessup, LLP.<br>9401 Wilshire Blvd<br>12th Floor<br>Beverly Hills, CA  90212 USA |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 4492 | 03/03/2025 | $2,562.38 | 04/01/2025 | Due on receipt | |

**CASE NO.**
ECJ250225

**LEAD AGENT**
Eric A

**REQUESTED BY**
Kenneth Hsu & Michael Murphy

| DATE | ACTIVITY | AMOUNT |
| --- | --- | --- |
| 02/26/2025 | **Field Investigation**<br>Potato Corner Investigation / Agent Eric Agaki / Americana at Brand - Glendale / Santa Anita upstairs & downstairs Location / Lakewood Center locataion / Culver City Location , Topanga location and the Northridge Location / Start time 9:30am - 7:30pm (Includes Case Rush Fee) | 2,500.00 |
| 02/26/2025 | **Client Expense**<br>parking at the Americana at Brand in Glendale CA / Parking charges / | 1.00 |
| 02/26/2025 | **Client Expense**<br>Cost of Fries from all locations | 61.38 |

Thank you for your business! We take payments via Zelle at ERIC@HVinvestigations.com
Credit cards on our website at WWW.HVinvestigations.com
Send checks to 17130 Devonshire St, Suite 102 Northridge CA 91325.
Third investigation on Potato Corner / 02/26/2025 / Agent Eric Agaki

**BALANCE DUE**

**$2,562.38**