**BLANK ROME LLP**
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Victor Sandoval (SBN 344461)
victor.sandoval@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**UPDATED DECLARATION OF ARASH BERAL IN RESPONSE TO DKT. NO. 118**<br><br>Complaint Filed:  May 31, 2024<br>Trial Date:          August 4, 2025 |

---

**DECLARATION OF ARASH BERAL IN RESPONSE TO DKT. NO. 118**

| | |
|---|---|
| limited liability company and DOES 1 through 100, inclusive,<br><br>  Defendants.<br>_____<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,<br><br>  Counter-Claimants,<br><br>  v.<br><br>SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>  Counter Defendant.<br>_____<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,<br><br>  Third Party Plaintiffs,<br><br>  v.<br><br>PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive,<br><br>  Third Party Defendants. | |

1

**DECLARATION OF ARASH BERAL IN RESPONSE TO DKT. NO. 118**

# DECLARATION OF ARASH BERAL

I, Arash Beral, declare as follows:

1. I am a partner at Blank Rome LLP, counsel of record for Defendants, Counterclaimants, and Third Party Plaintiffs. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify under oath, I could and would testify competently thereto.

2. Today I instructed my clients to issue a check (representing the $5,000 in anti-SLAPP fees) and to mail that check to Mr. Murphy. While I have not yet received payment instructions from Mr. Murphy, I assume that the check, as written, is sufficient for Mr. Murphy to make the decision either to apply the check to his new law firm's trust account (which, I hope, we have properly titled the "Fox Rothschild LLP Trust Account") or to have his client apply it to its account (as we have also added "or Shakey's Pizza Asia Ventures, Inc." in the "pay to the order of" line of the check). A true and correct copy of the check is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed April 11, 2025, within the United States, its territories, possessions, or commonwealths.

*/s/ Arash Beral*
Arash Beral

2
**DECLARATION OF ARASH BERAL IN RESPONSE TO DKT. NO. 118**

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 11, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 11, 2025.

By:   /s/AJ Cruickshank