EXHIBIT A

**1608**

**PCJV USA, LLC**
MAIN ACCOUNT
8950 W OLYMPIC BLVD., STE 563
BEVERLY HILLS, CA 90211

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
90-7162/3222

04/11/2025

PAY TO THE ORDER OF   Fox Rothschild LLP Trust Account or Shakey s Pizza Asia Ventures, Inc.    $ **5,000.00

Five thousand and 00/100************************************************************************   DOLLARS

Fox Rothschild LLP Trust Account or Shakey s Pizza
10250 Constellation Blvd #900
Los Angeles, CA  90067



*Guy Koren*
AUTHORIZED SIGNATURE

MEMO  Anti-SLAPP Fees

⑆001608⑆ ⑆322271627⑆ 268571681⑆

---

**PCJV USA, LLC Main Account**                                                                                           1608

04/11/2025    Fox Rothschild LLP Trust Account or Shakey s Pizza Asia Ventures, Inc.

| Date | Type | Reference | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|
| 04/11/2025 | Bill | | 5,000.00 | 5,000.00 | 5,000.00 |
| | | | Check Amount | | 5,000.00 |

Chase Main Acct # 16   Anti-SLAPP Fees                                                                                 5,000.00

**PCJV USA, LLC Main Account**                                                                                           1608

04/11/2025    Fox Rothschild LLP Trust Account or Shakey s Pizza Asia Ventures, Inc.

| Date | Type | Reference | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|
| 04/11/2025 | Bill | | 5,000.00 | 5,000.00 | 5,000.00 |
| | | | Check Amount | | 5,000.00 |

Chase Main Acct # 16   Anti-SLAPP Fees                                                                                 5,000.00

