# EXHIBIT 11

**From:** Malynn, Todd M.
**Sent:** Wednesday, March 26, 2025 10:51 AM
**To:** 'Murphy, Michael D.'; Beral, Arash
**Cc:** 'Zolliecoffer, Jordan'; 'James, Pauletta'
**Subject:** RE: Rule 12

Michael,

I was in the office yesterday but not today. Please confirm that and when Plaintiff is going to comply with the Magistrate Judge's order and produce documents and a list o  search terms  or our review and comment.

I am available today to meet and con er remotely be ore 3:00 pm on Plaintiff's  ailure to comply, on the issues we raised regarding Plaintiff's responses to our 2nd set o  discovery, to hear your concerns regarding a motion  or judgment on the pleadings, and on any other issue you want to raise.  Please confirm that you will be so prepared and what time works  or you.

Regards,
Todd

**Todd M. Malynn** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3469 | M: 310.595.0271 | F: 424.389.7610 | todd.malynn@blankrome.com

---

**From:** Murphy, Michael D. <mdmurphy@foxrothschild.com>
**Sent:** Wednesday, March 26, 2025 10:24 AM
**To:** Malynn, Todd M. <Todd.Malynn@BlankRome.com>; Beral, Arash <arash.beral@blankrome.com>
**Cc:** Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; James, Pauletta <PJames@foxrothschild.com>
**Subject:** Rule 12

Todd / Arash:

What is your availability today begore 3 pm to meet and con er as to our Rule 12 Motion?



**Michael Murphy**
Partner

(213) 213-1211
(310) 974-2271 (cell)
mdmurphy@foxrothschild.com

**Learn about our new brand.**

This email contains in ormation that may be con idential and/or privileged. I  you are not the intended recipient, or the employee or agent authorized to receive  or the intended recipient, you may not copy, disclose or use any contents in this email. I  you have received this email in error, please immediately noti y the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.