UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:24-CV-04546-SB-AGR | Date: | April 11, 2025 |
|---|---|---|---|

| Title: | Shakey's Pizza Asia Ventures, Inc. v. PCJV USA, LLC et al. |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Paul Cruz | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Michael Donnelly Murphy | Arash Beral |
| Jordan Zolliecoffer | Todd Matthew Malynn |

**Proceedings: (Minutes of)** Hearing on Order to Show Cause re Civil Contempt and Order to Show Cause re Sanctions **(Held and completed)**

    The Court heard argument from the parties on its order to show cause re Defendants' civil contempt (Dkt. No. 100) and its order to show cause re sanctions (Dkt. No. 148). The Court took the matters under submission.

[0:35]