EXHIBIT A

**1610**

**PCJV USA, LLC**
MAIN ACCOUNT
8950 W OLYMPIC BLVD., STE 563
BEVERLY HILLS, CA 90211

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
90-7162/3222

04/17/2025

PAY TO THE ORDER OF  Fox Rothschild LLP Trust Account or Shakey s Pizza Asia Ventures, Inc.    $ **26,596.00

Twenty-six thousand five hundred ninety-six and 00/100************************************************************** DOLLARS

Fox Rothschild LLP Trust Account or Shakey s Pizza
10250 Constellation Blvd #900
Los Angeles, CA  90067

*Guy Koren*
AUTHORIZED SIGNATURE

MEMO  Attorney Fees for Civil Contempt

⑆001610⑆ ⑈322271627⑈  268571681⑉

---

**PCJV USA, LLC Main Account**                                              1610

04/17/2025    **Fox Rothschild LLP Trust Account or Shakey s Pizza Asia Ventures, Inc.**

| Date | Type | Reference | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|
| 04/17/2025 | Bill | | 26,596.00 | 26,596.00 | 26,596.00 |
| | | | Check Amount | | 26,596.00 |

Chase Main Acct # 16   Attorney Fees for Civil Contempt                                    26,596.00

**PCJV USA, LLC Main Account**                                              1610

04/17/2025    **Fox Rothschild LLP Trust Account or Shakey s Pizza Asia Ventures, Inc.**

| Date | Type | Reference | Original Amount | Balance Due | Payment |
|---|---|---|---|---|---|
| 04/17/2025 | Bill | | 26,596.00 | 26,596.00 | 26,596.00 |
| | | | Check Amount | | 26,596.00 |

Chase Main Acct # 16   Attorney Fees for Civil Contempt                                    26,596.00





**UNITED STATES POSTAL SERVICE.**

GATEWAY CULVER CITY
9942 CULVER BLVD
CULVER CITY, CA 90232-9998
(800)275-8777

04/17/2025                              04:10 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Express Flat Rate Env | 1 | | $31.40 |

    Los Angeles, CA 90067
    Flat Rate
    Signature Waiver
    Scheduled Delivery Date
        Sat 04/19/2025 06:00 PM
    Money Back Guarantee
    Tracking #:
        ER210840464US
    Insurance                              $0.00
        Up to $100.00 included
Total                                      $31.40

Grand Total:                               $31.40

Credit Card Remit                          $31.40
    Card Name: VISA
    Account #: XXXXXXXXXXXX4049
    Approval #: 071019
    Transaction #: 239
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Not Required

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

JFN: 051945-0431
Receipt #: 840-59070014-3-6737259-2