# EXHIBIT 5

| From: | Murphy, Michael D. |
|---|---|
| To: | Beral, Arash; Malynn, Todd M. |
| Cc: | Zolliecoffer, Jordan; James, Pauletta |
| Subject: | RE: Meet and Confer |
| Date: | Saturday, March 8, 2025 8:47:26 AM |

Arash:

1. **<u>Ongoing non-compliance</u>**:

   a. At our meet and confer on Wednesday, I went through the evidence of continued noncompliance with the injunction: pictures taken on February 26, 2025 at 5 or so of your clients' stores. These pictures showed different categories of ongoing non-compliance (displays of the prohibited marks including the waving potato on receipts, menus, signs that are fixtures, others that are not, etc.).

   b. On Thursday. I sent the pics to you, with some questions confirming your client agrees this is happening, whether it has been cured, why not, etc.

   c. As of today, 72 hours since going through the photos with you in person, 48 hours after sending them to you with questions, and, indeed, 8 days after being on notice that we were aware of continued noncompliance, I have not heard anything from you as to whether your client disputes any of this was happening, let alone that it was cured, and if not why. I will assume that your client would have told you by now that he disagrees with what our investigator found at the handful of stores he went to. So we have confirmation of continued noncompliance as of, at least, February 26, 2025, and I will assume it is ongoing until I receive proof otherwise.

   d. Please advise as to what of the ongoing noncompliance has been cured and what has not as soon as possible (but no later than Monday morning 10 am).

   e. Then we can address what your client claims is impossible.

2. **<u>Fees meet and confer (total numbers, backup update, and offer to compromise on fees):</u>**

   a. Backup: I had to go through and redact out the stuff that is privileged or work product and unrelated to contempt. My office has completed the redactions and they are being sent through Kite Works. If I do not hear from you about

delivery, I will assume you did receive the four invoices.

b. Here is a summary of what I found in my review, and what I propose (and has been approved by the client):

  i.  November fees related to our having to enforce the injunction: $26,426
  1. Based on our meet and confer this week, I would say $5-10k of that you would agree is related to our addressing noncompliance, and the rest you would dispute. Remember, during the briefing of the various emergency applications etc. much of the battle was as to ongoing uses of the marks. In fact one of those resulted in the order that parties have been referring to that set out the "impossibility" exception to compliance. Much of the work we were doing in responding to your ex partes and emergency motions to amend, stay, change the bond, etc. was reviewing evidence regarding noncompliance, preparing our own, or briefing your client's noncompliance. So I disagree that these briefs would have had to be written anyway. Much of that briefing was about your clients' noncompliance.

  ii.  December fees related to our having to enforce the injunction: $30,508.50.
  1. Based on our meet and confer this week, I would predict you would agree with these. At this point the briefing was fairly segregated: motions to dismiss and briefing on the main appeal (not included) and your clients' noncompliance addressed through contempt (included)

  iii.  January fees related to our having to enforce the injunction: $14,960.00.
  1. Based on our meet and confer this week, I would predict you would also agree with these.

  iv.  Feb fees: $9,520.
  1. This was 100% preparation for and attendance at hearing.

  v.  Costs for the entire period:
  1. $6,000: Investigator: $6,000: Each report by our investigator cost

in excess of $2,000. I am waiting for the backup for those (from my old firm). But there were three reports.

2. $1,000: Filings, delivery to court (88 each) and one of the cease and desist demands to franchisees: $1000

vi. This last week I have not included yet, things like attending and preparing for the meet and confer and these redactions, etc. Likely $4k

c. Proposal (please review the below, and then after reviewing the invoices, please advise as to whether your client will agree):

    i. **Total from above: AT LEAST $92,414.50. This does not include fees for preparing the joint filing, hearing, etc.**

    ii. **Offer: I have the authority to offer the following: $60,000**. This proposal includes, the following:

1. November discounted to $5k
2. December 2024 fees amount in full: $30,508.50
3. January 2025 fees amount in full: $14,960.00
4. February 2025 fees amount in full: $9,520
5. Agreement by us to waive March 2025 fees incurred to date
6. Agreement to not include preparation of the joint statement
7. Repay $6k of costs (discount): investigator only at a discount

      Total: $60,988.5.

      We will even agree to round down, if you agree.

-

d. **This offer will expire Monday morning at 10 am.**

Best,



**Michael Murphy**
Partner
(213) 213-1211
(310) 974-2271 (cell)

✉ mdmurphy@foxrothschild.com

**Learn about our new brand.**

---

**From:** Beral, Arash <arash.beral@blankrome.com>
**Sent:** Thursday, March 6, 2025 4:32 PM
**To:** Murphy, Michael D. <mdmurphy@foxrothschild.com>; Malynn, Todd M. <Todd.Malynn@BlankRome.com>
**Cc:** Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; James, Pauletta <PJames@foxrothschild.com>
**Subject:** [EXT] RE: Meet and Confer

The analysis doesn't change. The Court wants to see us agree on a reasonable attorney fee as a result of you bringing the motion against PCJV and Koren. Can you send us the fee invoices today to review?

**Arash Beral** | BLANK**ROME**
2029 Century Park East | Los Angeles, CA 90067
Arash Beral | Blank Rome LLP

---

**From:** Murphy, Michael D. <mdmurphy@foxrothschild.com>
**Sent:** Thursday, March 6, 2025 12:56 PM
**To:** Beral, Arash <arash.beral@blankrome.com>; Malynn, Todd M. <Todd.Malynn@BlankRome.com>
**Cc:** Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; James, Pauletta <PJames@foxrothschild.com>
**Subject:** RE: Meet and Confer



Ok. Thank you for clarifying. That, then, should change your analysis as to damages. If it is not our job to monitor and force compliance, isn't any dollar our client pays towards getting compliance a damage? Put differently, as having been held in contempt, your client has been ruled as knowingly refused to comply. We have been trying to address this since the order issued in November. Does that not mean every effort we have taken in the face of knowing non compliance is a damage to which our client is entitled to recover?

And yes, pics are embedded.

**Michael Murphy**
Partner
(213) 213-1211
(310) 974-2271 (cell)
mdmurphy@foxrothschild.com

**Learn about our new brand.**

---

**From:** Beral, Arash <arash.beral@blankrome.com>
**Sent:** Thursday, March 6, 2025 12:50 PM
**To:** Murphy, Michael D. <mdmurphy@foxrothschild.com>; Malynn, Todd M. <Todd.Malynn@BlankRome.com>
**Cc:** Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; James, Pauletta <PJames@foxrothschild.com>
**Subject:** [EXT] RE: Meet and Confer

Re-sending the below as I got bounce-back messages.

**Arash Beral** | BLANKROME
2029 Century Park East | Los Angeles, CA 90067
Arash Beral | Blank Rome LLP

---

**From:** Beral, Arash
**Sent:** Thursday, March 6, 2025 12:46 PM
**To:** 'Murphy, Michael D.' <mdmurphy@foxrothschild.com>; Malynn, Todd M. <Todd.Malynn@BlankRome.com>
**Cc:** Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; James, Pauletta <PJames@foxrothschild.com>
**Subject:** RE: Meet and Confer

Thank you. We did not suggest it is your client's job to monitor compliance. We just want the documents and information you're relying on so that we can help resolve these issues.

Were there supposed to be attachments (I don't see any) or just the pictures interposed within the email?

**Arash Beral** | BLANKROME
2029 Century Park East | Los Angeles, CA 90067

[Arash Beral | Blank Rome LLP](Arash Beral | Blank Rome LLP)

---

**From:** Murphy, Michael D. <[mdmurphy@foxrothschild.com](mailto:mdmurphy@foxrothschild.com)>
**Sent:** Thursday, March 6, 2025 12:29 PM
**To:** Beral, Arash <[arash.beral@blankrome.com](mailto:arash.beral@blankrome.com)>; Malynn, Todd M. <[Todd.Malynn@BlankRome.com](mailto:Todd.Malynn@BlankRome.com)>
**Cc:** Zolliecoffer, Jordan <[JZolliecoffer@foxrothschild.com](mailto:JZolliecoffer@foxrothschild.com)>; James, Pauletta <[PJames@foxrothschild.com](mailto:PJames@foxrothschild.com)>
**Subject:** RE: Meet and Confer

Arash:

First, good meeting yesterday. I recommend in person as much as possible. Next time I come to you.

Second, from now on please always copy my colleagues, Jordan and Pauletta.

Third, my deliverables:

I am working on invoices.

Protective Order in the works as is my meet and confer response

As for Injunction Compliance. We ask for two things:

1. **<u>Known Non-Compliance</u>**: The attached (and below this email) are examples of types of non-compliant uses of trademarks with the dates, times, and locations (one week ago), noted on each picture.

   a. As for each example, we ask for confirmation as to every store in which this remains an issue and that this has been addressed as to each store and halted. We are primarily concerned with all the stores Koren controls (whether owned by a Korean entity / Defendant, or still a friendly franchisee). So, for example, identify every non fixture sign at all stores that has been taken down since last Monday, with pictures.

   b. If your client deems any use "impossible" to cease and impossible to remove this use of a trademark, we require the following for each

independent use:

    i.   Identify every use of this type at any store Koren controls, along with a picture so we can cross check.

    ii.   Provide an explanation as to each use, why it is impossible, with direct evidence as to why you believe it is impossible.

    iii.   Describe what is being done now to take care of each use.

    iv.   Describe when that attempt to cure the "impossible" uses began.

    v.   Advise when you believe they will be resolved.

c. For example, for the last category below, signs that are fixtures, for each sign that is a fixture

    i.   Identify every sign that has a prohibited trademark on it along with a picture and location description

    ii.   Note I AM NOT conceding that a lease requirement or landlord instruction is an impossibility or supersedes a court injunction, but you do, and we are entitled to an explanation. So, here, as an example you might say "this is impossible because of clause x in the attached relevant lease, and because of this email from the landlord who said I don't care if you go to jail."

    iii.   What is being done to remove the sign.

    iv.   When those efforts began.

    v.   When the sign will be taken down.

2. **Unknown Non-Compliance**: Yesterday it was suggested that it is our client's job to monitor compliance. I disagree. It is your client's job to comply. We should have not had to do anything. These statements suggested that your client believes that any Unknown Non-Compliance is permissible. Accordingly, here is where candor and disclosure will go a long way.

a. For each other use of any mark other than that we have discovered (maybe at one of the stores we did not check, or another type of use we did not see), please affirmatively disclose every use of this type at any store Koren controls, along with a picture so we can cross check. Then, please apply the impossibility question to these as set forth above. If any use has been addressed, answer the questions in 1(a), or if deemed impossible, answer the questions in 1(b).

The pictures are attached of different categories:

1. Non fixture signs
2. Receipts
3. Cardboard / paper / foam paper type standalone uses
4. Fixture signs

Thank you

**Michael Murphy**
Partner
(213) 213-1211
(310) 974-2271 (cell)
mdmurphy@foxrothschild.com

Learn about our new brand.

**From:** Beral, Arash <arash.beral@blankrome.com>
**Sent:** Thursday, March 6, 2025 11:42 AM
**To:** Murphy, Michael D. <mdmurphy@foxrothschild.com>; Malynn, Todd M. <Todd.Malynn@BlankRome.com>; Kenneth Hsu <khsu@ecjlaw.com>
**Subject:** [EXT] RE: Meet and Confer

Mike:

Following up on nos. 1 and 2 below, as well as (per our discussion in person yesterday) your fee information on the contempt motion matters. Can you send everything to us today? I have hearings today at 1:30 and then tomorrow in person at 11 am and 1:45 pm (with clients each time) at Spring Street. I don't have a lot of free time to address all these matters with the PCJV parties, and it's already almost the end of the workweek.

Arash

**Arash Beral** | BLANKROME
2029 Century Park East | Los Angeles, CA 90067
Arash Beral | Blank Rome LLP

**From:** Beral, Arash
**Sent:** Tuesday, March 4, 2025 2:10 PM
**To:** Murphy, Michael D. <mdmurphy@foxrothschild.com>; Malynn, Todd M. <Todd.Malynn@BlankRome.com>; Kenneth Hsu <khsu@ecjlaw.com>
**Subject:** RE: Meet and Confer

Mike:

Todd and I were able to clear most of our schedule tomorrow afternoon to meet in person, however, can we meet in our office or at the mezzanine level in our building complex (which has a nice, quiet lounge for us to sit and talk – there's also a Starbucks next door). I have to take off around 5 pm and walk into Beverly Hills for a board meeting, so I would appreciate us meeting closer to Century Park East. We can also meet in the outdoor courtyard area between the twin towers like we did once in the Cinco case. Can we meet at 3:30 pm?

A couple additional follow-ups:

1. I see that the Court just issued the $5,000 attorney fee ruling. Kindly provide payment instructions asap.
2. On Friday, I sent an email asking you to produce the documents/binders you had brought with you to Court and to itemize what exactly you believe is out of compliance so that we could have our clients immediately remedy any remaining issues. We need those asap. It's already Tuesday afternoon. Can we get them today please?

Thank you, and looking forward to meeting.

Best,

Arash

**Arash Beral** | BLANKROME
2029 Century Park East | Los Angeles, CA 90067
Arash Beral | Blank Rome LLP

**From:** Murphy, Michael D. <mdmurphy@foxrothschild.com>
**Sent:** Monday, March 3, 2025 6:52 PM
**To:** Beral, Arash <arash.beral@blankrome.com>; Malynn, Todd M. <Todd.Malynn@BlankRome.com>; Kenneth Hsu <khsu@ecjlaw.com>
**Cc:** James, Pauletta <PJames@foxrothschild.com>
**Subject:** Meet and Confer

Arash and Todd:

I wrote an email leaving Court on Friday inviting you to our office tomorrow or Wednesday to meet and confer, but it did not send.

So, I now try again. Can we meet and confer at m office on Wednesday? Afternoon?

Topics:

1. Injunction Compliance
2. Damages for Contempt
3. Trial Schedule
4. Resolution of Discovery Issues

Thank you!

**Michael Murphy**
Partner
(213) 213-1211
(310) 974-2271 (cell)
mdmurphy@foxrothschild.com

**Learn about our new brand.**

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

**********************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

**********************************************************************************************

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212-2974
(310) 273-6333  TIN: 95-1774339

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

Invoice #:      368789
Client #:       18393

Billing Attorney:    MM



**RE:   Potato Corner Licensing Dispute**

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212-2974
(310) 273-6333  TIN: 95-1774339

Shakey's Pizza Asia Ventures, Inc.

████████████████████
████████████████
███████████
██████████████

December 31, 2024

Invoice #:        368789
Client #:          18393
████████
Billing Attorney:    MM

## CURRENT INVOICE SUMMARY

For legal services rendered and costs advanced through November 30, 2024:

**RE:   Potato Corner Licensing Dispute**

| | |
|---|---|
| Legal Services | ████████ |
| Plus Costs Advanced | ███████ |
| **TOTAL BALANCE DUE ON CURRENT INVOICE** | ████████ |

**Effective February 1, 2025, certain hourly rates may reflect an increase.**

████████████████    ████████

# ERVIN COHEN & JESSUP LLP

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

Invoice #:      368789
Client #:        18393

Billing Attorney:    MM

## LEGAL SERVICES RENDERED



# ERVIN COHEN & JESSUP LLP

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

Invoice #:    368789
Client #:      18393

Billing Attorney:   MM



| Date | Tkpr | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 11/16/24 | KPH | Correspond with client and research regarding ongoing operations of PCJV franchisees and potential Motion for Contempt | .30 | 184.50 |
| 11/18/24 | MM | Draft/revise demand letters re Potato Bros and to franchisees and with opposing counsel re contempt (1.0); | 1.0 | 785.00 |

**ERVIN COHEN & JESSUP** LLP

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

Invoice #:    368789
Client #:    18393

Billing Attorney:    MM

| Date | Tkpr | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 11/18/24 | KPH | Draft and research regarding Ex Parte Application for OSC Re Contempt; draft correspondence to Koren's counsel regarding same and regarding Injunction Order; | 6.50 | 3,997.50 |
| 11/19/24 | MM | Research specific issues with order non compliance and draft email to guy's counsel regarding same (0.7); | .70 | 549.50 |
| 11/19/24 | SJJ | | | |
| 11/19/24 | KPH | draft and confer regarding Ex Parte Application for OSC Re Contempt; confer with client regarding same; research regarding same; meet and confer regarding Koren's Ex Parte Application for Reconsideration, Ex Parte Application for OSC Re Contempt, and more; confer regarding same | 5.90 | 3,628.50 |
| 11/20/24 | MM | correspondence with opposing counsel re injunction and review Guy ex parte to challenge injunction for purpose of preparing opposition to same (1.9); | 1.9 | 1,491.50 |
| 11/20/24 | KPH | Review and analyze Koren's Ex Parte Application for Reconsideration; draft and strategize regarding Opposition to same; confer regarding Koren's compliance with Injunction Order; draft correspondence to franchisee's counsel regarding same; review and analyze Order denying Ex Parte Application; confer with client regarding same, franchisee dealings, and Injunction Order | 7.50 | 4,612.50 |
| 11/21/24 | MM | draft/revise multiple different demand letters on PCJV and Guy's counsel (0.8) | .80 | 628.00 |
| 11/21/24 | KPH | Revise and confer regarding letter to franchisees; draft and revise correspondence to Koren's counsel regarding compliance with Injunction Order; confer regarding order on Koren's Ex Parte Application for Reconsideration | 4.50 | 2,767.50 |
| 11/22/24 | MM | | | |

# ERVIN COHEN & JESSUP LLP

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 368789 |
| Client #: | 18393 |
| ██████████ | █ |
| Billing Attorney: | MM |

| Date | Tkpr | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 11/22/24 | KPH | ███████████████████ ███████████████████ ███████████████████ ████████████████ | ██ | ███████ |
| 11/25/24 | MM | Correspondence with Eric Agaki about what he has found in his investigation as to Potato Corner operations (0.1); ███████████ ███████ | .01 | 78.50 |
| 11/25/24 | KPH | ███████████████████ ███████████████████ correspond with Koren's counsel regarding compliance with injunction; strategize regarding same; █████████████ ███████████████████ ████ | 5.20 | 3,198.00 |
| 11/26/24 | KPH | Draft and finalize correspondence to 9th Circuit regarding Koren's Emergency Motion for Stay; draft and research regarding Opposition to Koren's request to modify bond; correspond with contractor regarding same; correspond with franchisees regarding short-term license; correspond with Koren's counsel regarding briefing schedule on Emergency Motion for Stay | 6.50 | 3,997.50 |
| 11/27/24 | MM | Draft/revise cease and desist to be sent to franchisees | .50 | 392.50 |
| 11/27/24 | KPH | Draft and confer regarding Opposition to Request to Modify Bond; confer with contractor regarding same; revise and finalize cease and desist letter to franchisees; confer regarding same; correspond with Koren's counsel regarding Emergency Motion for Stay in 9th Circuit; prepare Response to same | 4.00 | 2,460.00 |
| 11/28/24 | MM | Draft/revise multiple meet and confer letters / emails regarding Koren's decision to challenge the injunction and demand I stop talking to PCJV franchisees | 1.60 | 1,256.00 |
| 11/28/24 | KPH | Review and confer regarding correspondence from Koren's counsel regarding Motion to Dismiss, threatened ex parte, and related items | .40 | 246.00 |
| 11/29/24 | MM | Draft/revise and review correspondence with opposing counsel re injunction compliance and challenges and legal research regarding allegations against me from them for violating their privileges | 1.50 | 1,177.50 |
| 11/29/24 | KPH | Revise and confer regarding draft correspondence to Koren's counsel regarding Motion for Dismiss; research regarding same; draft Response to Koren's Emergency Motion for Stay in 9th Circuit | 1.10 | 676.50 |
| 11/30/24 | MM | ███████████████████ | ██ | ███████ |
| 11/30/24 | KPH | Draft Response to Koren's Emergency Motion for Stay in 9th Circuit | 6.80 | 4,182.00 |

ERVIN COHEN & JESSUP LLP

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

Invoice #:        368789
Client #:          18393

Billing Attorney:    MM

---

| **NET LEGAL FEES** | █████ |
|---|---|

**FEE RECAP**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Michael Murphy | ██ | 785.00 | ████ |
| Sarah J. Jupina | ██ | 350.00 | ███ |
| Hsu, Kenneth | ██ | 615.00 | ████ |
| ████ | ██ | | █████ |

# ERVIN COHEN & JESSUP LLP

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

Invoice #:     368789
Client #:      18393
Billing Attorney:     MM

## COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| ███ | ████████████████████████████████ | ███ |
| ███ | ████████████████████ | ███ |
| ███ | ██████████████████████████████████ | █ |
| ███ | █████████████████████████████ | ███ |
| ███ | ██████████████ | ███ |
| ███ | ██████████ | ███ |
| ███ | ██████████ | ███ |
| ███ | ████████████████ | ███ |
| ███ | ████████████████ | ███ |
| ███ | ████████████ | ███ |
| ███ | ██████████ | ███ |
| ███ | █████████████ | ███ |
| ███ | █████████████ | ███ |
| ███ | █████████████████████ | ███ |
| ███ | █████████████ | ███ |
| ███ | ████████████ | ███ |
| ███ | █████████████████ | ███ |
| ███ | ████████████████ | ███ |

# ERVIN COHEN & JESSUP LLP

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

| | Invoice #: | 368789 |
|---|---|---|
| | Client #: | 18393 |
| | Billing Attorney: | MM |



**TOTAL COSTS ADVANCED** ████

**TOTAL BALANCE DUE** ████████ ████████

E<span>RVIN</span> C<span>OHEN</span> & J<span>ESSUP</span> LLP

December 31, 2024

Shakey's Pizza Asia Ventures, Inc.

Invoice #:       368789
Client #:        18393

███████         █
Billing Attorney:    MM

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ████ | ████ | ████ | ██ | ████ |
| ████ | ████ | ████ | ██ | ████ |
| ████ | ████ | ████ | ██ | ████ |

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212-2974
(310) 273-6333  TIN: 95-1774339

Shakey's Pizza Asia Ventures, Inc.

January 15, 2025

Invoice #:      368857
Client #:       18393

Billing Attorney:    MM



RE:   **Potato Corner Licensing Dispute**

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212-2974
(310) 273-6333  TIN: 95-1774339

Shakey's Pizza Asia Ventures, Inc.
███████████████████████
████████████████████
██████████████
██████████████████

January 15, 2025

Invoice #:       368857
Client #:        18393
███████████
Billing Attorney:    MM

## CURRENT INVOICE SUMMARY

For legal services rendered and costs advanced through December 31, 2024:

**RE:  Potato Corner Licensing Dispute**

| | |
|---|---|
| Legal Services | ████████ |
| Plus Costs Advanced | ████████ |
| **TOTAL BALANCE DUE ON CURRENT INVOICE** | ████████ |

**Effective February 1, 2025, certain hourly rates may reflect an increase.**

████████████████████████    ████████

ERVIN COHEN & JESSUP LLP

January 15, 2025

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 368857 |
| Client #: | 18393 |
| ██████████ | █ |
| Billing Attorney: | MM |

---

## LEGAL SERVICES RENDERED

| Date | Tkpr | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 12/01/24 | MM | ████████████████████████ correspondence with opposing counsel re new demands as to injunction and legal research and correspondence with Ken regarding same (0.4) | .40 | 314.00 |
| 12/01/24 | MM | ████████████████████ review and respond to demand correspondence from opposing counsel (.4) | .40 | 314.00 |
| 12/01/24 | KPH | ████████████████ review and confer regarding correspondence from Koren's counsel regarding common interest privilege and ex parte application; review and analyze ex parte application; draft correspondence to Koren's counsel regarding same | 7.50 | 4,612.50 |
| 12/02/24 | MM | ████████████████████████ teleconferences with investigator and Mr. Hsu (0.3); draft/.revise additional meet and confer correspondence (0.5) | .50 | 392.50 |
| 12/02/24 | KPH | ████████████████████ ████████ | █ | █ |
| 12/03/24 | MM | ████████ ████████████████ ████████████████ ████████████ | █ | █ |
| 12/03/24 | KPH | ████████████████ ████████████████ ██████████████████ | █ | █ |
| 12/04/24 | MM | ██ ██████████████████ ████████████ ██████ | █ | █ |
| 12/04/24 | KPH | ████████████████ ████████████████ ████████████ correspond with Koren's counsel regarding compliance with injunction | 2.10 | 1,291.50 |

# ERVIN COHEN & JESSUP LLP

January 15, 2025

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 368857 |
| Client #: | 18393 |
| ▉▉▉▉▉▉ | ▉ |
| Billing Attorney: | MM |

| Date | Tkpr | Description of Service | Hours | Amount |
|------|------|----------------------|-------|--------|
| 12/05/24 | MM | Draft/revise demand on PCJV counsel top (0.6); ▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉ | .60 | 471.00 |
| 12/05/24 | KPH | ▉▉▉▉▉▉▉▉▉▉▉▉▉ review and revise draft correspondence to Koren's counsel; research regarding contempt | .80 | 492.00 |
| 12/06/24 | KPH | Draft Declaration of M. Yocum in support of Motion for Contempt; research and confer regarding same; review and revise draft correspondence to Koren's counsel | 1.50 | 922.50 |
| 12/07/24 | MM | Draft/revise correspondence to Gruenberg (franchise counsel), opposing counsel re cease and desist and proposal re pleadings, and Ken re declaration of investigator | 1.00 | 785.00 |
| 12/07/24 | KPH | Confer with M. Murphy regarding Motion for Contempt; review draft correspondence to Koren's counsel regarding same | .40 | 246.00 |
| 12/08/24 | KPH | Correspond regarding declaration of private investigator in support of Motion for Contempt | .10 | 61.50 |
| 12/09/24 | MM | Review response to our demand on Guy's counsel that they meet and confer and respond to same (0.2); teleconference with Kenny re same and briefs (0.1) | .30 | 235.50 |
| 12/09/24 | KPH | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ research and confer regarding Motion for OSC Re Civil Contempt; ▉▉▉▉▉▉▉▉ ▉▉▉▉ | 4.90 | 3,013.50 |
| 12/10/24 | MM | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉ | ▉▉ | ▉▉ |
| 12/10/24 | KPH | Draft and research regarding Motion for OSC Re Contempt; confer with client regarding ▉▉▉▉▉ contempt, preliminary injunction, ▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉ | 6.50 | 3,997.50 |
| 12/11/24 | MM | Review and revise contempt motion. | .90 | 706.50 |
| 12/11/24 | MM | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉ | ▉ | ▉ |
| 12/11/24 | KPH | Draft, research, and confer regarding Motion for OSC Re Contempt; ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ correspond with private investigator regarding declaration; ▉▉▉▉▉▉ | 7.70 | 4,735.50 |
| 12/12/24 | MM | ▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉ | ▉ | ▉ |
| 12/12/24 | KPH | ▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉ ▉▉▉ | ▉ | ▉ |

ERVIN COHEN & JESSUP LLP

January 15, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:      368857
Client #:        18393

████████                                          ██

Billing Attorney:     MM

---

| Date | Tkpr | Description of Service | Hours | Amount |
|------|------|----------------------|-------|--------|
| 12/13/24 | MM | Draft/revise meet and confer correspondence before and after meet and confer zoom (1.2); attend zoom meet and confer (0.9); teleconference with Kenny re same (0.2) | 2.30 | 1,805.50 |
| 12/13/24 | KPH | ████████████████████████ meet and confer with Koren's counsel regarding Motion to Dismiss and Motion for OSC Re Contempt; draft and confer regarding correspondence regarding same | 3.10 | 1,906.50 |
| 12/14/24 | KPH | Confer with M. Murphy regarding Motion for Contempt██████████ | .20 | 123.00 |
| 12/15/24 | KPH | Revise and confer regarding draft Motion for OSC Re Contempt | 1.10 | 676.50 |
| 12/16/24 | MM | Draft/revise Motion for Contempt and legal research re same and review pleadings and history for same (6.9) | 6.90 | 5,416.50 |
| 12/16/24 | KPH | ██████████████████████████ draft correspondence to Koren's counsel regarding Motion to Dismiss and Motion for OSC Re Civil Contempt | 1.60 | 984.00 |
| 12/17/24 | MM | ████████████████████ draft/revise and review correspondence with Guy counsel discussing acts of contempt and injunction order (1.1); teleconference with Kenny (0.2) | .20 | 157.00 |
| 12/17/24 | KPH | Draft correspondence to Koren's counsel regarding Motion to Dismiss and Motion for OSC Re Civil Contempt; correspond with Koren's counsel regarding same; ████████████████████ ████████████████████ ██████████ | 3.20 | 1,968.00 |
| 12/17/24 | EZC | ██████████████████████ ██████████ | ██ | ██ |
| 12/18/24 | MM | ████████████████████████ ██████████ review legal argument for contempt motion for purpose of reviewing cases as to same and review authorities as to same (1.5) | 1.5 | 1,177.50 |
| 12/18/24 | KPH | Revise and confer regarding correspondence to Koren's counsel regarding Motion to Dismiss and Motion for OSC Re Civil Contempt; ████████████████████████ ████████████████ revise and confer regarding Motion for OSC Re Civil Contempt | 1.70 | 1,045.50 |
| 12/19/24 | MM | ██████████████████████ | ██ | ██ |

4

ERVIN COHEN & JESSUP LLP

January 15, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:        368857
Client #:          18393
██████████                      █
Billing Attorney:      MM



| Date | Tkpr | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 12/19/24 | KPH | ██████████████████████ ██████████████████ ███████████████ | █ | █ |
| 12/20/24 | MM | ██████████████████████ ███ | █ | █ |
| 12/20/24 | KPH | ███████████████ draft Motion for OSC Re Civil Contempt and Declaration of M. Murphy; gather and review Exhibits in support of Motion; research regarding same; ████████ | 4.20 | 2,583.00 |
| 12/21/24 | MM | █████████████████████ | █ | █ |
| 12/22/24 | KPH | Correspond regarding draft Declaration in support of Motion for OSC Re Civil Contempt | .20 | 123.00 |
| 12/23/24 | KPH | Revise Motion for OSC Re Civil Contempt and Declaration of M. Murphy in support of Motion; review and analyze invoices to support request Motion; ███████████ | 2.90 | 1,783.50 |
| 12/24/24 | KPH | ██████████ revise and confer regarding draft Motion for OSC Re Civil Contempt | .50 | 307.50 |
| 12/26/24 | MM | Draft/revise Motion for Contempt and then final review and approval and revision to contempt motion and correspondence regarding same (2.5); ██████████████████ █████████ | 2.5 | 1,962.50 |
| 12/26/24 | KPH | Revise, finalize, and confer regarding Motion for OSC Re Civil Contempt; ███████████████ ██████ | 8.00 | 4,920.00 |
| 12/27/24 | MM | ████████████████████ ████████████████████ ████████████████████ ███████████████████ ████████████ | █ | █ |

# ERVIN COHEN & JESSUP LLP

January 15, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:    368857
Client #:    18393

Billing Attorney:   MM



| Date | Tkpr | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 12/27/24 | KPH | ██████████████ | ██ | ████ |
| 12/30/24 | KPH | ██████████████ | ██ | ████ |
| 12/31/24 | KPH | ██████████████ | ██ | ████ |

| NET LEGAL FEES | ████ |
|---|---|

## FEE RECAP

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Michael Murphy | ██ | 785.00 | ████ |
| Hsu, Kenneth | ██ | 615.00 | ████ |
| Elliot Z. Chen | ██ | 575.00 | ████ |
| **TOTALS** | ██ | | ████ |

ERVIN COHEN & JESSUP LLP

January 15, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:      368857
Client #:          18393

████████████          █

Billing Attorney:      MM

---

## COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████████████████████ | ████ |
| | ████████████████████ | |
| ████ | ████████████████████████████████ | ████ |
| | ████████████████████ | |
| ████ | ███████████████████████████████████ | ███ |
| | █████████ | |
| ████ | █████████████████████████████████ | ███ |
| | ██████████████████ | |
| ████ | █████████████████████████████████ | ███ |
| | ██████████████ | |
| ████ | █████████████████████████████████ | ███ |
| | █████████████ | |
| ████ | █████████████████████████████████ | ███ |
| | ██████████████ | |
| ████ | █████████████████████████████████ | ███ |
| | ████████████████ | |
| ████ | █████████████████████████████████ | ███ |
| | ██████████████ | |
| ████ | █████████████████████████████████ | ███ |
| | █████████████ | |
| ████ | █████████████████████████████████ | ███ |
| | ████████████████ | |
| ████ | █████████████████████████████████ | ███ |
| | █████████████ | |
| ████ | █████████████████████████████████ | ███ |
| | ██████████████ | |
| ████ | █████████████████████████████████ | ███ |
| | █████████████ | |
| ████ | █████████████████████████████████ | ███ |
| | ██████████████ | |
| ████ | █████████████████████████████████ | ███ |
| | █████████████ | |
| ████ | █████████████████████████████████ | ███ |
| | █████████████ | |

ERVIN COHEN & JESSUP LLP

January 15, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:      368857
Client #:        18393

Billing Attorney:    MM

| Date | Description | Amount |
|------|-------------|--------|

**TOTAL COSTS ADVANCED**

**TOTAL BALANCE DUE**

# ERVIN COHEN & JESSUP LLP

January 15, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:    368857
Client #:    18393

Billing Attorney:   MM

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ███ | ███ | ███ | ██ | ███ |
| ███ | ███ | ███ | ██ | ███ |
| ███ | ███ | ███ | ██ | ███ |
| ████ | ███ | ███ | ██ | ███ |

# ERVIN COHEN & JESSUP LLP

9401 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212-2974
(310) 273-6333  TIN: 95-1774339

Shakey's Pizza Asia Ventures, Inc.

February 14, 2025

Invoice #:    369865
Client #:     18393

Billing Attorney:    MM



**RE:   Potato Corner Licensing Dispute**

**ERVIN COHEN & JESSUP** LLP

9401 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212-2974
(310) 273-6333  TIN: 95-1774339

Shakey's Pizza Asia Ventures, Inc.

████████████████████
████████████████
███████████
████████████

February 14, 2025

Invoice #:        369865
Client #:         18393
                          █
Billing Attorney:      MM

## CURRENT INVOICE SUMMARY

For legal services rendered and costs advanced through January 31, 2025:

**RE:   Potato Corner Licensing Dispute**

|  |  |
|---|---|
| Legal Services | ████████ |
| Less Courtesy Fee Discount | ████████ |
| Net Legal Services | ████████ |
| Plus Costs Advanced | ██████ |
| **TOTAL BALANCE DUE** ██████████ | ██████ |

**Effective February 1, 2025, certain hourly rates may reflect an increase.**

████████████████████        ██████

ERVIN COHEN & JESSUP LLP

February 14, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:       369865
Client #:          18393
███████████            ██
Billing Attorney:      MM

## LEGAL SERVICES RENDERED



ERVIN COHEN & JESSUP LLP

February 14, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:      369865
Client #:        18393

Billing Attorney:    MM



| Date | Tkpr | Description of Service | Hours | Amount |
|------|------|----------------------|-------|--------|
| 1/07/25 | KPH | ██████████████████ correspond regarding invoice from E. Agaki; ████████████████ | 4.70 | 2,890.50 |
| 1/08/25 | MM | ████████████████████ | ██ | ██ |
| 1/08/25 | KPH | ████████████████████ | ██ | ██ |
| 1/09/25 | MM | ██████████ | ██ | ██ |
| 1/09/25 | KPH | ██████████████ | ██ | ██ |
| 1/10/25 | MM | ██ review Opposition to Contempt Motion for purpose of preparing and planning Reply to same (1.0) | 1.0 | 785.00 |
| 1/10/25 | KPH | ████████████████ | ██ | ██ |
| 1/12/25 | KPH | Review and analyze Opposition to Motion for OSC Re Civil Contempt; confer regarding same; ████████ | .80 | 492.00 |
| 1/13/25 | MM | ██████████ | ██ | ██ |
| 1/13/25 | KPH | Review and analyze Opposition to Motion for OSC Re Contempt; confer regarding same; ████████ confer with private investigator | 8.50 | 5,227.50 |
| 1/14/25 | MM | ████████████████████ | ██ | ██ |

ERVIN COHEN & JESSUP LLP

February 14, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:        369865
Client #:          18393
█████████                █
Billing Attorney:      MM



| Date | Tkpr | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 1/14/25 | KPH | ██████████████████ ████████████ ████████████████ ████ | ██ | ████ |
| 1/15/25 | MM | ██████████████████ | ██ | ████ |
| 1/15/25 | KPH | ██████████████ ████████████ ████████████████ ████ | ██ | ████ |
| 1/16/25 | MM | ████████████ ████ | ██ | ████ |
| 1/16/25 | KPH | ████████████████████ ████████ draft and correspond regarding Reply in support of Motion for OSC Re Contempt | 8.60 | 5,289.00 |
| 1/17/25 | MM | REview and revise Reply in support of Contempt motion and Responding Brief to the 9th Circuit | 2.90 | 2,276.50 |
| 1/17/25 | KPH | ████████████████ revise, finalize, and confer regarding Reply in support of Motion for Contempt; confer with investigator regarding photographs and report; review and analyze same; ████████████ | 8.90 | 5,473.50 |
| 1/19/25 | KPH | ████████████ | ██ | ██ |
| 1/20/25 | MM | ██████████████ █ | ██ | ██ |
| 1/20/25 | KPH | ██████████████ ████████████████ | ██ | ██ |
| 1/21/25 | MM | ██████████████ ██████████ ████████████ ██████████████ █ | ██ | ████ |
| 1/21/25 | KPH | ██████████████ ████████████████ ████████████ | ██ | ████ |
| 1/22/25 | KPH | ██████████████ ██████████ | ██ | ████ |

# ERVIN COHEN & JESSUP LLP

February 14, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:      369865
Client #:          18393

Billing Attorney:      MM



| Date | Tkpr | Description of Service | Hours | Amount |
|------|------|------------------------|-------|--------|
| 1/23/25 | MM | ███████████████████ █ | ██ | ███ |
| 1/24/25 | MM | ████████████████████████ | ██ | ███ |
| 1/24/25 | KPH | ███████████████████████ ███████████████████████ ███████████ | ██ | ███ |
| 1/27/25 | KPH | ██████████████████████ | ██ | ███ |
| 1/28/25 | MM | █████████████████████████ ██████████████████████████ ██████████ | ██ | ███ |
| 1/28/25 | KPH | ███████████████████ | ██ | ███ |
| 1/29/25 | KPH | ██████████████████████ | ██ | ███ |
| 1/30/25 | MM | Review tentative ruling for purpose of preparing for hearing and review cases cited in all briefs for sane purpose; legal research and correspondence and teleconferences re oral augment on contempt | 1.50 | 1,177.50 |
| 1/30/25 | KPH | Review, analyze, and confer regarding tentative rulings regarding Motion for OSC Re Contempt and Motion to Dismiss; prepare for hearing regarding same; meet and confer with Koren's counsel regarding discovery responses; ███████████████████ ███████████ | 3.10 | 1,906.50 |
| 1/31/25 | MM | Prepare for, travel to and from, and attend hearing on contempt motion and subsequent correspondence and teleconferences re same | 2.70 | 2,119.50 |
| 1/31/25 | KPH | Prepare for and appear at hearing on Motion for OSC Re Contempt and Motion to Dismiss; confer regarding same | 1.60 | 984.00 |
|  |  | ███████████████████ ███████████████████ | | ███████ ██████ |

| NET LEGAL FEES | ███████ |
|----------------|---------|

## FEE RECAP

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Michael Murphy | ███ | 785.00 | ████ |
| Sarah J. Jupina | ██ | 350.00 | ███ |
| Hsu, Kenneth | ███ | 615.00 | ████ |
| ████ | ███ | | ████ |

ERVIN COHEN & JESSUP LLP

February 14, 2025

Shakey's Pizza Asia Ventures, Inc.

| | |
|---|---|
| Invoice #: | 369865 |
| Client #: | 18393 |

Billing Attorney:    MM

___

## COSTS ADVANCED



| Date | Description | Amount |
|---|---|---|
| 12/31/24 | Legal Support Network, LLC, Messenger/Attorney Services, 12/31/2024, LA-24-26401, ERVCO - Recipient: U.S. DISTRICT COURT | 88.00 |
| 1/15/25 | Legal Support Network, LLC, Messenger/Attorney Services, 1/15/2025, LA-25-27355, ERVCO - Recipient:  U.S. DISTRICT COURT | 88.00 |

| | |
|---|---|
| **TOTAL COSTS ADVANCED** | |
| **TOTAL BALANCE DUE** | |

# ERVIN COHEN & JESSUP LLP

February 14, 2025

Shakey's Pizza Asia Ventures, Inc.

Invoice #:       369865
Client #:        18393

████████                                    █

Billing Attorney:    MM

---

████████████████████████████

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ████ | ████ | ████ | ██ | ████ |
| ████ | ████ | ████ | ██ | ████ |
| ██████ | ████ | ████ | ██ | ████ |

| | ████████ | | ████ |
|---|---|---|---|

████████████████

| Date | Type | Invoice No. | Check No. | Paid By | Amount |
|---|---|---|---|---|---|
| ███ | ███ | ████ | ███ | █████ | █████ |
| ███ | ███ | ████ | ███ | █████ | █████ |
| ███ | █████ | ████ | | | █████ |



# Fox Rothschild

CONSTELLATION PLACE 10250 CONSTELLATION BOULEVARD, SUITE 900 LOS ANGELES, CA 90067
Tel 215.299.2000    Fax 215.299.2150    www.foxrothschild.com

TAX I.D. NO. 23-1404723

SHAKEY'S PIZZA ASIA VENTURES INC.

█████████████████████
████████████

██████████████████████████

| | |
|---|---|
| Invoice Number | 3585783 |
| Invoice Date | 03/07/25 |
| Client Number | 377748 |
| Matter Number | ████ |

RE: SPAVI V. PCJV

## FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/21/2025 | MURPHY | ████████████████████████ | ██ |
| 02/23/2025 | MURPHY | ████████████████████████ | ██ |
| 02/24/2025 | MURPHY | ████████████████████████ | ██ |
| 02/25/2025 | MURPHY | ████████████████████████ | ██ |
| 02/26/2025 | MURPHY | REVIEW ORDER RE CONTEMPT RULING AND IDENTIFY WITNESSES REGARDING SAME AND GATHER EXHIBITS FOR SAME AND TELECONFERENCES AND EMAILS WITH GUY'S COUNSEL REGARDING SAME AND REVIEW CONTEMPT MOTION FOR SAME PURPOSE (1.2); TELECONFERENCE WITH INVESTIGATOR AND REVIEW PRIOR REPORTS FOR SAME PURPOSE (0.3) | 1.5 |
| 02/27/2025 | MURPHY | TELECONFERENCE WITH MR. HSU REGARDING HEARING (0.2); REVIEW DECLARATION OF ERIK AGAKI IN PREPARATION FOR HEARING (0.1); REVIEW BRIEFING AND TELECONFERENCES WITH MR. HSU, MR. AGAKI, AND CLIENT (BY ZOOM) AND ANALYZE ████████ AND DETERMINE WHETHER WITNESSES ARE NECESSARY AND COMMUNICATE DECISION AS TO SAME (1.4); | 4.8 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | ███████████████ DRAFT/REVISE NEW DECLARATION OF ERIK AGAKI ESTABLISHING NEWEST VIOLATIONS, WHICH ARE IN CONTRADICTION TO THE DECLARATIONS PRESENTED IN RESPONSE TO THE OSC AND REVIEW EXHIBITS AND TELECONFERENCES REGARDING SAME (2.6); REVIEW LOCAL RULES FOR PURPOSE OF EVALUATING REQUIREMENTS FOR ADDITIONAL EVIDENCE SUBMISSION AND PREPARE SAME (0.7) | |
| 02/28/2025 | MURPHY | PREPARE FOR HEARING ON CONTEMPT (1.6); ATTEND HEARING ON CONTEMPT (IN PERSON) (2.9); TRAVEL TO AND FROM COURT FOR HEARING (0.7) ; CORRESPONDENCE AND TELECONFERENCES REGARDING SAME (0.2) | 5.4 |
| | | **TOTAL** | ███ |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours |
|---|---|
| M. D. MURPHY | ███ |
| **TOTAL** | ███ |

TOTAL PROFESSIONAL SERVICES ████████

TOTAL AMOUNT OF THIS INVOICE ████████

████████████████████████

# Fox Rothschild

CONSTELLATION PLACE 10250 CONSTELLATION BOULEVARD, SUITE 900 LOS ANGELES, CA  90067
Tel 215.299.2000    Fax  215.299.2150    www.foxrothschild.com

TAX I.D. NO. 23-1404723

# REMITTANCE PAGE



| | |
|---|---|
| Invoice Number | 3585783 |
| Invoice Date | 03/07/25 |
| Client Number | 377748 |
| Matter Number | ███ |

**RE:  SPAVI V. PCJV**

