# EXHIBIT 7

| | |
|---|---|
| **From:** | Murphy, Michael D. |
| **To:** | Malynn, Todd M. |
| **Cc:** | Beral, Arash; Zolliecoffer, Jordan; James, Pauletta; Cruickshank, AJ |
| **Subject:** | RE: Shakey"s Pizza Asia Ventures, Inc. v. PCJV USA, LLC, et al. |
| **Date:** | Monday, March 10, 2025 2:13:20 PM |

Todd:

Thanks for your email.

In order of priority, first we have a joint report due today on status of contempt negotiations. May I ask where we stand regarding the noncompliance we found on February 26, 2025? Or on our proposal regarding fees?

Your joint agenda was almost a brief for Defendants. I am redlining it but having to make a lot of changes. It is going to take a while. Too much advocacy.

Thanks



Fox Logo

**Michael Murphy**
Partner
(213) 213-1211
(310) 974-2271 (cell)
mdmurphy@foxrothschild.com

**Learn about our new brand.**

---

**From:** Malynn, Todd M. <Todd.Malynn@BlankRome.com>
**Sent:** Monday, March 10, 2025 2:10 PM
**To:** Murphy, Michael D. <mdmurphy@foxrothschild.com>
**Cc:** Beral, Arash <arash.beral@blankrome.com>; Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; James, Pauletta <PJames@foxrothschild.com>; Cruickshank, AJ <AJ.Cruickshank@BlankRome.com>
**Subject:** [EXT] Re: Shakey's Pizza Asia Ventures, Inc. v. PCJV USA, LLC, et al.

Michael,

Just following up on the joint agenda.  Please circulate any comments today.  Please also send the revised protective order. Thanks.

Regards,
Todd
Sent from my iPhone

> On Mar 7, 2025, at 9:33 AM, Malynn, Todd M. <Todd.Malynn@blankrome.com> wrote:
>
> Michael,
>
> Attached please find a draft joint agenda re Defendants' requested discovery conference. Please review and provide comments/any proposed edits in redline. Please also circulate the protective order with corrected numbering. Thanks.
>
> Regards,
> Todd
>
> **Todd M. Malynn** | BLANKROME
> 2029 Century Park East | 6th Floor | Los Angeles, CA 90067
> O: 424.239.3469 | M: 310.595.0271 | F: 424.389.7610 |
> todd.malynn@blankrome.com
>
> <Joint Agenda.docx>

****************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

****************************************************************************************************