# EXHIBIT 11

| | |
|---|---|
| **From:** | Beral, Arash |
| **To:** | Murphy, Michael D. |
| **Cc:** | Zolliecoffer, Jordan; James, Pauletta; Malynn, Todd M. |
| **Subject:** | [EXT] Store Photos |
| **Date:** | Monday, March 10, 2025 5:50:13 PM |

Mike:

I was not able to get assistance today from our IT team to create a sharefile link for you of the photos I received. I will thus be sending separate emails to you with photo attachments myself, showing the status of the defendant store entities as of last week. Apologies for the multiple emails to come.

Arash

**Arash Beral** | BLANKROME

2029 Century Park East | Los Angeles, CA 90067

Arash Beral | Blank Rome LLP

****************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

****************************************************************************************************