# EXHIBIT 13

| | |
|---|---|
| **From:** | Beral, Arash |
| **To:** | Murphy, Michael D. |
| **Cc:** | Zolliecoffer, Jordan; James, Pauletta; Malynn, Todd M. |
| **Subject:** | [EXT] Valley Fair Photos |
| **Date:** | Monday, March 10, 2025 5:52:14 PM |
| **Attachments:** | IMG_5878.heic |
| | IMG_5876.heic |

**Arash Beral** | BLANKROME

2029 Century Park East | Los Angeles, CA 90067

Arash Beral | Blank Rome LLP

****************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

****************************************************************************************************

```
=== CLOSED CHECK REPRINT ===
===   3/6/2025 5:49:02 PM   ===
```

# Mi.a

**Valley Fair - Santa Clara**
2855 Stevens Creek Blvd
Santa Clara CA 95050
3239511155

Thursday, March 6, 2025 11:26 AM
Server(s): Catalan Kimberly
Table Counter Right 1
Guest Name: Check 1
Guests: 0

## REPRINT
Check: 1744938

Reprint: 2
Order: Takeout
Area: Counter Right

| | |
|---|---|
| Mega Original Fries | $7.10 |
|    Cheddar | |
|    Only | |
| Subtotal | $7.10 |
| Total Taxes | $0.65 |
| Total | $7.75 |
| CreditCard | $7.75 |

### BALANCE DUE $0.00

| 10% = $0.71 | 15% = $1.06 | 20% = $1.42 |

Valley Fair - Santa Clara
3239511155
Thursday, March 6, 2025 11:26 AM
Server(s): Catalan Kimberly
Table Counter Right 1

Merchant ID: -

Purchase

Visa ************7264
Entry Method: Contactless
Cardholder: N/A
Invoice: 1744939
Auth Code: 006242
Reference: 1744939

Approved

**CREDITCARD PAYMENT**

| | |
|---|---|
| Amount | $7.75 |
| Tip | $0.00 |
| Total | $7.75 |

I agree to pay the above total amount
according to my card holder agreement

APP: VISA CREDIT
AID: A0000000031010
TVR: 0000000000
TSI: 0000
ATC: 0280
CVM: NOT REQ'D

Thank you







