# EXHIBIT 15

| | |
|---|---|
| **From:** | Beral, Arash |
| **To:** | Murphy, Michael D. |
| **Cc:** | Zolliecoffer, Jordan; James, Pauletta; Malynn, Todd M. |
| **Subject:** | [EXT] Santa Anita Photos - Part 2 |
| **Date:** | Monday, March 10, 2025 5:52:41 PM |

**Arash Beral** | BLANKROME

2029 Century Park East | Los Angeles, CA 90067

Arash Beral | Blank Rome LLP

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Ben

**Santa Anita Mall (Upstairs)**
400 S BALDWIN AVE
#9250
Arcadia CA 91007
(323) 951-1155

Thursday, March 6, 2025 5:09 PM
Server(s): Phung Alex
Table: Counter Right 1
Guest Name: Check 1
Guests: 0

## Check: 1971864
Reprint: 1
Order: Takeout
Area: Counter Right

| | |
|---|---|
| Mega Original Fries | $7.03 |
|    Garlic & Parmesan | |
|    Only | |
| **Subtotal** | **$7.03** |
| Total Taxes | $0.72 |
| **Total** | **$7.75** |
| **CreditCard** | **$8.45** |

## BALANCE DUE $0.00

Santa Anita Mall (Upstairs)
(323) 951-1155
**Thursday, March 6, 2025 5:09 PM**
Table: Counter Right 1

Merchant ID ·

Purchase

Visa ************2259
Entry Method: Contactless
Cardholder: N/A
Invoice: 1971869
Auth Code: 439877
Reference: 1971869
Approved

### CREDITCARD PAYMENT

| | |
|---|---|
| **Amount** | $7.75 |
| Tip | $0.70 |
| **Total** | $8.45 |

I agree to pay the above total amount
according to my card holder agreement

APP: VISA DEBIT
AID: A0000000031010
TVR: 0000000000
TSI: 0000
ATC: 0017
CVM: NOT REQ'D

Thank you







