# EXHIBIT 16

| | |
|---|---|
| **From:** | Beral, Arash |
| **To:** | Murphy, Michael D. |
| **Cc:** | Zolliecoffer, Jordan; James, Pauletta; Malynn, Todd M. |
| **Subject:** | [EXT] Lakewood Photos - Part 3 |
| **Date:** | Monday, March 10, 2025 5:52:49 PM |

**Arash Beral** | BLANKROME

2029 Century Park East | Los Angeles, CA 90067

Arash Beral | Blank Rome LLP

****************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

****************************************************************************************************

Case 2:24-cv-04546-SB-AGR   Document 164-16   Filed 04/21/25   Page 3 of 5   Page ID #:6966



# Joanna

**Lakewood**
500 Lakewood Center Mall
Lakewood CA 90712
323-861-1155

Thursday March 6 2025 5:56 PM
Server(s): Hernandez Joaquin
Table: Counter Left 1
Guest Name: Check 1
Guests: 0

**Check: 1768713**
Reprint: 1
Order: Takeout
Area: Counter Left

| | |
|---|---|
| Giga Loopy Fries | $8.39 |
|     Sour Cream & Onion | |
|     Only | |
| Mega Original Fries | $6.80 |
|     Chili BBQ | |
|     Only | |
| Mega Sweet Potato Fries | $7.70 |
|     No Seasoning | |
|     Only | |
| Regular Fountain Drink | $2.49 |
|     Raspberry Iced Tea | |
| Regular Fountain Drink | $2.49 |
|     Sprite | |
| **Subtotal** | $27.87 |
| Total Taxes | $2.66 |

