# EXHIBIT 17

| From: | Beral, Arash |
|---|---|
| To: | Murphy, Michael D. |
| Cc: | Zolliecoffer, Jordan; James, Pauletta; Malynn, Todd M. |
| Subject: | [EXT] Santa Anita Photos - Part 1 |
| Date: | Monday, March 10, 2025 5:52:57 PM |

**Arash Beral** | BLANKROME

2029 Century Park East | Los Angeles, CA 90067

Arash Beral | Blank Rome LLP

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and any attachments may contain confidential or privileged information and are
only for the use of the intended recipient of this message. If you are not the intended recipient,
please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by
return email, and delete or destroy this and all copies of this message and all attachments. Any
unauthorized disclosure, use, distribution, or reproduction of this message or any attachments
is prohibited and may be unlawful.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



=== CLOSED CHECK REPRINT ===
=== 3/6/2025 7:26:17 PM ===

# Cindy

**Santa Anita Mall (Downstairs)**
400 S Baldwin Ave
Arcadia CA 91007
323-951-1155

Thursday, March 6, 2025 7:18 PM
Server(s): Juarez Frida
Table: Counter Right 1
Guest Name: Check 1
Guests: 0

## REPRINT
Check: **1929507**

Reprint: 2
Order: Takeout
Area: Counter Right

| | |
|---|---|
| Giga Original Fries | $16.34 |
| 2 @ $8.17 | |
| BBQ | |
| Only | |

| | |
|---|---|
| **Subtotal** | **$16.34** |
| Total Taxes | $1.67 |
| **Total** | **$18.01** |
| **CreditCard** | **$18.01** |

## BALANCE DUE $0.00

| 10% = $1.63 | 15% = $2.45 | 20% = $3.27 |
|---|---|---|

Santa Anita Mall (Downstairs)
323-951-1155
**Thursday, March 6, 2025 7:18 PM**
Server(s): Juarez Frida
Table: Counter Right 1

Merchant ID: -

Purchase

MasterCard: ************8010
Entry Method: Chip
Cardholder: KEYRUPAN/CYNTHIA P
Invoice: 1929508
Auth Code: 44773P
Reference: 1929508

Approved

| **CREDITCARD PAYMENT** | |
|---|---|
| Amount | $18.01 |
| Tip | $0.00 |
| Total | $18.01 |

I agree to pay the above total amount
according to my card holder agreement

APP: Mastercard
AID: A0000000041010
TVR: 0000008000
TSI: E800
ATC: 02C4
CVM: SIGNATURE

Thank you





