# EXHIBIT 26

| | |
|---|---|
| From: | Beral, Arash |
| To: | Murphy, Michael D. |
| Cc: | Zolliecoffer, Jordan; James, Pauletta; Malynn, Todd M. |
| Subject: | [EXT] Americana Photos - Part 2 |
| Date: | Monday, March 10, 2025 5:55:32 PM |
| Attachments: | 76307262011___506DE5F9-8EF3-45B4-AC16-03045E8AD7D6.HEIC |
| | 76307802595___6F08BD8F-19C0-45F0-BFDF-00566A2E82E5.HEIC |

**Arash Beral** | BLANKROME

2029 Century Park East | Los Angeles, CA 90067

Arash Beral | Blank Rome LLP

****************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

****************************************************************************************************







```
            UnderCover Fries
            Americana At Brand
            620 Americana Way
            Glendale, CA  91210
              323-951-1155


LUCY
Tbl: D11 Gsts: 1 Srvr: Ejada Kaelley
Date: 03-07-2025   2:00pm      .0324.00078
_____

  2 Mega                        0.00
  2 Mega Original              14.52
  2 Single Flavor
  2 Plain                       0.00
  1 Mega                        7.26
    Mega Original
    Single Flavor
    Plain
                                        24.00
Total Due:                      24.00
Pymt Credit
Card Number:  **************1298


              Thank You For
              Joining Us ! ! !


              We Hope To See
            You Again Soon ! ! !
```



