# EXHIBIT 27

| | |
|---|---|
| **From:** | Murphy, Michael D. |
| **To:** | Beral, Arash |
| **Subject:** | Did you see the proposed statement? |
| **Date:** | Monday, March 10, 2025 6:33:51 PM |