# EXHIBIT 29

1   MICHAEL D. MURPHY
    mdmurphy@foxrothschild.com
2   JORDAN ZOLLIECOFFER
    jzolliecoffer@foxrothschild.com
3   FOX ROTHSCHILD LLP
    Constellation Place
4   10250 Constellation Boulevard, Suite 900
    Los Angeles, California 90067
5   Telephone:  310.598.4150
    Facsimile:  310.556.9828
6
    Attorneys for Plaintiff SHAKEY'S
7   PIZZA ASIA VENTURES, INC.

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  | SHAKEY'S PIZZA ASIA VENTURES, | Case No. 2:24-CV-04546-SB(AGRx) |
12  | INC, a Philippines corporation, | |
    | | *Hon. Stanley Blumenfeld* |
13  | Plaintiff, | |
    | | **JOINT STATUS REPORT OF** |
14  | v. | **PLAINTIFF AND DEFENDANTS** |
    | | **REGARDING ONGOING MEET** |
15  | PCJV USA, LLC, a Delaware limited | **AND CONFER DISCUSSIONS** |
    | liability company; PCI TRADING, | |
16  | LLC, a Delaware limited liability | |
    | company; GUY KOREN, an individual; | |
17  | POTATO CORNER LA GROUP, LLC, | Date:        February 28, 2025 |
    | a California limited liability company; | Time:        8:30 a.m. |
18  | NKM CAPITAL GROUP, LLC, a | Courtroom: 6C |
    | California limited liability company; J & | |
19  | K AMERICANA, LLC, a California | |
    | limited liability company; J&K | Complaint Filed:   May 31, 2024 |
20  | LAKEWOOD, LLC, a California | Trial Date:        August 4, 2025 |
    | limited liability company; J&K | |
21  | VALLEY FAIR, LLC, a California | |
    | limited liability company; J & K | |
22  | ONTARIO, LLC, a California limited | |
    | liability company; HLK MILPITAS, | |
23  | LLC, a California, limited liability | |
    | company; GK CERRITOS, LLC, a | |
24  | California, limited liability company; | |
    | J&K PC TRUCKS, LLC, a California | |
25  | limited liability company; and, GK | |
    | CAPITAL GROUP, LLC, a California | |
26  | limited liability company and DOES 1 | |
    | through 100, inclusive, | |
27  | | |
    | Defendants. | |
28

                                    1

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

               Counter-Claimants,

     v.

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

               Counter Defendant.

---

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

               Third Party Plaintiffs,

     v.

PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive,

               Third Party Defendants.

---

2

JOINT STATEMENT REGARDING CONTEMPT NEGOTIATIONS
168895058.1
169351412.1

CASE NO. 2:24-CV-04546-SB(AGRX)

1                                        **JOINT STATEMENT**

2          Pursuant to this Court's Order of March 4, 2025 (Dkt. 117), Plaintiff and

3 Defendants PCJV USA, LLC and Guy Koren (collectively, "Defendants") submit

4 the following status report, regarding their ongoing meet and confer efforts to

5 resolve (1) "any outstanding violations of the Court's preliminary injunction," and

6 (2) "the amount of reasonable attorney's fees to award to Plaintiff in connection

7 with its contempt motion."

8          On Wednesday afternoon, March 5, 2025, counsel for Plaintiff, Michael

9 Murphy, and counsel for Defendants, Arash Beral and Todd Malynn, met, in

10 person, at the offices of Fox Rothschild to discuss both of the topics remaining to

11 be resolved. Mr. Murphy presented to Defendants' counsel some pictures of

12 outstanding violations that Plaintiff was prepared to submit on February 28, 2025,

13 which he sent by email to Defendants' counsel the following day (Thursday, March

14 6, 2025). Mr. Beral indicated that he would address these with his clients so that

15 they could address any remaining issues with the store entities. Defendants' counsel

16 represented in the hours before this filing that these issues have been resolved,

17 however, Plaintiff has not had an opportunity to evaluate, ask further questions

18 regarding, or conduct its own due diligence as to these representations.

19          As to the reasonable fees question, at the in person meet and confer, Mr.

20 Murphy raised certain categories of fees that he would consider as damages from

21 contempt, inviting Defendants' counsel responded as to whether they agree or

22 disagree. After that discussion, he informed Defendants' counsel that, based on that

23 discussion, he would forward his fee invoices for Defendants' counsel's review.

24          On Saturday, March 8, Plaintiff's counsel sent an email itemizing the fees

25 and costs that it maintains was caused by, or would not have been incurred but for,

26 Defendants' noncompliance with the injunction. Plaintiff's counsel included backup

27 in the form of invoices and then proposed as a means to resolve the dispute, a

28                                           3

1  reduction of 30% of the total fees Plaintiff alleges to have been incurred.

2  Defendants' counsel was able to download the fee invoices on the date of this

3  filing, and requested more time to review them, which Plaintiff agreed to grant.

4      Both Plaintiff and Defendants agree that an extension makes sense. It is the

5  belief of the parties that they are moving in the right direction, and that it is likely

6  that there will be resolution. The Parties respectfully request leave for additional

7  time to thoroughly discuss these issues, and to file a further report on or by

8  Wednesday, March 12, 2025.

9  Dated:  March 10, 2025

                            **FOX ROTHSCHILD LLP**

12                             Michael D. Murphy
          Jordan Zolliecoffer
          Attorneys for Plaintiff SHAKEY'S PIZZA ASIA VENTURES, INC.

16 DATED:  March 10, 2025           **BLANK ROME LLP**

19           By:/s/ Arash Beral
          Arash Beral
          Todd Malynn
          Victor Sandoval
          Attorneys for Defendants

4

**<u>CERTIFIFCATE OF SERVICE</u>**

The undersigned certifies that, on February 27, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  February 27, 2025          **FOX ROTHSCHILD LLP**

_____
Michael D. Murphy
Attorneys for Plaintiff SHAKEY'S
PIZZA ASIA VENTURES, INC.

5

| | |
|---|---|
| **From:** | Murphy, Michael D. |
| **To:** | Beral, Arash |
| **Cc:** | James, Pauletta; Zolliecoffer, Jordan; Malynn, Todd M. |
| **Subject:** | Resending not in redline, and cleaned up a bit. it is a good compromise |
| **Date:** | Monday, March 10, 2025 7:45:35 PM |
| **Attachments:** | Joint Statement re Contempt Negotiations March 10 2025(169351412.1)-C-C-C-C.docx |