# EXHIBIT 30

| | |
|---|---|
| **From:** | Beral, Arash |
| **To:** | Murphy, Michael D.; Malynn, Todd M.; Zolliecoffer, Jordan; James, Pauletta |
| **Subject:** | RE: [EXT] Joint Statement re Contempt Negotiations March 10 2025(169351412.1)-C-C |
| **Date:** | Monday, March 10, 2025 7:48:12 PM |
| **Attachments:** | Joint Statement re Contempt Negotiations March 10 2025(169351412.1)-C-C-C.docx |

Some minor further edits.

**Arash Beral** | BLANKROME
2029 Century Park East | Los Angeles, CA 90067
Arash Beral | Blank Rome LLP

**From:** Murphy, Michael D. <mdmurphy@foxrothschild.com>
**Sent:** Monday, March 10, 2025 7:15 PM
**To:** Beral, Arash <arash.beral@blankrome.com>; Malynn, Todd M.
<Todd.Malynn@BlankRome.com>; Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; James,
Pauletta <PJames@foxrothschild.com>
**Subject:** Fw: [EXT] Joint Statement re Contempt Negotiations March 10 2025(169351412.1)-C-C

**From:** mdmurphyla@gmail.com <mdmurphyla@gmail.com>
**Sent:** Monday, March 10, 2025 7:13:54 PM
**To:** Murphy, Michael D. <mdmurphy@foxrothschild.com>
**Subject:** [EXT] Joint Statement re Contempt Negotiations March 10 2025(169351412.1)-C-C

This email contains information that may be confidential and/or privileged. If you are not
the intended recipient, or the employee or agent authorized to receive for the intended
recipient, you may not copy, disclose or use any contents in this email. If you have
received this email in error, please immediately notify the sender at Fox Rothschild LLP
by replying to this email and delete the original and reply emails. Thank you.

*****************************************************************************
****************************

This message and any attachments may contain confidential or privileged information and are
only for the use of the intended recipient of this message. If you are not the intended recipient,
please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by

return email, and delete or destroy this and all copies of this message and all attachments. Any
unauthorized disclosure, use, distribution, or reproduction of this message or any attachments
is prohibited and may be unlawful.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MICHAEL D. MURPHY
mdmurphy@foxrothschild.com
JORDAN ZOLLIECOFFER
jzolliecoffer@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:  310.598.4150
Facsimile:   310.556.9828

Attorneys for Plaintiff SHAKEY'S
PIZZA ASIA VENTURES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld*<br><br>**JOINT STATUS REPORT OF PLAINTIFF AND DEFENDANTS REGARDING ONGOING MEET AND CONFER DISCUSSIONS**<br><br>Date:          February 28, 2025<br>Time:         8:30 a.m.<br>Courtroom: 6C<br><br>Complaint Filed:    May 31, 2024<br>Trial Date:            August 4, 2025 |

1

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

Counter-Claimants,

v.

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

Counter Defendant.

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

Third Party Plaintiffs,

v.

PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive,

Third Party Defendants.

2

1

**JOINT STATEMENT**

2    Pursuant to this Court's Order of March 4, 2025 (Dkt. 117), Plaintiff and

3    Defendants PCJV USA, LLC and Guy Koren (collectively, "Defendants") submit

4    the following status report, regarding their ongoing meet and confer efforts to

5    resolve (1) "any outstanding violations of the Court's preliminary injunction," and

6    (2) "the amount of reasonable attorney's fees to award to Plaintiff in connection

7    with its contempt motion."

8    On Wednesday afternoon, March 5, 2025, counsel for Plaintiff, Michael

9    Murphy, and counsel for Defendants, Arash Beral and Todd Malynn, met, in

10   person, at the offices of Fox Rothschild to discuss both of the topics remaining to

11   be resolved. Mr. Murphy presented to Defendants' counsel some pictures of

12   outstanding violations that Plaintiff was prepared to submit on February 28, 2025,

13   which he sent by email to Defendants' counsel the following day (Thursday, March

14   6, 2025). Mr. Beral indicated that he would address these with his clients so that

15   they could address any remaining issues with the store entities. Defendants' counsel

16   ~~represented in the hours before this filing that these issues have been~~

17   ~~resolved~~provided updates and photos today, however, Plaintiff has not had an

18   opportunity to evaluate, ask further questions regarding, or conduct its own due

19   diligence as to these representations.

20

21   As to the reasonable fees question, at the in person meet and confer, Mr.

22   Murphy raised certain categories of fees that he would consider as damages from

23   contempt~~, to which Defendants' counsel responded as to whether r~~they agree or

24   ~~disagree~~. After that discussion, he informed Defendants' counsel that he would

25   forward his fee invoices for Defendants' counsel's review.

26   On Saturday, March 8, ~~Plaintiff's counsel~~Mr. Murphy sent an email

27   itemizing the fees and costs that Plaintiff~~it~~ maintains was caused by, or would not

28                                    3

1    have been incurred but for, Defendants' alleged noncompliance with the injunction.

2    Plaintiff's counsel included backup in the form of invoices and then proposed as a

3    means to resolve the dispute, a reduction of 30% of the total fees Plaintiff alleges to

4    have been incurred. Defendants' counsel was able to download the fee invoices

5    today and requested more time to review them, which Plaintiff agreed to grant.

6    Defendants' counsel intends to respond to the fee proposal in short order.

7        In light of the foregoing, bBoth Plaintiff and Defendants agree that an

8    extension makes sense. It is the belief of the parties that they are moving in the right

9    direction, and that it is likely that there will be resolution.

10       The Parties respectfully request leave for additional time to thoroughly

11   discuss these issues, and to file a further report on or by Wednesday, March 12,

12   2025.

13   Dated:  March 10, 2025                FOX ROTHSCHILD LLP

14

15

16                                         _____
                                           Michael D. Murphy
17                                         Jordan Zolliecoffer
                                           Attorneys for Plaintiff SHAKEY'S
18                                         PIZZA ASIA VENTURES, INC.

19

20   DATED:  March 10, 2025               BLANK ROME LLP

21

22

23                                         By: /s/ Arash Beral
                                           _____
                                           Arash Beral
24                                         Todd Malynn
                                           Victor Sandoval
25                                         Attorneys for Defendants

26

27

28                                               4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5

JOINT STATEMENT REGARDING CONTEMPT                    CASE NO. 2:24-CV-04546-SB(AGRX)
NEGOTIATIONS
168895058.1
169351412.1

## CERTIFIFCATE OF SERVICE

The undersigned certifies that, on February 27, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  February 27, 2025

FOX ROTHSCHILD LLP

_____
Michael D. Murphy
Attorneys for Plaintiff SHAKEY'S
PIZZA ASIA VENTURES, INC.

6