# EXHIBIT 31

| | |
|---|---|
| From: | Beral, Arash |
| To: | Murphy, Michael D. |
| Cc: | James, Pauletta; Zolliecoffer, Jordan; Malynn, Todd M. |
| Subject: | [EXT] RE: Resending not in redline, and cleaned up a bit. it is a good compromise |
| Date: | Monday, March 10, 2025 7:49:10 PM |

Emails crossed. Please review my redlines, and let me know if any further are needed.

**Arash Beral** | BLANKROME

2029 Century Park East | Los Angeles, CA 90067

Arash Beral | Blank Rome LLP


**From:** Murphy, Michael D. <mdmurphy@foxrothschild.com>
**Sent:** Monday, March 10, 2025 7:46 PM
**To:** Beral, Arash <arash.beral@blankrome.com>
**Cc:** James, Pauletta <PJames@foxrothschild.com>; Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; Malynn, Todd M. <Todd.Malynn@BlankRome.com>
**Subject:** Resending not in redline, and cleaned up a bit. it is a good compromise

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

***************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

***************************************************************************************