# EXHIBIT 32

| From: | Murphy, Michael D. |
|---|---|
| To: | Beral, Arash; Malynn, Todd M.; Zolliecoffer, Jordan; James, Pauletta |
| Subject: | RE: [EXT] Joint Statement re Contempt Negotiations March 10 2025(169351412.1)-C-C |
| Date: | Monday, March 10, 2025 7:56:02 PM |
| Attachments: | Joint Statement re Contempt Negotiations March 10 2025(169351412.1)-C-C-C (002)-C.docx |

Two changes

It is not an "alleged" noncompliance.

Fox Logo

**Michael Murphy**
Partner
(213) 213-1211
(310) 974-2271 (cell)
mdmurphy@foxrothschild.com

**Learn about our new brand.**

**From:** Beral, Arash <arash.beral@blankrome.com>
**Sent:** Monday, March 10, 2025 7:48 PM
**To:** Murphy, Michael D. <mdmurphy@foxrothschild.com>; Malynn, Todd M.
<Todd.Malynn@BlankRome.com>; Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; James,
Pauletta <PJames@foxrothschild.com>
**Subject:** RE: [EXT] Joint Statement re Contempt Negotiations March 10 2025(169351412.1)-C-C

Some minor further edits.

**Arash Beral** | BLANKROME
2029 Century Park East | Los Angeles, CA 90067
Arash Beral | Blank Rome LLP

**From:** Murphy, Michael D. <mdmurphy@foxrothschild.com>
**Sent:** Monday, March 10, 2025 7:15 PM
**To:** Beral, Arash <arash.beral@blankrome.com>; Malynn, Todd M.
<Todd.Malynn@BlankRome.com>; Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; James,
Pauletta <PJames@foxrothschild.com>
**Subject:** Fw: [EXT] Joint Statement re Contempt Negotiations March 10 2025(169351412.1)-C-C

**From:** mdmurphyla@gmail.com <mdmurphyla@gmail.com>
**Sent:** Monday, March 10, 2025 7:13:54 PM
**To:** Murphy, Michael D. <mdmurphy@foxrothschild.com>
**Subject:** [EXT] Joint Statement re Contempt Negotiations March 10 2025(169351412.1)-C-C

This email contains information that may be confidential and/or privileged. If you are not
the intended recipient, or the employee or agent authorized to receive for the intended
recipient, you may not copy, disclose or use any contents in this email. If you have
received this email in error, please immediately notify the sender at Fox Rothschild LLP
by replying to this email and delete the original and reply emails. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and any attachments may contain confidential or privileged information
and are only for the use of the intended recipient of this message. If you are not the
intended recipient, please notify the Blank Rome LLP or Blank Rome Government
Relations LLC sender by return email, and delete or destroy this and all copies of this
message and all attachments. Any unauthorized disclosure, use, distribution, or
reproduction of this message or any attachments is prohibited and may be unlawful.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1  MICHAEL D. MURPHY
   mdmurphy@foxrothschild.com
2  JORDAN ZOLLIECOFFER
   jzolliecoffer@foxrothschild.com
3  FOX ROTHSCHILD LLP
   Constellation Place
4  10250 Constellation Boulevard, Suite 900
   Los Angeles, California 90067
5  Telephone:  310.598.4150
   Facsimile:  310.556.9828
6
   Attorneys for Plaintiff SHAKEY'S
7  PIZZA ASIA VENTURES, INC.

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  SHAKEY'S PIZZA ASIA VENTURES,          Case No. 2:24-CV-04546-SB(AGRx)
12  INC, a Philippines corporation,
                                            *Hon. Stanley Blumenfeld*
13              Plaintiff,
                                            **JOINT STATUS REPORT OF**
14         v.                               **PLAINTIFF AND DEFENDANTS**
                                            **REGARDING ONGOING MEET**
15  PCJV USA, LLC, a Delaware limited       **AND CONFER DISCUSSIONS**
    liability company; PCI TRADING,
16  LLC, a Delaware limited liability
    company; GUY KOREN, an individual;
17  POTATO CORNER LA GROUP, LLC,            Date:      February 28, 2025
    a California limited liability company; Time:      8:30 a.m.
18  NKM CAPITAL GROUP, LLC, a               Courtroom: 6C
    California limited liability company; J &
19  K AMERICANA, LLC, a California
    limited liability company; J&K          Complaint Filed:   May 31, 2024
20  LAKEWOOD, LLC, a California             Trial Date:        August 4, 2025
    limited liability company; J&K
21  VALLEY FAIR, LLC, a California
    limited liability company; J & K
22  ONTARIO, LLC, a California limited
    liability company; HLK MILPITAS,
23  LLC, a California, limited liability
    company; GK CERRITOS, LLC, a
24  California, limited liability company;
    J&K PC TRUCKS, LLC, a California
25  limited liability company; and, GK
    CAPITAL GROUP, LLC, a California
26  limited liability company and DOES 1
    through 100, inclusive,
27
                Defendants.
28

                                    1

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

Counter-Claimants,

v.

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

Counter Defendant.

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

Third Party Plaintiffs,

v.

PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive,

Third Party Defendants.

2

1

**JOINT STATEMENT**

2      Pursuant to this Court's Order of March 4, 2025 (Dkt. 117), Plaintiff and

3  Defendants PCJV USA, LLC and Guy Koren (collectively, "Defendants") submit

4  the following status report, regarding their ongoing meet and confer efforts to

5  resolve (1) "any outstanding violations of the Court's preliminary injunction," and

6  (2) "the amount of reasonable attorney's fees to award to Plaintiff in connection

7  with its contempt motion."

8      On Wednesday afternoon, March 5, 2025, counsel for Plaintiff, Michael

9  Murphy, and counsel for Defendants, Arash Beral and Todd Malynn, met, in

10  person, at the offices of Fox Rothschild to discuss both of the topics remaining to

11  be resolved. Mr. Murphy presented to Defendants' counsel some pictures of

12  outstanding violations that Plaintiff was prepared to submit on February 28, 2025,

13  which he sent by email to Defendants' counsel the following day (Thursday, March

14  6, 2025). Mr. Beral indicated that he would address these with his clients so that

15  they could address any remaining issues with the store entities. Defendants' counsel

16  provided updates and photos ~~today~~in the hours before this filing, however, Plaintiff

17  has not had an opportunity to evaluate, ask further questions regarding, or conduct

18  its own due diligence as to these representations.

19      As to the reasonable fees question, at the in person meet and confer, Mr.

20  Murphy raised certain categories of fees that he would consider as damages from

21  contempt. After that discussion, he informed Defendants' counsel that he would

22  forward his fee invoices for Defendants' counsel's review. On Saturday, March 8,

23  Mr. Murphy sent an email itemizing the fees and costs that Plaintiff maintains was

24  caused by, or would not have been incurred but for, Defendants' ~~alleged~~

25  noncompliance with the injunction. Plaintiff's counsel included backup in the form

26  of invoices and then proposed as a means to resolve the dispute, a reduction of 30%

27  of the total fees Plaintiff alleges to have been incurred. Defendants' counsel was

28

3

CASE NO. 2:24-CV-04546-SB(AGRX)

able to download the fee invoices today and requested more time to review them, which Plaintiff agreed to grant. Defendants' counsel intends to respond to the fee proposal in short order.

In light of the foregoing, both Plaintiff and Defendants agree that an extension makes sense. It is the belief of the parties that they are moving in the right direction, and that it is likely that there will be resolution. The Parties respectfully request leave for additional time to thoroughly discuss these issues, and to file a further report on or by Wednesday, March 12, 2025.

Dated: March 10, 2025

FOX ROTHSCHILD LLP

Michael D. Murphy
Jordan Zolliecoffer
Attorneys for Plaintiff SHAKEY'S PIZZA ASIA VENTURES, INC.

DATED: March 10, 2025

BLANK ROME LLP

By: /s/ Arash Beral
Arash Beral
Todd Malynn
Victor Sandoval
Attorneys for Defendants

4

1

### CERTIFIFCATE OF SERVICE

2      The undersigned certifies that, on February 27, 2025, the foregoing document

3    was electronically filed with the Clerk of the Court for the United States District

4    Court, Central District of California, using the Court's ECF filing system. I further

5    certify that all counsel for all parties to this action are registered CM/ECF user and

6    that service will be accomplished by the CM/ECF system.

7      I certify under penalty of perjury that the foregoing is true and correct.

8

9    Dated:  February 27, 2025           FOX ROTHSCHILD LLP

10

11

12                               Michael D. Murphy
                               Attorneys for Plaintiff SHAKEY'S
                               PIZZA ASIA VENTURES, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5