# EXHIBIT 36

| | |
|---|---|
| **From:** | Beral, Arash |
| **To:** | Murphy, Michael D. |
| **Cc:** | Zolliecoffer, Jordan; James, Pauletta; Malynn, Todd M. |
| **Subject:** | [EXT] RE: arash: proposed based on our call. will turn around when you send a redline |
| **Date:** | Wednesday, March 12, 2025 6:05:17 PM |
| **Attachments:** | Joint Statement re Contempt Negotiations March 10 2025(169351412.1)-C-C-C-C-C.docx |

Here you go with my redlines.

**Arash Beral | BLANKROME**

2029 Century Park East | Los Angeles, CA 90067

Arash Beral | Blank Rome LLP


**From:** Murphy, Michael D. <mdmurphy@foxrothschild.com>
**Sent:** Wednesday, March 12, 2025 5:56 PM
**To:** Beral, Arash <arash.beral@blankrome.com>
**Cc:** Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; James, Pauletta <PJames@foxrothschild.com>; Malynn, Todd M. <Todd.Malynn@BlankRome.com>
**Subject:** arash: proposed based on our call. will turn around when you send a redline

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.


****************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

****************************************************************************************************

1  MICHAEL D. MURPHY
   mdmurphy@foxrothschild.com
2  JORDAN ZOLLIECOFFER
   jzolliecoffer@foxrothschild.com
3  FOX ROTHSCHILD LLP
   Constellation Place
4  10250 Constellation Boulevard, Suite 900
   Los Angeles, California 90067
5  Telephone: 310.598.4150
   Facsimile: 310.556.9828
6
   Attorneys for Plaintiff SHAKEY'S
7  PIZZA ASIA VENTURES, INC.

8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld*<br><br>**FURTHER JOINT STATUS REPORT OF PLAINTIFF AND DEFENDANTS REGARDING ONGOING MEET AND CONFER DISCUSSIONS**<br><br>Complaint Filed: May 31, 2024<br>Trial Date: August 4, 2025 |

1

|   |   |
|---|---|
| 1 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 7 | Counter-Claimants, |
| 8 | v. |
| 9 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 10 | Counter Defendant. |
| 12 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 17 | Third Party Plaintiffs, |
| 18 | v. |
| 20 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive, |
| 23 | Third Party Defendants. |

2

# JOINT STATEMENT

Pursuant to this Court's Orders of March 4 and 11, 2025 (Dkt. #117 and 122), Plaintiff and Defendants PCJV USA, LLC and Guy Koren (collectively, "Defendants") submit the following further status report, regarding their ongoing meet and confer efforts to resolve (1) "any outstanding violations of the Court's preliminary injunction," and (2) "the amount of reasonable attorney's fees to award to Plaintiff in connection with its contempt motion."

As to the first issue, Plaintiff is satisfied that, with one exception, the ongoing and "outstanding violations of the Court's preliminary injunction" raised at the February 28, 2025, hearing have been addressed by Defendants. As such, Plaintiff is satisfied that Defendants have achieved substantial compliance.

Plaintiff contends t~~T~~hat one remaining issue is not currently believed to be an issue of contempt, as it does not, on its own, reveal a knowing intent to refuse compliance with the injunction. That issue involves an admitted non-compliance, with respect to fixed signs displaying the trademarks at issue that Defendants represent have not yet been ~~taken down because of landlord disapproval~~ covered, removed, or replaced due to the need, Defendants contend, for landlord approval. Plaintiff does not currently believe this indicates contemptuous non-compliance, but, instead a good faith dispute as to whether a landlord's ~~dis~~approval ~~of taking down a sign~~ constitutes sufficient "impossibility" that it trumps this Court's authority in issuing an order that the sign constitutes a likely violation of the Lanham Act and is to be removed. In addition to not being an issue of contempt it may also become moot. If the signs that remain on display ~~in reliance on this impossibility defense~~ continue in place, this issue may be raised for resolution, however, it does not, at this time, appear to Plaintiff as being an issue of contempt any longer.

Based on the foregoing, then, **Plaintiff and Defendants can now**

3

1 **affirmatively represent to the Court that the ongoing noncompliance has been**
2 **resolved, and they do not believe an evidentiary hearing on ongoing contempt**
3 **is necessary**.
4     With respect to the issue of the amount of fees to be ordered ~~as damages~~
5 ~~resulting from prior contempt orders~~, Plaintiff and Defendants have not agreed on a
6 number. Each has proposed a number, and they are negotiating in good faith as to
7 where the compromise number lies. They are sharing and considering additional
8 information and are hopeful that such a compromise will be made. <u>Such a</u>
9 <u>compromise will include payment of the fees ordered on the anti-slapp motion as</u>
10 <u>well.</u>
11     If, by one week from Friday, March 21, 2025, no compromise has been
12 struck, Plaintiff and Defendants respectfully request that <u>either they could address</u>
13 <u>questions to this Court (the answers to which would hopefully help break any</u>
14 <u>impasse), or to submit</u> the two numbers then being proposed by each ~~be presented~~
15 in a Joint Statement not to exceed more than 3 pages per side (excluding exhibits),
16 for either this Court, or if this Court prefers, the Magistrate, to consider for
17 resolution.

18 Dated: March 12~~0~~, 2025           **Fox Rothschild LLP**
19
20
21                                  _____
                                    Michael D. Murphy
22                                  Jordan Zolliecoffer
                                    Attorneys for Plaintiff SHAKEY'S
                                    PIZZA ASIA VENTURES, INC.
23
24
25 DATED: March 12~~0~~, 2025          **BLANK ROME LLP**
26
27
28
                                    4

By: /s/ *Arash Beral*
Arash Beral
Todd Malynn
Victor Sandoval
Attorneys for Defendants

# CERTIFIFCATE OF SERVICE

The undersigned certifies that, on February 27, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  February 27, 2025                    **FOX ROTHSCHILD LLP**

_____
Michael D. Murphy
Attorneys for Plaintiff SHAKEY'S
PIZZA ASIA VENTURES, INC.

6