# EXHIBIT 39

| From: | Murphy, Michael D. |
|---|---|
| To: | Beral, Arash; Malynn, Todd M. |
| Cc: | Zolliecoffer, Jordan; James, Pauletta |
| Subject: | Meet and Confer items |
| Date: | Thursday, March 20, 2025 3:03:32 PM |

Arash and Todd:

1. **Pleading Challenges: Please advise today** as to three times you can meet and confer with Jordan and I regarding a Rule 12 Motion and Motion for Judgment on the Pleadings on behalf of SPAVI, SPAVI US, Cinco, and the Singapore entity. The Motion will be challenging each of the causes of action in the Third Party Complaint / Counterclaim under 12(b)(6) and for failing under Iqbal and Twombly. As for SPAVI we will also be challenging a host of your affirmative defenses and seeking to have them dismissed as well. When you propose dates and times, please keep in mind that once you send us the subpoenas / or we agree to waive service, we only have 12 days to file and our LR 7-3 meet and confer has to be within time sufficient to accomplish that. I can be available tomorrow afternoon. I would prefer it be before 1, because Jordan is on the East Coast.

2. **Trial Schedule**: Rather than us going back and forth as to who was supposed to propose a schedule, given that this was first asked of us by you in December, we propose the below schedule, which I think I can get buy in on with respect to Cinco as well as the additional SPAVI parties you named. We are giving up a lot with respect to time for Cinco's role, as a courtesy. I cannot guarantee its agreement but lets all of us come to an agreement and then I will work with them. We would like to also include in here that for any deadlines that passed, that deadline is extended as if it did not yet toll. This avoids anyone playing games with respect to meeting and conferring as to outstanding discovery (both of us could do so, so let's nip it in the bud). If we can agree on this over the next 24 hours, I will obtain a waiver of service. **Please respond to this proposed schedule by noon tomorrow**.

3. **Contempt Damages**: Regarding fees in contempt, I owe you some additional backup here. I have not had the time to sit down and get you revised redactions showing that we in fact did reduce Kenny's time in each entry where other tasks were identified. I would like to ask the Court for an extra week. **Please confirm this is acceptable**.

4. **Meet and Confer on Discovery**: I noted your letter last Friday. I would like us to complete the meet and confer as to the pleading challenges first, and then we can address document productions, responses, on all sides. I believe an in person meet and confer is advisable. Please note: our production with respect to what was discussed at the IDC got delayed because of things out of my control. We would like to propose the dates on that be extended by 10 days as to each.

Thank you,

| **Trial**  ☐ Court ☐ Jury           (Mon., 8:30 a.m.) | ~~August 4, 2025~~ January 5, 2026 |
|---|---|
| **Pretrial Conference**           (Fri., 9:30 a.m.) (including hearing on motions in limine) | ~~July 18, 2025~~ December 19, 2025 |
| Deadline to Complete Rule 26 Disclosures or Amended Disclosures | April 16, 2025 |
| **Motion to Amend Pleadings/Add Parties** | ~~November 8, 2024~~ April 30, 20225 |

| (Hearing Deadline) | | |
|---|---|---|
| **Discovery Deadline - Nonexpert** | ~~March 14, 2025~~ | August 15, 2025 |
| **Discovery Deadline – Expert** | ~~April 11, 2025~~ | September 11, 2025 |
|     Initial Expert Disclosure | ~~February 28, 2025~~ | August 1, 2025 |
|     Rebuttal Expert Disclosure | ~~March 14, 2025~~ | August 15, 2025 |
| **Discovery Motion Hearing Deadline**[1] | ~~April 11, 2025~~ | September 11, 2025 |
| **Non-Discovery Motion Hearing Deadline** | ~~April 25, 2025~~ | September 26, 2025 |
| **Settlement Conference Deadline** <br> ☐ 1. Mag. J.   ☐ 2. Panel   ☐ 3. Private | ~~May 9, 2025~~ | October 10, 2025 |
| **Post-Settlement Status Conf.** (Fri., 8:30 a.m.): | ~~May 23, 2025~~ | October 24, 2025 |
| Joint Status Report Due (7 days before *by 9:00 a.m.*): | ~~May 16, 2025~~ | October 17, 2025 |
| **Trial Filings (First Set) Deadline** | ~~June 20, 2025~~ | November 21, 2025 |
| **Trial Filings (Second Set) Deadline** | ~~July 7, 2025~~ | December 8, 2025 |

---

[1] A motion seeking or opposing further nonexpert discovery must be heard on or before the nonexpert discovery deadline.