# EXHIBIT 46

| | |
|---|---|
| **From:** | Murphy, Michael D. |
| **To:** | Beral, Arash; Malynn, Todd M. |
| **Cc:** | Zolliecoffer, Jordan |
| **Subject:** | Draft - Joint Statement re Contempt Negotiations April 8, 2025(170475866.1) |
| **Date:** | Tuesday, April 8, 2025 11:03:15 AM |
| **Attachments:** | Draft - Joint Statement re Contempt Negotiations April 8, 2025(170475866.1)-C.docx |

Arash:

Please include the statement supporting your position here. Please get it to me by 11:50. I will make no reference to it nor change our position based upon it.

We will file as is, with, as exhibits: our invoices, and Erik Agaki's invoices.

Thanks



Fox Logo

**Michael Murphy**
Partner
(213) 213-1211
(310) 974-2271 (cell)
mdmurphy@foxrothschild.com

**Learn about our new brand.**

MICHAEL D. MURPHY
mdmurphy@foxrothschild.com
JORDAN ZOLLIECOFFER
jzolliecoffer@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:  310.598.4150
Facsimile:   310.556.9828

Attorneys for Plaintiff SHAKEY'S
PIZZA ASIA VENTURES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld*<br><br>**JOINT STATUS REPORT OF PLAINTIFF AND DEFENDANTS REGARDING ONGOING MEET AND CONFER DISCUSSIONS**<br><br>Complaint Filed:    May 31, 2024<br>Trial Date:            August 4, 2025 |

1

1

PCJV USA, LLC, a Delaware limited
2   liability company; PCI TRADING LLC,
a Delaware limited liability company;
3   POTATO CORNER LA GROUP LLC,
a California limited liability company;
4   GK CAPITAL GROUP, LLC, a
California limited liability company;
5   NKM CAPITAL GROUP LLC, a
California limited liability company; and
6   GUY KOREN, an individual,

7               Counter-Claimants,

8      v.

9   SHAKEY'S PIZZA ASIA VENTURES,
INC, a Philippines corporation,
10

               Counter Defendant.
11

12   PCJV USA, LLC, a Delaware limited
liability company; PCI TRADING LLC,
13   a Delaware limited liability company;
POTATO CORNER LA GROUP LLC,
14   a California limited liability company;
GK CAPITAL GROUP, LLC, a
15   California limited liability company;
NKM CAPITAL GROUP LLC, a
16   California limited liability company; and
GUY KOREN, an individual,
17

               Third Party Plaintiffs,
18

19      v.

20   PC INTERNATIONAL PTE LTD., a
Singapore business entity; SPAVI
21   INTERNATIONAL USA, INC., a
California corporation; CINCO
22   CORPORATION, a Philippines
corporation; and DOES 1 through 10,
23   inclusive,

24               Third Party Defendants.

25

26

27

28

2

1    Pursuant to this Court's Orders of March 25, 2025 (Dkt. 135), Plaintiff

2    Shakey's Pizza Asia Ventures, Inc. ("SPAVI" or "Plaintiff") and Defendants PCJV

3    USA, LLC and Guy Koren (collectively, "Defendants") submit the following Joint

4    Statement, regarding their ongoing meet and confer efforts to resolve (1) "any

5    outstanding violations of the Court's preliminary injunction," and (2) "the amount

6    of reasonable attorney's fees to award to Plaintiff in connection with its contempt

7    motion." Because the parties were not able to come to an agreement, each presents

8    its 3-page statement of position, as expressed below.

9                    **PLAINTIFF'S STATEMENT**

10

11                   **DEFENDANTS' STATEMENT**

12

13

14

15    Dated:  April 8, 2025                    **FOX ROTHSCHILD LLP**

16

17                                             _____

18                                             Michael D. Murphy
                                               Jordan Zolliecoffer
19                                             Attorneys for Plaintiff SHAKEY'S
                                               PIZZA ASIA VENTURES, INC.
20

21

22    Dated:  April 8, 2025                    **BLANK ROME LLP**

23

24

25                                             _____
                                               Arash Beral
26                                             Todd Malynn
                                               Victor Sandoval
27                                             Attorneys for Defendants

28

                                    3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

## CERTIFIFCATE OF SERVICE

The undersigned certifies that, on April 8, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.


Dated: April 8, 2025                    FOX ROTHSCHILD LLP


                                        /s/ Michael D. Murphy
                                        Michael D. Murphy
                                        Attorneys for Plaintiff SHAKEY'S
                                        PIZZA ASIA VENTURES, INC.

5