# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shakeys Pizza Asia Ventures, Inc., <br><br> PLAINTIFF(S) <br> v. <br><br> PCJV USA, LLC., et. al., <br><br> DEFENDANT(S). | **CASE NUMBER:** <br> CV-24-04546-SB (AGRx) <br><br> **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 4/14/2025 | 153 | MOTION for Sanctions |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☑ The hearing date has been rescheduled to    Thursday, May 22, 2025    at    1:30 p.m.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:

The hearing will be held by video using Zoom webinar. The steps to access the Zoom webinar are available on Judge Rosenberg's Procedures & Schedules page (www.cacd.uscourts.gov/honorable-alicia-g-rosenberg).

Dated: 4/22/2025

By: *Alicia G. Rosenberg*

~~U.S. District Judge~~ / U.S. Magistrate Judge