UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  CV-24-04546-SB (AGRx)                                                Date: May 7, 2025

Title   Shakeys Pizza Asia Ventures, Inc. v. PCJV USA, LLC., et. al.

Present: The Honorable:  Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Michael Donnelly Murphy | Arash Beral |
|  | Todd Matthew Malynn |

**Proceedings: VIDEO SETTLEMENT CONFERENCE**

The settlement conference is held by video using Zoom.  Jorge Concepcion, CFO, of Shakeys Pizza Asia Ventures, Inc., is present.  Guy Koren, defendant and President of each entity defendant is present.  Ashley Grudnowski, Director of Franchise Development & Corporate Strategy at PCJV USA, LLC. is also present.

The video settlement conference is conducted off the record.

The court will follow up with counsel on Monday, May 12, 2025.

Unless otherwise ordered by the court, the parties should be prepared to appear at a second session of the settlement conference on Thursday, May 15, 2025, at 2:00 p.m. via Zoom.

IT IS SO ORDERED.


cc: District Judge Stanley Blumenfeld, Jr.


|  | 7:10 |
|---|---|
| **Initials of Preparer** | kl |