# EXHIBIT 2

# Murphy, Michael D.

| | |
|---|---|
| **From:** | Beral, Arash <arash.beral@blankrome.com> |
| **Sent:** | Friday, February 28, 2025 11:55 PM |
| **To:** | Murphy, Michael D.; Kenneth Hsu |
| **Cc:** | Malynn, Todd M. |
| **Subject:** | [EXT] SPAVI v. PCJV, et al. - Disclosures & Follow-Up Re: Today's Hearing |
| **Attachments:** | PCJV et al.'s Disclosures.pdf |

Mike and Kenny:

Please see attached disclosures. Additionally, this morning in Court, Mike had with him what appeared to be a box of white exhibit binders which I believe he represented would support the argument that there's been non-compliance with the Court's Injunction Order. Please immediately produce those documents. As well, please immediately itemize what exactly you believe is out of compliance so that we could have our clients immediately address them. I heard some mention about a receipt, a bucket, and a uniform? At which locations were those observed? Please itemize exactly the "issues" you believe exist so that we could accurately hit the target(s). The sooner you send this to us (perhaps this weekend?), the sooner we can direct our clients to address them. Let's please work cooperatively together. Thank you.

Best,

Arash

**Arash Beral** | BLANKROME
2029 Century Park East | Los Angeles, CA 90067
Arash Beral | Blank Rome LLP

********************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

********************************************************************************************