# EXHIBIT 6

4/25/25, 8:14 AM                                                                 Trademark Status & Document Retrieval

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                                                     Back to Search         Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2025-04-25 11:14:37 EDT |
| Mark: | SHAKEY'S |

# SHAKEY'S

| | |
|---|---|
| US Serial Number: | 72219621 |
| Application Filing Date: | May 24, 1965 |
| US Registration Number: | 817896 |
| Registration Date: | Nov. 01, 1966 |
| Register: | Principal |
| Mark Type: | Trademark |
| TM5 Common Status Descriptor: | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. |
| Status: | The registration has been renewed. |
| Status Date: | Nov. 02, 2016 |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | SHAKEY'S |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |

## Related Properties Information

| | |
|---|---|
| International Registration Number: | 0855164 |

4/25/25, 8:14 AM                                                                 Trademark Status & Document Retrieval

| | |
|---|---|
| International Application(s) /Registration(s) Based on this Property: | **A0000950**/**0855164** |
| Claimed Ownership of US Registrations: | **721138** |

**Goods and Services**

**Basis Information (Case Level)**

**Current Owner(s) Information**

**Attorney/Correspondence Information**

**Prosecution History**

**TM Staff and Location Information**

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**