# EXHIBIT 7

4/25/25, 7:55 AM                                         Trademark Status & Document Retrieval

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                                    Back to Search         Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2025-04-25 10:54:41 EDT |
| Mark: | POTATO CORNER |
| US Serial Number: | 77668072 |
| Application Filing Date: | Feb. 11, 2009 |
| US Registration Number: | 3760041 |
| Registration Date: | Mar. 16, 2010 |
| Register: | Principal |
| Mark Type: | Service Mark |
| TM5 Common Status Descriptor: | LIVE/REGISTRATION/Issued and Active — The trademark application has been registered with the Office. |
| Status: | The registration has been renewed. |
| Status Date: | May 21, 2020 |
| Publication Date: | Dec. 29, 2009 |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | POTATO CORNER |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| Description of Mark: | The mark consists of a brown potato with arms and legs that is outlined in black, yellow and green and has black specks and a black smile and black and white eyes. The potato appears between the words "POTATO" and "CORNER", which are both in yellow color, and appear inside a long, green oblong oval. |
| Color Drawing: | Yes |
| Color(s) Claimed: | The color(s) yellow, green, brown, black and white is/are claimed as a feature of the mark. |

4/25/25, 7:55 AM — Trademark Status & Document Retrieval

| | |
|---|---|
| Disclaimer: | "POTATO" |
| Design Search Code(s): | 02.01.34 - Monsters (not robots); Other grotesque including men formed by plants or objects |
| | 04.07.01 - Person formed by plants; Plants forming a person; Plants or combinations of plants representing a person; Plants representing a person |
| | 05.11.01 - Beets; Carrots; Parsnips; Potatoes |
| | 26.11.26 - Oblongs as carriers for words, letters or designs |

## Foreign Information

| | | | |
|---|---|---|---|
| Foreign Registration Number: | 42001007962 | Foreign Registration Date: | Mar. 26, 2007 |
| Foreign Application/Registration Country: | PHILIPPINES | Foreign Expiration Date: | Mar. 26, 2017 |

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load