# EXHIBIT 8

**Murphy, Michael D.**

| | |
|---|---|
| From: | Malynn, Todd M. <Todd.Malynn@BlankRome.com> |
| Sent: | Thursday, March 13, 2025 6:45 PM |
| To: | Murphy, Michael D. |
| Cc: | Beral, Arash; Zolliecoffer, Jordan; James, Pauletta |
| Subject: | [EXT] Re: Meet and Confers |

Michael, you know the answer. It's been repeated several times.

Regards,
Todd

Sent from my iPhone

> On Mar 13, 2025, at 5:57 PM, Murphy, Michael D. <mdmurphy@foxrothschild.com> wrote:
>
> Thank you. This, of course, begs the question, if you can do that, why could you not do so for two days (spanning a weekend, no less)?
>
> Best,



**Michael Murphy**
Partner
(213) 213-1211
(310) 974-2271 (cell)
mdmurphy@foxrothschild.com

Learn about our **new brand**.

From: Malynn, Todd M. <Todd.Malynn@BlankRome.com>
Sent: Thursday, March 13, 2025 5:42 PM
To: Murphy, Michael D. <mdmurphy@foxrothschild.com>
Cc: Beral, Arash <arash.beral@blankrome.com>; Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; James, Pauletta <PJames@foxrothschild.com>
Subject: [EXT] Re: Meet and Confers

Yes

Sent from my iPhone

On Mar 13, 2025, at 5:17 PM, Murphy, Michael D. <mdmurphy@foxrothschild.com> wrote:

Todd:

One of my issues tonight pertains to unavailability of a person who needs to review certain things for verification. Will you stipulate that, if I get that person to review after midnight our time and before 8 am our time (still Friday in Manila) that these responses will be deemed timely?



**Michael Murphy**
Partner
(213) 213-1211
(310) 974-2271 (cell)
mdmurphy@foxrothschild.com

**Learn about our new brand.**

**From:** Murphy, Michael D.
**Sent:** Thursday, March 13, 2025 3:11 PM
**To:** Malynn, Todd M. <Todd.Malynn@BlankRome.com>; Beral, Arash <arash.beral@blankrome.com>
**Cc:** Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; James, Pauletta <PJames@foxrothschild.com>
**Subject:** RE: Meet and Confers

Todd:

I seem to recall never once questioning timing of your requests for continuances (and there have been a few from you), nor commenting on our opinions of your practice when granting them. I also seem to recall I have never asked for one in this case, until now. You seem to be doing the

opposite – commenting on my practice and abilities despite not having asked foir and extension before and then refusing to extend that courtesy.

Even though there are a variety of solutions to the problem you created by asking for a revised scheduling order and never proposing one despite saying you would – solutions like stipulations to waive the cutoff for outstanding discovery, etc. – you are refusing to extend this courtesy we have instinctively and without question granted to you.

Got it.

**Michael Murphy**
Partner
(213) 213-1211
(310) 974-2271 (cell)
mdmurphy@foxrothschild.com

Learn about our new brand.

From: Malynn, Todd M. <Todd.Malynn@BlankRome.com>
Sent: Thursday, March 13, 2025 2:52 PM
To: Murphy, Michael D. <mdmurphy@foxrothschild.com>; Beral, Arash <arash.beral@blankrome.com>
Cc: Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; James, Pauletta <PJames@foxrothschild.com>
Subject: [EXT] RE: Meet and Confers

Michael,

If there was a prior request, please point out when. Perhaps we missed. I don't think so. Neither Arash nor I recall it.

To the contrary, we have been relying upon receiving responses today. There is no "refusal" on our part (in contrast, Plaintiff has previously refused to produce and to commit to producing documents, which required us to seek relief from the Magistrate Judge). There is a practical reality that I have no authority to extend the discovery cut-off, as mentioned below. While I appreciate moving law firms, having done it myself, a same-day request under the circumstances is unfair and unreasonable. We are talking about 9 document requests and 10 interrogatories. We naturally expect proper discovery responses.

Regards,
Todd

**Todd M. Malynn** | **BLANKROME**
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3469 | M: 310.595.0271 | F: 424.389.7610 |
todd.malynn@blankrome.com

---

**From:** Murphy, Michael D. <mdmurphy@foxrothschild.com>
**Sent:** Thursday, March 13, 2025 1:57 PM
**To:** Malynn, Todd M. <Todd.Malynn@BlankRome.com>; Beral, Arash <arash.beral@blankrome.com>
**Cc:** Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; James, Pauletta <PJames@foxrothschild.com>
**Subject:** Re: Meet and Confers

Todd:

I disagree with your recollection of facts.

I respectfully request that you reconsider your refusal to extend us two or three court days for discovery responses. This is the first time I believe we have asked for any courtesy of extra time. I moved my entire practice in a matter of weeks. And stayed on top of it all. And I am asking for one courtesy.

We have extended every time you ask. Every. Single. Time.

Mike

---

**From:** Malynn, Todd M. <Todd.Malynn@BlankRome.com>
**Sent:** Thursday, March 13, 2025 1:28:18 PM
**To:** Murphy, Michael D. <mdmurphy@foxrothschild.com>; Beral, Arash <arash.beral@blankrome.com>
**Cc:** Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; James, Pauletta <PJames@foxrothschild.com>
**Subject:** [EXT] RE: Meet and Confers

Michael,

I spoke to Arash. Neither of us are aware of a prior request. We also have no authority the grant one, including because the nonexpert discovery deadline is tomorrow.

Regards,
Todd

**Todd M. Malynn** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3469 | M: 310.595.0271 | F: 424.389.7610 |
todd.malynn@blankrome.com

---

**From:** Murphy, Michael D. <mdmurphy@foxrothschild.com>
**Sent:** Thursday, March 13, 2025 12:44 PM
**To:** Malynn, Todd M. <Todd.Malynn@BlankRome.com>; Beral, Arash <arash.beral@blankrome.com>
**Cc:** Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; James, Pauletta <PJames@foxrothschild.com>
**Subject:** Re: Meet and Confers


Todd: what about our request for an extension on our responses to RFPs Set 2 and Rogs Set 2 until next Mon or Tues respectively?

---

**From:** Malynn, Todd M. <Todd.Malynn@BlankRome.com>
**Sent:** Thursday, March 13, 2025 12:09:09 PM
**To:** Murphy, Michael D. <mdmurphy@foxrothschild.com>; Beral, Arash <arash.beral@blankrome.com>
**Cc:** Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; James, Pauletta <PJames@foxrothschild.com>
**Subject:** [EXT] RE: Meet and Confers

Michael,

I am responding because Arash is out of office. Among other things, he is attending a pre-school event for one of his daughters.

While we appreciate your requests and agree that the last in-person meeting was productive, both Arash and I have prior commitments tomorrow. Also, a meeting seems unnecessary and premature. You have not followed up on things you have previously committed to do. For example, for some time you have represented that you would be making a proposal on the case management order, which we would then discuss with our clients who are subject to a preliminary injunction. The Court's statements at conferences and in orders speak for themselves. We will speak with our clients and promptly respond in-person if you prefer after we understand what you are proposing and have had time to discuss it with out clients.

As to LR 7-3, what are you talking about? This is the first we are hearing about any motion. We do not know what you want to discuss. As we have previously done, please identify and support any issue you might raise with the Court if we are unable to resolve or narrow the issue. We are entitled to know what you would argue to the Court before the requested LR 7-3 meeting.

5

We are happy to discuss search terms, but the Magistrate Judge was clear yesterday you are not to delay your production. She authorized you to reasonably identify custodian of records and use search terms to start gathering documents responsive to the requests, which you indicate you have already done. The requests, themselves, plainly identify search terms. The Magistrate Judge indicated that you would disclose the custodians of records and search terms you used to capture all responsive documents (subject to the Magistrate Judge's limitations). When your circulate the search terms and custodians of record, we will comment on them. The sooner you provide such a list and sooner we can comment on the list or meet in-person about what you have already done and begun.

Please circulate the protective order. We need to get that one file.

Regards,
Todd

**Todd M. Malynn | BLANKROME**
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3469 | M: 310.595.0271 | F: 424.389.7610 |
todd.malynn@blankrome.com

---

**From:** Murphy, Michael D. <mdmurphy@foxrothschild.com>
**Sent:** Thursday, March 13, 2025 10:28 AM
**To:** Beral, Arash <arash.beral@blankrome.com>
**Cc:** Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>; James, Pauletta <PJames@foxrothschild.com>; Malynn, Todd M. <Todd.Malynn@BlankRome.com>
**Subject:** Meet and Confers

Arash et. al,:

We have a variety of things to meet and confer upon. May we set aside some time tomorrow to discuss? I would prefer in person because I thought that was productive. But speed is more important than location.

These are the topics I would like to discuss and/or believe we need to discuss:

1. A new scheduling order: I don't think we can wait for summonses or pleadings to do this. There are good reasons why we have not proposed this yet, but I think the Court will be concerned if we do not get this primed for resolution before the end of March.

1. LR 7-3 meet and confer regarding your clients' affirmative defenses (which we intend to challenge under FRCP 12c or 12f) as well as the sufficiency of the causes of action alleged in the Counterclaim / Third Party Complaint (which we separately intend to challenge under FRCP 12b6 or 12c).

1. Search terms. I think we should discuss search terms at kind of a high level (categories of search terms believed to be necessary), then I suggest we propose a list to which you can add. Thoughts?

Anything else?

Mike

**Michael Murphy**
Partner
(213) 213-1211
(310) 974-2271 (cell)
mdmurphy@foxrothschild.com

**Learn about our new brand.**

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

*****************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

*****************************************************************************************************

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.