# EXHIBIT 10.1

Case 2:24-cv-04546-SB-AGR   Document 173-11   Filed 05/09/25   Page 1 of 4   Page ID #:7840



# MEMORANDUM

**CONFIDENTIAL**

**FROM:** Fox Rothschild LLP

**DATE:** April 1, 2025

**RE:** <u>Custodians and Search Terms for Document Production</u>

**<u>Proposed Custodians</u>:**

███████████████████████████████████████

**<u>Proposed Search Terms</u>:**
- PCJV
- Koren
- Guy AND Koren
- "Guy Koren"
- "Alon Koren"
- Jacoby
- Erlinda
- Bartholome
- "LA Group"
- GK
- "GK Capital
- US
- United States
- J&K*
- PCI AND Trading
- Potato Corner International
- PCI
- USPTO
- FDD
- Disclosure AND Agree*
    - Please note "*" is a wildcard operator that captures all ends of the search term. For example, here "agree*" captures "agreement," "agree," "agreed," etc.
- Non AND Disclos*
- Confident*
- Confident* AND agree*

170375330.1

- Trade AND Secret*
- Protect* AND "trade secret"
- Secur*
- Security
- Secre*
- Secre* AND maintain*
- Secur* AND measur*
- Train* AND Confident*
- Agree* AND vendor
- Agree* AND suppl*
- Agree* AND Ferna
- Agree* AND "Newly Weds"
- Agree* AND "trade secret"
- Agree* AND secre*
- Agree* AND ingredient*
- Agree* AND flavor*
- Contract*
- Contract* AND vendor
- Contract* AND suppl*
- Contract* AND Ferna
- Contract* AND "Newly Weds"
- Unauthoriz* AND us*
- Unauthoriz* AND "trade secret"
- Disclos* AND improp*
- Disclos* AND "trade secret"
- Disclos* AND secre*
- Investigat*
- Investigat* AND secre*
- Investigat* AND packet*
- Investigat* AND "trade secret"
- Receip*
- Minut* AND unathoriz*
- Minut* AND secre*
- Minut* AND flavor*
- Minut* AND ingredient*
- Minut* AND "Guy Koren"
- Goodwill AND trademark*
- Licens* AND agree*
- Royalt*
- Royalt* AND licens*
- Royalt* AND agree*
- Licens* AND "Potato Corner"
- Licens* AND "PCJV"

170375330.1

- Licens* AND trademark
- Licens* AND mark
- Polic* AND confident*
- Procedur* AND confident*
- Protect* AND confident*
- Protect* AND "Potato Corner"
- Ingredient* AND "Potato Corner"
- Misappropriat*
- Misappropriat* AND secre*

170375330.1