# EXHIBIT 13

**Murphy, Michael D.**

| | |
|---|---|
| From: | Malynn, Todd M. <Todd.Malynn@BlankRome.com> |
| Sent: | Thursday, April 10, 2025 11:42 AM |
| To: | Murphy, Michael D. |
| Cc: | Beral, Arash; Zolliecoffer, Jordan |
| Subject: | [EXT] Re: Meet & Confer re: Expert depo |

Michael,

This will confirm that, while we arrived at 10:30, you have tried to fault us for not seeing an email you sent while we were in transit. Rather than being at or coming to the conference room (after being notified of our arrival by your front desk), you just came to the conference room to argue with the witness as to his $700 fee, which he asked you to confirm you'd pay. You left to get the check rather than begin taking his deposition (with the check being drawn after we finished), after leaving the conference room with the documents not already in your possession and referenced in Mr. Engel's report.

Regards,
Todd

Sent from my iPhone

> On Apr 10, 2025, at 11:21 AM, Malynn, Todd M. <Todd.Malynn@blankrome.com> wrote:
>
> Mike,
>
> We arrived at your offices as you requested. You have Mr. Engel's reasonable hourly rates. If you choose to proceed with Mr. Engel's position, that is the reasonable rate. Given that your prior and current law firm have paid expert hourly rates before, including Mr. Engel's hourly rates, there is no dispute as to reasonableness.
>
> You also have his expert report. It was served with Defendants' disclosures. I don't know what the holdup is.
>
> Given that you did not subpoena Mr. Engel for deposition or provide any notice that you wanted to even take his deposition prior to the discovery conference, there is no prejudice due to the inadvertently omitted rate sheet, which you now have.
>
> Regards,
> Todd
>
> Sent from my iPhone
>
>> On Apr 10, 2025, at 10:12 AM, Murphy, Michael D. <mdmurphy@foxrothschild.com> wrote:

1

As I see it, my obligation now is to pay a reasonable fee. As such, I will agree to pay a reasonable fee.

I have been given no expert report though. How do I know what is reasonable when I haven't even seen an expert report?

The failure to identify a fee also subjects all of this to Rule 37(c)(1). We may consider also just striking him as a result. But I am entitled to his deposition anyway.

What do you recommend?

**Michael Murphy**
Partner
(213) 213-1211
(310) 974-2271 (cell)
mdmurphy@foxrothschild.com

**Learn about our new brand.**

---

**From:** Malynn, Todd M. <Todd.Malynn@BlankRome.com>
**Sent:** Thursday, April 10, 2025 10:04 AM
**To:** Murphy, Michael D. <mdmurphy@foxrothschild.com>
**Cc:** Beral, Arash <arash.beral@blankrome.com>; Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>
**Subject:** [EXT] RE: Meet & Confer re: Expert depo

Mike, I was not aware that this had fallen though a crack. Attached please find Jason's hourly rates.

Please confirm that you will have a payment ready for Mr. Engel today if you choose to proceed with his deposition.

Regards,
Todd

**Todd M. Malynn | BLANKROME**
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3469 | M: 310.595.0271 | F: 424.389.7610 |
todd.malynn@blankrome.com

2

**From:** Murphy, Michael D. <mdmurphy@foxrothschild.com>
**Sent:** Thursday, April 10, 2025 9:44 AM
**To:** Malynn, Todd M. <Todd.Malynn@BlankRome.com>
**Cc:** Beral, Arash <arash.beral@blankrome.com>; Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>
**Subject:** RE: Meet & Confer re: Expert depo

Mr. Malynn:

We have been in a bit of a quandary re expert deposition fee.

Where in the disclosure is Mr. Engel's rate stated?

If you do not see what I do not see anywhere in the disclosure, am I not relieved of the obligation to pay that rate? Please advise.

Thanks



**Michael Murphy**
Partner
(213) 213-1211
(310) 974-2271 (cell)
mdmurphy@foxrothschild.com

**Learn about our new brand.**

**From:** Malynn, Todd M. <Todd.Malynn@BlankRome.com>
**Sent:** Monday, April 7, 2025 6:16 PM
**To:** Murphy, Michael D. <mdmurphy@foxrothschild.com>
**Cc:** Beral, Arash <arash.beral@blankrome.com>; Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>
**Subject:** [EXT] RE: Meet & Confer re: Expert depo

Michael,

So the record is clear, we were directed to meet and confer today regarding Mr. Engel's availability for deposition this week. Accordingly, I called you and provided a date and time when Mr. Engel is available this week. You informed me you were available to take his deposition at that date and time and would notice his

deposition accordingly. There is no "agreement," just this sequence of events. I will advise Mr. Engel that you would like to take his deposition in person at your office (you did not indicate whether your notice would be requesting personal appearance or deposition by zoom). Please take note of Mr. Engel's hourly rate and be prepared with a check for his preparation, travel and deposition time.

Regards,
Todd

**Todd M. Malynn** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3469 | M: 310.595.0271 | F: 424.389.7610 |
todd.malynn@blankrome.com

---

**From:** Murphy, Michael D. <mdmurphy@foxrothschild.com>
**Sent:** Monday, April 7, 2025 6:07 PM
**To:** Malynn, Todd M. <Todd.Malynn@BlankRome.com>
**Cc:** Beral, Arash <arash.beral@blankrome.com>; Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>
**Subject:** RE: Meet & Confer re: Expert depo

Todd:

As per our agreement today, Engel will appear for a deposition on Thursday beginning at 10 am. Please advise him of our office address. We will be serving formal notice tomorrow.

Thanks



**Michael Murphy**
Partner
(213) 213-1211
(310) 974-2271 (cell)
mdmurphy@foxrothschild.com

Learn about our new brand.

**From:** Malynn, Todd M. <Todd.Malynn@BlankRome.com>
**Sent:** Monday, April 7, 2025 10:16 AM
**To:** Murphy, Michael D. <mdmurphy@foxrothschild.com>

4

Cc: Beral, Arash <arash.beral@blankrome.com>; Zolliecoffer, Jordan <JZolliecoffer@foxrothschild.com>
Subject: [EXT] Meet & Confer re: Expert depo

Michael, what time today are you available to discuss Jason Engel's deposition?

Regards,
Todd


**Todd M. Malynn | BLANKROME**
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
O: 424.239.3469 | M: 310.595.0271 | F: 424.389.7610 |
todd.malynn@blankrome.com

***********************************************************************
******************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

***********************************************************************
******************************


This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.


This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.