UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | CV-24-04546-SB (AGRx) | Date: May 21, 2025 |
| Title | Shakeys Pizza Asia Ventures, Inc. v. PCJV USA, LLC., et. al. | |

Present: The Honorable: Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings: (IN CHAMBERS) ORDER RE: SECOND SESSION OF VIDEO SETTLEMENT CONFERENCE**

   IT IS ORDERED that counsel appear for a second session of the settlement conference on May 22, 2025 at 2:00 p.m. via Zoom.  Because of the short notice, clients are encouraged to appear but are not required to do so.

   IT IS FURTHER ORDERED that, on the court's own motion, the hearings currently set on May 22, 2025 at 1:30 p.m. are VACATED.


cc: District Judge Stanley Blumenfeld, Jr.

| | |
|---|---|
| | **Initials of Preparer**    kl |