UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV-24-04546-SB (AGRx)                              Date: May 22, 2025

Title   <u>Shakeys Pizza Asia Ventures, Inc. v. PCJV USA, LLC., et. al.</u>

Present: The Honorable:  <u>Alicia G. Rosenberg, United States Magistrate Judge</u>

| K. Lozada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Michael Donnelly Murphy | Arash Beral |
| Matthew R. Follett | Todd Matthew Malynn |

**Proceedings: SECOND SESSION OF VIDEO SETTLEMENT CONFERENCE**

The second session settlement conference is held by video using Zoom.  Jorge Concepcion, CFO, of Shakeys Pizza Asia Ventures, Inc., is present.  Guy Koren, defendant and President of each entity defendant is present.  Ashley Grudnowski, Director of Franchise Development & Corporate Strategy at PCJV USA, LLC. is also present.

The second session of the video settlement conference is conducted off the record.

The court sets a third session of the video settlement conference <u>for the defense side only</u> on May 30, 2025 at 10:00 a.m.

IT IS SO ORDERED.

cc: District Judge Stanley Blumenfeld, Jr.

                                                                                             0:20
                                                                        **Initials of Preparer**    kl