MICHAEL D. MURPHY
mdmurphy@foxrothschild.com
MATTHEW FOLLETT
mfollett@foxrothschild.com
JORDAN ZOLLIECOFFER
jzolliecoffer@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone: 310.598.4150
Facsimile: 310.556.9828

Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC., and Third-Party Defendants SPAVI INTERNATIONAL, US, INC., CINCO COROPROATION; and PC INTERNATIONAL PTE, LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, <br><br> Plaintiff, <br><br> v. <br><br> PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK | Case No. 2:24-CV-04546-SB(AGRx) <br><br> *Hon. Stanley Blumenfeld* <br><br> **JOINT STATUS REPORT OF ALL PARTIES' SETTLEMENT NEGOTIATIONS** <br><br> Date: May 30, 2025 <br> Time: 8:30 a.m. <br> Courtroom: 6C <br><br> Complaint Filed: May 31, 2024 <br> Trial Date: August 4, 2025 |

1

| | |
|---|---|
| 1 | CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | Defendants. |
| 4 | |
| 5 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Counter-Claimants, |
| 11 | v. |
| 12 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 13 | |
| 14 | Counter Defendant. |
| 15 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | Third Party Plaintiffs, |
| 22 | v. |
| 23 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive, |
| 24 | |
| 25 | |
| 26 | |
| 27 | Third Party Defendants. |
| 28 | |

2

# JOINT STATEMENT

As a further update regarding the parties' settlement discussions, Plaintiff SPAVI and Defendants appeared for a second settlement conference session with Magistrate Judge Rosenberg on Thursday, May 22. At that time, Plaintiff SPAVI submitted a proposed settlement framework to Defendants. The document is approximately 15 pages long and Magistrate Judge Rosenberg proposed that a third settlement conference session take place after the defense has a chance to evaluate it. All parties agreed, and Magistrate Judge Rosenberg scheduled a third settlement conference remote video session with the defense only on May 30 at 10 a.m. Dkt. No. 179.

Dated: May 22, 2025

**FOX ROTHSCHILD LLP**
*/s/* Michael Murphy
Michael D. Murphy
Matthew Follett
Jordan Zolliecoffer
Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC., and Third-Party Defendants SPAVI INTERNATIONAL, US, INC., CINCO COROPROATION; and PC INTERNATIONAL PTE, LTD.

DATED: May 22, 2025

**BLANK ROME LLP**

*/s/* Todd Malyn
Todd Malynn
Victor Sandoval
Attorneys for Defendant PCJV USA, LLC, PCI TRADING, LLC, GUY KOREN, POTATO CORNER LA GROUP, LLC, NKM CAPITAL GROUP, LLC, J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, GK CAPITAL GROUP, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

## CERTIFIFCATE OF SERVICE

The undersigned certifies that, on May 22, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2025

**FOX ROTHSCHILD LLP**

*/s/* Michael Murphy
Michael D. Murphy
Attorneys for Plaintiff SHAKEY'S
PIZZA ASIA VENTURES, INC.

4