UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV-24-04546-SB (AGRx)                                    Date: May 30, 2025

Title    Shakey's Pizza Asia Ventures, Inc. v. PCJV USA, LLC, et. al.

Present: The Honorable:  Alicia G. Rosenberg, United States Magistrate Judge

| L. Krivitsky for K. Lozada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | Arash Beral |
| | Todd Matthew Malynn |

**Proceedings: THIRD SESSION OF VIDEO SETTLEMENT CONFERENCE**

The third session settlement conference is held by video using Zoom. Ashley Grudnowski, Director of Franchise Development & Corporate Strategy at PCJV USA, LLC is present.

The third session of the video settlement conference is conducted off the record.

Defense counsel shall provide the Court with the defendants' response by Tuesday, June 3, 2025.

IT IS SO ORDERED.


cc: District Judge Stanley Blumenfeld, Jr.

|  | 1:30 |
|---|---|
| **Initials of Preparer** | lk for kl |