| | |
|---|---|
| 1 | **BLANK ROME LLP** |
| | Todd M. Malynn (SBN 181595) |
| 2 | todd.malynn@blankrome.com |
| | Arash Beral (SBN 245219) |
| 3 | arash.beral@blankrome.com |
| | Jamison T. Gilmore (SBN 322100) |
| 4 | Jamison.gilmore@blankrome.com |
| | 2029 Century Park East | 6th Floor |
| 5 | Los Angeles, CA 90067 |
| | Telephone:  424.239.3400 |
| 6 | Facsimile:   424.239.3434 |

7  Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**NOTICE OF CHANGE OF LEAD COUNSEL FOR DEFENDANTS, COUNTERCLAIMANTS, AND THIRD PARTY PLAINTIFFS**<br><br>Complaint Filed:   May 31, 2024<br>Trial Date:            August 4, 2025 |

160850.00001/153289966v.1

**NOTICE OF CHANGE OF LEAD COUNSEL**

160850.00001/154236017v.1

|   |                                                                 |
|---|-----------------------------------------------------------------|
| 1 | limited liability company and DOES 1 through 100, inclusive,    |
| 2 | Defendants.                                                     |
| 3 | _____                             |
| 4 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 9 | Counter-Claimants,                                              |
| 10| v.                                                              |
| 11| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,   |
| 12| Counter Defendant.                                              |
| 13| _____                             |
| 14| PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 19| Third Party Plaintiffs,                                         |
| 20| v.                                                              |
| 22| PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive, |
| 25| Third Party Defendants.                                         |

160850.00001/153289966v.1                    1
**NOTICE OF CHANGE OF LEAD COUNSEL**
160850.00001/154236017v.1

**PLEASE TAKE NOTICE** that current lead counsel for Defendants, Counterclaimants, and Third Party Plaintiffs, Arash Beral, will be away for a pre-planned vacation until June 11, 2025 and, therefore, in light of an upcoming hearing date on June 6, 2025 and other impending trial deadlines requiring lead counsel's attendance, Defendants, Counterclaimants, and Third Party Plaintiffs hereby designate Todd M. Malynn in place of Arash Beral as lead counsel in the above-entitled action moving forward. Mr. Malynn has effectively been acting as co-lead counsel since the inception of this action, and no delay will be caused as a result of this change.

DATED: May 30, 2025                     **BLANK ROME LLP**

By: */s/ Todd M. Malynn*
    Todd M. Malynn
    Arash Beral
    Jamison T. Gilmore
    Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 30, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 30, 2025.

By:  /s/AJ Cruickshank