| | |
|---|---|
| 1 | **BLANK ROME LLP** |
| | Arash Beral (SBN 245219) |
| 2 | arash.beral@blankrome.com |
| | Todd M. Malynn (SBN 181595) |
| 3 | todd.malynn@blankrome.com |
| | Jamison T. Gilmore (SBN 322100) |
| 4 | jamison.gilmore@blankrome.com |
| | 2029 Century Park East | 6th Floor |
| 5 | Los Angeles, CA 90067 |
| | Telephone: 424.239.3400 |
| 6 | Facsimile: 424.239.3434 |
| 7 | Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI |
| 8 | TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, |
| 9 | NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, |
| 10 | LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J |
| 11 | & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 17 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, | Case No. 2:24-CV-04546-SB(AGRx) |
| 18 | Plaintiff, | *Hon. Stanley Blumenfeld, Jr.* |
| | | **JOINT STATEMENT** |
| 19 | vs. | |
| 20 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a | Date: June 6, 2025<br>Time: 10:00 a.m.<br>Courtroom: Via Zoom |
| 21 | Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER | |
| 22 | LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, | Complaint Filed: May 31, 2024<br>Trial Date: August 4, 2025 |
| 23 | LLC, a California limited liability company; J & K AMERICANA, LLC, a California | |
| 24 | limited liability company; J&K LAKEWOOD, LLC, a California limited | |
| 25 | liability company; J&K VALLEY FAIR, LLC, a California limited liability company; | |
| 26 | J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a | |
| 27 | California, limited liability company; GK CERRITOS, LLC, a California, limited | |
| 28 | liability company; J&K PC TRUCKS, LLC, | |

160850.00001/153289966v.1

| | |
|---|---|
| 1 | a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | Defendants. |
| 4 | ──────────────────────────── |
| 5 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Counter-Claimants, |
| 11 | v. |
| 12 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 13 | |
| 14 | Counter Defendant. |
| | ──────────────────────────── |
| 15 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | Third Party Plaintiffs, |
| 22 | v. |
| 23 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive, |
| 24 | |
| 25 | |
| 26 | Third Party Defendants. |
| 27 | |
| 28 | |

160850.00001/153289966v.1                    1

**JOINT STATEMENT**

160850.00001/154264803v.1

# JOINT STATEMENT

As a further update regarding the parties' settlement discussions, after the joint settlement conference on May 22, 2025, Defendants appeared before the Magistrate Judge at a third settlement conference on May 30, 2025, and they are submitting, today, a settlement response/proposal to the Magistrate Judge pursuant to Dkt. No. 183. The parties anticipate a further joint settlement conference after the Magistrate Judge presents Defendants' response/proposal to Plaintiff/Third-Party Defendants.

DATED: June 3, 2025         **BLANK ROME LLP**

By: */s/ Todd M. Malynn*
    Todd M. Malynn
    Arash Beral
    Jamison T. Gilmore
Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

DATED: June 3, 2025         **FOX ROTHSCHILD LLP**

By: */s/ Michael D. Murphy*
    Michael D. Murphy
    Matthew Follett
    Jordan Zolliecoffer
Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC., and Third-Party Defendants SPAVI INTERNATIONAL, US, INC., CINCO COROPRATION; and PC INTERNATIONAL PTE, LTD.

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 3, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 3, 2025.

By:   /s/AJ Cruickshank

160850.00001/153289966v.1

3

**JOINT STATEMENT**

160850.00001/154264803v.1