UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV-24-04546-SB (AGRx)                                    Date: June 9, 2025

Title  Shakeys Pizza Asia Ventures, Inc. v. PCJV USA, LLC., et. al.

Present: The Honorable:  Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Michael Donnelly Murphy | Todd Matthew Malynn |
| Matthew R. Follett | Jamison Gilmore |

**Proceedings: FOURTH SESSION OF VIDEO SETTLEMENT CONFERENCE**

    The fourth session settlement conference is held by video using Zoom. Jorge Concepcion, CFO, of Shakeys Pizza Asia Ventures, Inc., is present. Guy Koren, defendant and President of each entity defendant is present.

    The fourth session of the video settlement conference is conducted off the record.

    Counsel are ordered to contact the Courtroom Clerk by 4:00 p.m. on June 10, 2025 with their respective clients' response to the magistrate judge's settlement proposal.

    IT IS SO ORDERED.

cc: District Judge Stanley Blumenfeld, Jr.

|  | 2:10 |
|---|---|
| **Initials of Preparer** | kl |