UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. CV-24-04546-SB (AGRx) | Date: June 11, 2025 |
| Title | Shakeys Pizza Asia Ventures, Inc. v. PCJV USA, LLC., et. al. |

Present: The Honorable: Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER RE: SETTLEMENT PROCEEDINGS**

    Pursuant to the Order dated June 9, 2025 after the fourth session of the settlement conference, the court received responses to the magistrate judge's settlement proposal.

    The case did not settle.


cc: District Judge Stanley Blumenfeld, Jr.


**Initials of Preparer**  kl