UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHAKEYS PIZZA ASIA VENTURES, INC, a Philippines corporation, | No. 24-7084 |
| Plaintiff - Appellee, | D.C. No. 2:24-cv-04546-SB-AGR |
| v. | Central District of California, Los Angeles |
| PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual, | MANDATE |
| Defendants - Appellants, | |
| and | |
| POTATO CORNER LA GROUP, LLC, a California limited liability company, NKM CAPITAL GROUP, LLC, a California limited liability company, J & K AMERICANA, LLC, a California limited liability company, J & K CULVER, LLC, a California limited liability company, J&K LAKEWOOD, LLC, a California limited liability company, J&K OAKRIDGE, LLC, a California limited liability company, J&K VALLEY FAIR, LLC, a California limited liability company, J & K CAPITAL 2, LLC, a California limited liability company, J & K ONTARIO, LLC, a California limited liability company, J&K PC TRUCKS, LLC, a California limited liability company, J&K CONSULTANTS GROUP, LLC, a California limited liability company, GK CAPITAL GROUP, LLC, a California | |

| |
|---|
| limited liability company, DOES, 1 through 100, inclusive, |
| Defendants. |

The judgment of this Court, entered May 19, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT