UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:24-CV-04546-SB-AGR | Date: | June 13, 2025 |
|---|---|---|---|

| Title: | Shakeys Pizza Asia Ventures, Inc v. PCJV USA, LLC et al |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Matthew R Follett | Todd Matthew Malynn |
| Michael Donnelly Murphy | Arash Beral |

**Proceedings: (Minutes of)** Post Settlement Status Conference **(Held and completed)**

    The Court heard from the parties about the status of settlement. The matter remains set for trial on August 4, 2025. As stated on the record, the parties should be prepared to trail for up to 30 days from the trial date if needed.

    The parties are further warned that the Court expects full compliance with its standing orders, including its requirements for pretrial filings. Any failure to comply with the Court's orders may result in appropriate sanctions.

0:09