**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, a California limited liability company; and, | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**KOREN PARTIES' REQUESTS FOR JUDICIAL NOTICE FOR TRIAL**<br><br><br><br><br><br><br><br>Complaint Filed:  May 31, 2024<br>Trial Date:        August 4, 2025 |

| | |
|---|---|
| 1 | GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | Defendants. |
| 4 | _____ |
| 5 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Counter-Claimants, |
| 11 | v. |
| 12 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 13 | Counter Defendant. |
| 14 | _____ |
| 15 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | Third Party Plaintiffs, |
| 21 | v. |
| 22 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive, |
| 23 | |
| 24 | |
| 25 | |
| 26 | Third Party Defendants. |
| 27 | |
| 28 | |

1

**KOREN PARTIES' REQUESTS FOR JUDICIAL NOTICE FOR TRIAL**
160850.00001/154339577v.2

# REQUEST FOR JUDICIAL NOTICE

## I. LEGAL STANDARD

The Court may take judicial notice of a fact where it "is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b)(2).

## II. STATE COURT ORDERS

It is well established that the Court may take judicial notice of other courts' orders. *See Frlekin v. Apple, Inc.*, 979 F.3d 639, 643 n.1 (9th Cir. 2020); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006); *Dual Diagnosis Treatment Center, Inc. v. Centene Corp.*, Case No.: 2:20-cv-04112-SB-PCV, 2021 WL 4464204, *5 n.4 (C.D. Cal. May 7, 2021) (Blumenfeld, J. judicially noticing a state court order); *Reilly v. County of Los Angeles*, Case No. 2:23-cv-00290-SB-PD, 2023 WL 8631708, at *1 n.2 (C.D. Cal. Nov. 3, 2023) (same).

### A. Request No. 1: Order Granting Cinco Corporation's Temporary Restraining Order

PCJV USA, LLC; PCI Trading LLC; Potato Corner; LA Group, LLC; GK Capital Group, LLC; NKM Capital Group, LLC; Guy Koren; J&K Americana, LLC; J&K Lakewood, LLC; J&K Oakridge, LLC; J&K Valley Fair, LLC; J&K Ontario, LLC, J&K PC Trucks, LLC; HLK Milpitas, LLC; and GK Cerritos, LLC ("Koren Parties") request the Court take judicial notice of a May 14, 2018 temporary restraining order entered against Guy Koren and in favor of Cinco Corporation. The May 14, 2018 order was entered in *Cinco Corporation v. Guy Koren*, Case No. BC701075, filed in Los Angeles Superior Court ("State Court Action") and is attached hereto as **Exhibit A**.

///

///

      **B.**      <u>**Request No. 2:**</u>  **Order Denying Cinco Corporation's Request for Injunctive Relief and Granting Guy Koren's Request for Injunctive Relief**

Koren Parties request the Court to take judicial notice of a June 19, 2018 order from the State Court Action denying Cinco Corporation's request for a preliminary injunction and granting Guy Koren's request for a preliminary injunction against Cinco Corporation. The June 19, 2018 order is attached hereto as **Exhibit B**.

### III.    <u>TRANSCRIPT OF A STATE COURT HEARING</u>

Federal courts may take judicial notice of transcripts of hearings. *See LA Alliance for Human Rights v. County of Los Angeles*, 14 F.4th 947, 956 n.3 (9th Cir. 2021); *see also Williams v. Yamaha Motor Corp., U.S.A.*, 106 F. Supp. 3d 1101, 1107 n.8 (C.D. Cal. 2015).

      **C.**      <u>**Request No. 3:**</u>  **Transcript From The Hearing On Guy Koren's Request for Injunctive Relief Against Cinco Corporation**

Koren Parties request the Court to take judicial notice of a June 6, 2018 hearing transcript from the State Court Action that was held in relation to the Court's denial of Cinco Corporation's request for a preliminary injunction and granting Guy Koren's request for a preliminary injunction against Cinco Corporation. The June 6, 2018 order is attached hereto as **Exhibit C**.

DATED: June 20, 2025        **BLANK ROME LLP**

By: */s/ Todd M. Malynn*
    Todd M. Malynn
    Arash Beral
    Jamison T. Gilmore
    Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 20, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 20, 2025.

By: /s/AJ Cruickshank