# EXHIBIT 2

**Murphy, Michael D.**

---

| | |
|---|---|
| **From:** | Michael Murphy <mdmurphyla@gmail.com> |
| **Sent:** | Thursday, April 24, 2025 11:48 PM |
| **To:** | Murphy, Michael D. |
| **Subject:** | [EXT] Fwd: SPAVI v. PCJV USA, LLC et al.: Discovery Requests |

---------- Forwarded message ---------
From: **Beral, Arash** <arash.beral@blankrome.com>
Date: Wed, Jan 8, 2025 at 6:19 PM
Subject: RE: SPAVI v. PCJV USA, LLC et al.: Discovery Requests
To: Malynn, Todd M. <Todd.Malynn@blankrome.com>
Cc: Sandoval, Victor <Victor.Sandoval@blankrome.com>

Thank you, Kenny. I'm sorry to hear that. A lot of people on our side have been affected by the fires as
well. Hope you all stay safe, and let us know if you need anything.

On this, I just want to confirm that you will agree to amend the Case Management Order. The Court had
suggested we meet and confer about that (which we can do when convenient for you). Provided that you
are in agreement with amending the CMO, then yes.

Arash

**Arash Beral** | BLANKROME
2029 Century Park East | Los Angeles, CA 90067
Arash Beral | Blank Rome LLP

---

From: Kenneth Hsu <khsu@ecjlaw.com>
**Sent:** Wednesday, January 8, 2025 3:00 PM
**To:** Beral, Arash <arash.beral@blankrome.com>; Malynn, Todd M. <Todd.Malynn@BlankRome.com>
**Cc:** Michael D. Murphy <mmurphy@ecjlaw.com>; Sandoval, Victor <Victor.Sandoval@BlankRome.com>
**Subject:** SPAVI v. PCJV USA, LLC et al.: Discovery Requests

Arash, Todd,

1

I hope you had a happy new year's holiday. Mike and I are in the process of finalizing SPAVI's responses to PCJV USA, LLC's First Set of Interrogatories and Requests for Production. However, both he and I are now being affected by the ongoing fires (both of our families will likely be evacuating tonight) and may not have much time to focus on our matters, potentially for the next few days. In light of that, we request a modest one-week extension of time to respond (to 1/16) to those discovery requests. Please advise if this agreeable to your firm.

Thank you in advance.

Thanks,

Kenny

**Kenneth P. Hsu, Esq.**
Partner

ERVIN COHEN & JESSUP LLP

9401 Wilshire Boulevard, 12th Floor ∣ Beverly Hills, CA 90212-2974
(310) 281-6321 *(t)* ∣ (310) 859-2325 *(f)*
www.ecjlaw.com ∣ khsu@ecjlaw.com ∣ About me ∣ LinkedIn

The information contained herein is confidential and privileged attorney-client information or work product intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*