# EXHIBIT M

**From:** Murphy, Michael D. <mdmurphy@foxrothschild.com>
**Sent:** Thursday, June 26, 2025 8:52 AM
**To:** Beral, Arash; Malynn, Todd M.
**Cc:** Follett, Matthew; Nwasike, Jessica; Zolliecoffer, Jordan
**Subject:** Ex Parte

Arash and Todd:

We are filing our ex parte now, as we discussed last Friday, in which we will be seeking a continuance of trial until Feb. 5. We assume you will oppose.

Mike



**Michael Murphy**
Partner
(213) 213-1211
(310) 974-2271 (cell)
mdmurphy@foxrothschild.com

**Learn about our new brand.**

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.