# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEYS PIZZA ASIA VENTURES, INC  PLAINTIFF(S)  v.  PCJV USA, LLC, et al.  DEFENDANT(S) | CASE NUMBER:  2:24-cv-04546-SB-AGR  **NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

TO:    All Parties of Record

You are hereby notified that the Magistrate Judge's Report and Recommendation has been filed on  June 30, 2025 .

Any party having Objections to the Report and Recommendation and/or order shall, not later than  July 14, 2025 , file and serve a written statement of Objections with points and authorities in support thereof before the Honorable  Magistrate Judge Alicia G. Rosenberg . A party may respond to another party's Objections within 14 days after being served with a copy of the Objections.

Failure to object within the time limit specified shall be deemed a consent to any proposed findings of fact. Upon receipt of Objections and any Response thereto, or upon expiration of the time for filing Objections or a Response, the case will be submitted to the District Judge for disposition. Following entry of Judgment and/or Order, all motions or other matters in the case will be considered and determined by the District Judge.

The Report and Recommendation of a Magistrate Judge is not a Final Appealable Order. A Notice of Appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1) should not be filed until entry of a Judgment and/or Order by the District Judge.

CLERK, UNITED STATES DISTRICT COURT

Dated:  June 30, 2025            By:  /s/ *Karl Lozada*  
                                        Deputy Clerk

M–51A (12/09)    **NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**