1  **BLANK ROME LLP**
   Arash Beral (SBN 245219)
2  arash.beral@blankrome.com
   Todd M. Malynn (SBN 181595)
3  todd.malynn@blankrome.com
   Jamison T. Gilmore (SBN 322100)
4  jamison.gilmore@blankrome.com
   2029 Century Park East | 6th Floor
5  Los Angeles, CA 90067
   Telephone:  424.239.3400
6  Facsimile:   424.239.3434

7  Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI
8  TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC,
9  NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA,
10 LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J
11 & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, | Case No. 2:24-CV-04546-SB(AGRx) |
| | *Hon. Stanley Blumenfeld, Jr.* |
| Plaintiff, | |
| vs. | **NOTICE OF ERRATA RE EXHIBIT C TO THE DECLARATION OF ARASH BERAL IN SUPPORT OF OPPOSITION TO *EX PARTE* APPLICATION TO CONTINUE TRIAL DATE** |
| PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited | Complaint Filed:  May 31, 2024<br>Trial Date:           August 4, 2025 |

160850.00001/153289966v.1

**NOTICE OF ERRATA RE EXHIBIT C TO THE DECLARATION OF ARASH BERAL IN SUPPORT OF OPPOSITION TO *EX PARTE* APPLICATION TO CONTINUE TRIAL DATE**
160850.00001/154535254v.1

liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive,

       Defendants.

_____

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

       Counter-Claimants,

  v.

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

       Counter Defendant.

_____

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

       Third Party Plaintiffs,

  v.

PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive,

       Third Party Defendants.

160850.00001/153289966v.1       1

**PLEASE TAKE NOTICE** that on June 30, 2025, Defendants filed their Opposition to *Ex Parte* Application [Dkt. 203] with this Court. Attached to the Application was the Declaration of Arash Beral (the "Beral Declaration"). Defendants inadvertently omitted the attachment that belonged to Exhibit C.

Attached hereto is the correct Exhibit C.

DATED: July 1, 2025            **BLANK ROME LLP**

By: */s/ Arash Beral*
     Arash Beral
     Todd M. Malynn
     Jamison T. Gilmore
     Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# CERTIFICATE OF SERVICE

The undersigned certifies that on July 1, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 1, 2025.

By:   /s/AJ Cruickshank