# EXHIBIT 2

| | |
|---|---|
| **From:** | Gilmore, Jamison |
| **Sent:** | Monday, June 23, 2025 11:57 PM |
| **To:** | Murphy, Michael D.; Follett, Matthew |
| **Cc:** | Beral, Arash; Malynn, Todd M. |
| **Subject:** | SPAVI v. PCJV - Motion in Limine; Stipulation and [Proposed] Order |
| **Attachments:** | 2025.06.23 - SPAVI v. PCJV - Stipulation RE Evidence of anti-SLAPP Order and Fees(154405380.2).docx; 2025.06.23 - SPAVI v. PCJV - MIL RE Fed. PI Order, Contempt Orders, Sanctions(154403943.3).docx; 2025.06.23 - SPAVI v. PCJV - [Proposed] Order RE Evidence of anti-SLAPP Order and Fees(154405520.1).docx |

Counsel,

Please see the attached. Let us know if the stipulation and order are good to file. Thank you.

**Jamison T. Gilmore** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
+1 (424) 239-3843 | jamison.gilmore@blankrome.com