**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile:  424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, a California limited liability company; and, | Case No. 2:24-CV-04546-SB(AGRx) <br><br> *Hon. Stanley Blumenfeld, Jr.* <br><br> **JOINT REPORT IN RESPONSE TO COURT ORDER, DKT. NO. 208** <br><br> Complaint Filed:   May 31, 2024 <br> Trial Date:            August 18, 2025 |

| | |
|---|---|
| 1 | GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 2 | Defendants. |
| 3 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Counter-Claimants, |
| 9 | v. |
| 10 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 11 | |
| 12 | Counter Defendant. |
| 13 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | Third Party Plaintiffs, |
| 19 | v. |
| 20 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive, |
| 21 | |
| 22 | |
| 23 | |
| 24 | Third Party Defendants. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**JOINT REPORT IN RESPONSE TO COURT ORDER, DKT. NO. 208**

On Thursday, July 3, 2025, counsel for the parties, Michael D. Murphy, Matthew Follett, Todd Malynn, Arash Beral, and Jamison Gilmore, conferred via videoconference. The PCJV USA Parties reported that they oppose further delay, oppose the recommended relief (*i.e.*, a trial continuance and reopening discovery) in the Report and Recommendation ("R&R") (Dkt No. 204), and intend to assert objections to the R&R consistent with the July 1, 2025 Order (Dkt. No. 208) so that their motion for sanctions (and the remedies sought therein) is reviewed *de novo* by the District Court. SPAVI intends to respond to those objections by July 9, 2025 as per the expedited schedule set forth in the July 1, 2025 Order.

| | | |
|---|---|---|
| 1 | DATED: July 7, 2025 | **FOX ROTHSCHILD LLP** |
| 2 | | By: */s/ Michael D. Murphy* |
| 3 | |     Michael D. Murphy |
| | |     Matthew Follett |
| 4 | |     Jordan Zolliecoffer |
| | | Attorneys for Plaintiff and Counterclaim |
| 5 | | Defendant SHAKEY'S PIZZA ASIA VENTURES, INC., and |
| 6 | | Third-Party Defendants SPAVI INTERNATIONAL, US, INC., CINCO |
| 7 | | COROPROATION; and PC INTERNATIONAL PTE, LTD. |
| 8 | DATED: July 7, 2025 | **BLANK ROME LLP** |
| 9 | | By: */s/ Todd M. Malynn* |
| 10 | |     Todd M. Malynn |
| | |     Arash Beral |
| 11 | |     Jamison T. Gilmore |
| 12 | | Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC |

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Todd M. Malynn, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document. I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

DATED: July 7, 2025            **BLANK ROME LLP**

By: *Todd M. Malynn*
    Todd M. Malynn
    Arash Beral
    Jamison T. Gilmore
Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# CERTIFICATE OF SERVICE

The undersigned certifies that on July 7, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 7, 2025.

By: /s/AJ Cruickshank