MICHAEL D. MURPHY (SBN 224678)
mdmurphy@foxrothschild.com
MATTHEW FOLLETT (SBN 325481)
mfollett@foxrothschild.com
JESSICA NWASIKE (SBN 343087)
jnwasike@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:  310.598.4150
Facsimile:   310.556.9828

Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld*<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO FILE SECOND SET OF PRETRIAL DOCUMENTS TO JULY 31, 2025**<br><br>Complaint Filed:   May 31, 2024<br>Trial Date:            August 18, 2025 |

1

**STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO FILE SECOND SET OF PRETRIAL DOCUMENTS TO JULY 31, 2025**
174856468.1

CASE NO. 2:24-CV-04546-SB(AGRX)

| | |
|---|---|
| 1 | California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |
| 5 | |
| 6 | |
| 7 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | Counterclaim Plaintiffs, |
| 13 | v. |
| 14 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 15 | |
| 16 | Counterclaim Defendant. |
| 17 | |
| 18 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | Third Party Plaintiffs, |
| 24 | v. |
| 25 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines |
| 26 | |
| 27 | |
| 28 | 2 |

STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO FILE SECOND SET OF PRETRIAL DOCUMENTS TO JULY 31, 2025
174856468.1

CASE NO. 2:24-CV-04546-SB(AGRX)

| | |
|---|---|
| 1 | corporation; and DOES 1 through 10, inclusive, |
| 2 | |
| 3 | Third Party Defendants. |
| 4 | |

3

# **STIPULATION**

Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. ("SPAVI") and Third Party Defendants CINCO CORPORATION "Cinco"), PC INTERNATIONAL PTE LTD. ("PCI"), and SPAVI INTERNATIONAL USA, INC ("SPAVI International," and collectively with SPAVI, Cinco, and PCI, the "SPAVI Parties") and Defendants, Counterclaimants and Third Party Plaintiffs PCJV USA, LLC, PCI Trading LLC, Guy Koren, Potato Corner LA Group, LLC, GK Capital Group, LLC , and NKM Capital Group, LLC, and Defendants J & K Americana, LLC, J&K Lakewood, J&K Oakridge, LLC, J&K Valley Fair, LLC, J & K Ontario, LLC, J&K PC Trucks, LLC, HLK Milpitas, LLC, and GK Cerritos, LLC (collectively, "Defendants," and alongside the "SPAVI Parties," the "Parties"), stipulate and agree as follows:

WHEREAS, the SPAVI Parties requested of Defendants to stipulate to more time to meet and confer over the second set of pretrial documents, and Defendants agreed to so stipulate;

NOW, THEREFORE, it is Stipulated and Agreed by the Parties and through their undersigned counsel, that, subject to the Court's approval, that the deadline to file the second set of pretrial documents be continued to July 31, 2025.

Dated: July 24, 2025

*/s/ Michael D. Murphy*
Michael D. Murphy
Matthew Follett
Jessica Nwasike
Fox Rothschild LLP
*Attorneys for Plaintiff and Counterclaim Defendant, and Third Party Defendants*

Dated: July 24, 2025

*/s/ Arash Beral*
Arash Beral
Todd M. Malynn
Blank Rome LLP
*Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs*

4

STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO FILE SECOND SET OF PRETRIAL DOCUMENTS TO JULY 31, 2025
174856468.1

CASE NO. 2:24-CV-04546-SB(AGRX)

# ATTESTATION

Pursuant to Local Rule 5-4.3.4, the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.

                                    */s/ Michael D. Murphy*
                                      Michael D. Murphy

# **CERTIFIFCATE OF SERVICE**

The undersigned certifies that, on July 24, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 7/24/2025_____      **FOX ROTHSCHILD LLP**

*/s/ Michael D. Murphy*
Michael D. Murphy
Attorneys for Plaintiff SHAKEY'S PIZZA ASIA VENTURES, INC.