MICHAEL D. MURPHY (SBN 224678)
mdmurphy@foxrothschild.com
MATTHEW FOLLETT (SBN 325481)
mfollett@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:  310.598.4150
Facsimile:   310.556.9828

Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third-Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld*<br><br>**STIPULATION AND JOINT REQUEST TO FILE AMENDED EXHIBIT LIST**<br><br>Complaint Filed:  May 31, 2024<br>Trial Date:          August 18, 2025 |

1

| | |
|---|---|
| 1 | limited liability company and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | Defendants. |
| 4 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Counterclaim Plaintiffs, |
| 10 | v. |
| 11 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 12 | |
| 13 | Counterclaim Defendant. |
| 14 | |
| 15 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | Third Party Plaintiffs, |
| 21 | v. |
| 22 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive, |
| 23 | |
| 24 | |
| 25 | |
| 26 | Third Party Defendants. |
| 27 | |
| 28 | |

2

**STIPULATION AND JOINT REQUEST TO FILE AMENDED EXHIBIT LIST**               CASE NO. 2:24-CV-04546-SB(AGRX)

# STIPULATION

Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. ("SPAVI") and Third Party Defendants CINCO CORPORATION "Cinco"), PC INTERNATIONAL PTE LTD. ("PCI"), and SPAVI INTERNATIONAL USA, INC ("SPAVI International," and collectively with SPAVI, Cinco, and PCI, the "SPAVI Parties") and Defendants, Counterclaimants and Third Party Plaintiffs PCJV USA, LLC, PCI Trading LLC, Guy Koren, Potato Corner LA Group, LLC, GK Capital Group, LLC , and NKM Capital Group, LLC, and Defendants J & K Americana, LLC, J&K Lakewood, J&K Oakridge, LLC, J&K Valley Fair, LLC, J & K Ontario, LLC, J&K PC Trucks, LLC, HLK Milpitas, LLC, and GK Cerritos, LLC (collectively, "Defendants," and alongside the "SPAVI Parties," the "Parties"), stipulate and agree as follows:

WHEREAS, the Parties have met and conferred regarding their exhibit lists and agreed to jointly ask for leave to file an amended exhibit list;

NOW, THEREFORE, it is Stipulated and Agreed by the Parties and through their undersigned counsel, that, subject to the Court's approval, that the Parties may file an amended trial exhibit list.

Dated: July 29, 2025        /s/ Michael D. Murphy
                            Michael D. Murphy
                            Matthew Follett
                            Fox Rothschild LLP
                            *Attorneys for Plaintiff and Counterclaim Defendant, and Third Party Defendants*

Dated: July 29, 2025        /s/ Arash Beral
                            Arash Beral
                            Todd M. Malynn
                            Blank Rome LLP
                            *Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs*

# ATTESTATION

Pursuant to Local Rule 5-4.3.4, the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.

*/s/ Michael D. Murphy*
Michael D. Murphy

## CERTIFICATE OF SERVICE

The undersigned certifies that, on July 29, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  July 29, 2025

**FOX ROTHSCHILD LLP**

*/s/ Michael D. Murphy*
Michael D. Murphy
Attorneys for Plaintiff SHAKEY'S PIZZA ASIA VENTURES, INC.