**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld*<br><br>**JOINT REQUEST TO CONTINUE DEADLINE TO FILE SECOND SET OF PRETRIAL DOCUMENTS TO 2:00 PM**<br><br>Complaint Filed:  May 31, 2024<br>Trial Date:          August 18, 2025 |

160850.00001/154726108v.1                               1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 8<br>9 | Defendants. |
| 10<br>11<br>12<br>13<br>14<br>15 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a Ca1ifornia limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 16 | Counterclaim Plaintiffs, |
| 17 | v. |
| 18 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 19<br>20 | Counterclaim Defendant. |
| 21<br>22<br>23<br>24<br>25<br>26 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a Ca1ifornia limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 27 | Third Party Plaintiffs, |
| 28 | 160850.00001/154726108v.1                           2 |

**JOINT REQUEST TO CONTINUE DEADLINE TO FILE SECOND SET OF PRETRIAL DOCUMENTS TO 2:00 PM**
174856468.1

CASE NO. 2:24-CV-04546-SB(AGRX)

|    |                                                                                                                                                                                                   |
|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  | v.                                                                                                                                                                                                |
| 2  | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive,  |
| 3  |                                                                                                                                                                                                   |
| 4  |                                                                                                                                                                                                   |
| 5  |                                                                                                                                                                                                   |
| 6  | Third Party Defendants.                                                                                                                                                                           |

160850.00001/154726108v.1

3

**JOINT REQUEST TO CONTINUE DEADLINE TO FILE SECOND SET OF PRETRIAL DOCUMENTS TO 2:00 PM**

CASE NO. 2:24-CV-04546-SB(AGRX)

174856468.1

## **JOINT REQUEST**

To the Honorable Court:

    The parties have been working all night to narrow their disputes and finalize their joint documents for filing. In their current state, the pretrial documents still contain a wide range of disputes, which could be further narrowed with additional time. Counsel for the parties agree that additional time would be useful. The parties respectfully request additional time until 2:00 p.m. today to file their second set of joint pretrial documents.

Dated: July 29, 2025
        /s/ Michael D. Murphy
Michael D. Murphy
Matthew Follett
Jessica Nwasike
Fox Rothschild LLP

Dated: July 29, 2025
        /s/ Arash Beral
Arash Beral
Todd M. Malynn
Blank Rome LLP

# CERTIFICATE OF SERVICE

The undersigned certifies that on July 29, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 29, 2025.

By:  /s/AJ Cruickshank