MICHAEL D. MURPHY (SBN 224678)
mdmurphy@foxrothschild.com
MATTHEW FOLLETT (SBN 325481)
mfollett@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:   310.598.4150
Facsimile:   310.556.9828

Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld*<br><br>**RENEWED JOINT REQUEST TO CONTINUE DEADLINE TO FILE SECOND SET OF PRETRIAL DOCUMENTS TO 5:00 PM**<br><br>Complaint Filed:   May 31, 2024<br>Trial Date:   August 18, 2025 |

**Error! Unknown document property name.** 1

| | |
|---|---|
| 1 | through 100, inclusive, |
| 2 | Defendants. |
| 3 | |
| 4 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 9 | |
| 10 | Counterclaim Plaintiffs, |
| 11 | v. |
| 12 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 13 | Counterclaim Defendant. |
| 14 | |
| 15 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 20 | |
| 21 | Third Party Plaintiffs, |
| 22 | v. |
| 23 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive, |
| 26 | |
| 27 | Third Party Defendants. |
| 28 | Error! Unknown document property name.   2 |

JOINT REQUEST TO CONTINUE DEADLINE TO FILE SECOND SET OF PRETRIAL DOCUMENTS TO 5:00 PM

CASE NO. 2:24-CV-04546-SB(AGRX)

174856468.1

# JOINT REQUEST

To the Honorable Court:

The parties are grateful for this Court's allowance of extra time, which has proven fruitful, as they have continued throughout the day to narrow their disputes and finalize their joint documents for filing. The parties respectfully request additional time until 5:00 p.m. today to file their second set of joint pretrial documents.

Dated: July 29, 2025
*/s/ Michael D. Murphy*
Michael D. Murphy
Matthew Follett
Fox Rothschild LLP

Dated: July 29, 2025
*/s/ Arash Beral*
Arash Beral
Todd M. Malynn
Blank Rome LLP

**Error! Unknown document property name.**   3

**JOINT REQUEST TO CONTINUE DEADLINE TO FILE SECOND SET OF PRETRIAL DOCUMENTS TO 5:00 PM**   CASE NO. 2:24-CV-04546-SB(AGRX)
174856468.1