| | |
|---|---|
| 1 | **BLANK ROME LLP** |
| | Todd M. Malynn (SBN 181595) |
| 2 | todd.malynn@blankrome.com |
| | Arash Beral (SBN 245219) |
| 3 | arash.beral@blankrome.com |
| | Todd M. Malynn (SBN 181595) |
| 4 | jamison.gilmore@blankrome.com |
| | 2029 Century Park East | 6th Floor |
| 5 | Los Angeles, CA 90067 |
| | Telephone:  424.239.3400 |
| 6 | Facsimile:   424.239.3434 |

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**DECLARATION OF ARASH BERAL RE: COMPLIANCE WITH COURT ORDER, DKT. NO. 238**<br><br>Complaint Filed:   May 31, 2024<br>Trial Date:              August 18, 2025 |

160850.00001/154448422v.1

**DECLARATION OF ARASH BERAL RE: COMPLIANCE WITH COURT ORDER, DKT. NO. 238**

| | |
|---|---|
| 1 | limited liability company and DOES 1 through 100, inclusive, |
| 2 | Defendants. |
| 3 | _____ |
| 4 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 9 | Counter-Claimants, |
| 10 | v. |
| 11 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 12 | Counter Defendant. |
| 13 | _____ |
| 14 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 19 | Third Party Plaintiffs, |
| 20 | v. |
| 21 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive, |
| 25 | Third Party Defendants. |

160850.00001/154448422v.1                     1

**DECLARATION OF ARASH BERAL RE: COMPLIANCE WITH COURT ORDER, DKT. NO. 238**

# DECLARATION OF ARASH BERAL

I, Arash Beral, declare as follows:

1. I am a partner at Blank Rome LLP, counsel of record for Defendants, Counterclaimants, and Third Party Plaintiffs. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify under oath, I could and would testify competently thereto.

2. In accordance with the Court's July 30, 2025 Order (Dkt. No. 238), I am reporting to the Court that the parties promptly provided a copy of the Order to Judge Stone.

I declare under penalty of perjury that the foregoing is true and correct. Executed July 30, 2025, within the United States, its territories, possessions, or commonwealths.

*/s/ Arash Beral*
Arash Beral

# CERTIFICATE OF SERVICE

The undersigned certifies that on July 31, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 31, 2025.

By:   /s/AJ Cruickshank

160850.00001/154448422v.1

3

**DECLARATION OF ARASH BERAL RE: COMPLIANCE WITH COURT ORDER, DKT. NO. 238**