MICHAEL D. MURPHY (SBN 224678)
mdmurphy@foxrothschild.com
MATTHEW FOLLETT (SBN 325481)
mfollett@foxrothschild.com
JESSICA NWASIKE (SBN 343087)
jnwasike@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:   310.598.4150
Facsimile:   310.556.9828

Attorneys for Plaintiff and Counterclaim
Defendant SHAKEY'S PIZZA ASIA
VENTURES, INC. and Third Party Defendants
CINCO CORPORATION, PC
INTERNATIONAL PTE LTD., and SPAVI
INTERNATIONAL USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, A PHILIPPINES CORPORATION,<br><br>                     Plaintiff,<br><br>          v.<br><br>PCJV USA, LLC, A DELAWARE LIMITED LIABILITY COMPANY; PCI TRADING, LLC, A DELAWARE LIMITED LIABILITY COMPANY; GUY KOREN, AN INDIVIDUAL; POTATO CORNER LA GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; NKM CAPITAL GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; J & K AMERICANA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; J&K LAKEWOOD, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; J&K VALLEY FAIR, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; J & K ONTARIO, LLC, A | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*The Hon. Stanley Blumenfeld, Jr.*<br><br>**DECLARATION OF MICHAEL MURPHY IN RESPONSE TO ORDER TO SHOW CAUSE, DKT. 223**<br><br><br>Complaint Filed:     May 31, 2024<br>Trial Date:          August 18, 2025 |

1



1  CALIFORNIA LIMITED LIABILITY
2  COMPANY; HLK MILPITAS, LLC, A
   CALIFORNIA, LIMITED LIABILITY
3  COMPANY; GK CERRITOS, LLC, A
   CALIFORNIA, LIMITED LIABILITY
4  COMPANY; J&K PC TRUCKS, LLC,
   A CALIFORNIA LIMITED
5  LIABILITY COMPANY; AND, GK
   CAPITAL GROUP, LLC, A
6  CALIFORNIA LIMITED LIABILITY
   COMPANY AND DOES 1 THROUGH
7  100, INCLUSIVE,

8      Defendants.

9  PCJV USA, LLC, A DELAWARE
   LIMITED LIABILITY COMPANY;
10 PCI TRADING LLC, A DELAWARE
   LIMITED LIABILITY COMPANY;
11 POTATO CORNER LA GROUP LLC,
   A CALIFORNIA LIMITED
12 LIABILITY COMPANY; GK
   CAPITAL GROUP, LLC, A
13 CA1IFORNIA LIMITED LIABILITY
   COMPANY; NKM CAPITAL GROUP
14 LLC, A CALIFORNIA LIMITED
   LIABILITY COMPANY; AND GUY
15 KOREN, AN INDIVIDUAL,

16     Counter-Claimants,

17        v.

18 SHAKEY'S PIZZA ASIA VENTURES,
   INC, A PHILIPPINES
19 CORPORATION,

20 Counter Defendant.

21 PCJV USA, LLC, A DELAWARE
   LIMITED LIABILITY COMPANY;
22 PCI TRADING LLC, A DELAWARE
   LIMITED LIABILITY COMPANY;
23 POTATO CORNER LA GROUP LLC,
   A CALIFORNIA LIMITED
24 LIABILITY COMPANY; GK
   CAPITAL GROUP, LLC, A
25 CA1IFORNIA LIMITED LIABILITY
   COMPANY; NKM CAPITAL GROUP
26 LLC, A CALIFORNIA LIMITED
   LIABILITY COMPANY; AND GUY
27 KOREN, AN INDIVIDUAL,

28

2

DECLARATION OF MICHAEL MURPHY IN RESPONSE TO ORDER TO SHOW CAUSE, DKT. 223
CASE NO. 2:24-CV-04546-SB(AGRX)

175191805.2

Third Party Plaintiffs,

v.

PC INTERNATIONAL PTE LTD., A SINGAPORE BUSINESS ENTITY; SPAVI INTERNATIONAL USA, INC., A CALIFORNIA CORPORATION; CINCO CORPORATION, A PHILIPPINES CORPORATION; AND DOES 1 THROUGH 10, INCLUSIVE,

*Third Party Defendants.*

I, Michael D. Murphy, declare as follows:

1.      I am a Partner with the law firm Fox Rothschild LLP, attorneys of record for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third-Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC. ("Plaintiffs"). I am licensed to practice before all courts in the State of California.

2.      I offer this Declaration in response to this Court's OSC issued on July 23, 2025 ("OSC"), pertaining to the Motions *in Limine* filed independently, rather than jointly. I submit this Declaration in response to the OSC in which this Court ordered an explanation after striking the three Motions in Limine and an explanation as to why no sanctions should issue.

3.      On July 3, 2025, Defendants filed their motion *in limine* on the injunction and contempt issue. Dkt. No. 209. Defendants did not follow the Court's guidelines regarding the filing of joint motions *in limine*.

4.      In this litigation, Defendants have regularly asserted that Plaintiff's conduct amounted to waiver or default relating to various pretrial filings. Indeed, as noted in the Court's OSC, Defendants motion *in limine* asserted that Plaintiff missed the deadline to file an opposition despite the fact that the Court continued the trial and pre-trial filing deadlines two days prior. Therefore, out of an abundance of caution and to avoid any risk of waiving Plaintiff's rights, or any argument as to

3

waiver, I filed Plaintiff's own *in limine* motions on July 14, 2025.

5.     Our filing was not designed to be a sign of disrespect.  It was my intent to prepare all replies and all of those would be assembled in pretrial filings as per this Court's Order.  It was not a sign of disrespect or disregard for this Court's Order or instructions but instead a belt and suspenders so as to protect the record from Defendants' accusations of tardiness and waiver. I sincerely apologize for having filed a document out of order from this Court's pretrial instructions.  I assure this Court that this will never happen again.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  August 1, 2025

*/s/ Michael D. Murphy*
Michael D. Murphy

---

4

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on June 26, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.


Dated: August 1, 2025                    **FOX ROTHSCHILD LLP**
                                         /s/ Michael D. Murphy
                                         Michael D. Murphy
                                         Attorneys for Plaintiff and Counterclaim
                                         Defendant SHAKEY'S PIZZA ASIA
                                         VENTURES, INC. and Third-Party
                                         Defendants CINCO CORPORATION,
                                         PC INTERNATIONAL PTE LTD., and
                                         SPAVI INTERNATIONAL USA, INC.

5