1  **BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
2  todd.malynn@blankrome.com
Arash Beral (SBN 245219)
3  arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
4  jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
5  Los Angeles, CA 90067
Telephone:  424.239.3400
6  Facsimile:   424.239.3434

7  Attorneys for Defendants, Counterclaimants, and
Third Party Plaintiffs PCJV USA, LLC, PCI
8  TRADING LLC, POTATO CORNER, LA
GROUP, LLC, GK CAPITAL GROUP, LLC,
9  NKM CAPITAL GROUP, LLC and GUY
KOREN, and Defendants J & K AMERICANA,
10  LLC, J&K LAKEWOOD, LLC, J&K
OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J
11  & K ONTARIO, LLC, J&K PC TRUCKS, LLC,
HLK MILPITAS, LLC, and GK CERRITOS, LLC

12

13

14                **UNITED STATES DISTRICT COURT**

15              **CENTRAL DISTRICT OF CALIFORNIA**

16

17  SHAKEY'S PIZZA ASIA VENTURES,
INC, a Philippines corporation,

18                          Plaintiff,

19         vs.

20  PCJV USA, LLC, a Delaware limited
liability company; PCI TRADING , LLC, a
21  Delaware limited liability company; GUY
KOREN, an individual; POTATO CORNER
22  LA GROUP, LLC, a California limited
liability company; NKM CAPITAL GROUP,
23  LLC, a California limited liability company;
J & K AMERICANA, LLC, a California
24  limited liability company; J&K
LAKEWOOD, LLC, a California limited
25  liability company; J&K VALLEY FAIR,
LLC, a California limited liability company;
26  J & K ONTARIO, LLC, a California limited
liability company; HLK MILPITAS, LLC, a
27  California, limited liability company; GK
CERRITOS, LLC, a California, limited
28  liability company;  J&K PC TRUCKS, LLC,
a California limited liability company; and,

Case No. 2:24-CV-04546-SB(AGRx)

*Hon. Stanley Blumenfeld, Jr.*

**JOINT STATEMENT OF THE CASE**

Complaint Filed:   May 31, 2024
Trial Date:            August 18, 2025

160850.00001/153289966v.1

1
2

GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive,

Defendants.

3

4

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

5
6
7
8

9

Counter-Claimants,

10

v.

11

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

12

Counter Defendant.

13

14

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

15
16
17
18

19

20

Third Party Plaintiffs,

21

v.

22

PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive,

23
24

25

Third Party Defendants.

26
27
28

160850.00001/153289966v.1                    1

**JOINT STATEMENT OF THE CASE**              **CASE NO. 2:24-CV-04546-SB(AGRX)**

1         This case primarily involves a dispute over the rights to use the "Potato Corner"

2    brand in the United States. Shakey's Pizza Asia Ventures, Inc. ("SPAVI") claims it

3    has the rights to the Potato Corner brand that defendants—including PCJV USA,

4    LLC, Guy Koren, and related entities—were using the Potato Corner name without a

5    valid license. The defendants dispute SPAVI's ownership and assert that they have

6    the right to operate under the Potato Corner brand. The jury will be asked to, among

7    other things, consider evidence regarding trademark ownership, licensing, and the

8    parties' respective rights to use the Potato Corner brand in the United States and

9    claims related thereto.

10

11        Dated: 8/4/2025                      **FOX ROTHSCHILD LLP**

12                                            */s/ Michael D. Murphy*

13                                            Michael D. Murphy
     Attorneys for Plaintiff and

14         Counterclaim Defendant
     SHAKEY'S PIZZA ASIA

15         VENTURES, INC. and Third
     Party Defendants CINCO

16         CORPORATION, PC
     INTERNATIONAL PTE LTD.,

17         and SPAVI INTERNATIONAL
     USA, INC.

18

19         Dated: 8/4/2025                      **BLANK ROME LLP**

20

21

22                                            */s/ Arash Beral*

23                                            Arash Beral
     Todd M. Malynn

24         Blank Rome LLP
     Michael D. Murphy

25         Attorneys for Defendants,
     Counterclaimants, and Third-

26         Party Plaintiffs.

27

28

160850.00001/153289966v.1                 2

**JOINT STATEMENT OF THE CASE**                   **CASE NO. 2:24-CV-04546-SB(AGRX)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4, the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.


Dated:  8/4/2025                                    _/s/ Michael D. Murphy_
                                                                      Michael D. Murphy

1

2

# **CERTIFIFCATE OF SERVICE**

3       The undersigned certifies that, on August 4, 2025, the foregoing document

4 was electronically filed with the Clerk of the Court for the United States District

5 Court, Central District of California, using the Court's ECF filing system. I further

6 certify that all counsel for all parties to this action are registered CM/ECF user and

7 that service will be accomplished by the CM/ECF system.

8       I certify under penalty of perjury that the foregoing is true and correct.

9

10 Dated:  8/4/2025

                               **FOX ROTHSCHILD LLP**

11

12                                */s/ Michael D. Murphy*

13                                Michael D. Murphy
                               Attorneys for Plaintiff SHAKEY'S
                               PIZZA ASIA VENTURES, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

175251547.1