EXHIBIT A

**From:** ▮
**Sent:** Thursday, April 17, 2025 2:14 PM
**To:** ▮; Beral, Arash; ▮
**Subject:** RE: ▮ - New Counsel

Dear Arash and Nick,

I second ▮ note that we enjoyed working across the table from you. Thank you for your professionalism and cooperation, which was to the benefit of both our clients.

Hope to see you around.

Best,



<a>
</a>

**From:** ███
**Sent:** Thursday, April 17, 2025 9:41 AM
**To:** arash.beral@blankrome.com; ███
**Cc:** ███
**Subject:** ███ - New Counsel

Arash and Nick,

███ has retained new counsel in this matter and will be represented by ███ going forward. ███

It has been a pleasure working with you and Nick. ███ and I appreciate how professional your team has been throughout this entire dispute. I hope to run into you both again down the line.

Happy to answer any questions during the transition.

███