**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Todd M. Malynn (SBN 181595)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:    424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**DECLARATION OF TODD LANDER**<br><br>Complaint Filed:   May 31, 2024<br>Trial Date:             August 18, 2025 |

| | |
|---|---|
| 1 | limited liability company and DOES 1 through 100, inclusive, |
| 2 | Defendants. |
| 3 | _____ |
| 4 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 9 | Counter-Claimants, |
| 10 | v. |
| 11 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 12 | Counter Defendant. |
| 13 | _____ |
| 14 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 19 | |
| 20 | Third Party Plaintiffs, |
| 21 | v. |
| 22 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive, |
| 25 | Third Party Defendants. |

39186236.1:12214-0001

**DECLARATION OF TODD LANDER**

# DECLARATION OF STEPHEN CAINE

I, Todd M. Lander, declare:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California, and I am a partner with Ellis George LLP. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify to them under oath.

2. Arash Beral is my former partner at Freeman, Freeman & Smiley LLP, and I have known and worked with him for over a decade. And we worked very closely together for almost the entirety of that time. Among other matters, I was involved in this lawsuit in its early stages, and appeared with Mr. Beral at some of the early hearings – including a preliminary injunction hearing in the Los Angeles Superior Court.

3. I was, in that capacity, a participant in and privy to early communications with opposing counsel, including lawyers at DLA Piper. Mr. Beral was taking the lead on many of those communications, and concerning much of the litigation. I recall that the two sides had significant conflicts concerning various aspects of the case, and that many of the early procedural issues – including the preliminary injunction application mentioned above – were highly contentious, in the sense that they involved substantive issues over which the parties strongly disagreed. But I also recall that Mr. Beral maintained a courteous and professional relationship with opposing counsel, and took and all steps necessary to ensure these disputes were litigated in a civil and appropriate manner.

4. More generally, I have always known Mr. Beral to conduct himself in fidelity to the highest standards of ethics and professionalism. I cannot recall a single occasion where I observed Mr. Beral act in an unprofessional or unethical manner. That is entirely contrary to my experience.

///

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of August, 2025, at Los Angeles, CA.

By: */s/ Todd M. Lander*
Todd M. Lander

# CERTIFICATE OF SERVICE

The undersigned certifies that on August 6, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 6, 2025.

By: /s/AJ Cruickshank