MICHAEL D. MURPHY (SBN 224678)
mdmurphy@foxrothschild.com
Jeffrey Grant (SBN 218974)
jgrant@foxrothschild.com
MATTHEW FOLLETT (SBN 325481)
mfollett@foxrothschild.com
JESSICA NWASIKE (SBN 343087)
jnwasike@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:   310.598.4150
Facsimile:   310.556.9828

Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, A PHILIPPINES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, A DELAWARE LIMITED LIABILITY COMPANY; PCI TRADING, LLC, A DELAWARE LIMITED LIABILITY COMPANY; GUY KOREN, AN INDIVIDUAL; POTATO CORNER LA GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; NKM CAPITAL GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; J & K AMERICANA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; J&K LAKEWOOD, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; J&K VALLEY FAIR, LLC, A CALIFORNIA LIMITED LIABILITY | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*The Hon. Stanley Blumenfeld, Jr.*<br><br>**NOTICE OF APPEARANCE OF JEFFREY GRANT**<br><br>Complaint Filed:   May 31, 2024<br>Trial Date:   August 18, 2025 |

1

| | |
|---|---|
| 1 | COMPANY; J & K ONTARIO, LLC, A CALIFORNIA LIMITED LIABILITY |
| 2 | COMPANY; HLK MILPITAS, LLC, A CALIFORNIA, LIMITED LIABILITY |
| 3 | COMPANY; GK CERRITOS, LLC, A CALIFORNIA, LIMITED LIABILITY |
| 4 | COMPANY; J&K PC TRUCKS, LLC, A CALIFORNIA LIMITED |
| 5 | LIABILITY COMPANY; AND, GK CAPITAL GROUP, LLC, A |
| 6 | CALIFORNIA LIMITED LIABILITY COMPANY AND DOES 1 THROUGH |
| 7 | 100, INCLUSIVE, |
| 8 | Defendants. |
| 9 | |
| 10 | PCJV USA, LLC, A DELAWARE LIMITED LIABILITY COMPANY; |
| 11 | PCI TRADING LLC, A DELAWARE LIMITED LIABILITY COMPANY; |
| 12 | POTATO CORNER LA GROUP LLC, A CALIFORNIA LIMITED |
| 13 | LIABILITY COMPANY; GK CAPITAL GROUP, LLC, A |
| 14 | CA1IFORNIA LIMITED LIABILITY COMPANY; NKM CAPITAL GROUP |
| 15 | LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND GUY KOREN, AN INDIVIDUAL, |
| 16 | |
| 17 | Counter-Claimants, |
| 18 | v. |
| 19 | SHAKEY'S PIZZA ASIA VENTURES, INC, A PHILIPPINES CORPORATION, |
| 20 | |
| 21 | Counter Defendant. |
| 22 | PCJV USA, LLC, A DELAWARE LIMITED LIABILITY COMPANY; |
| 23 | PCI TRADING LLC, A DELAWARE LIMITED LIABILITY COMPANY; |
| 24 | POTATO CORNER LA GROUP LLC, A CALIFORNIA LIMITED |
| 25 | LIABILITY COMPANY; GK CAPITAL GROUP, LLC, A |
| 26 | CA1IFORNIA LIMITED LIABILITY COMPANY; NKM CAPITAL GROUP |
| 27 | LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND GUY |
| 28 | KOREN, AN INDIVIDUAL, |

| | |
|---|---|
| 1 | Third Party Plaintiffs, |
| 2 | v. |
| 3 | PC INTERNATIONAL PTE LTD., A SINGAPORE BUSINESS ENTITY; |
| 4 | SPAVI INTERNATIONAL USA, INC., A CALIFORNIA CORPORATION; |
| 5 | CINCO CORPORATION, A PHILIPPINES CORPORATION; AND |
| 6 | DOES 1 THROUGH 10, INCLUSIVE, |
| 7 | *Third Party Defendants.* |

PLEASE TAKE NOTICE that Jeffrey Grant who is admitted to practice before this Court hereby enters his appearance as counsel for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC. and respectfully requests that copies of all papers and electronic notices in this action be served upon him accordingly.

Dated: August 8, 2025

**FOX ROTHSCHILD LLP**

*/s/ Michael D. Murphy*
Michael D. Murphy
Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

3

NOTICE OF APPEARANCE
175428181.1

CASE NO. 2:24-CV-04546-SB(AGRX)

# CERTIFICATE OF SERVICE

The undersigned certifies that, on August 8, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 8/8/2025

**FOX ROTHSCHILD LLP**

*/s/ Michael D. Murphy*
Michael D. Murphy
Attorneys for Plaintiff SHAKEY'S PIZZA ASIA VENTURES, INC.