MICHAEL D. MURPHY (SBN 224678)
mdmurphy@foxrothschild.com
MATTHEW FOLLETT (SBN 325481)
mfollett@foxrothschild.com
JESSICA NWASIKE (SBN 343087)
jnwasike@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone: 310.598.4150
Facsimile: 310.556.9828

Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*The Hon. Stanley Blumenfeld, Jr.*<br><br>**JOINT STATEMENT OF STIPULATED FACTS**<br><br>Complaint Filed: May 31, 2024<br>Trial Date: August 18, 2025 |

|   |   |
|---|---|
| 1 | limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 2 |   |
| 3 |   |
| 4 | Defendants. |
| 5 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |
| 11 | Counter-Claimants, |
| 12 | v. |
| 13 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 14 | Counter Defendant. |
| 15 |   |
| 16 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 | Third Party Plaintiffs, |
| 22 | v. |
| 23 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive, |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 | Third Party Defendants. |
| 28 |   |

Pursuant to Dkt. No. 254, the parties submit the following joint statement setting forth the facts to which all parties can stipulate for trial.

1. Shakey's Pizza Asia Ventures, Inc. ("SPAVI") is a publicly traded food services corporation headquartered in the Republic of the Philippines.
2. In 1992, four individuals—Jose Magsaysay Jr. (also known as "JoMag"), Ricky Montelibano, Danny Bermejo, and George Wieneke, originally operating under Quattro Corporation and later under Cinco Corporation ("Cinco")—established the Potato Corner brand in the Philippines.
3. JoMag serves as the CEO of Cinco.
4. PCJV USA, LLC ("PCJV") is a Delaware limited liability company operating in the United States.
5. PCJV stands for "Potato Corner Joint Venture."
6. As a result of a 2024 settlement, PCJV is wholly owned by Guy Koren through his entities (Potato Corner LA Group, LLC and GK Capital Group, LLC).
7. PCJV was established in 2010 to serve as the master franchisor of Potato Corner restaurants in the United States.
8. Each Potato Corner franchised restaurant in the United States obtained its rights to use Potato Corner marks from PCJV.
9. PCI Trading LLC ("PCIT") is a Delaware limited liability company operating in the United States.
10. PCIT managed the supply chain within the United States.
11. Similar to PCJV, as a result of a 2024 settlement, PCIT is now wholly owned by Guy Koren (individually and through GK Capital Group, LLC).

12. Beginning in 2010, Cinco filed applications to register certain marks with the United States Patent and Trademark Office ("USPTO").

13. Those applications included an application to register a Potato Corner logo mark, a Potato Corner word mark, and a slogan mark.

14. The USPTO issued registrations for the marks.

15. Potato Corner LA Group, LLC is a California limited liability company owned by Guy Koren.

16. GK Capital Group, LLC is a California limited liability company owned by Guy Koren.

17. NKM Capital Group, LLC is a California limited liability company, partly owned by Guy Koren, and operates two franchise locations at The Shops at Santa Anita Mall in Arcadia, California.

18. J & K Americana, LLC is a California limited liability company, partly owned by Guy Koren, and operates a franchise location at The Americana at Brand in Glendale, California.

19. J&K Lakewood, LLC is a California limited liability company, partly owned by Guy Koren, and operates a franchise location at Lakewood Center in Lakewood, California.

20. J&K Oakridge, LLC is a California limited liability company, partly owned by Guy Koren, and is not currently operating.

21. J&K Valley Fair, LLC is a California limited liability company, partly owned by Guy Koren, and operates a franchise location at Westfield Valley Fair in Santa Clara, California.

22. J & K Ontario, LLC is a California limited liability company, partly owned by Guy Koren, and operates a franchise location at Ontario Mills in Ontario, California.

23. J&K PC Trucks, LLC is a California limited liability company, partly owned by Guy Koren, and is not currently operating.

24. HLK Milpitas, LLC is a California limited liability company, partly owned by Guy Koren, and operates a franchise location at Great Mall Milpitas in Milpitas, California.

25. GK Cerritos, LLC is a California limited liability company, partly owned by Guy Koren, and operates a franchise location at Los Cerritos Center in Cerritos, California.

26. Potato Corner International PCE Ltd is a Singapore-based corporation affiliated with SPAVI.

27. SPAVI International USA, Inc. is a Delaware limited liability company affiliated with SPAVI.

28. SPAVI established SPAVI International USA, Inc. in 2024 to expand the Potato Corner brand in the United States.

Dated: August 12, 2025              /s/ Michael D. Murphy

Michael D. Murphy
Matthew Follett
Jessica Nwasike
Fox Rothschild LLP
*Attorneys for Plaintiff and Counterclaim Defendant, and Third Party Defendants*

Dated: August 12, 2025              /      /s/ Arash Beral

Arash Beral
Todd M. Malynn
Blank Rome LLP
*Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned certifies that, on August 12, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2025

**FOX ROTHSCHILD LLP**

*/s/ Michael D. Murphy*
Michael D. Murphy
Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.