```
 1  PPMICHAEL D. MURPHY (SBN 224678)
    mdmurphy@foxrothschild.com
 2  MATTHEW FOLLETT (SBN 325481)
    mfollett@foxrothschild.com
 3  JESSICA NWASIKE (SBN 343087)
    jnwasike@foxrothschild.com
 4  FOX ROTHSCHILD LLP
    Constellation Place
 5  10250 Constellation Boulevard, Suite 900
    Los Angeles, California 90067
 6  Telephone:  310.598.4150
    Facsimile:  310.556.9828
 7
    Attorneys for Plaintiff and Counterclaim
 8  Defendant SHAKEY'S PIZZA ASIA
    VENTURES, INC. and Third Party Defendants
 9  CINCO CORPORATION, PC
    INTERNATIONAL PTE LTD., and SPAVI
10  INTERNATIONAL USA, INC.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, A PHILIPPINES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, A DELAWARE LIMITED LIABILITY COMPANY; PCI TRADING, LLC, A DELAWARE LIMITED LIABILITY COMPANY; GUY KOREN, AN INDIVIDUAL; POTATO CORNER LA GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; NKM CAPITAL GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; J & K AMERICANA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; J&K LAKEWOOD, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; J&K VALLEY FAIR, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; J & K ONTARIO, LLC, A | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*The Hon. Stanley Blumenfeld, Jr.*<br><br>**NOTICE OF WITHDRAWAL OF PARTIES' OBJECTIONS TO EXHIBITS**<br><br>Complaint Filed:  May 31, 2024<br>Trial Date:  August 18, 2025 |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | CALIFORNIA LIMITED LIABILITY COMPANY; HLK MILPITAS, LLC, A CALIFORNIA, LIMITED LIABILITY COMPANY; GK CERRITOS, LLC, A CALIFORNIA, LIMITED LIABILITY COMPANY; J&K PC TRUCKS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND, GK CAPITAL GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>   Defendants. |
| 9<br>10<br>11<br>12<br>13<br>14<br>15 | PCJV USA, LLC, A DELAWARE LIMITED LIABILITY COMPANY; PCI TRADING LLC, A DELAWARE LIMITED LIABILITY COMPANY; POTATO CORNER LA GROUP LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; GK CAPITAL GROUP, LLC, A CA1IFORNIA LIMITED LIABILITY COMPANY; NKM CAPITAL GROUP LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND GUY KOREN, AN INDIVIDUAL, |
| 16 | Counter-Claimants, |
| 17 |        v. |
| 18<br>19 | SHAKEY'S PIZZA ASIA VENTURES, INC, A PHILIPPINES CORPORATION, |
| 20 | Counter Defendant. |
| 21<br>22<br>23<br>24<br>25<br>26<br>27 | PCJV USA, LLC, A DELAWARE LIMITED LIABILITY COMPANY; PCI TRADING LLC, A DELAWARE LIMITED LIABILITY COMPANY; POTATO CORNER LA GROUP LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; GK CAPITAL GROUP, LLC, A CA1IFORNIA LIMITED LIABILITY COMPANY; NKM CAPITAL GROUP LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND GUY KOREN, AN INDIVIDUAL, |
| 28 | |

NOTICE OF WITHDRAWAL OF PARTIES' OBJECTIONS TO EXHIBITS
CASE NO. 2:24-CV-04546-SB(AGRX)

175665361.1

| | |
|---|---|
| Third Party Plaintiffs, | |
| v. | |
| PC INTERNATIONAL PTE LTD., A SINGAPORE BUSINESS ENTITY; SPAVI INTERNATIONAL USA, INC., A CALIFORNIA CORPORATION; CINCO CORPORATION, A PHILIPPINES CORPORATION; AND DOES 1 THROUGH 10, INCLUSIVE, | |
| Third Party Defendants. | |

The Parties reached an agreement in connection with the Pretrial Conference Order withdrawing objections to Exhibits that formed the basis for this Court's Order for information regarding "Completed Discovery" in the Order dated August 8, 2025 (Dkt 245). Because objections to Exhibits were and are being withdrawn, the Parties respectfully request leave to not file the pleading contemplated in Section 5 of the August, 2025 Order.

Dated: August 14, 2025            /s/ Arash Beral
                                                    Arash Beral
                                                    Todd M. Malynn
                                                    Blank Rome LLP
                                                    Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs

| | |
|---|---|
| Dated: August 14, 2025 | **FOX ROTHSCHILD LLP**<br><br>*/s/ Michael D. Murphy*<br>Michael D. Murphy<br>Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC. |

4

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4, the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.

                                          */s/ Michael D. Murphy*
                                          Michael D. Murphy

# CERTIFICATE OF SERVICE

The undersigned certifies that, on August 14, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 8/14/2025

**FOX ROTHSCHILD LLP**

*/s/ Michael D. Murphy*
Michael D. Murphy
Attorneys for Plaintiff SHAKEY'S PIZZA ASIA VENTURES, INC.