MICHAEL D. MURPHY (SBN 224678)
mdmurphy@foxrothschild.com
MATTHEW FOLLETT (SBN 325481)
mfollett@foxrothschild.com
MEEGHAN TIRTASAPUTRA (SBN 325572 )
mtirtasaputra@foxrothschild.com
JESSICA NWASIKR (SBN 343087)
jnwasike@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:  310.598.4150
Facsimile:   310.556.9828

Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*The Hon. Stanley Blumenfeld, Jr.*<br><br>**NOTICE OF ERRATA AS TO JOINTLY FILED CLAIMS, COUNTERCLAIMS, THIRD PARTY CLAIMS, AND AFFIRMATIVE DEFENSES TO BE TRIED [DKT. NO. 258]**<br><br>Complaint Filed:  May 31, 2024<br>Trial Date:           August 18, 2025 |

1

| | |
|---|---|
| 1 | limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |
| 5 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Counter-Claimants, |
| 12 | v. |
| 13 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 14 | Counter Defendant. |
| 15 | |
| 16 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | Third Party Plaintiffs, |
| 22 | v. |
| 23 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive, |
| 24 | |
| 25 | |
| 26 | |
| 27 | Third Party Defendants. |
| 28 | |

NOTICE OF ERRATA
175681392.1

CASE NO. 2:24-CV-04546-SB(AGRX)

The Parties respectfully file this Notice of Errata with regard to the Jointly Filed Claims, Counterclaims, Third Party Claims, And Affirmative Defenses To Be Tried [Dkt. No. 258.] In preparing this joint filing, the parties exchanged multiple versions among themselves in an attempt to efficiently and effectively prepare the filing. The presently filed version of the Jointly Filed Claims, Counterclaims, Third Party Claims, And Affirmative Defenses To Be Tried omitted portions that were intended to be filed. The Amended Jointly Filed Claims, Counterclaims, Third Party Claims, And Affirmative Defenses To Be Tried reflects what the Parties originally intended to file.

A true and correct copy of the Amended Jointly Filed Claims, Counterclaims, Third Party Claims, And Affirmative Defenses To Be Tried is attached hereto as Exhibit 1.

Dated: August 14, 2025               **FOX ROTHSCHILD LLP**

                                     */s/ Michael D. Murphy*
                                     Michael D. Murphy
                                     Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

Dated: August 14, 2025               **BLANK ROME LLP**

                                     */s/ Arash Beral*
                                     Arash Beral
                                     Todd M. Malynn
                                     Blank Rome LLP
                                     Michael D. Murphy
                                     Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs.

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4, the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.

*/s/ Michael D. Murphy*
Michael D. Murphy

4

# CERTIFICATE OF SERVICE

The undersigned certifies that, on August 12, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  August 14, 2025

**FOX ROTHSCHILD LLP**

*/s/ Michael D. Murphy*
Michael D. Murphy
Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third-Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.