1   **BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
2   todd.malynn@blankrome.com
Arash Beral (SBN 245219)
3   arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
4   jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
5   Los Angeles, CA 90067
Telephone:   424.239.3400
6   Facsimile:   424.239.3434

7   Attorneys for Defendants, Counterclaimants, and
Third Party Plaintiffs PCJV USA, LLC, PCI
8   TRADING LLC, POTATO CORNER, LA
GROUP, LLC, GK CAPITAL GROUP, LLC,
9   NKM CAPITAL GROUP, LLC and GUY
KOREN, and Defendants J & K AMERICANA,
10   LLC, J&K LAKEWOOD, LLC, J&K
OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J
11   & K ONTARIO, LLC, J&K PC TRUCKS, LLC,
HLK MILPITAS, LLC, and GK CERRITOS, LLC

12

13                 **UNITED STATES DISTRICT COURT**

14                 **CENTRAL DISTRICT OF CALIFORNIA**

15

16   SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

17                          Plaintiff,

18          vs.

19   PCJV USA, LLC, a Delaware limited
liability company; PCI TRADING , LLC, a
20   Delaware limited liability company; GUY
KOREN, an individual; POTATO CORNER
21   LA GROUP, LLC, a California limited
liability company; NKM CAPITAL GROUP,
22   LLC, a California limited liability company;
J & K AMERICANA, LLC, a California
23   limited liability company; J&K
LAKEWOOD, LLC, a California limited
24   liability company; J&K VALLEY FAIR,
LLC, a California limited liability company;
25   J & K ONTARIO, LLC, a California limited
liability company; HLK MILPITAS, LLC, a
26   California, limited liability company; GK
CERRITOS, LLC, a California, limited
27   liability company;  J&K PC TRUCKS, LLC,
a California limited liability company; and,
28   GK CAPITAL GROUP, LLC, a California

Case No. 2:24-CV-04546-SB(AGRx)

*Hon. Stanley Blumenfeld, Jr.*

**DECLARATION OF TODD M. MALYNN REGARDING UNAUTHORIZED FILING OF DKT NOS. 265-266**

Complaint Filed:   May 31, 2024
Trial Date:          August 18, 2025

160850.00001/153289966v.1

1   limited liability company and DOES 1 through 100, inclusive,

2                    Defendants.

3   _____

4   PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company;

5   POTATO CORNER LA GROUP LLC, a California limited liability company; GK

6   CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL

7   GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

8                 Counter-Claimants,

9

10         v.

11  SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

12                Counter Defendant.

13  _____

14  PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company;

15  POTATO CORNER LA GROUP LLC, a California limited liability company; GK

16  CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL

17  GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

18

19              Third Party Plaintiffs,

20         v.

21  PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI

22  INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a

23  Philippines corporation; and ROES 1 through 10, inclusive,

24             Third Party Defendants.

25  _____

26

27

28

DECLARATION OF TODD M. MALYNN REGARDING UNAUTHORIZED FILING OF DKT NOS. 265-266

## <u>DECLARATION OF TODD M. MALYNN</u>

I, Todd M. Malynn, declare as follows:

1.      I am a partner at Blank Rome LLP, counsel of record for Defendants, Counterclaimants, and Third Party Plaintiffs (collectively, "PCJV USA Parties"). I have personal knowledge of the facts set forth in this declaration, and if called upon to testify under oath, I could and would testify competently thereto.

2.      On behalf of PCJV USA Parties, I have been working with Messrs. Arash Beral and Jamison Gilmore in responding to the Court's Order resulting from the August 8, 2025 Final Pretrial Conference (Dkt. No. 254) (the "Order").

3.      I have been involved in the preparation of all pre-trial filing documents, except the "Parties' Challenged Exhibits Table" (Dkt. No. 265) and the "Parties Challenged Exhibits, Objections and Responses" (Dkt. No. 266) filed today.

4.      I was not involved in the preparation of hard copy or electronic copies of trial exhibits. Nor did I interface with opposing counsel regarding Exhibits.

5.      Messrs. Beral and Gilmore handled all aspects in preparing to file documents Ordered to be filed in the "Challenged Exhibits" section of the Order, including: (1) interfacing with counsel for Plaintiff, Counter Defendants, and Third Party Defendants ("SPAVI Parties") regarding trial exhibits and objections thereto; (2) researching and preparing objections to SPAVI Parties' trial exhibits; and (3) researching and preparing responses to SPAVI Parties' objections to Defendants' trial exhibits.

6.      Mr. Beral's Declaration filed at approximately 5:15 p.m. today (Dkt. No. 264) addressed PCJV USA Parties' diligence in preparing and circulating PCJV USA Parties' portion of the Court-Ordered binder and amended list of challenged Exhibits under item 4, titled "Challenged Exhibits," of the Order.

7.      At approximately 5:51 p.m. this evening, I received an ECF notification of a filing entitled "Parties Challenged Exhibits Table," bearing a Blank Rome LLP

caption page and my electronic signature. *See* Dkt. No. 265. I did not authorize this filing.

8.    At approximately 6:08 p.m. this evening, I received another ECF notification of a filing entitled "Parties Challenged Exhibits, Objections and Responses," bearing a Blank Room LLP caption page and without a signature of any attorney from Blank Rome. *See* Dkt. No. 266. The document is signed only by Mr. Michael Murphy.

9.    I have spoken with all of PCJV USA Parties' counsel of record. PCVJ USA Parties' counsel, including myself, did not authorize the filing of Dkt. Nos. 265-266. Nor did we see proposed drafts from SPAVI Parties' counsel—rough or final—of either of these documents before they were filed.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed on Auguust 14, 2025, in Los Angeles, California.

/s/ Todd M. Malynn
Todd M. Malynn

1

## **CERTIFICATE OF SERVICE**

2          The undersigned certifies that on August 14, 2025, the foregoing document

3    was electronically filed with the Clerk of the Court for the United States District

4    Court, Central District of California, using the Court's Electronic Case Filing (ECF)

5    system.  I further certify that all participants in the case are registered CM/ECF

6    users and that service will be accomplished by the CM/ECF system.

7          I certify under penalty of perjury that the foregoing is true and correct.

8    Executed on August 14, 2025.

9

10                                      By:   _/s/AJ Cruickshank_____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF TODD M. MALYNN REGARDING UNAUTHORIZED FILING OF DKT NOS. 265-266**