**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, a California limited liability company; and, | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**JOINT STATEMENT OF COMPLETED DISCOVERY IN RESPONSE TO DKT. NO. 254**<br><br>Complaint Filed:  May 31, 2024<br>Trial Date:         August 18, 2025 |

| | |
|---|---|
| 1 | GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | Defendants. |
| 4 | _____ |
| | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Counter-Claimants, |
| 10 | v. |
| 11 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 12 | |
| 13 | Counter Defendant. |
| | _____ |
| 14 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | Third Party Plaintiffs, |
| 21 | v. |
| 22 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive, |
| 23 | |
| 24 | |
| 25 | Third Party Defendants. |
| 26 | |
| 27 | |
| 28 | |

1

**JOINT STATEMENT OF COMPLETED DISCOVERY IN RESPONSE TO DKT. NO. 254**

Pursuant to Dkt. No. 254, the parties submit the following joint table identifying all discovery completed, including the initial disclosures exchanged. Also, attached hereto as (1) **Exhibit A** is a true and correct copy of the parties' jointly filed Rule 26(f) Report; (2) **Exhibit B** is a true and correct copy of Plaintiff's initial disclosures served on February 14, 2025; (3) **Exhibit C** is a true and correct copy of Defendants', Counterclaimants', and Third Party Plaintiffs' ("PCJV USA Parties") initial disclosures served on February 28, 2025; and (4) **Exhibit D** is a true and correct copy of PCJV USA Parties' supplemental initial disclosures served on March 14, 2025.

| Date | Pty | Event |
|---|---|---|
| 8/27/24 | Plaintiff and Defendants | Plaintiff and Defendants filed a joint Rule 26(f) Report. **Exhibit A**. |
| 12/6/24 | Defendant PCJV USA, LLC | Defendant PCJV USA, LLC propounded Interrogatory No. One, Set One, on Plaintiff. |
| 12/6/24 | Defendant PCJV USA, LLC | Defendant PCVJ USA, LLC propounded Requests for Production of Documents, Set One, on Plaintiff. |
| 1/16/25 | Plaintiff | Plaintiff served responses to Defendant PCJV USA, LLC's Interrogatory No. One, Set One. |
| 1/21/25 | Plaintiff | Plaintiff served responses to Defendant PCJV USA, LLC's Requests for Production of Documents, Set One. |
| 2/11/25 | Defendant PCJV USA, LLC | Defendant PCJV USA, LLC propounded Interrogatories, Set Two, on Plaintiff. |
| 2/11/25 | Defendant PCJV USA, LLC | Defendant PCJV USA, LLC propounded Requests for Production of Documents, Set Two, on Plaintiff. |
| 2/14/25 | Plaintiff | Plaintiff served Rule 26(A)(1) disclosures on Defendants. **Exhibit B**. |
| 2/14/25 | Plaintiff | Plaintiff propounded Requests for Production of Documents, Set One, on Defendant PCJV USA, LLC. |

**JOINT STATEMENT OF COMPLETED DISCOVERY IN RESPONSE TO DKT. NO. 254**

| Date | Party | Description |
|---|---|---|
| 2/28/25 | PCJV USA Parties | PCJV USA Parties served Plaintiff, Counter Defendants, and Third Party Defendants with Rule 26(A)(1) & (2) disclosures. **Exhibit C**. |
| 3/13/25 | Plaintiff | Plaintiff served responses to PCJV USA, LLC's Requests for Production of Documents, Set Two. |
| 3/14/25 | PCJV USA Parties | PCJV USA Parties served Plaintiff, Counter Defendants, and Third Party Defendants with supplemental Rule 26(A) disclosures. **Exhibit D**. |
| 3/17/25 | Defendant PCJV USA, LLC | Defendant PCJV USA, LLC served responses to Plaintiff's Requests for Production of Documents, Set One. |
| 3/24/25 | Plaintiff | Plaintiff served responses to Defendant PCJV USA, LLC's Interrogatories, Set Two. |
| 4/8/25 | Plaintiff | Plaintiff sent counsel for PCJV USA Parties a subpoena for production of documents at Jason A. Engel's deposition. |
| 4/8/25 | Plaintiff | Plaintiff served a supplemental response to Defendant PCJV USA, LLC's Interrogatory No. One, Set No. One. |
| 4/9/25 | PCJV USA Parties | PCJV USA Parties served Plaintiff with objections to a subpoena for production of documents at Jason A. Engel's deposition. |
| 4/10/25 | Plaintiff | Plaintiff deposed Jason A. Engel. |

DATED: August 15, 2025      **BLANK ROME LLP**

By: */s/ Todd M. Malynn*
    Todd M. Malynn
    Arash Beral
    Jamison T. Gilmore
    Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

DATED: August 15, 2025      **FOX ROTHSCHILD LLP**

By: */s/ Matthew Follett*
    Michael D. Murphy
    Matthew Follett
    Fox Rothschild LLP
    *Attorneys for Plaintiff and Counterclaim Defendant, and Third Party Defendants*

# ATTESTATION OF E-FILED SIGNATURE

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Todd M. Malynn, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document. I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

DATED: August 15, 2025     **BLANK ROME LLP**

By: */s/ Todd M. Malynn*
Todd M. Malynn
Arash Beral
Jamison T. Gilmore
Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 15, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 15, 2025.

By: */s/ AJ Cruickshank*