UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:24-CV-04546-SB-AGR | Date: | August 15, 2025 |
|---|---|---|---|

| Title: | Shakeys Pizza Asia Ventures, Inc v. PCJV USA, LLC et al |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Shannon Reilly | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Matthew R Follett<br>Michael Donnelly Murphy | Todd Matthew Malynn<br>Arash Beral<br>Jamison Gilmore |

**Proceedings: (Minutes of)** Final Pretrial Conference **(Held and completed)**

The parties appeared for a pretrial conference. They continue to violate orders and obstruct the efficient progress of this case, imposing extraordinary burdens on the Court. The parties are **ORDERED** to complete the following **by 8:30 a.m. August 18, 2025:**

1. Each party shall provide an offer of proof for any waiver or assignment-in-gross defense it intends to present at trial, including the sponsoring witness(es) and citation to supporting trial exhibits.

2. The parties shall provide a joint amended verdict form.

3. The parties shall submit the previously ordered challenged-exhibits list (*see* Dkt. No. 254 at 4).

4. The parties shall submit the previously ordered summary of completed discovery (*see* Dkt. No. 254 at 4-5).

     As stated on the record, Defendants shall provide Plaintiffs with an opportunity to review any proposed flash drive of exhibits before submitting it to the Court.

     Defendants raised concerns and filed declarations (Dkt. Nos. 267, 268) about docket entries 265 and 266, which Plaintiffs filed as joint submissions on August 14, 2025, allegedly without Defendants' consent. Accordingly, the court **STRIKES** the parties' Challenged Exhibit Table (Dkt. No. 265) and Challenged Exhibits, Objections and Responses (Dkt. No 266), filed on August 14, 2025.

The parties are ordered to appear at trial on **August 19, 2025, at 8:30 a.m**.

                    :55