**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**NOTICE OF ERRATA RE TITLE OF DOCUMENT [DKT. 274]**<br><br>Complaint Filed:   May 31, 2024<br>Trial Date:            August 19, 2025 |

1  a California limited liability company; and,
   GK CAPITAL GROUP, LLC, a California
2  limited liability company and DOES 1
   through 100, inclusive,

3                    Defendants.

4  _____

5  PCJV USA, LLC, a Delaware limited
   liability company; PCI TRADING LLC, a
6  Delaware limited liability company;
   POTATO CORNER LA GROUP LLC, a
7  California limited liability company; GK
   CAPITAL GROUP, LLC, a California
8  limited liability company; NKM CAPITAL
   GROUP LLC, a California limited liability
9  company; and GUY KOREN, an individual,

10                Counter-Claimants,

11        v.

12 SHAKEY'S PIZZA ASIA VENTURES,
   INC, a Philippines corporation,

13                Counter Defendant.

14 _____

15 PCJV USA, LLC, a Delaware limited
   liability company; PCI TRADING LLC, a
16 Delaware limited liability company;
   POTATO CORNER LA GROUP LLC, a
17 California limited liability company; GK
   CAPITAL GROUP, LLC, a California
18 limited liability company; NKM CAPITAL
   GROUP LLC, a California limited liability
19 company; and GUY KOREN, an individual,

20               Third Party Plaintiffs,

21        v.

22 PC INTERNATIONAL PTE LTD., a
   Singapore business entity; SPAVI
23 INTERNATIONAL USA, INC., a California
   corporation; CINCO CORPORATION, a
24 Philippines corporation; and ROES 1 through
   10, inclusive,

25
26               Third Party Defendants.

27 _____

28

                        1
**NOTICE OF ERRATA RE TITLE OF DOCUMENT [DKT. NO. 274]**160850.00001/154535254V.1

**PLEASE TAKE NOTICE** that on August 18, 2025, the PCJV USA Parties filed a brief and second document entitled "The PCJV USA Parties' Submission Re Assignment in Gross and Waiver" [Dkt. 274]. While the correct second document was filed, the labeling of the second document on PACER is mistaken and should be "Joint Statement of Completed Discovery in Response to Dkt. 254."

DATED:  August 18, 2025        **BLANK ROME LLP**


By: */s/ Todd M/ Malynn*
Todd M. Malynn
Arash Beral
Jamison T. Gilmore
Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

**NOTICE OF ERRATA RE TITLE OF DOCUMENT [DKT. NO. 274]160850.00001/154535254V.1**

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 18, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 18, 2025.

By:   /s/AJ Cruickshank