EXHIBIT 1

1 **BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
2 todd.malynn@blankrome.com
Arash Beral (SBN 245219)
3 arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
4 jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
5 Los Angeles, CA 90067
Telephone:  424.239.3400
6 Facsimile:   424.239.3434

7 Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI
8 TRADING LLC, POTATO CORNER LA GROUP, LLC, GK CAPITAL GROUP, LLC,
9 NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA,
10 LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J
11 & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>                Plaintiff,<br><br>      vs.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, a California limited liability company; and, | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**JOINT NOTICE OF ERRATA AS TO AMENDED CLAIMS TO BE TRIED FILING [DKT. 236-1]**<br><br>Complaint Filed:  May 31, 2024<br>Trial Date:           August 26, 2025 |

**NOTICE OF ERRATA AS TO AMENDED CLAIMS TO BE TRIED FILING [DKT. 236-1]**

| | |
|---|---|
| 1 | GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | Defendants. |
| 4 | _____ |
| 5 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Counter-Claimants, |
| 11 | v. |
| 12 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 13 | Counter Defendant. |
| 14 | _____ |
| 15 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | Third Party Plaintiffs, |
| 21 | v. |
| 22 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive, |
| 23 | |
| 24 | |
| 25 | |
| 26 | Third Party Defendants. |
| 27 | |
| 28 | |

1
**NOTICE OF ERRATA AS TO AMENDED CLAIMS TO BE TRIED FILING [DKT. 236-1]**

1  The parties jointly file this Notice of Errata to replace Dkt. No. 236-1
2  ("Amended Claims to be Tried Filing") with **Exhibit A**. Upon review, Dkt. No.
3  236-1 is inaccurate. Attached as **Exhibit A** is the parties' jointly agreed upon
4  Second Amended Claims to be Tried, which includes all the omitted material. The
5  parties attach as **Exhibit B** a redline comparing **Exhibit A** to a prior version of the
6  originally filed document.

7

8  DATED:  August 22, 2025        **BLANK ROME LLP**

9

10                                         By: */s/ Todd M. Malynn*
11                                              Todd M. Malynn
                                                Arash Beral
12                                              Jamison T. Gilmore
                                                Attorneys for Defendants, Counterclaimants,
13                                              and Third Party Plaintiffs PCJV USA, LLC,
                                                PCI TRADING LLC, POTATO CORNER,
14                                              LA GROUP, LLC, GK CAPITAL GROUP,
                                                LLC, NKM CAPITAL GROUP, LLC and
15                                              GUY KOREN, and Defendants J & K
                                                AMERICANA, LLC, J&K LAKEWOOD,
16                                              LLC, J&K OAKRIDGE, LLC, J&K
                                                VALLEY FAIR, LLC, J & K ONTARIO,
17                                              LLC, J&K PC TRUCKS, LLC, HLK
                                                MILPITAS, LLC, and GK CERRITOS,
18                                              LLC

19  Dated:  August 22, 2025         */s/ Matthew Follett*
20                                              Michael D. Murphy
                                                Matthew Follett
21                                              Jessica Nwasike
                                                Fox Rothschild LLP
22                                              *Attorneys for Plaintiff and*
23                                              *Counterclaim Defendant, and Third*
                                                *Party Defendants*
24

25

26

27

28

# ATTESTATION OF E-FILED SIGNATURE

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Todd M. Malynn, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document. I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

DATED: August 22, 2025     **BLANK ROME LLP**

By: */s/ Todd M. Malynn*
    Todd M. Malynn
    Arash Beral
    Jamison T. Gilmore
Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 22, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 22, 2025.

By: */s/ AJ Cruickshank*