| | |
|---|---|
| 1 | **BLANK ROME LLP** |
| 2 | Todd M. Malynn (SBN 181595) <br> todd.malynn@blankrome.com |
| 3 | Arash Beral (SBN 245219) <br> arash.beral@blankrome.com |
| 4 | Todd M. Malynn (SBN 181595) <br> jamison.gilmore@blankrome.com |
| 5 | 2029 Century Park East | 6th Floor <br> Los Angeles, CA 90067 |
| 6 | Telephone:   424.239.3400 <br> Facsimile:    424.239.3434 |
| 7 | Attorneys for Defendants, Counterclaimants, and |
| 8 | Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER LA |
| 9 | GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY |
| 10 | KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K |
| 11 | OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, |
| 12 | HLK MILPITAS, LLC, and GK CERRITOS, LLC |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, | Case No. 2:24-CV-04546-SB(AGRx) |
| 17 | | *Hon. Stanley Blumenfeld, Jr.* |
| 18 | Plaintiff, | **DECLARATION OF JAMISON T. GILMORE PROVIDING** |
| 19 | vs. | **CONTEXT FOR SECOND AMENDED CLAIMS TO BE** |
| 20 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a | **TRIED FILING (DKT NO. 282-2)** |
| 21 | Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER | Complaint Filed:   May 31, 2024 <br> Trial Date:           August 26, 2025 |
| 22 | LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, | |
| 23 | LLC, a California limited liability company; J & K AMERICANA, LLC, a California | |
| 24 | limited liability company; J&K LAKEWOOD, LLC, a California limited | |
| 25 | liability company; J&K VALLEY FAIR, LLC, a California limited liability company; | |
| 26 | J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a | |
| 27 | California, limited liability company; GK CERRITOS, LLC, a California, limited | |
| 28 | liability company;  J&K PC TRUCKS, LLC, | |

**DECLARATION OF JAMISON T. GILMORE PROVIDING CONTEXT FOR SECOND AMENDED CLAIMS TO BE TRIED FILING (DKT NO. 282-2)**

| | |
|---|---|
| 1 | a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | Defendants. |
| 4 | |
| 5 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Counter-Claimants, |
| 11 | v. |
| 12 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 13 | |
| 14 | Counter Defendant. |
| 15 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | Third Party Plaintiffs, |
| 22 | v. |
| 23 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive, |
| 24 | |
| 25 | |
| 26 | Third Party Defendants. |
| 27 | |
| 28 | |

**DECLARATION OF JAMISON T. GILMORE PROVIDING CONTEXT FOR SECOND AMENDED CLAIMS TO BE TRIED FILING (DKT NO. 282-2)**

## DECLARATION OF JAMISON T. GILMORE

I, Jamison T. Gilmore, declare as follows:

1.  I am an associate at Blank Rome LLP, counsel of record for Defendants, Counterclaimants, and Third Party Plaintiffs (collectively, the "PCJV USA Parties"). I have personal knowledge of the facts herein and I could testify competently thereto.

2.  On August 9, 2025, I proposed to Plaintiff's counsel a format for the Claims to be Tried document, upon which the parties agreed, for a joint response to the Court's Order in Dkt. No. 254 asking for all parties' claims, affirmative defenses, and factual and legal disputes regarding the same.

3.  Between August 10 and 11, 2025, the parties exchanged multiple drafts of the Claims to be Tried filing. In the process of compiling a joint filing, several sections of the parties' respective claims were inadvertently omitted.

4.  For example, on August 12, 2025 at 6:45 am before the 9:00 am filing deadline, I received a non-redlined proposed Claims to be Tried filing that included several major changes in the document. At 8:07 am, after addressing the changes I saw, I sent Plaintiff's counsel redlines for them to incorporate into a master Claims to be Tried document and asked for a return draft for me and Messrs. Arash Beral and Todd Malynn to review in order to approve a joint filing. I did not then see or expect that on page 86 of the 146 page non-redlined document, Plaintiff's counsel had changed elements five and six of PCJV USA Parties' Intentional Interference with Contractual Relations cause of action from "undisputed" to "factually disputed." This necessitated a response from PCJV USA Parties. Considering the rushed timing to insert positions, PCJV USA Parties inadvertently omitted their evidentiary support for these elements.

5.  Without PCJV USA Parties getting an opportunity to review a further draft, on August 12, 2025 at approximately 9:50 a.m., Plaintiff's counsel unilaterally

1
**DECLARATION OF JAMISON T. GILMORE PROVIDING CONTEXT FOR SECOND AMENDED CLAIMS TO BE TRIED FILING (DKT NO. 282-2)**

1    filed a Claims to be Tried document without consent or approval. Dkt. No. 258.
2    After I discussed this occurrence with Mr. Beral, I doubled checked to confirm
3    whether PCJV USA Parties' last rounds of changes were imputed before Plaintiff
4    unilaterally filed. The review was complicated because I did not have the master
5    document from which to run a redline and because there was more than one author
6    and version which had been exchanged.

7          6.    After the unilateral filing and through 4:36 p.m., I compiled omissions
8    of PCJV USA Parties' last rounds of changes and emailed them in redline to
9    Plaintiff's counsel requesting them to file a notice of errata including this material
10   that was omitted from the Claims to be Tried filing. Due to the number of exchanges
11   from different versions of drafts by different authors on August 10, 11 and 12, 2025,
12   and my focus being on the last rounds of submitted changes I prepared, I did not see
13   that an earlier submission to Plaintiff's counsel was not included in the unilaterally
14   filed document as well. As result, that omitted material was not included in my 4:36
15   p.m. email to counsel requesting a notice of errata be prepared and filed.

16         7.    On August 14, 2025 at approximately 10:40 a.m., after other pre-filings
17   were completed, I emailed Plaintiff's counsel following up on my August 12, 2025
18   email because I had not received a response. The parties conferred and I approved a
19   word version of an Amended Claims to be Tried filing that included revisions I
20   emailed to Plaintiff's counsel on August 12, 2025. Plaintiff's counsel filed a Notice
21   of Errata attaching a PDF version of the Amended Claims to be Tried filing.

22         8.    In anticipation of responding to the Court's Order for a redline between
23   Dkt Nos. 258 and 263-1 (*see* Dkt. No. 279), it came to my attention that the
24   Amended Claims to be Tried filing (Dkt. No. 263-1) neither represented the word
25   version of the filing I approved (a computer error appears to have occurred when
26   converting the word document I approved to a PDF), nor included material from the
27
28
2
**DECLARATION OF JAMISON T. GILMORE PROVIDING CONTEXT FOR SECOND AMENDED CLAIMS TO BE TRIED FILING (DKT NO. 282-2)**

earlier transmittal of the Claims to be Tried (sent at 12:51 pm August 11, 2025) in preparation of the original Claims to be Tried filing, which I discovered.

9. Accordingly, I brought the mistakes to the attention of Plaintiff's counsel, Matthew Follett. Counsel agreed to jointly file a second notice of errata (Dkt No. 282-1) so that the record would reflect the materials the parties intended to include in response to the Court's order (Dkt. No. 254).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 22, 2025, within the United States its territories, possessions, or commonwealths.

By: */s/ Jamison T. Gilmore*
Jamison T. Gilmore

# CERTIFICATE OF SERVICE

The undersigned certifies that on August 22, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on August 22, 2025.

By:  /s/AJ Cruickshank