# EXHIBIT A

Deleted: <object><object><object><object>¶
¶

MICHAEL D. MURPHY (SBN 224678)
mdmurphy@foxrothschild.com
MATTHEW FOLLETT (SBN 325481)
mfollett@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone: 310.598.4150
Facsimile: 310.556.9828

Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

Plaintiff,

v.

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1

Case No. 2:24-CV-04546-SB(AGRx)

*The Hon. Stanley Blumenfeld, Jr.*

**SPAVI'S AND PCJV USA PARTIES' SECOND AMENDED SEPARATE PROPOSED VERDICT FORMS**

Complaint Filed: May 31, 2024
Trial Date: August 18, 2025

Deleted: 175844299.1

Formatted: Normal

Deleted: <object><object><object><object>¶

through 100, inclusive,

Defendants.

---

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a Ca1ifornia limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

Counter-Claimants,

v.

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

Counter Defendant.

---

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a Ca1ifornia limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

Third Party Plaintiffs,

v.

PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive,

Third Party Defendants.

---

Deleted: 175844299.1

Formatted: Normal

Deleted: <object><object><object><object>¶

The Parties hereby submit their respective special verdict forms.

Dated: July 29, 2025

Deleted: August 20

**FOX ROTHSCHILD LLP**

*/s/ Michael D. Murphy*
Michael D. Murphy
Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

Dated: August 5, 2025

Deleted: 20

**BLANK ROME LLP**

*/s/ Arash Beral*
Arash Beral
Todd M. Malynn
Blank Rome LLP
Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs.

Deleted: 175844299.1

Formatted: Normal

# PCJV USA PARTIES' PROPOSED VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. **Your answer to each question must be unanimous.** Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

(1) **"SPAVI" (or "Plaintiff")** refers to Shakey's Pizza Asia Ventures, Inc., and **"SPAVI Parties"** refers to and includes SPAVI alongside Cinco Corporation, SPAVI International USA, Inc. and PC International PTE LTD.

(2) **"PCJV USA Parties" (or "Defendants")** refers to PCJV USA, LLC, PCI Trading LLC, Potato Corner LA Group, LLC, GK Capital Group, LLC, NKM Capital Group, LLC, Guy Koren, J & K Americana, LLC, J&K Lakewood, LLC, J&K Oakridge, LLC, J&K Valley Fair, LLC, J & K Ontario, LLC, J&K PC Trucks, LLC, HLK Milpitas, LLC, and GK Cerritos, LLC.

Please note that several parties in this lawsuit are both bringing claims and defending against claims. SPAVI, also referred to as "Plaintiff," is the original plaintiff in this action. The PCJV USA Parties, also referred to as "Defendants," are the original defendants. **It is important to remember that some of the PCJV USA Parties are also "Counterclaimants" asserting claims against the SPAVI Parties.** As a result, their roles in this case are not limited to that of a defendant.

**IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM. READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.**

Deleted: <object><object><object><object>¶

Formatted: No underline

Formatted: Font: Not Bold

Formatted: Title, Left

Formatted: Indent: Left: 0.5", Hanging: 0.5", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.25" + Indent at: 0.5"

Deleted: <#>"Cinco" refers to Cinco Corporation;¶ "SPAVI Interantional" refers to SPAVI International USA, Inc.;¶ "PC International" refers to PC International PTE Ltd.; and¶

Deleted: Some

Formatted: Font: Bold

Deleted: ¶ Each claim or afrirmative defense must be proven by

Deleted: prepornderane

Deleted: the evidnee, unless

Deleted: different standard is required. In such cases, that different standard will nbe itendified herein

Formatted: Normal, Line spacing: Exactly 24 pt

Formatted: Font: Bold

Deleted: 175844299.1

Formatted: Normal

## Plaintiff's Claims

## Section I. Liability

### a. Federal Trademark Infringement and False Designation of Origin and Common Law and Statutory Unfair Competition Claims

1) Do you find that Plaintiff proved by a preponderance of evidence that Cinco Corporation owned the U.S. trademarks.

Yes _____ No _____

*If your answer to question 1 is YES, proceed to the next question.*

*If your answer is question 1 is NO, you are done with Section 1(a), please proceed to Section I(c) (question 19).*

2) Do you find that Plaintiff proved by a preponderance of evidence that Cinco Corporation's assignment to Plaintiff is valid:

Yes _____ No _____

*If your answer to question 2 is YES, proceed to the next question,*

*If your answer is question 2 is NO, you are done with Section 1(a), please proceed to Section I(c) (question 19).*

3) Do you find that Defendants proved by clear and convincing evidence that Plaintiff did not acquire from Cinco Corporation the goodwill associated with the U.S. trademarks?

Yes _____ No _____

*If your answer is question 3 is YES, you are done with Section 1(a), please proceed to Section I(c) (question 19).*

*If your answer to question 3 is NO, proceed to the next question.*

**Deleted:** *<object><object><object><object>¶*
**Formatted** ... [2]
**Formatted** ... [3]
**Deleted:** On Plaintiff's claim for federal trademark infringe ... [4]
**Deleted:** owned any of the following Marks:
**Formatted** ... [5]
**Deleted:** The Logo Mark: ______ Yes ... [6]
**Deleted:** *any*
**Deleted:** *as to any of the Marks*
**Deleted:** *if the*
**Formatted** ... [7]
**Deleted:** *to all three Marks*
**Deleted:** *NO, you are done with Section*
**Deleted:** ,
**Deleted:** *b*
**Deleted:** *5*
**Deleted:** ¶ ... [8]
**Deleted:** The Logo Mark: Yes ... [9]
**Deleted:** *any*
**Deleted:** *as to any of the Marks*
**Formatted** ... [10]
**Formatted** ... [11]
**Formatted** ... [12]
**Deleted:** *if the*
**Deleted:** *to all three Marks*
**Deleted:** ,
**Deleted:** *b*
**Deleted:** *5).*
**Formatted** ... [13]
**Deleted:** ¶ ... [14]
**Deleted:** The Logo Mark: ______
**Deleted:** _____
**Formatted** ... [15]
**Deleted:** The Word Mark: ______ Yes ... [16]
**Deleted:** *any*
**Deleted:** *to*
**Deleted:** *as to any of the Marks is NO, proceed to the* ... [17]
**Deleted:** ,
**Deleted:** *b*
**Deleted:** *5).*
**Formatted** ... [18]
**Deleted:** ¶ ... [19]
**Deleted:** 175844299.1
**Formatted** ... [1]

4) Do you find that Defendants proved by a clear and convincing evidence that before or after March 2022, either the trademark registrant or trademark assignee did not exercise adequate control over the U.S. trademarks?

Yes ________ No _____

*If your answer is question 4 is YES, you are done with Section 1(a), please proceed to Section I(c) (question 19).*

*If your answer to question 4 is NO, proceed to the next question.*

5) Do you find that Plaintiff proved by a preponderance of evidence that it acquired from Cinco Corporation a right to terminate PCJV USA, LLC's license to use the U.S. trademarks on May 31, 2024?

Yes _____ No _____

*If your answer to question 5 is YES, proceed to the next question.*

*If your answer is question 5 is NO, you are done with Section I(a), please proceed to Section I(c) (question 19).*

6) Do you find that Defendants proved by a preponderance of evidence that Plaintiff waived any right to terminate PCJV USA, LLC's license to use the U.S. trademarks?

Yes _____ No _____

*If your answer is question 6 is YES, you are done with Section I(a), please proceed to Section I(c) (question 19).*

*If your answer to question 6 is NO, proceed to the next question.*

7) Do you find that Plaintiff proved by a preponderance of evidence that any of the Defendants were unjustly enriched after May 31, 2024 by continuing to use the U.S. trademarks without Plaintiff's consent?

Yes _____ No _____

Deleted: <object><object><object><object>¶
Deleted: prove
Formatted: Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Indent at: 0.75", Keep with next, Keep lines together
Deleted: the Marks were abandoned by Cinco (prior to March 2022)…
Deleted: SPAVI (
Deleted: ), due to naked licensing
Deleted: The Logo Mark: _______
Deleted: _____
Formatted: Tab stops: 1.19", Left + 1.88", Left
Deleted: ¶ ... [20]
Formatted: Indent: Left: 0.75", Space After: 0 pt, Line spacing: Exactly 12 pt
Deleted: *any*
Deleted: *to*
Deleted: *as to any of the Marks is NO, proceed to the next question, if the answer to all three Marks*
Deleted: *,*
Deleted: *b*
Deleted: *5).*
Formatted: Font: Italic
Formatted: Normal, Space After: 0 pt
Deleted: ¶ ... [21]
Formatted: Font: Italic
Deleted: any of
Formatted: Font: Not Bold
Formatted: Normal, Left, Indent: Left: 0.75", No bullets or numbering
Formatted: Normal
Formatted: Font: Italic
Formatted: Normal, Indent: Left: 0", Line spacing: single
Formatted: Line spacing: Exactly 12 pt
Deleted: following
Formatted: Font: Italic
Formatted: List Paragraph,# para single space, Indent: Left: 0.75", First line: 0", Space Before: 0 pt, After: 0 pt, Line spacing: single
Formatted ... [22]
Formatted: Font: Italic
Formatted ... [23]
Deleted: used those Marks in interstate commerce
Formatted ... [24]
Formatted: Font: Italic
Moved (insertion) [6]
Deleted: 175844299.1
Formatted: Normal

*If your answer to question 7 is YES, proceed to the next question.*

*If your answer is question 7 is NO, you are done with Section 1(a), please proceed to Section I(c) (question 19).*

8) Did Defendants prove by a preponderance of evidence that Plaintiff was equally responsible for illegal, fraudulent or inequitable conduct resulting in unjust enrichment and that Plaintiff was not economically pressured to engage in such conduct?

Yes _____ No _____

*If your answer is question 8 is YES, you are done with Section 1(a), please proceed to Section I(c) (question 19).*

*If your answer to question 8 is NO, proceed to the next question.*

9) Do you find that Plaintiff proved by a preponderance of the evidence that Defendant Guy Koren is personally liable for the other Defendants' unlicensed use of the U.S. trademarks after May 31, 2024?

*If your answer to question 9 is YES, proceed to the next question.*

*If your answer is question 9 is NO, then as to Defendant Guy Koren you are done with Section 1(a). Please proceed to answer question 10 as to the other Defendants only.*

10) Do you find that Plaintiff proved by a preponderance of evidence that any of the following Defendants willfully infringed Plaintiff's trademark registrations?

| | | |
|---|---|---|
| PCJV USA, LLC | ________ Yes | _____ No |
| PCI Trading, LLC | ________ Yes | _____ No |
| Guy Koren (only if answer 9 was YES) | ________ Yes | _____ No |
| Potato Corner LA Group | ________ Yes | _____ No |
| NKM Capital Group, LLC | ________ Yes | _____ No |
| J & K Americana, LLC | ________ Yes | _____ No |

Deleted: <object><object><object><object>¶

Formatted: Font: Not Italic

Formatted: List Paragraph,# para single space, Indent: Left: 0.75", Space After: 12 pt, Line spacing: single

Formatted: Font: Not Italic

Formatted: Indent: Left: 0.75", Line spacing: Exactly 12 pt

Formatted: No underline

Formatted: Indent: Left: 0.75", Line spacing: Exactly 12 pt

Formatted: List Paragraph,# para single space, Space After: 12 pt

Formatted: Font: Italic

Formatted: List Paragraph,# para single space, Indent: Left: 0.75", First line: 0", Space Before: 0 pt, After: 0 pt, Line spacing: single

Formatted: Space After: 12 pt, Line spacing: single

Moved (insertion) [12]

Deleted: PCJV USA, LLC ... [25]

Moved down [13]: PCI Trading, LLC

Deleted: Guy Koren ... [26]

Deleted: 175844299.1

Formatted: Normal

Deleted: <object><object><object><object>¶

| | | |
|---|---|---|
| J & K Lakewood, LLC | ________ Yes | ______ No |
| J & K Valley Fair, LLC | ________ Yes | ______ No |
| J & K Ontario, LLC | ________ Yes | ______ No |
| GK Cerritos, LLC | ________ Yes | ______ No |

Formatted: Indent: Left: 0", First line: 0"

*Please proceed to Section 1(b).*

Deleted: *If you answered "Yes" as to any Defendant,*

Deleted: 175844299.1

Formatted: Normal

## b. Contributory Infringement

***If your answer to question 8 was NO, please answer the following question. If your answer to question 8 was YES, you are done with Section I(b), please proceed to Section I(c) (question 19).***

11) Do you find that Plaintiff proved by the preponderance of evidence that any of the following Defendants are liable for contributory infringement? If your answer to question 9 was YES, then answer question 11 as to all Defendants. ***If your answer to question 9 was NO, then skip this question as to Defendant Guy Koren and only answer this question as to whether any other Defendant is liable for contributory infringement.***

| Defendant | Yes | No |
|---|---|---|
| PCJV USA, LLC | ________ Yes | ______ No |
| PCI Trading, LLC | ________ Yes | ______ No |
| Guy Koren (only if answer 10 was yes) | ________ Yes | ______ No |
| Potato Corner LA Group | ________ Yes | ______ No |
| NKM Capital Group, LLC | ________ Yes | ______ No |
| J & K Americana, LLC | ________ Yes | ______ No |
| J & K Lakewood, LLC | ________ Yes | ______ No |
| J & K Valley Fair, LLC | ________ Yes | ______ No |
| J & K Ontario, LLC | ________ Yes | ______ No |
| GK Cerritos, LLC | ________ Yes | ______ No |

*Please proceed to Section I(c).*

**Deleted:** *<object><object><object><object>¶*

**Moved (insertion) [14]**

**Deleted:** *Question 6.*

**Formatted:** Font: Bold

**Formatted:** Normal, Indent: Left: 0", First line: 0.25", Space After: 12 pt

**Deleted:** *you answered no*

**Deleted:** *all,*

**Formatted:** Font: Bold

**Formatted:** Font: Bold

**Deleted:** *Question 7.*

**Formatted:** Font: Bold

**Formatted:** Space After: 12 pt, Line spacing: single, Tab stops: Not at 0.75"

**Moved (insertion) [15]**

**Deleted:** <#>Do you find that any of the following Defendants' federal trademark infringement was willful? ¶
¶
PCJV USA, LLC
¶
PCJV USA, LLC ... [27]

**Deleted:** 175844299.1

**Formatted:** Normal

Deleted: <object><object><object><object>¶

## c. Quantum Meruit

Formatted: Indent: Left: 0.25", First line: 0", Right: 0.3"

***If your answer to question 8 was NO, please answer the following question. If your answer to question 8 was YES, you are done with Section I(c), please proceed to Section I(d) (question 19).***

12) Do you find that Plaintiff proved by the preponderance of evidence that between March 2022 and May 31, 2024, any of the Defendants requested, by words or conduct, that Plaintiff perform services for the benefit of Defendants?

Yes _____ No _____

*If your answer to question 12 is YES, proceed to the next question.*

*If your answer to question 12 is NO, then you are finished with Section I(c) and skip to Section I(d) (question 19).*

Formatted: Font: Italic

Formatted: Normal, Space After: 0 pt

13) Do you find that Plaintiff proved by a preponderance of the evidence that Plaintiff performed the services as requested?

Yes _____ No _____

*If your answer to question 13 is YES, proceed to the next question.*

*If your answer to question 13 is NO, then you are finished with Section I(c) and skip to Section I(d) (question 19).*

Formatted: Font: Italic

Formatted: Normal

14) Do you find that Plaintiff proved by a preponderance of the evidence that the requesting Defendant(s) did not provide value to Plaintiff for the services performed?

Yes _____ No _____

*If your answer to question 14 is YES, proceed to the next question.*

*If your answer to question 14 is NO, then you are finished with Section I(c) and skip to Section I(d) (question 19).*

Formatted: Font: Italic

Formatted: Indent: Left: 0.75", Line spacing: Exactly 12 pt

Formatted: Indent: Left: 0.75", Line spacing: Exactly 12 pt

Formatted: List Paragraph,# para single space, Indent: Left: 0.75", Space After: 12 pt, Line spacing: single

15) Do you find that Plaintiff proved by a preponderance of evidence the reasonable value of the services that were performed between March 2022 and May 31, 2024?

Deleted: 175844299.1

Formatted: Normal

Yes _____ No _____

*If your answer to question 15 is YES, proceed to the next question.*

*If your answer to question 15 is NO, then you are finished with Section I(c) and skip to Section I(d) (question 19).*

16) Do you find that Defendants proved by a preponderance of evidence that Plaintiff waived the right to recover for *quantum meruit*?

Yes _____ No _____

*If your answer to question 16 is YES, then you are finished with Section I(c) and skip to Section I(d) (question 19).*

*If your answer to question 16 is NO, proceed to the next question.*

17) Do you find that Plaintiff proved by a preponderance of the evidence that Defendant Guy Koren requested services that Plaintiff performed for his personal benefit between March 31, 2022 and May 31, 2024?

*If your answer to question 17 is YES, proceed to the next question.*

*If your answer is question 17 is NO, then as to Defendant Guy Koren you are done with Section 1(b). Please proceed to answer question 18 as to the other Defendants only.*

18) of the Defendants, if any, should have to pay *quantum meruit*?

| | | |
|---|---|---|
| PCJV USA, LLC | _______ Yes | _____ No |
| PCI Trading, LLC | _______ Yes | _____ No |
| Guy Koren (only if answer 17 is Yes) | _______ Yes | _____ No |
| Potato Corner LA Group | _______ Yes | _____ No |
| NKM Capital Group, LLC | _______ Yes | _____ No |
| J & K Americana, LLC | _______ Yes | _____ No |
| J & K Lakewood, LLC | _______ Yes | _____ No |

**Deleted:** *<object><object><object><object>¶*

**Formatted:** Normal, Indent: Left: 0.25", First line: 0.5", Space Before: 12 pt, After: 12 pt, Tab stops: 1.75", Left

**Formatted:** Font: Italic

**Formatted:** Indent: Left: 0.75", Line spacing: Exactly 12 pt

**Formatted:** Line spacing: At least 12 pt

**Formatted:** Font: Italic

**Formatted:** Line spacing: Exactly 12 pt

**Formatted:** List Paragraph,# para single space, Indent: Left: 0.75", Line spacing: single

**Formatted:** Font: Not Italic

**Formatted:** List Paragraph,# para single space, Indent: Left: 0.75", First line: 0", Space After: 12 pt, Line spacing: single

**Deleted:** Which ... [28]

**Moved down [25]:** ¶

**Deleted:** PCJV USA, LLC ... [29]

**Formatted:** Indent: Left: 0.09", Hanging: 0.25"

**Deleted:** ______

**Deleted:** 175844299.1

**Formatted:** Normal



Deleted: <object><object><object><object>¶

| | | |
|---|---|---|
| J & K Valley Fair, LLC | ________ Yes | ______ No |
| J & K Ontario, LLC | ________ Yes | ______ No |
| GK Cerritos, LLC | ________ Yes | ______ No |

Formatted: Space After: 12 pt, Line spacing: single

Deleted: 175844299.1

Formatted: Normal

Deleted: <object><object><object><object>¶

**d. Trade Secret Misappropriation**

Moved (insertion) [26]

19) Do you find that Plaintiff proved by a preponderance of the evidence that it is the owner of trade secret information?

Yes_____ No_____

Formatted: Normal, Indent: Left: 0.25", First line: 0.5", Space Before: 12 pt, After: 12 pt, Tab stops: 1.75", Left

*If your answer to question 19 is YES, proceed to the next question.*

*If your answer to question 19 is NO, then you are finished with Section I(c) and skip to Section II.*

Formatted: Font: Italic

Formatted: Indent: Left: 0.75", Line spacing: Exactly 12 pt

Deleted: *any*

Deleted: *7 as to any of the Defendants*

Deleted: *, if the*

Formatted: No underline

Formatted: Font: Italic

Formatted: Indent: Left: 0.75", First line: 0", Line spacing: Exactly 12 pt

Formatted: Normal, Line spacing: single

20) Do you find that Plaintiff proved by a preponderance of the evidence that the information were secret at the time of the alleged misappropriation?

Yes_____ No_____

Formatted: Space Before: 12 pt, After: 12 pt, Tab stops: 1.75", Left

*If your answer to question 20 is YES, proceed to the next question.*

*If your answer to question 20 is NO, then you are finished with Section I(c) and skip to Section II.*

Formatted: Font: Italic

Formatted: Indent: Left: 0.75", Line spacing: Exactly 12 pt

21) Do you find that Plaintiff proved by a preponderance of the evidence that the information had actual or potential independent economic value because it was secret?

Yes_____ No_____

Formatted: Normal, Indent: Left: 0.25", First line: 0.5", Space Before: 12 pt, After: 12 pt, Tab stops: 1.75", Left

*If your answer to question 21 is YES, proceed to the next question.*

*If your answer to question 21 is NO, then you are finished with Section I(c) and skip to Section II.*

Formatted: Font: Italic

22) Do you find that Plaintiff proved by a preponderance of the evidence that reasonable efforts were made under the circumstances to keep the information secret?

Yes_____ No_____

*If your answer to question 22 is YES, proceed to the next question.*

Deleted: 175844299.1

Formatted: Normal

Deleted: <object><object><object><object>¶

*If your answer to question 22 is NO, then you are finished with Section I(C) and skip to Section II.*

Formatted: Normal, Indent: Left: 0"

23) Do you find that Defendants proved by a preponderance of the evidence that the information was readily ascertainable by proper means when it was acquired?

Yes _____ No _____

Formatted: Normal, Indent: Left: 0.25", First line: 0.5", Space Before: 12 pt, After: 12 pt, Tab stops: 1.75", Left

Formatted: Font: Italic

Formatted: List Paragraph,# para single space, Indent: Left: 0.75", Space After: 12 pt, Line spacing: single

*If your answer to question 23 is NO, then you are finished with Section I(c) and skip to Section II.*

Formatted: Font: Italic

Formatted: List Paragraph,# para single space, Indent: Left: 0.75", First line: 0", Space After: 12 pt, Line spacing: single

*If your answer to question 23 is YES, proceed to the next question.*

Formatted: Font: Italic

Formatted: List Paragraph,# para single space, Indent: Left: 0.75", Space After: 12 pt, Line spacing: single

Deleted: *all*

Formatted: Font: Not Italic

24) Do you find that Plaintiff proved by a preponderance of the evidence that Defendants acquired the information by improper means?

Yes _____ No _____

*If your answer to question 24 is YES, proceed to the next question.*

*If your answer to question 24 is NO, then you are finished with Section I(c) and skip to Section II.*

Moved (insertion) [36]

25) Do you find that Defendants proved by a preponderance of evidence that either Cinco Corporation or Plaintiff waived any right to claim misappropriation of trade secrets?

Yes _____ No _____

Formatted: Indent: Left: 0.25", First line: 0.5", Space Before: 12 pt, After: 12 pt, Tab stops: 1.75", Left

Formatted: Indent: Left: 0.75", Line spacing: Exactly 12 pt

*If your answer to question 25 is YES, then you are finished with Section I(c) and skip to Section II.*

*If your answer to question 25 is NO, proceed to the next question,*

26) Do you find that Plaintiff proved by a preponderance of the evidence that Defendants' acquisition of trade secret information was a substantial factor in causing Plaintiff harm?

Deleted: 175844299.1

Formatted: Normal

Yes _____ No _____

*If your answer to question 26 is YES, proceed to the next question.*

*If your answer to question 26 is NO, then you are finished with Section I(c) and skip to Section II.*

27) Do you find that Defendants proved by a preponderance of evidence that Plaintiff was equally responsible for illegal, fraudulent or inequitable conduct resulting in unjust enrichment and that Plaintiff was not economically pressured to engage in such conduct?

Yes _____ No _____

*If your answer is question 27 is YES, you are done with Section I(c), please proceed to Section II.*

*If your answer to question 27 is NO, proceed to the next question.*

28) Do you find that Defendants proved by a preponderance of evidence that Plaintiff did not file a claim for misappropriation of trade secrets within four years after Plaintiff or Cinco Corporation knew or should have known of Defendants' alleged misappropriation of trade secrets?

Yes _____ No _____

*If your answer is question 28 is YES, you are done with Section I(c), please proceed to Section II.*

*If your answer to question 28 is NO, proceed to the next question.*

29) Do you find that Plaintiff proved by a preponderance of the evidence that Defendant Guy Koren is personally liable for misappropriating of Plaintiff's trade secrets?

*If your answer to question 29 is YES, proceed to the next question.*

**Deleted:** *<object><object><object><object>¶*

**Formatted:** Font: Italic

**Formatted:** Indent: Left: 0.75", Line spacing: Exactly 12 pt

**Formatted:** Indent: Left: 0.75", First line: 0", Line spacing: Exactly 12 pt

**Deleted:** *is NO,*

**Deleted:** *b*

**Deleted:** *I(c) (question 9).*

**Formatted:** Font: Italic

**Formatted:** Normal

**Deleted:** ¶ ... [30]

**Formatted:** Font: Italic

**Formatted:** Font: Italic

**Formatted:** Indent: Hanging: 0.31", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Indent at: 0.75", Keep with next, Keep lines together

**Deleted:** false designation of origin was willful?

**Formatted:** Space Before: 12 pt, After: 12 pt, Tab stops: 1.75", Left

**Formatted:** Indent: Left: 0.75", First line: 0", Line spacing: Exactly 12 pt

**Moved up [12]:** ¶ _______ Yes _____ No

**Formatted:** Font: Italic

**Formatted:** Indent: Left: 0.75", Line spacing: Exactly 12 pt

**Formatted:** Font: Bold

**Formatted:** Normal, Indent: Left: 0", Space After: 0 pt

**Formatted:** List Paragraph,# para single space, Indent: Left: 0.75", First line: 0", Line spacing: single

**Deleted:** 175844299.1

**Formatted:** Normal

*If your answer is question 29 is NO, then as to Defendant Guy Koren you are done with Section 1(c). Please proceed to answer question 30 as to the other Defendants only.*

30) Which of the Defendants, if any, are liable for misappropriation of trade secrets?

| | | |
|---|---|---|
| PCJV USA, LLC | _______ Yes | _____ No |
| PCI Trading, LLC | _______ Yes | _____ No |
| Guy Koren (only if answer 29 is Yes) | _______ Yes | _____ No |
| Potato Corner LA Group | _______ Yes | _____ No |
| NKM Capital Group, LLC | _______ Yes | _____ No |
| J & K Americana, LLC | _______ Yes | _____ No |
| J & K Lakewood, LLC | _______ Yes | _____ No |
| J & K Valley Fair, LLC | _______ Yes | _____ No |
| J & K Ontario, LLC | _______ Yes | _____ No |
| GK Cerritos, LLC | _______ Yes | _____ No |

*Proceed* to *Section II.*

Deleted: <object><object><object><object>¶

Moved (insertion) [13]

Deleted: Guy Koren ... [31]

Deleted: ______

Formatted: Space After: 12 pt, Line spacing: single

Moved up [14]: <#>Contributory Infringement

Moved up [15]: <#>¶
PCJV USA, LLC
PCJV USA, LLC

Deleted: <#>Federal

Deleted: <#> (Trademark Infringement)¶
¶
If you found for Plaintiff on its claims for federal trademark infringement, do you find for Plaintiff against any of the following Defendants for federal contributory trademark infringement?¶

Deleted: Guy Koren ... [32]

Deleted: 175844299.1

Formatted: Normal





Deleted: <object><object><object><object>¶

**Plaintiff's Claims**

**Section II: Monetary Recovery**

**STOP! PLEASE READ CAREFULLY BEFORE PROCEEDING!**

If you find that Defendants are **NOT** liable on Plaintiff's claims by reason of your answers to questions in Sections I(a)-(c), then your deliberation as to Plaintiff's claims are complete and you should skip to Section III. You do not consider monetary relief for Plaintiff any further. You are to disregard the questions in this Section II and skip to Section III.

Deleted: *is YES, proceed to the next question*

Formatted: Font: Not Italic

Conversely, if you find that Plaintiff has proven one or more of its claim(s) in Section I by a preponderance of the evidence and that one or more Defendants are liable for one or more of Plaintiff's claim(s) and that Plaintiff is entitled to monetary recovery, then you must consider the issue of monetary recovery – if any – to award to Plaintiff.

Formatted: Font: Not Italic

You must remember that in calculating damages, Plaintiff is only entitled to be compensated ***once*** for any harm or loss it actually suffered even if there is liability on more than one claim or as to more than one Defendant.

Deleted: 175844299.1

Formatted: Normal

**Section II(A)**

**Federal Trademark Infringement and False Designation of Origin and Common Law and Statutory Unfair Competition Claims**

31) Were you asked to answer and, if so, did you answer "YES" to question 8 in Section I(a) "Federal Trademark Infringement and False Designation of Origin and Common Law and Statutory Unfair Competition Claims"?

Yes_____ No_____

*If your answer is question 31 is YES, you are done with Section II(A), please proceed to Section III.*

*If your answer to question 31 is NO, proceed to the next question.*

32) What amount of each Defendant's profits after May 31, 2024, if any, were attributable to its unlicensed use of the U.S. trademarks? As a reminder, your award of unjust enrichment damages, if any, should include only a Defendant's profits attributable to the Defendant's use of the U.S. trademarks after May 31, 2024. Moreover, you must deduct a Defendant's costs or expenses from any such award. If you find that the only reasonably certain amount of damages attributable to a Defendant's unlicensed use the U.S. trademarks after deducting costs or expenses does not exceed one dollar ($1.00), you may award one dollar ($1.00) in damages against that Defendant.

PCJV USA, LLC $__________

PCI Trading LLC $__________

Potato Corner LA Group, LLC $__________

GK Capital Group, LLC $__________

NKM Capital Group, LLC $__________

Guy Koren (only if you answered question 9 "YES") $__________

J & K Americana, LLC $__________

J&K Lakewood, LLC $__________

J&K Oakridge, LLC $__________

J&K Valley Fair, LLC $__________

Deleted: <object><object><object><object>¶
Formatted: Normal, Centered
Formatted: Space Before: 12 pt, After: 12 pt, Tab stops: 1.75", Left
Formatted: Font: Not Italic
Formatted: Indent: Left: 0.75", Line spacing: Exactly 12 pt
Deleted: *the*
Deleted: *to all Defendants*
Deleted: *NO*
Deleted: *I(c*
Formatted: Indent: Left: 0.75", Line spacing: Exactly 12 pt
Deleted: *I(d) (*
Deleted: *11).*
Formatted: Font: Italic
Formatted: Font: Bold
Formatted: Normal, Indent: Left: 0"
Deleted: 175844299.1
Formatted: Normal

Deleted: <object><object><object><object>¶

J & K Ontario, LLC $______________

J&K PC Trucks, LLC $______________

HLK Milpitas, LLC $______________

GK Cerritos, LLC $______________

*Please proceed to Section II(B).*

Deleted: 175844299.1

Formatted: Normal

160850.00001/154856947v.4 19

SECOND AMENDED PROPOSED VERDICT FORM CASE NO. 2:24-CV-04546-SB(AGRX)

Deleted: <object><object><object><object>¶

## Section II(B)

## Quantum Meruit

Formatted: Font: Bold

Formatted: Normal, Centered, Indent: Left: 0", Space After: 0 pt

33) Were you asked to answer and, if so, did you answer "YES" to question 8 in Section I(a) "Federal Trademark Infringement and False Designation of Origin and Common Law and Statutory Unfair Competition Claims"?

Yes _____ No _____

*If your answer is question 33 is YES, you are done with Section II(A), please proceed to Section II(C).*

Formatted: List Paragraph,# para single space, Indent: Left: 0.75", First line: 0", Line spacing: single

Deleted: ¶ Do you find that any of the following Defendants' federal contributory trademark infringement was willful? ¶

*If your answer to question 33 is NO, proceed to the next question.*

34) Were you asked to answer and, if so, did you answer "YES" to question 16 in Section I(b) "Quantum Meruit?

Yes _____ No _____

*If your answer is question 34 is YES, you are done with Section II(A), please proceed to Section II(C).*

*If your answer to question 34 is NO, proceed to the next question.*

35) Which of the Defendants requested services from Plaintiff that Plaintiff performed but did not receive value for from that Defendant? *As to Defendant Guy Koren, the answer to this question should be the same as your answer to question 17.*

Formatted: Normal

Deleted: PCJV USA, LLC ... [33]

| | | |
|---|---|---|
| PCJV USA, LLC | ________ Yes | _____ No |
| PCI Trading, LLC | ________ Yes | _____ No |
| Guy Koren (only if answer 17 is Yes) | ________ Yes | _____ No |
| Potato Corner LA Group | ________ Yes | _____ No |
| NKM Capital Group, LLC | ________ Yes | _____ No |
| J & K Americana, LLC | ________ Yes | _____ No |

Formatted: Indent: Left: 0.09", Hanging: 0.25"

Deleted: Potato Corner LA Group ... [34]

_______ Yes _____ No ... [35]

Formatted: Font: Not Bold

Formatted: Font: Italic

Deleted: 175844299.1

Formatted: Normal

| | | |
|---|---|---|
| J & K Lakewood, LLC | _______ Yes | _____ No |
| J & K Valley Fair, LLC | _______ Yes | _____ No |
| J & K Ontario, LLC | _______ Yes | _____ No |
| GK Cerritos, LLC | _______ Yes | _____ No |

36) For each Defendant you indicated requested services from Plaintiff but for only the Defendants that requested services from Plaintiff between March 2022 and May 31, 2024, and to whom Plaintiff performed the requested services, what is the reasonable value that the Defendant should have to pay to Plaintiff for the services that Defendant requested, which Plaintiff performed but the Defendant did not provide value for?

| | |
|---|---|
| PCJV USA, LLC | $__________ |
| PCI Trading LLC | $__________ |
| Potato Corner LA Group, LLC | $__________ |
| GK Capital Group, LLC | $__________ |
| NKM Capital Group, LLC | $__________ |
| Guy Koren (only if you answered question 17 "YES") | $__________ |
| J & K Americana, LLC | $__________ |
| J&K Lakewood, LLC | $__________ |
| J&K Oakridge, LLC | $__________ |
| J&K Valley Fair, LLC | $__________ |
| J & K Ontario, LLC | $__________ |
| J&K PC Trucks, LLC | $__________ |
| HLK Milpitas, LLC | $__________ |
| GK Cerritos, LLC | $__________ |

*Please proceed to Section II(C).*

Deleted: <object><object><object><object>¶

Deleted: ______

Formatted: Normal, Indent: Left: 0", Space After: 12 pt, Keep with next, Keep lines together

Deleted: *If any answer*

Formatted: Font: Not Italic

Deleted: *11 as to any of the Defendants is*

Deleted: ,

Formatted: Font: Not Italic

Formatted: Font: Not Italic, No underline

Deleted: *the next question*

Deleted: 175844299.1

Formatted: Normal

## Section II(C)

## Trade Secret Misappropriation

37) Were you asked to answer and, if so, did you answer "YES" to question 28 in Section I(a) "Trade Secret Misappropriation"?

Yes_____ No_____

*If your answer is question 33 is YES, you are done with Section II(C), please proceed to Section III.*

*If your answer to question 33 is NO, proceed to the next question.*

38) Which of the Defendants misappropriated trade secrets of Plaintiff? *As to Defendant Guy Koren, the answer to this question should be the same as your answer to question 29.*

| Defendant | | |
|---|---|---|
| PCJV USA, LLC | ________ Yes | ______ No |
| PCI Trading, LLC | ________ Yes | ______ No |
| Guy Koren (only if answer 29 is Yes) | ________ Yes | ______ No |
| Potato Corner LA Group | ________ Yes | ______ No |
| NKM Capital Group, LLC | ________ Yes | ______ No |
| J & K Americana, LLC | ________ Yes | ______ No |
| J & K Lakewood, LLC | ________ Yes | ______ No |
| J & K Valley Fair, LLC | ________ Yes | ______ No |
| J & K Ontario, LLC | ________ Yes | ______ No |
| GK Cerritos, LLC | ________ Yes | ______ No |

39) For each Defendant but only the Defendants that misappropriated a trade secret, what is the amount of money necessary to pay Plaintiff to avoid unjust enrichment to that Defendant?

PCJV USA, LLC $________________

PCI Trading LLC $________________

Deleted: *<object><object><object><object>¶*

Deleted: *the*

Formatted: Font: Not Italic

Formatted: Font: Not Italic

Formatted: Normal, Indent: Left: 0.25", First line: 0.5", Space Before: 12 pt, After: 12 pt, Tab stops: 1.75", Left

Formatted: Font: Italic

Formatted: List Paragraph,# para single space, Indent: Left: 0.75", Line spacing: single

Deleted: *to all Defendants*

Deleted: *NO*

Deleted: *I(d*

Formatted: List Paragraph,# para single space

Deleted: *I(e) (question 13).*

Formatted: Font: Italic

Moved up [11]: ¶

Deleted: PCJV USA, LLC ... [36]

Formatted: Indent: Left: 0.09", Hanging: 0.25"

Deleted: Potato Corner LA Group ... [37]

_______ Yes _____ No ... [38]

Deleted: any of the following Defendants' federal trademark infringement was willful? ¶ ¶ PCJV USA, LLC ... [39]

Formatted: Font: Italic

Formatted: Font: Italic

Deleted: ______

Formatted: Normal, Indent: Left: 0", Space After: 12 pt, Keep with next, Keep lines together

Moved up [16]: <#>**Quantum Meruit** ¶ ¶

Deleted: <#>**Unfair Competition (Cal. Bus Prof Code 17200)**¶ ¶ On Plaintiff's claim for unfair competition, do you find for Plaintiff against any of the following Defendants?¶ ¶ PCJV USA, LLC ... [40]

Deleted: <#>On Plaintiff's claim for quantum meruit, do you find for Plaintiff against any of the following Defendants?¶ ¶ PCJV USA, LLC ¶ PCJV USA, LLC ... [41]

Deleted: 175844299.1

Formatted: Normal

| | |
|---|---|
| Potato Corner LA Group, LLC | $__________ |
| GK Capital Group, LLC | $__________ |
| NKM Capital Group, LLC | $__________ |
| Guy Koren (only if you answered question 29 "YES") | $__________ |
| J & K Americana, LLC | $__________ |
| J&K Lakewood, LLC | $__________ |
| J&K Oakridge, LLC | $__________ |
| J&K Valley Fair, LLC | $__________ |
| J & K Ontario, LLC | $__________ |
| J&K PC Trucks, LLC | $__________ |
| HLK Milpitas, LLC | $__________ |
| GK Cerritos, LLC | $__________ |

*Please proceed to Section III.*

Deleted: <object><object><object><object>¶

Deleted: 20 as to any of the Defendants is

Deleted: ,

Formatted: Font: Not Italic

Formatted: Font: Not Italic, No underline

Deleted: the next question, if the answer to all Defendants is NO, you are done with

Deleted: I(g), please proceed to Section I(h) (question 23).

Formatted: Font: Italic

Formatted: Indent: Left: 0", Line spacing: Exactly 24 pt

Formatted: Normal, Indent: Left: 0", Space After: 0 pt, Line spacing: Exactly 24 pt

Moved up [26]: <#>**Trade Secret Misappropriation** ¶ ¶

Deleted: <#>Did Defendants prove that Plaintiff waived the right to recover for *quantum meruit*? ¶ YES _____NO ____¶ *If you answered "No", proceed to the next Question. If you answered " Yes", proceed to Question 22.*¶ ¶ Did Plaintiff prove the reasonable value of what it received sufficient to recover for *quantum meruit*?¶ YES _____NO ____¶ ¶

Deleted: <#>Did Plaintiff prove that it is the owner of trade secret information?¶ YES _____NO ____

Deleted: <#> *answer to question 1 is NO, then you are finished with Section I(C) and skip to Section II(A).* ¶ *If your answer to question 1 is YES, proceed to the next question.*¶ ... [42]

Formatted: Font: Italic

Moved down [49]: <#>*If your answer to question 4 is YES,*

Moved up [9]: <#>*If your answer to question 8 is NO,*

Deleted: <#>Did Plaintiff prove that Defendants acqu ... [43]

Deleted: <#>*YES, then you are finished with Section* ... [44]

Deleted: <#>*to question 6 is NO, proceed to the next question.*

Deleted: <#>, Cinco Corporation, had waived any rig ... [45]

Deleted: <#>*8 is YES, then you are finished with Sect* ... [46]

Deleted: <#>Did Plaintiff prove that Defendants' acq ... [47]

Formatted: No underline

Formatted: Font: Italic

Formatted: Font: Not Italic

Formatted: Font: Not Italic

Formatted: Font: Italic

Formatted: No underline

$_________ ... [48]

Formatted: Font: Bold

Formatted: Line spacing: single

Deleted: 175844299.1

Formatted: Normal

Deleted: <object><object><object><object>¶

**The PCVJ USA Parties' Counterclaims**

**Section III: Liability & Damages**

**A. Inducing Breach of Contract**

1. Do you find that Counterclaimants proved by a preponderance of evidence that there was a contract between any one of the PCJV USA Parties and any one of Cinco Corporation and its affiliates?

Formatted: Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

Deleted: Counterclaimants

Yes ____No ____

*If your answer to question 1 is NO, then skip to Section III(B).*

*If your answer to question 1 is YES, proceed to the next question.*

Formatted: Font: Not Italic

Formatted: Normal, Indent: Left: 0", Space After: 0 pt, Line spacing: Exactly 24 pt

2. Do you find that Counterclaimants proved by a preponderance of evidence that Plaintiff knew of the contract?

Moved down [50]: <#>Yes ____ No ____¶

Deleted: <#>What was that contract?¶
¶
2009 NKM License Agreement? Yes ____ No ____¶
Joint Venture Agreement? Yes ____ No ____¶
Amended Joint Venture Agreement?

Deleted: <#> "Trademark, Copyright, Know-How, Liucense Agreement" dated October 10, 2010?¶
Other Agreement (describe): ____________________¶
¶

Yes ____No ____

*If your answer to question 2 is NO, then skip to Section III(B).*

*If your answer to question 2 is YES, proceed to the next question.*

Deleted: 3

Deleted: 3

Formatted: Font: Italic

Formatted: Normal, Indent: Left: 0.25", First line: 0.5"

3. Do you find that Counterclaimants proved by a preponderance of evidence that Plaintiff intended to cause any one of Cinco Corporation or its affiliates to breach the contract?

Formatted: Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

Yes ____No ____

Moved (insertion) [51]

*If your answer to question 3 is NO, then skip to Section III(B).*

*If your answer to question 3 is YES, proceed to the next question.*

Moved up [51]: Yes ____ No ____¶
¶

Deleted: the preceding

Deleted: the preceding

Deleted: 175844299.1

Formatted: Normal

4. Do you find that Counterclaimants proved by a preponderance of evidence that Plaintiff's conduct caused any one of Cinco Corporation or its affiliates to breach the contract?

Yes ____ No ____

*If your answer to question 4 is NO, then skip to Section III(B).*

*If your answer to question 4 is YES, proceed to the next question.*

5. Do you find that Counterclaimants proved by a preponderance of evidence that Plaintiff's conduct was a substantial factor in causing harm to any one of the PCJV USA Parties?

Yes ____ No ____

*If your answer to question 5 is NO, then skip to Section III(B).*

*If your answer to question 5 is YES, proceed to question 6.*

Yes ____ No ____

6. What are the PCJV USA Parties' damages?

Past Economic Damages: $__________________

Future Economic Damages: $________________

TOTAL: $________________

*Proceed to question 7.*

**Deleted:** *<object><object><object><object>¶*

**Formatted:** Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

**Moved up [21]:** Yes ____ No ____¶ ¶

**Moved (insertion) [50]**

**Deleted:** Yes ____ No ____¶ ¶ *If your answer to the preceding question is NO, then skip to Section III(B). If your answer to the preceding question is YES, proceed to the next question.*¶ ¶ Do you find that SPAVI or Cinco proved that it is immunized from liability under the litigation privilege or the privilege to protect one's economic interests? ¶ ¶ Yes ____ No ____¶ ¶ *If your answer to the preceding question is YES, then skip to Section III(B). If your answer to the preceding question is NO, proceed to the next question.*

**Deleted:** SPAVI and Cinco proved that the Counterclaimants, or any of them:¶ (a) waived their right to claim they were damaged as a result of the alleged acts of SPAVI or Cinco?¶ Yes ____ No ____¶ ¶ (b) consented to the actions of SPAVI or Cinco?¶ Yes ____ No ____¶ ... [49]

**Deleted:** *If your answer to any of the preceding five questions (4)(a)-(e) is YES, then skip to Section III(B).* ¶

**Formatted:** Font: Italic

**Formatted:** Font: Italic

**Deleted:** *proceed*

**Deleted:** *the next question.*

**Formatted:** No underline

**Formatted:** Indent: Left: 0.25", First line: 0.5"

**Deleted:** ¶ ... [50]

**Deleted:** *8*

**Deleted:** *8*

**Deleted:** *9*

**Deleted:** caused by Cinco that were suffered by the Counterclaimant that is a party to the contract that was breached

**Formatted:** Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

**Formatted:** Space After: 0 pt, Line spacing: Exactly 24 pt

**Moved down [52]:** <#>Past Economic Damages: $________________ ¶

**Moved down [53]:** <#> TOTAL: $________________¶ ¶

**Deleted:** <#>What are the damages caused by SPAVI that were suffered by the Counterclaimant that is a party to ... [51]

**Deleted:** <#>¶

**Deleted:** <#>¶

**Deleted:** 175844299.1

**Formatted:** Normal

7. Do you find that Counterclaimants proved by a preponderance of evidence that Plaintiff engaged in the conduct with malice, oppression, or fraud?

Yes ____No ____

*If your answer to question 7 is NO, then skip to Section III(B).*

*If your answer to question 7 is YES, proceed to question 8.*

8. State the total amount of punitive damages to be assessed against Plaintiff:

$________________

*Proceed to Section III(B).*

**Deleted:** *<object><object><object><object>*¶

**Deleted:** the Counterclaimant that is a party to the contract that was breached

**Deleted:** with clear and convincing

**Formatted:** Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

**Formatted:** Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

**Formatted:** Line spacing: Exactly 24 pt

**Deleted:** 175844299.1

**Formatted:** Normal

## Section III: Liability & Damages

### B. Intentional Interference with Contractual Relations

1. Do you find that Counterclaimants proved by a preponderance of evidence that there was a contract between any one of the PCJV USA Parties and any one of Cinco Corporation and its affiliates, or PCJV USA Parties' franchisees, suppliers, or vendors?

Yes _____ No _____

*If your answer to question 1 is NO, then skip to Section III(C).*

*If your answer to question 1 is YES, proceed to question 2.*

2. Do you find that Counterclaimants proved by a preponderance of evidence that Plaintiff knew of the contract?

Yes _____ No _____

*If your answer to question 2 is NO, then skip to Section III(C).*

*If your answer to question 2 is YES, proceed to question 3.*

3. Do you find that Counterclaimants proved by a preponderance of evidence that Plaintiff's conduct prevented performance or made performance more expensive or difficult?

Yes _____ No _____

*If your answer to question 3 is NO, then skip to Section III(C).*

*If your answer to question 3 is YES, proceed to question 4.*

**Deleted:** <object><object><object><object>¶

**Formatted:** Font: Bold

**Formatted:** Normal, Centered, Indent: Left: 0", Space After: 0 pt, Line spacing: Exactly 24 pt

**Deleted:** Counterclaimants

**Deleted:** either

**Deleted:** a franchisee of

**Deleted:** a supplier of a Counterclaimant or a vendor of a Counterclaimant

**Deleted:** ¶

**Formatted:** Font: Italic

**Deleted:** *the preceding*

**Deleted:** *YES*

**Deleted:** *the preceding*

**Deleted:** *NO*

**Deleted:** *the next*

**Formatted:** Font: Italic

**Formatted:** Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

**Moved up [29]:** Yes ____ No ____¶
¶

**Formatted:** Font: Italic

**Deleted:** *the preceding*

**Deleted:** *YES*

**Deleted:** *the preceding*

**Deleted:** *NO*

**Deleted:** *the next*

**Formatted:** Font: Italic

**Formatted:** Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

**Moved up [30]:** Yes ____ No ____¶

**Deleted:** *the preceding*

**Deleted:** *the preceding*

**Deleted:** *the next*

**Formatted:** Font: Italic

**Formatted:** Normal, Indent: Left: 0", Space After: 0 pt, Line spacing: Exactly 24 pt

**Deleted:** <#>What was that contract?¶
¶
Identify: ________________________________________¶
¶
¶

**Deleted:** 175844299.1

**Formatted:** Normal

4. Do you find that Counterclaimants proved by a preponderance of evidence that Plaintiff intended to disrupt the performance of this contract or know that disruption of performance was certain or substantially certain to occur?

Yes ____No ____

*If your answer to question 4 is NO, then skip to Section III(C).*

*If your answer to question 4 is YES, proceed to question 5.*

5. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI's conduct was a substantial factor in causing harm to any one of the PCJV USA Parties?

Yes ____No ____

*If your answer to question 5 is NO, then skip to Section III(C).*

*If your answer to question 5 is YES, proceed to question 6.*

6. What are the PCJV USA Parties' damages?

Past Economic Damages: $___________________

Future Economic Damages: $_________________

TOTAL: $_________________

*Proceed to question 7.*

7. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI engaged in the conduct with malice, oppression, or fraud?

Yes ____No ____

**Deleted:** *<object><object><object><object>¶*

**Formatted:** Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

**Deleted:** *the preceding*

**Deleted:** *the preceding*

**Deleted:** *the next*

**Formatted:** Font: Italic

**Formatted:** Indent: Left: 0.19"

**Formatted:** Indent: Left: 0", First line: 0"

**Deleted:** SPAVI and Cinco

**Deleted:** that it is immunized from liability under the litigation privilege or the privilege to protect one's economic interests?

**Formatted:** Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

**Deleted:** ¶

**Formatted:** Font: Italic

**Deleted:** *the preceding*

**Deleted:** *YES*

**Formatted:** Indent: Left: 0.19"

**Deleted:** *the preceding*

**Deleted:** *NO*

**Deleted:** *the next*

**Formatted:** Font: Italic

**Formatted:** Normal, Indent: Left: 0"

**Moved (insertion) [52]**

**Moved (insertion) [53]**

**Deleted:** <#>Do you find that SPAVI and Cinco proved that the Counterclaimants, or any of them:¶
¶
(a) waived their right to claim they were damaged as a result of the actions of SPAVI?¶
Yes ____ No ____¶
¶
(b) consented to the actions of SPAVI?¶
Yes ____ No ____¶
¶
(c) are estopped from pursuing this claim against SPA ... [52]

**Moved up [37]:** Yes ____ No ____¶

**Moved down [54]:** Past Economic Damages:

**Deleted:** *any of the preceding five questions (19)(a)-(* ... [54]

**Deleted:** that SPAVI's conduct was a substantial fact ... [55]

**Deleted:** *If your answer to the preceding question is* ... [56]

**Deleted:** ¶

**Deleted:** Counterclaimants proved by a clear and convincing

**Formatted:** Font: Italic

**Formatted:** Font: Italic

**Formatted** ... [53]

**Deleted:** as to that Counterclaimant found to have be ... [57]

**Deleted:** 175844299.1

**Formatted:** Normal



Deleted: <object><object><object><object>¶

*If your answer to question 7 is NO, then skip to Section III(C).*

Deleted: 22

*If your answer to question 7 is YES, proceed to question 8.*

Deleted: 22

8. State the total amount of punitive damages to be assessed against SPAVI:

Formatted: Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

$________________

*Proceed to Section III(C).*

Deleted: 175844299.1

Formatted: Normal

160850.00001/154856947v.4 29

SECOND AMENDED PROPOSED VERDICT FORM CASE NO. 2:24-CV-04546-SB(AGRX)

Deleted: <object><object><object><object>¶

**Section III: Liability & Damages**

**C. Intentional Interference with Prospective Economic Relations**

1. Do you find that Counterclaimants proved by a preponderance of evidence that any one of the PCJV USA Parties and any one of its suppliers have an economic relationship that probably would have resulted in an economic benefit to any one of the PCJV USA Parties?

Formatted: Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

Deleted: Counterclaimants

Deleted: Counterclaimants

Yes ____ No ____

*If your answer to question 1 is NO, then skip to Section III(D).*

*If your answer to question 1 is YES, proceed to question 2.*

2. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI knew of the relationship?

Formatted: Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

Yes ____ No ____

Moved (insertion) [55]

Formatted: Indent: First line: 0.5"

*If your answer to question 2 is NO, then skip to Section III(D).*

*If your answer to question 2 is YES, proceed to question 3.*

Moved up [40]: Yes ____ No ____¶
¶

Deleted: *the preceding*

Deleted: *If your answer to the preceding question is YES, proceed to the next question.*

Moved (insertion) [56]

Deleted: ¶

3. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI engaged in conduct to interfere with that relationship?

Yes ____ No ____

Moved (insertion) [57]

*If your answer to question 3 is NO, then skip to Section III(D).*

*If your answer to question 3 is YES, proceed to question 4.*

Deleted: Yes ____ No ____¶
¶

Deleted: *the preceding*

Deleted: *the preceding*

Deleted: *the next*

Deleted: <#>What was that relationship:¶
¶
Identify: ________________________________________¶
¶

4. Do you find that Counterclaimants proved by a preponderance of evidence that by engaging in this conduct, SPAVI intended to disrupt the

Deleted: 175844299.1

Formatted: Normal

relationship or knew that disruption of the relationship was certain or substantially certain to occur?

Yes ____No ____

*If your answer to question 4 is NO, then skip to Section III(D).*

*If your answer to question 4 is YES, proceed to question 5.*

5. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI engaged in wrongful conduct in interfering with the PCJV USA Parties' relationships?

Yes ____No ____

*If your answer to question 5 is NO, then skip to Section III(D).*

*If your answer to question 5 is YES, proceed to question 6.*

6. Do you find that Counterclaimants proved by a preponderance of evidence that the relationship was disrupted?

Yes ____No ____

*If your answer to question 6 is NO, then skip to Section III(D).*

*If your answer to question 6 is YES, proceed to question 7.*

7. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI's conduct was a substantial factor in causing harm to any one of the PCJV USA Parties?

Yes ____No ____

*If your answer to question 7 is NO, then skip to Section III(D).*

*If your answer to question 7 is YES, proceed to question 8.*

**Deleted:** *<object><object><object><object>¶*

**Deleted:** *the preceding*

**Deleted:** *the preceding*

**Deleted:** *the next*

**Formatted:** Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

**Deleted:** Counterclaimant's relationship

**Moved up [44]:** Yes ____ No ____¶ ¶

**Formatted:** Font: Not Italic

**Deleted:** *the preceding*

**Deleted:** *the preceding*

**Deleted:** *the next*

**Formatted:** Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

**Formatted:** Line spacing: Exactly 24 pt

**Moved up [58]:** Yes ____ No ____¶ ¶

**Deleted:** *the preceding*

**Deleted:** *the preceding*

**Deleted:** *the next*

**Formatted:** Font: Not Italic

**Formatted:** Indent: Left: 0", First line: 0", Line spacing: Exactly 24 pt

**Moved up [32]:** ¶ Do you find that

**Deleted:** SPAVI proved that it is immunized from liability under the litigation privilege or the privilege to protect one's economic interests?¶ ¶ Yes ____ No ____¶

**Deleted:** *the preceding question is YES, then skip to Section III(D). If your answer to the preceding question is NO, proceed to the next question.*¶ ¶

**Deleted:** SPAVI proved that the

**Deleted:** , or any of them:¶ (a) waived their right to claim they were damaged as a result of the actions

**Formatted:** Font: Italic

**Moved up [48]:** Yes ____ No ____¶ ¶

**Deleted:** SPAVI?¶ Yes ____ No ____¶ ¶ (b) consented to the actions of SPAVI?¶ Yes ____ No ____¶ ... [58]

**Deleted:** *If your answer to any of the preceding five* ... [59]

**Deleted:** Counterclaimants proved

**Formatted:** Font: Italic

**Formatted:** Font: Italic

**Deleted:** 175844299.1

**Formatted:** Normal

Deleted: <object><object><object><object>¶

8. What are the PCJV USA Parties' damages?

Past Economic Damages: $__________________

Moved (insertion) [54]

Future Economic Damages: $________________

TOTAL: $________________

*Proceed to question 8.*

9. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI engaged in the conduct with malice, oppression, or fraud?

Yes ____ No ____

Moved (insertion) [59]

*Proceed to question 10.*

10. State the total amount of punitive damages to be assessed against SPAVI:

$____________________

*Proceed to Section III(D).*

Deleted: 175844299.1

Formatted: Normal

Deleted: <object><object><object><object>¶

## Section III: Liability & Damages

Moved (insertion) [60]

### D. Negligent Interference with Prospective Economic Relations

1. Do you find that Counterclaimants proved by a preponderance of evidence that any one of the PCJV USA Parties and any one of its suppliers have an economic relationship that probably would have resulted in an economic benefit to any one of the PCJV USA Parties?

Deleted: ¶ ¶ Please specify which of the PCJV USA Parties was injured if you answered Yes:____¶ ¶

Yes ____ No ____

*If your answer to question 1 is NO, then skip to Section III(E).*

*If your answer to question 1 is YES, proceed to question 2.*

2. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI knew or should it have known of the relationship?

Yes ____ No ____

*If your answer to question 2 is NO, then skip to Section III(E).*

*If your answer to question 2 is YES, proceed to question 3.*

Deleted: 32

Deleted: D).

Deleted: 32

Deleted: the next

3. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI knew or should it have known that this relationship would be disrupted if it failed to act with reasonable care?

Yes ____ No ____

*If your answer to question 3 is NO, then skip to Section III(E).*

*If your answer to question 3 is YES, proceed to question 4.*

4. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI failed to act with reasonable care?

Deleted: 175844299.1

Formatted: Normal

Yes ____ No ____

*If your answer to question 4 is NO, then skip to Section III(E).*

*If your answer to question 4 is YES, proceed to question 5.*

5. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI engaged in wrongful conduct in interfering with the PCJV USA Parties' relationships?

Yes ____ No ____

*If your answer to question 5 is NO, then skip to Section III(E).*

*If your answer to question 5 is YES, proceed to question 6.*

6. Do you find that Counterclaimants proved by a preponderance of evidence that the relationship disrupted?

Yes ____ No ____

*If your answer to question 6 is NO, then skip to Section III(E).*

*If your answer to question 6 is YES, proceed to question 7.*

7. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI's wrongful conduct was a substantial factor in causing harm to the PCJV USA Parties?

Yes ____ No ____

*If your answer to question 7 is NO, then skip to Section III(E).*

*If your answer to question 7 is YES, proceed to question 8.*

Deleted: <object><object><object><object>¶

Moved (insertion) [61]

Moved (insertion) [62]

Formatted: Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

Deleted: Counterclaimant identified in response to Question No. 32…

Deleted: ¶ ... [60]

Deleted: 175844299.1

Formatted: Normal

Deleted: <object><object><object><object>¶

8. What are the PCJV USA Parties' damages?

Past Economic Damages: $__________________

Future Economic Damages: $________________

TOTAL: $________________

*Proceed to question 9.*

Deleted: *8*

Formatted: Font: Not Italic

9. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI engaged in the conduct with malice, oppression, or fraud?

Deleted: clear and convincing

Formatted: Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

Deleted: respect to the damaged Counterclaimant with

Yes _____ No _____

Moved up [59]: Yes ____ No ____¶
¶

Deleted: *Proceed*

*If your answer to question 9 is NO, then skip to Section III(E).*

Deleted: *38.*

Formatted: Indent: First line: 0.5"

*If your answer to question 9 is YES, proceed to question 10.*

Deleted: ¶

10. State the total amount of punitive damages to be assessed against SPAVI:

Formatted: Normal, Indent: Left: 0.44", Hanging: 0.31", No bullets or numbering

$________________

*Proceed to Section III(E).*

Deleted: *D*

Formatted: Font: Not Bold

Deleted: 175844299.1

Formatted: Normal

## Section III: Liability & Damages

## E. Aiding and Abetting Torts

1. Do you find that Counterclaimants proved by a preponderance of evidence that any one of Cinco Corporation and its affiliates breach fiduciary duties or other duties owed to the PCJV USA Parties or otherwise defraud the PCJV USA Parties?

Yes ____ No ____

*If your answer to question 1 is NO, then skip to Section III(F).*

*If your answer to question 1 is YES, proceed to question 2.*

2. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI gave substantial assistance or encouragement to any one of Cinco and its affiliates?

Yes ____ No ____

*If your answer to question 2 is NO, then skip to Section III(F).*

*If your answer to question 2 is YES, proceed to question 3.*

3. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI's conduct was a substantial factor in causing harm to any one of the PCJV USA Parties?

Yes ____ No ____

*If your answer to question 3 is NO, then skip to Section III(F).*

*If your answer to question 3 is YES, proceed to question 4.*

**Deleted:** *<object><object><object><object>¶*

**Deleted:** ¶

**Formatted:** Indent: Left: 0.25", First line: 0.5"

**Deleted:** *If your answer to question 39 is NO, then skip to Section III(E). ...*

**Deleted:** *39*

**Formatted:** Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

**Deleted:** knew or should it have known of the relationship

**Deleted:** *40*

**Deleted:** *E*

**Deleted:** *41*

**Deleted:** that SPAVI knew or should it have known that this relationship would be disrupted if it failed to act with reasonable care…

**Formatted:** Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

**Formatted:** Font: Not Italic

**Formatted:** Indent: First line: 0.25"

**Moved up [36]:** ¶ Do you find that Counterclaimants

**Moved up [61]:** Yes ____ No ____¶ ¶

**Deleted:** *41 is NO, then skip to Section III(E).* ¶ *If your answer to question 41 is YES, proceed to question 4.*¶

**Deleted:** Counterclaimants proved that SPAVI failed to act with reasonable care?¶

**Deleted:** *If your answer to question 42*

**Deleted:** *E).*

**Deleted:** *42*

**Deleted:** *43*

**Moved up [39]:** <#>¶ ¶ Do you find that Counterclaimants

**Moved up [62]:** <#>Yes ____ No ____¶ ¶

**Deleted:** <#>Do you find that Counterclaimants proved that SPAVI engaged in wrongful conduct in interfering with the relationship?¶ Yes ____ No ____¶

**Deleted:** <#>*43 is NO, then skip to Section III(E).* ¶ *If your answer to question 43 is YES, proceed to question 44.*

**Deleted:** <#>Counterclaimants proved that the relationship disrupted?¶

**Deleted:** <#>*If your answer to question 44 is NO, then skip to Section III(E).* ¶ *If your answer to question 44 is YES, proceed to question 45.*

**Formatted:** Font: Italic

**Deleted:** 175844299.1

**Formatted:** Normal

4. What are the PCJV USA Parties' damages?

Past Economic Damages: $__________________

Future Economic Damages: $________________

TOTAL: $________________

*Proceed to question 5.*

5. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI engaged in the conduct with malice, oppression, or fraud?

Yes _____ No _____

*If your answer to question 3 is NO, then skip to Section III(F).*

*If your answer to question 3 is YES, proceed to question 6.*

6. State the total amount of punitive damages to be assessed against SPAVI:

$________________

*Proceed to Section III(F)*

Deleted: <object><object><object><object>¶

Specify injured Counterclaimant and for each, identify:¶

Formatted: Font: Not Italic

Formatted: Font: Bold

Formatted: Font: Not Italic

Formatted: Font: Italic

Deleted: Specify injured Counterclaimant and for each, identify:¶

Deleted: ¶

Deleted: clear and convincing

Formatted: Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

Moved (insertion) [64]

Formatted: Indent: First line: 0"

Deleted: Yes ____ No ____¶
¶

Deleted: 50

Deleted: E

Deleted: 50

Deleted: 51

Formatted: Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

Deleted: E).

Deleted: 175844299.1

Formatted: Normal

## Section III: Liability & Damages

### F. Breach of Fiduciary Duty

1. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI or Cinco Corporation owed any one of the PCJV parties a fiduciary duty?

As to SPAVI: ____________ YES ____________NO

As to Cinco Corporation: ____________ YES ____________NO

*If your answer to question 1 is NO, then skip to Section III(G).*

*If your answer to question 1 is YES, proceed to question 2.*

2. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI or Cinco Corporation breached a fiduciary duty?

As to SPAVI: ____________ YES ____________ NO

As to Cinco Corporation: ____________ YES ____________ NO

*If your answer to question 2 is NO, then skip to Section III(G).*

*If your answer to question 2 is YES, proceed to question 3.*

3. Do you find that Counterclaimants proved by a preponderance of evidence that the breach of fiduciary duty by SPAVI or Cinco Corporation was a substantial factor in causing harm to the PCJV USA Parties?

As to SPAVI: ____________ YES ____________ NO

As to Cinco Corporation: ____________ YES ____________ NO

*If your answer to question 3 is NO, then skip to Section III(G).*

*If your answer to question 3 is YES, proceed to question 4.*

**Deleted:** *<object><object><object><object>¶*

**Deleted:** ¶

**Formatted:** Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

**Deleted:** Counterclaimants

**Deleted:** ¶

**Deleted:** the

**Deleted:** to whom Cinco or SPAVI owed fiduciary duties

**Formatted:** Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

**Deleted:** *53*

**Deleted:** *53*

**Deleted:** *the next*

**Formatted:** Font: Not Italic

**Moved up [43]:** ¶
*If your answer to*

**Deleted:** SPAVI or Cinco proved that it is immunized from liability under the litigation privilege or the privilege to protect one's economic interests? ¶
¶
Yes ____ No ____¶

**Deleted:** *the previous question is YES, then skip to Section III(B).*

**Deleted:** *the previous question is NO, proceed to the next question.*¶
¶
Do you find that SPAVI and Cinco proved that the

**Deleted:** , or any

**Formatted:** Font: Italic

**Formatted:** Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

**Deleted:** them:¶
(a) waived their right to claim they were damaged as a result of the alleged acts of SPAVI or Cinco?¶
Yes ____ No ____¶
¶
(b) consented to the actions of SPAVI or Cinco?¶
Yes ____ No ____¶
¶
(c) are estopped from pursuing this claim against SPAVI or Cinco?¶
Yes ____ No ____¶
¶
(d) have unclean hands and thus cannot recover against SPAVI or Cinco?¶
Yes ____ No ____¶
¶
Or (e) waited too long to pursue this claim under the d ... [61]

**Deleted:** that Counterclaimant

**Formatted** ... [62]

**Deleted:** <#>Identify the Counterclaimants that S ... [63]

**Deleted:** <#>Identify the Counterclaimants that C ... [64]

**Deleted:** *questions 56(a) and (c)*

**Deleted:** *56*

**Deleted:** 175844299.1

**Formatted:** Normal

Deleted: <object><object><object><object>¶

4. What are the PCJV USA Parties' damages?

Deleted: suffered by each Counterclaimant

Formatted: Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

Past Economic Damages: $__________________

Deleted: Specify injured Counterclaimant and for each, identify:¶

Future Economic Damages: $________________

TOTAL: $________________

Deleted: ¶ ... [65]

*Proceed to question 5.*

5. Did SPAVI or Cinco Corporation engage in the conduct with malice, oppression, or fraud?

Formatted: Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

As to SPAVI: ____________ YES ____________ NO

As to Cinco Corporation: ____________ YES ____________ NO

*If your answer to question 5 is NO, then skip to Section III(G).*

*If your answer to question 5 is YES, proceed to question 6.*

6. State the total amount of punitive damages to be assessed:

Formatted: Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

Against SPAVI $_______________

Against Cinco Corporation $_______________

*Proceed to Section III(G)*

Deleted: 175844299.1

Formatted: Normal

**Section III: Liability & Damages**

**G. Breach of Contract**

1. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI or Cinco Corporation entered into a contract with any one of the PCJV USA Parties?

As to SPAVI: ____________ YES ____________NO

As to Cinco Corporation: ____________ YES ____________ NO

*If your answer to question 1 is NO, then skip to Section III(H).*

*If your answer to question 1 is YES, proceed to question 2.*

2. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI or Cinco Corporation did something that the contact prohibited or failed to do something that the contract required?

As to SPAVI: ____________ YES ____________ NO

As to Cinco Corporation: ____________ YES ____________ NO

*If your answer to question 2 is NO, then skip to Section III(H).*

*If your answer to question 2 is YES, proceed to question 3.*

3. Do you find that Counterclaimants proved by a preponderance of evidence that any one of the PCJV USA Parties was harmed by SPAVI's or Cinco Corporation's breach of contract?

As to SPAVI: ____________ YES ____________ NO

As to Cinco Corporation: _________________ YES ____________ NO

*If your answer to question 3 is NO, then skip to Section III(H).*

*If your answer to question 3 is YES, proceed to question 4.*

**Deleted:** *<object><object><object><object>*¶

**Formatted:** Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

**Deleted:** Counterclaimants

**Deleted:** <#>Please identify that contract:¶ ¶ Cinco: _______________¶ ¶ SPAVI: _______________¶ ¶

**Moved up [45]:** ¶ *If your answer to*

**Moved up [20]:** ¶ ¶ Do you find that

**Deleted:** As to SPAVI: ___________ YES ___________ NO¶ As to Cinco Corporation: ___________ YES ___________ NO¶

**Deleted:** *62 is NO, then skip to Section III(H).* ¶ *If your answer to question 62 is YES, proceed to question 63.*¶ ¶ Do you find that Counterclaimants proved that Counterclaimants performed all obligations and duties, and otherwise complied with the contract or were otherwise excused from doing so? ¶ As to SPAVI: ___________ YES ___________ NO¶ As to Cinco Corporation: ___________ YES ___________ NO¶ ¶ *If your answer to question 63 is NO, then skip to Section III(H).*

**Deleted:** *question 63 is YES, proceed to question 64.*

**Deleted:** Counterclaimants proved that any one of the Counterclaimant that is party to the contract was harmed by SPAVI's or Cinco Corporation's breach of contract? ¶

**Formatted:** Font: Italic

**Deleted:** *64*

**Deleted:** *64*

**Deleted:** *65*

**Deleted:** the actions

**Formatted:** Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

**Deleted:** or SPAVI towards the Counterclaimant that is a party to the…

**Deleted:** , were a substantial factor in causing harm to that Counterclaimant?

**Deleted:** *the previous*

**Deleted:** *G*

**Deleted:** *the previous*

**Deleted:** *the next*

**Deleted:** 175844299.1

**Formatted:** Normal

Deleted: <object><object><object><object>¶

4. What are the PCJV USA Parties' damages?

Deleted: for each Counterclaimant

Formatted: Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

Past Economic Damages: $__________________

Deleted: Specify injured Counterclaimant and for each, identify:¶

Future Economic Damages: $________________

_ TOTAL: $________________

Deleted: ¶ ... [66]

*Proceed to Section III(H).*

Deleted: 175844299.1

Formatted: Normal

160850.00001/154856947v.4 41

SECOND AMENDED PROPOSED VERDICT FORM CASE NO. 2:24-CV-04546-SB(AGRX)

## Section III: Liability & Damages

### H. Breach of the Implied Covenant of Good Faith and Fair Dealing

1. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI or Cinco Corporation entered into a contract with any one of the PCJV USA Parties?

As to SPAVI: ____________ YES ____________NO

As to Cinco Corporation: ____________ YES ____________ NO

*If your answer to question 1 is NO, then skip to Section III(I).*

*If your answer to question 1 is YES, proceed to question 2.*

2. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI or Cinco Corporation prevented any one of the PCJV USA Parties from receiving the benefits under the contract?

As to SPAVI: ____________ YES ____________ NO

As to Cinco Corporation: ____________ YES ____________ NO

*If your answer to question 2 is NO, then skip to Section III(I).*

*If your answer to question 2 is YES, proceed to question 3.*

3. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI or Cinco Corporation failed to act fairly and in good faith?

As to SPAVI: ____________ YES ____________ NO

As to Cinco Corporation: ____________ YES ____________ NO

*If your answer to question 3 is NO, then skip to Section III(I).*

*If your answer to question 3 is YES, proceed to question 4.*

Deleted: <object><object><object><object>¶
Formatted: Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering
Deleted: Counterclaimants
Deleted: the preceding
Deleted: the preceding
Deleted: the next
Deleted: ¶ ... [67]
Formatted: Font: Not Italic
Formatted: Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering
Deleted: and
Deleted: proved that it is immunized from liability under the litigation privilege or the privilege
Deleted: protect one's economic interests?
Deleted: ¶ ... [68]
Formatted: Font: Not Italic
Deleted: YUES
Deleted: the preceding
Deleted: NO
Deleted: the next
Deleted: 175844299.1
Formatted: Normal

4. Do you find that Counterclaimants proved by a preponderance of evidence that any one of the PCJV USA Parties was harmed by SPAVI's or Cinco Corporation's conduct?

As to SPAVI: ____________ YES ____________ NO

As to Cinco Corporation: ______________ YES ____________ NO

*If your answer to question 4 is NO, then skip to Section III(I).*

*If your answer to question 4 is YES, proceed to question 5.*

5. What are the PCJV USA Parties' damages?

Past Economic Damages: $___________________

Future Economic Damages: $_________________

TOTAL: $_________________

*Proceed to question 6.*

6. Do you find that Counterclaimants proved by a preponderance of evidence that SPAVI or Cinco Corporation engaged in the conduct with malice, oppression, or fraud?

As to SPAVI: ____________ YES ____________ NO

As to Cinco Corporation: ____________ YES ____________ NO

*If your answer to question 6 is NO, then skip to Section III(I).*

*If your answer to question 6 is YES, proceed to question 7.*

7. State the total amount of punitive damages to be assessed:

Against SPAVI $________________

Against Cinco Corporation $________________

*Proceed to Section III(I)*

**Deleted:** *<object><object><object><object>*¶

**Moved up [22]:** ¶ Do you find that

**Moved up [47]:** ¶ *If your answer*

**Deleted:** SPAVI or Cinco proved that the Counterclai ... [70]

**Deleted:** *to each of the questiona 71(a)-(e) is NO, pro* ... [71]

**Formatted** ... [69]

**Deleted:** Counterclaimants

**Deleted:**

**Formatted** ... [72]

**Deleted:** *the preceding*

**Deleted:** *the preceding*

**Deleted:** *the next*

**Formatted** ... [73]

**Deleted:** ¶ ... [74]

For each damaged Counterclaimant, specify:¶

**Deleted:** For each damaged Counterclaimant, specify:¶

**Deleted:** ¶

**Formatted:** Font: Not Bold

**Deleted:** that

**Formatted** ... [75]

**Moved up [55]:** Yes ____ No ____¶

**Moved up [56]:** *If your answer to question 2 is YES,*

**Moved up [64]:** Yes ____ No ____¶

**Deleted:** breached fiduciary duties or duties of care ( ... [76]

**Deleted:** *If your answer to question 2 is NO, then sk* ... [77]

**Deleted:** Do you find that Counterclaimants proved ... [78]

**Deleted:** *If your answer to question 3 is NO, then sk* ... [79]

**Moved up [57]:** Yes ____ No ____¶

**Deleted:** *If your answer*

**Formatted:** Font: Not Italic

**Deleted:** *3*

**Deleted:** *F*

**Formatted:** Indent: Left: 0", First line: 0"

**Deleted:** *3*

**Deleted:** *6*

**Deleted:** against

**Deleted:** :

**Formatted** ... [80]

**Deleted:** $______________ ¶ ... [81]

**Deleted:** *F*

**Formatted:** Font: Bold

**Formatted:** Centered, Line spacing: Exactly 12 pt

**Deleted:** 175844299.1

**Formatted:** Normal

Deleted: <object><object><object><object>¶

## Section III: Liability & Damages

Deleted: ¶

Page Break

### I. Qauntum Meruit

Deleted: Quantum

1. Do you find that Counterclaimants proved by a preponderance of evidence that the SPAVI Parties or Cinco Corporation requested, by words or conduct, that any of the PCJV USA Parties perform services for the benefit of SPAVI?

Deleted: Counterclaimants

Yes ____ No ____

*If your answer to question 1 is NO, then skip to Final Page of the Jury Verdict Form.*

*If your answer to question 1 is YES, proceed to question 2.*

2. Do you find that Counterclaimants proved by a preponderance of evidence that they performed the services as requested?

Yes ____ No ____

*If your answer to question 1 is NO, then skip to Final Page of the Jury Verdict Form.*

*If your answer to question 1 is YES, proceed to question 3.*

3. Do you find that Counterclaimants proved by a preponderance of the evidence that SPAVI Parties or Cinco Corporation did not provide value to Plaintiff for the services performed?

Yes ____ No ____

*If your answer to question 1 is NO, then skip to Final Page of the Jury Verdict Form.*

*If your answer to question 1 is YES, proceed to question 4.*

4. Should the SPAVI Parties or Cinco Corporation have to pay the PCJV USA Parties for the value the PCJV USA Parties created, developed, or added to the Potato Corner Intellectual Property?

Deleted: 175844299.1

Formatted: Normal

Deleted: <object><object><object><object>¶

As to SPAVI Parties: ____________ YES ____________ NO

As to Cinco Corporation: ____________ YES ____________ NO

*If your answer to question 4 is NO, then skip to Final Page of the Jury Verdict Form.*

*If your answer to question 4 is YES, proceed to question 5.*

5. What is the reasonable value that the SPAVI Parties or Cinco Corporation should have to pay to the PCJV USA Parties for the value the PCJV USA Parties created, developed, or added to the Potato Corner Intellectual Property?

Against SPAVI parties: $____________

Against Cinco Corporation: $__________________

*Proceed to Final Page of the Jury Verdict Form.*

Deleted: 175844299.1

Formatted: Normal

Deleted: <object><object><object><object>¶

**FINAL PAGE OF THE JURY VERDICT FORM**

The Jury Foreperson should sign and date the Verdict Form below and return it to the Court.

Signed this day of , ____________2025.

___________________________________ Signature of the Jury Foreperson

Formatted: Font: Not Bold, No underline, Not All caps

Formatted: Line spacing: Exactly 24 pt

Formatted: Font: Not Bold, No underline

Formatted: No underline, All caps, Kern at 14 pt

Deleted: 175844299.1

Formatted: Normal

Deleted: <object><object><object><object>¶

Formatted: No underline

Formatted: Font: Bold

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on August 18, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2025

**FOX ROTHSCHILD LLP**

*/s/ Michael D. Murphy*
Michael D. Murphy
Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third-Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

Deleted: 175844299.1

Formatted: Normal

| Page 1: [1] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

Normal

| Page 5: [2] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

Indent: Left: 0.25", First line: 0", Right: 0.3"

| Page 5: [3] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

List Paragraph,# para single space, Left

| Page 5: [4] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 5: [5] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Indent at: 0.75"

| Page 5: [6] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 5: [7] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

No underline

| Page 5: [8] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

1)

| Page 5: [9] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 5: [10] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

No underline

| Page 5: [11] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

Font: Italic

| Page 5: [12] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

Indent: Left: 0.75", First line: 0", Space Before: 0 pt, After: 0 pt, Line spacing: Exactly 12 pt

| Page 5: [13] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

Font: Italic

| Page 5: [14] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

2)

| Page 5: [15] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

Tab stops: 1.19", Left + 1.88", Left

| Page 5: [16] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 5: [17] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 5: [18] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

Font: Italic

| Page 5: [19] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 6: [20] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 6: [21] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 6: [22] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

List Paragraph,# para single space, Indent: Left:  0.75", First line:  0", Line spacing:  single

| Page 6: [23] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

List Paragraph,# para single space, Indent: Left:  0.75", Line spacing:  single

| Page 6: [24] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0.5" + Indent at:  0.75"

| Page 7: [25] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 7: [26] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 9: [27] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 11: [28] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 11: [29] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 15: [30] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 16: [31] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 16: [32] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 20: [33] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 20: [34] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 20: [35] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 22: [36] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 22: [37] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 22: [38] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 22: [39] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 22: [40] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 22: [41] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

3)

| Page 23: [42] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 23: [43] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 23: [44] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 23: [45] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 23: [46] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 23: [47] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 23: [48] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 25: [49] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 25: [50] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

**Page 25: [51] Deleted** **Author** **8/23/2025 2:31:00 PM**

**Page 28: [52] Deleted** **Author** **8/23/2025 2:31:00 PM**

**Page 28: [53] Formatted** **Author** **8/23/2025 2:31:00 PM**

Normal, Indent: Left: 0.5", Hanging: 0.25", No bullets or numbering

**Page 28: [54] Deleted** **Author** **8/23/2025 2:31:00 PM**

**Page 28: [55] Deleted** **Author** **8/23/2025 2:31:00 PM**

**Page 28: [56] Deleted** **Author** **8/23/2025 2:31:00 PM**

**Page 28: [57] Deleted** **Author** **8/23/2025 2:31:00 PM**

**Page 31: [58] Deleted** **Author** **8/23/2025 2:31:00 PM**

**Page 31: [59] Deleted** **Author** **8/23/2025 2:31:00 PM**

**Page 34: [60] Deleted** **Author** **8/23/2025 2:31:00 PM**

**Page 38: [61] Deleted** **Author** **8/23/2025 2:31:00 PM**

**Page 38: [62] Formatted** **Author** **8/23/2025 2:31:00 PM**

Normal, Space After: 0 pt, Line spacing: Exactly 24 pt, No bullets or numbering

**Page 38: [63] Deleted** **Author** **8/23/2025 2:31:00 PM**

**Page 38: [64] Deleted** **Author** **8/23/2025 2:31:00 PM**

**Page 39: [65] Deleted** **Author** **8/23/2025 2:31:00 PM**

**Page 41: [66] Deleted** **Author** **8/23/2025 2:31:00 PM**

**Page 42: [67] Deleted** **Author** **8/23/2025 2:31:00 PM**

**Page 42: [68] Deleted** **Author** **8/23/2025 2:31:00 PM**

| Page 43: [69] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

Normal, Indent: Left:  0.5", Hanging:  0.25",  No bullets or numbering

| Page 43: [70] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 43: [71] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 43: [72] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

Tab stops: Not at  0.5" +  1" +  1.5" +  2" +  2.5" +  3" +  3.5" +  4" +  4.5" +  5" + 5.5" +  5.83"

| Page 43: [73] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

Tab stops: Not at  0.5" +  1" +  1.5" +  2" +  2.5" +  3" +  3.5" +  4" +  4.5" +  5" + 5.5" +  5.83"

| Page 43: [74] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 43: [75] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

Normal, Indent: Left:  0.5", Hanging:  0.25",  No bullets or numbering

| Page 43: [76] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 43: [77] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 43: [78] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 43: [79] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

| Page 43: [80] Formatted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|

Normal, Space After:  0 pt, Line spacing:  Exactly 24 pt,  No bullets or numbering

| Page 43: [81] Deleted | Author | 8/23/2025 2:31:00 PM |
|---|---|---|