EXHIBIT B

1  MICHAEL D. MURPHY (SBN 224678)
   mdmurphy@foxrothschild.com
2  MATTHEW FOLLETT (SBN 325481)
   mfollett@foxrothschild.com
3  Fox ROTHSCHILD LLP
   Constellation Place
4  10250 Constellation Boulevard, Suite 900
   Los Angeles, California 90067
5  Telephone:  310.598.4150
   Facsimile:   310.556.9828
6
   Attorneys for Plaintiff and Counterclaim
7  Defendant SHAKEY'S PIZZA ASIA
   VENTURES, INC. and Third Party Defendants
8  CINCO CORPORATION, PC
   INTERNATIONAL PTE LTD., and SPAVI
9  INTERNATIONAL USA, INC.

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

13  SHAKEY'S PIZZA ASIA VENTURES,        Case No. 2:24-CV-04546-SB(AGRx)
    INC, a Philippines corporation,
14                                        *The Hon. Stanley Blumenfeld, Jr.*
                    Plaintiff,
15                                        **SPAVI'S AND PCJV USA
            v.                            PARTIES' SECOND AMENDED
16                                        SEPARATE PROPOSED
    PCJV USA, LLC, a Delaware limited     VERDICT FORMS**
17  liability company; PCI TRADING,
    LLC, a Delaware limited liability
18  company; GUY KOREN, an individual;    Complaint Filed:  May 31, 2024
    POTATO CORNER LA GROUP, LLC,          Trial Date:       August 18, 2025
19  a California limited liability company;
    NKM CAPITAL GROUP, LLC, a
20  California limited liability company;
    J & K AMERICANA, LLC, a California
21  limited liability company; J&K
    LAKEWOOD, LLC, a California
22  limited liability company; J&K
    VALLEY FAIR, LLC, a California
23  limited liability company; J & K
    ONTARIO, LLC, a California limited
24  liability company; HLK MILPITAS,
    LLC, a California, limited liability
25  company; GK CERRITOS, LLC, a
    California, limited liability company;
26  J&K PC TRUCKS, LLC, a California
    limited liability company; and, GK
27  CAPITAL GROUP, LLC, a California
    limited liability company and DOES 1
28

                                    1

1    through 100, inclusive,

2                              Defendants.

3
      PCJV USA, LLC, a Delaware limited
4     liability company; PCI TRADING LLC,
      a Delaware limited liability company;
5     POTATO CORNER LA GROUP LLC,
      a California limited liability company;
6     GK CAPITAL GROUP, LLC, a
      California limited liability company;
7     NKM CAPITAL GROUP LLC, a
      California limited liability company; and
8     GUY KOREN, an individual,

9                              Counter-Claimants,

10           v.

11    SHAKEY'S PIZZA ASIA VENTURES,
      INC, a Philippines corporation,
12
                              Counter Defendant.
13

14    PCJV USA, LLC, a Delaware limited
      liability company; PCI TRADING LLC,
15    a Delaware limited liability company;
      POTATO CORNER LA GROUP LLC,
16    a California limited liability company;
      GK CAPITAL GROUP, LLC, a
17    California limited liability company;
      NKM CAPITAL GROUP LLC, a
18    California limited liability company; and
      GUY KOREN, an individual,
19
                              Third Party Plaintiffs,
20

21           v.

22    PC INTERNATIONAL PTE LTD., a
      Singapore business entity; SPAVI
23    INTERNATIONAL USA, INC., a
      California corporation; CINCO
24    CORPORATION, a Philippines
      corporation; and DOES 1 through 10,
25    inclusive,

26                             Third Party Defendants.

27

28

                                        2

1       The Parties hereby submit their respective special verdict forms.

2

3   Dated: August 20, 2025          **FOX ROTHSCHILD LLP**

4

5

6                         _/s/ Michael D. Murphy_

7                         Michael D. Murphy
Attorneys for Plaintiff and Counterclaim

8                         Defendant SHAKEY'S PIZZA ASIA
VENTURES, INC. and Third Party

9                         Defendants CINCO CORPORATION,
PC INTERNATIONAL PTE LTD., and

10                       SPAVI INTERNATIONAL USA, INC.

11  Dated: August 20, 2025          **BLANK ROME LLP**

12

13

14                         _/s/ Arash Beral_

15                         Arash Beral
Todd M. Malynn

16                         Blank Rome LLP
Attorneys for Defendants,

17                         Counterclaimants, and Third-Party
Plaintiffs.

18

19

20

21

22

23

24

25

26

27

28

SECOND AMENDED PROPOSED VERDICT FORM         CASE NO. 2:24-CV-04546-SB(AGRX)
175844299.1

**PROPOSED VERDICT FORM**

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. **Your answer to each question must be unanimous.** Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

(1)    **"SPAVI" (or "Plaintiff")** refers to Shakey's Pizza Asia Ventures, Inc.

(2)    **"Cinco"** refers to Cinco Corporation;

(3)    **"SPAVI Interantional"** refers to SPAVI International USA, Inc.;

(4)    **"PC International"** refers to PC International PTE Ltd.; and

(5)    **"PCJV USA Parties" (or "Defendants")** refers to PCJV USA, LLC, PCI Trading LLC, Potato Corner LA Group, LLC, GK Capital Group, LLC, NKM Capital Group, LLC, Guy Koren, J & K Americana, LLC, J&K Lakewood, LLC, J&K Oakridge, LLC, J&K Valley Fair, LLC, J & K Ontario, LLC, J&K PC Trucks, LLC, HLK Milpitas, LLC, and GK Cerritos, LLC.

Please note that several parties in this lawsuit are both bringing claims and defending against claims. SPAVI, also referred to as "Plaintiff," is the original plaintiff in this action. The PCJV USA Parties, also referred to as "Defendants," are the original defendants. Some of the PCJV USA Parties are also "Counterclaimants" asserting claims against the SPAVI Parties.

Each claim or afirmative defense must be proven by a prepornderane of the evidnee, unless a different standard is required. In such cases, that different standard will nbe itenditied herein

**IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM. READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.**

> **Formatted:** Font: Not Bold

4

**Plaintiff's Claims**

**Section I.     Liability**

**a.  Federal Trademark Infringement**

1)  On Plaintiff's claim for federal trademark infringement, do you find that Plaintiff owned any of the following Marks:

The Logo Mark: _____ Yes _____ No

The Word Mark: _____ Yes _____ No

The Slogan Mark: _____ Yes _____ No

*If any answer to question 1 as to any of the Marks is* <u>*YES*</u>*, proceed to the next question, if the answer to all three Marks is NO, you are done with Section 1, please proceed to Section I(b) (question 5).*

2)  On Plaintiff's claim for federal trademark infringement, do you find that any of the following Marks are valid:

The Logo Mark: _____ Yes _____ No

The Word Mark: _____ Yes _____ No

The Slogan Mark: _____ Yes _____ No

*If any answer to question 2 as to any of the Marks is* <u>*YES*</u>*, proceed to the next question, if the answer to all three Marks is NO, you are done with Section 1, please proceed to Section I(b) (question 5).*

3)  Did Defendants prove by clear and convincing evidence that Cinco's assignment of the any of the following Marks to Plaintiff was abandoned due to an assignment in gross?

The Logo Mark: _____ Yes _____ No

The Word Mark: _____ Yes _____ No

The Slogan Mark: _____ Yes _____ No
*If any answer to question 3 as to any of the Marks is* <u>*NO*</u>*, proceed to the next question, if the answer to all three Marks is YES, you are done with Section 1, please proceed to Section I(b) (question 5).*

5

Deleted: ----------------------Page Break----------------------
¶

4) Did Defendants prove by clear and convincing evidence that the Marks were abandoned by Cinco (prior to March 2022) or SPAVI (after March 2022), due to naked licensing?

The Logo Mark:        _____ Yes    _____ No

The Word Mark:        _____ Yes    _____ No

The Slogan Mark:      _____ Yes    _____ No

*If any answer to question 4 as to any of the Marks is <u>NO</u>, proceed to the next question, if the answer to all three Marks is YES, you are done with Section 1, please proceed to Section I(b) (question 5).*

5) For each of the three Marks that you answered No for questions 3 and 4 above, do you find that any of the following Defendants used those Marks in interstate commerce without Plaintiff's consent?

| | | |
|---|---|---|
| PCJV USA, LLC | _____ Yes | _____ No |
| PCI Trading, LLC | _____ Yes | _____ No |
| Guy Koren | _____ Yes | _____ No |
| Potato Corner LA Group | _____ Yes | _____ No |
| NKM Capital Group, LLC | _____ Yes | _____ No |
| J & K Americana, LLC | _____ Yes | _____ No |
| J & K Lakewood, LLC | _____ Yes | _____ No |
| J & K Valley Fair, LLC | _____ Yes | _____ No |
| J & K Ontario, LLC | _____ Yes | _____ No |
| GK Cerritos, LLC | _____ Yes | _____ No |

*If you answered "Yes" as to any Defendant, proceed to Question 6. If you answered no to all, proceed to Question 7.*

6

6) Do you find that any of the following Defendants' federal trademark infringement was willful?

PCJV USA, LLC                    _____ Yes    _____ No

PCI Trading, LLC                 _____ Yes    _____ No

Guy Koren                        _____ Yes    _____ No

Potato Corner LA Group           _____ Yes    _____ No

NKM Capital Group, LLC           _____ Yes    _____ No

J & K Americana, LLC             _____ Yes    _____ No

J & K Lakewood, LLC              _____ Yes    _____ No

J & K Valley Fair, LLC           _____ Yes    _____ No

J & K Ontario, LLC               _____ Yes    _____ No

GK Cerritos, LLC                 _____ Yes    _____ No

**b. Federal False Designation of Origin**

7) On Plaintiff's claim for federal false designation of origin or association, do you find that any of the following Defendants used a designation in interstate commerce, which can include any word, term, name, symbol, device, or combination thereof, or a false designation of origin, false or misleading description, or representation of fact?

PCJV USA, LLC                    _____ Yes    _____ No

PCI Trading, LLC                 _____ Yes    _____ No

Guy Koren                        _____ Yes    _____ No

Potato Corner LA Group           _____ Yes    _____ No

NKM Capital Group, LLC           _____ Yes    _____ No

J & K Americana, LLC             _____ Yes    _____ No

J & K Lakewood, LLC              _____ Yes    _____ No

J & K Valley Fair, LLC           _____ Yes    _____ No

7

J & K Ontario, LLC     _____ Yes _____ No

GK Cerritos, LLC     _____ Yes _____ No

*If any answer to question 7 as to any of the Defendants is YES, proceed to the next question, if the answer to all Defendants is NO, you are done with Section I(b), please proceed to Section I(c) (question 9).*

8) For each Defendant that you answered Yes to I question No. 7, do you find that Defendants' false designation of origin was willful?

PCJV USA, LLC     _____ Yes _____ No

PCI Trading, LLC     _____ Yes _____ No

Guy Koren     _____ Yes _____ No

Potato Corner LA Group     _____ Yes _____ No

NKM Capital Group, LLC     _____ Yes _____ No

J & K Americana, LLC     _____ Yes _____ No

J & K Lakewood, LLC     _____ Yes _____ No

J & K Valley Fair, LLC     _____ Yes _____ No

J & K Ontario, LLC     _____ Yes _____ No

GK Cerritos, LLC     _____ Yes _____ No

**c. Federal Contributory Infringement (Trademark Infringement)**

9) If you found for Plaintiff on its claims for federal trademark infringement, do you find for Plaintiff against any of the following Defendants for federal contributory trademark infringement?

PCJV USA, LLC     _____ Yes _____ No

PCI Trading, LLC     _____ Yes _____ No

Guy Koren     _____ Yes _____ No

Potato Corner LA Group     _____ Yes _____ No

NKM Capital Group, LLC     _____ Yes _____ No

J & K Americana, LLC     _____ Yes _____ No

J & K Lakewood, LLC     _____ Yes _____ No

J & K Valley Fair, LLC     _____ Yes _____ No

8

J & K Ontario, LLC _____ Yes _____ No

GK Cerritos, LLC _____ Yes _____ No

*If any answer to question 9 as to any of the Defendants is <u>YES</u>, proceed to the next question; if the answer to all Defendants is NO, you are done with Section I(c), please proceed to Section I(d) (question 11).*

10)    Do you find that any of the following Defendants' federal contributory trademark infringement was willful?

PCJV USA, LLC _____ Yes _____ No

PCI Trading, LLC _____ Yes _____ No

Guy Koren _____ Yes _____ No

Potato Corner LA Group _____ Yes _____ No

NKM Capital Group, LLC _____ Yes _____ No

J & K Americana, LLC _____ Yes _____ No

J & K Lakewood, LLC _____ Yes _____ No

J & K Valley Fair, LLC _____ Yes _____ No

J & K Ontario, LLC _____ Yes _____ No

GK Cerritos, LLC _____ Yes _____ No

**d. Federal Contributory Infringement (False Association)**

11)    If you found for Plaintiff on its claims for federal false association, do you find for Plaintiff against any of the following Defendants for federal contributory infringement?

PCJV USA, LLC _____ Yes _____ No

PCI Trading, LLC _____ Yes _____ No

Guy Koren _____ Yes _____ No

Potato Corner LA Group _____ Yes _____ No

NKM Capital Group, LLC _____ Yes _____ No

J & K Americana, LLC _____ Yes _____ No

J & K Lakewood, LLC _____ Yes _____ No

J & K Valley Fair, LLC _____ Yes _____ No

9

J & K Ontario, LLC   _____ Yes \_\_\_\_\_ No

GK Cerritos, LLC   _____ Yes \_\_\_\_\_ No

*If any answer to question 11 as to any of the Defendants is <u>YES</u>, proceed to the next question, if the answer to all Defendants is NO, you are done with Section I(d), please proceed to Section I(e) (question 13).*

12) Do you find that any of the following Defendants' federal contributory unregistered trademark infringement was willful?

| | | |
|---|---|---|
| PCJV USA, LLC | _____ Yes | \_\_\_\_\_ No |
| PCI Trading, LLC | _____ Yes | \_\_\_\_\_ No |
| Guy Koren | _____ Yes | \_\_\_\_\_ No |
| Potato Corner LA Group | _____ Yes | \_\_\_\_\_ No |
| NKM Capital Group, LLC | _____ Yes | \_\_\_\_\_ No |
| J & K Americana, LLC | _____ Yes | \_\_\_\_\_ No |
| J & K Lakewood, LLC | _____ Yes | \_\_\_\_\_ No |
| J & K Valley Fair, LLC | _____ Yes | \_\_\_\_\_ No |
| J & K Ontario, LLC | _____ Yes | \_\_\_\_\_ No |
| GK Cerritos, LLC | _____ Yes | \_\_\_\_\_ No |

**e. Common Law Infringement**

13) On Plaintiff's claim for common law trademark infringement, do you find that Plaintiff owned any of the following Marks:

The Logo Mark:  _____ Yes \_\_\_\_\_ No

The Word Mark:  _____ Yes \_\_\_\_\_ No

The Slogan Mark:  _____ Yes \_\_\_\_\_ No

*If your answer to question 13 is <u>YES as to any Mark</u>, proceed to the next question, the answer to all three Marks is NO, please proceed to question 19*

14) On Plaintiff's claim for common law trademark infringement, do you find that any of the following Marks are valid:

10

The Logo Mark: _____ Yes _____ No

The Word Mark: _____ Yes _____ No

The Slogan Mark: _____ Yes _____ No

*If your answer to question 14 is <u>YES as to any Mark</u>, proceed to the next question, the answer to all three Marks is NO, please proceed to question 19*

15)   Did Defendants prove by clear and convincing evidence that Cinco's assignment of the any of the following Marks to Plaintiff was abandoned due to an assignment in gross?

The Logo Mark: _____ Yes _____ No

The Word Mark: _____ Yes _____ No

The Slogan Mark: _____ Yes _____ No

*If your answer to question 15 is <u>NO as to any Mark</u>, proceed to the next question, the answer to all three Marks is YES, please proceed to question 19*

16)   Did Defendants prove by a clear and convincing evidence that Cinco's assignment of the any of the following Marks to Plaintiff was abandoned due to naked licensing?

The Logo Mark: _____ Yes _____ No

The Word Mark: _____ Yes _____ No

The Slogan Mark: _____ Yes _____ No

*If your answer to question 16 is <u>NO as to any Mark</u>, proceed to the next question, the answer to all three Marks is YES, please proceed to question 19*

17)   Do you find that any of the following Defendants used any of the three Marks without Plaintiff's consent?

11

PCJV USA, LLC  _____ Yes  _____ No

PCI Trading, LLC  _____ Yes  _____ No

Guy Koren  _____ Yes  _____ No

Potato Corner LA Group  _____ Yes  _____ No

NKM Capital Group, LLC  _____ Yes  _____ No

J & K Americana, LLC  _____ Yes  _____ No

J & K Lakewood, LLC  _____ Yes  _____ No

J & K Valley Fair, LLC  _____ Yes  _____ No

J & K Ontario, LLC  _____ Yes  _____ No

GK Cerritos, LLC  _____ Yes  _____ No

*If you answered "Yes" as to any Defendant, proceed to Question 18. If you answered NO to all, please proceed to Section I(f) (question 19).*

18)  Do you find that any of the following Defendants' federal trademark infringement was willful?

PCJV USA, LLC  _____ Yes  _____ No

PCI Trading, LLC  _____ Yes  _____ No

Guy Koren  _____ Yes  _____ No

Potato Corner LA Group  _____ Yes  _____ No

NKM Capital Group, LLC  _____ Yes  _____ No

J & K Americana, LLC  _____ Yes  _____ No

J & K Lakewood, LLC  _____ Yes  _____ No

J & K Valley Fair, LLC  _____ Yes  _____ No

J & K Ontario, LLC  _____ Yes  _____ No

GK Cerritos, LLC  _____ Yes  _____ No

**f.  Unfair Competition (Cal. Bus Prof Code 17200)**

19)  On Plaintiff's claim for unfair competition, do you find for Plaintiff against any of the following Defendants?

12

| | | |
|---|---|---|
| PCJV USA, LLC | _____ Yes | _____ No |
| PCI Trading, LLC | _____ Yes | _____ No |
| Guy Koren | _____ Yes | _____ No |
| Potato Corner LA Group | _____ Yes | _____ No |
| NKM Capital Group, LLC | _____ Yes | _____ No |
| J & K Americana, LLC | _____ Yes | _____ No |
| J & K Lakewood, LLC | _____ Yes | _____ No |
| J & K Valley Fair, LLC | _____ Yes | _____ No |
| J & K Ontario, LLC | _____ Yes | _____ No |
| GK Cerritos, LLC | _____ Yes | _____ No |

### g.  Quantum Meruit

20)   On Plaintiff's claim for quantum meruit, do you find for Plaintiff against any of the following Defendants?

| | | |
|---|---|---|
| PCJV USA, LLC | _____ Yes | _____ No |
| PCI Trading, LLC | _____ Yes | _____ No |
| Guy Koren | _____ Yes | _____ No |
| Potato Corner LA Group | _____ Yes | _____ No |
| NKM Capital Group, LLC | _____ Yes | _____ No |
| J & K Americana, LLC | _____ Yes | _____ No |
| J & K Lakewood, LLC | ___ ___ Yes | _____ No |
| J & K Valley Fair, LLC | _____ Yes | _____ No |
| J & K Ontario, LLC | _____ Yes | _____ No |
| GK Cerritos, LLC | _____ Yes | _____ No |

*If any answer to question 20 as to any of the Defendants is* <u>*YES*</u>*, proceed to the next question, if the answer to all Defendants is NO, you are done with Section I(g), please proceed to Section I(h) (question 23).*

21)   Did Defendants prove that Plaintiff waived the right to recover for *quantum meruit*?

**Deleted:** by a preponderance of evidence

YES _____NO _____

13

*If you answered "No", proceed to the next Question. If you answered "Yes", proceed to Question 22.*

22) Did Plaintiff prove the reasonable value of what it received sufficient to recover for *quantum meruit*?

YES _____ NO _____

**h. Trade Secret Misappropriation**

23) Did Plaintiff prove that it is the owner of trade secret information?

YES _____ NO _____

*If your answer to question 1 is NO, then you are finished with Section I(C) and skip to Section II(A).*

*If your answer to question 1 is YES, proceed to the next question.*

24) Did Plaintiff prove that the information were secret at the time of the alleged misappropriation?

YES _____ NO _____

*If your answer to question 2 is NO, then you are finished with Section I(C) and skip to Section II(A).*

*If your answer to question 2 is YES, proceed to the next question.*

25) Did Plaintiff that the information had actual or potential independent economic value because it was secret?

YES _____ NO _____

*If your answer to question 3 is NO, then you are finished with Section I(C) and skip to Section II(A).*

*If your answer to question 3 is YES, proceed to the next question.*

**Deleted:** by a preponderance of the evidence

**Deleted:** by a preponderance of the evidence

**Deleted:** by a preponderance of the evidence

**Deleted:** prove by a preponderance of the evidence

14

26)    4.    Did Plaintiff prove that reasonable efforts were made under the circumstances to keep the information secret?

YES _____ NO _____

*If your answer to question 4 is NO, then you are finished with Section I(C) and skip to Section II(A).*

*If your answer to question 4 is YES, proceed to the next question.*

27)    Did Plaintiff prove that Defendants acquired the information by improper means?

YES _____ NO _____

*If your answer to question 5 is NO, then you are finished with Section I(C) and skip to Section II(A).*

*If your answer to question 5 is YES, proceed to the next question.*

28)    Did Defendants prove that the information was readily ascertainable by proper means when it was acquired?

YES _____ NO _____

*If your answer to question 6 is YES, then you are finished with Section I(C) and skip to Section II(A).*

*If your answer to question 6 is NO, proceed to the next question.*

29)    Did Defendants prove by a preponderance of evidence that Cinco Corporation, had waived any right to claim misappropriation of trade secrets?

YES _____ NO _____

15

SECOND AMENDED PROPOSED VERDICT FORM                    CASE NO. 2:24-CV-04546-SB(AGRX)
175844299.1

**Deleted:** by a preponderance of the evidence

**Deleted:** by a preponderance of the evidence

**Deleted:** by a preponderance of the evidence

**Deleted:** Plaintiff's predecessor-in-interest

30)    Did Defendants prove that Plaintiff waived any right to claim misappropriation of trade secrets?

YES _____ NO _____

*If your answer to question 8 is <u>YES</u>, then you are finished with Section I(A) and skip to Section I(B).*

*If your answer to question 8 is <u>NO</u>, proceed to the next question.*

31)    Did Plaintiff prove that Defendants' acquisition of trade secret information was a substantial factor in causing Plaintiff harm?

YES _____ NO _____

*If your answer to question 9 is <u>YES</u>, then you are finished with Section I(C) and skip to Section II.*

*If your answer to question 9 is <u>NO</u>, proceed to the next question.*

32)    Did any Defendant prove their defenwse of in pari dilecto?

YES _____ NO _____

**Section II.   Monetary Recovery**

Complete this section of the Verdict only if you found that Plaintiff proved at least one of its claims against any Defendant.

**a.  Disgorgement: Recovery for Trademark / False Association / Contributory Infringement /**

a.  Did the jury find for Plaintiff as to any of its claims for Trademark (and Infringement (indulging contributory and common law) or  False Association (and Contributory), as to any Defendant?

YES _____ NO _____

16

**Deleted:** by a preponderance of evidence

**Deleted:** by a preponderance of the evidence

**Deleted:** ..¶

b. What were each Defendants' gross revenues attributable to the use of any of the Marks from May 31, 2024 through the present?

PCJV USA, LLC                    _____

PCI Trading, LLC                 _____

Guy Koren                        _____

Potato Corner LA Group           _____

NKM Capital Group, LLC           _____

J & K Americana, LLC             _____

J & K Lakewood, LLC              _____

J & K Valley Fair, LLC           _____

J & K Ontario, LLC               _____

GK Cerritos, LLC                 _____

c. What are the legitimate and provable expensed each Defendant actually incurred in making these sales?

PCJV USA, LLC                    _____

PCI Trading, LLC                 _____

Guy Koren                        _____

Potato Corner LA Group           _____

NKM Capital Group, LLC           _____

J & K Americana, LLC             _____

J & K Lakewood, LLC              _____

J & K Valley Fair, LLC           _____

J & K Ontario, LLC               _____

GK Cerritos, LLC                 _____

d. The Total Disgorged Profit are calculated below by subtracting each entity's entry in (c) above from the entry in (b) above.

PCJV USA, LLC                    _____

PCI Trading, LLC                 _____

Guy Koren                        _____

17

| | | |
|---|---|---|
| Potato Corner LA Group | _____ | |
| NKM Capital Group, LLC | _____ | |
| J & K Americana, LLC | _____ | |
| J & K Lakewood, LLC | _____ | |
| J & K Valley Fair, LLC | _____ | |
| J & K Ontario, LLC | _____ | |
| GK Cerritos, LLC | _____ | |

**b. Quantum Meruit**

1) State the amount of reasonable royalty that should be awarded to Plaintiff from each Defendant for the period March 31, 2022 through May 30, 2024:

> **Formatted:** Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Indent at: 0.75"

| | |
|---|---|
| PCJV USA, LLC | $_____ |
| PCI Trading, LLC | $_____ |
| Guy Koren | $_____ |
| Potato Corner LA Group | $_____ |
| NKM Capital Group, LLC | $_____ |
| J & K Americana, LLC | $_____ |
| J & K Lakewood, LLC | $_____ |
| J & K Valley Fair, LLC | $_____ |
| J & K Ontario, LLC | $_____ |
| GK Cerritos, LLC | $_____ |

18

**The PCVJ USA Parties' Counterclaims**

**Section III: Liability & Damages**

**A. Inducing Breach of Contract**

1.  Do you find that Counterclaimants proved that there was a contract between any one of the Counterclaimants and Cinco Corporation?

    > **Deleted:** by a preponderance of evidence

    Yes _____ No _____

    *If your answer to question 1 is NO, then skip to Section III(B). If your answer to question 1 is YES, proceed to the next question.*

2.  What was that contract?

    a.  2009 NKM License Agreement?    Yes _____    No _____
    b.  Joint Venture Agreement?    Yes _____    No _____
    c.  Amended Joint Venture Agreement?    Yes _____    No _____
    d.  "Trademark, Copyright, Know-How, Liucense Agreement" dated October 10, 2010?
    e.  Other Agreement (describe): _____

3.  Do you find that Counterclaimants proved that Plaintiff knew of the contract?

    > **Deleted:** by a preponderance of evidence

    Yes _____ No _____

    *If your answer to question 3 is NO, then skip to Section III(B). If your answer to question 3 is YES, proceed to the next question.*

4.  Do you find that Counterclaimants proved that Plaintiff intended to cause Cinco Corporation to breach the contract?

    > **Deleted:** by a preponderance of evidence

    Yes _____ No _____

SECOND AMENDED PROPOSED VERDICT FORM                    CASE NO. 2:24-CV-04546-SB(AGRX)
175844299.1

*If your answer to the preceding question is NO, then skip to Section III(B). If your answer to the preceding question is YES, proceed to the next question.*

    5.    Do you find that Counterclaimants proved that Plaintiff's conduct caused Cinco Corporation or  to breach the contract?

    Yes _____ No _____

**Deleted:** by a preponderance of evidence

*If your answer to the preceding question is NO, then skip to Section III(B). If your answer to the preceding question is YES, proceed to the next question.*

    6.    Do you find that SPAVI or Cinco proved that it is immunized from liability under the litigation privilege or the privilege to protect one's economic interests?

    Yes _____ No _____

**Deleted:** by a preponderance of evidence

*If your answer to the preceding question is YES, then skip to Section III(B). If your answer to the preceding question is NO, proceed to the next question.*

    7.    Do you find that SPAVI and Cinco proved that the Counterclaimants, or any of them:

    (a) waived their right to claim they were damaged as a result of the alleged acts of SPAVI or Cinco?

    Yes _____ No _____

    (b) consented to the actions of SPAVI or Cinco?

    Yes _____ No _____

**Deleted:** by a preponderance of evidence

20

(c) are estopped from pursuing this claim against SPAVI or Cinco?

Yes _____ No _____

(d) have unclean hands and thus cannot recover against SPAVI or Cinco?

Yes _____ No _____

Or (e) waited too long to pursue this claim SPAVI or Cinco, under the doctrine of laches?

Yes _____ No _____

*If your answer to any of the preceding five questions (4)(a)-(e) is YES, then skip to Section III(B).*

*If your answer to question 4 is NO, proceed to the next question.*

8.    Do you find that Counterclaimants proved that Plaintiff's conduct was a substantial factor in causing harm to the Counterclaimant that is a party to the contract that was breached?

Yes _____ No _____

*If your answer to question 8 is NO, then skip to Section III(B).*

*If your answer to question 8 is YES, proceed to question 9.*

Yes _____ No _____

9.    What are the damages caused by Cinco that were suffered by the Counterclaimant that is a party to the contract that was breached?

21

**Deleted:** by a preponderance of evidence

Past Economic Damages: $_____

Future Economic Damages: $_____

   TOTAL: $_____

     10.   What are the damages caused by SPAVI that were suffered by the Counterclaimant that is a party to the contract that was breached?

Past Economic Damages: $_____

Future Economic Damages: $_____

   TOTAL: $_____

     11.   Do you find that the Counterclaimant that is a party to the contract that was breached proved with clear and convincing evidence that Plaintiff engaged in the conduct with malice, oppression, or fraud?

     Yes _____ No _____

     *If your answer to question 7 is NO, then skip to Section III(B).*

     *If your answer to question 7 is YES, proceed to question 8.*

     12.   State the total amount of punitive damages to be assessed against Plaintiff:

$_____

*Proceed to Section III(B).*

**Section III: Liability & Damages**

22

**B. Intentional Interference with Contractual Relations**

13. Do you find that Counterclaimants proved that there was a contract between any one of the Counterclaimants and either Cinco Corporation or a franchisee of PCJV franchisees, or a supplier of a Counterclaimant or a vendor of a Counterclaimant?

Yes _____ No _____

*If your answer to the preceding question is YES, then skip to Section III(C). If your answer to the preceding question is NO, proceed to the next question.*

14. Do you find that Counterclaimants proved that Plaintiff knew of the contract?

Yes _____ No _____

*If your answer to the preceding question is YES, then skip to Section III(C). If your answer to the preceding question is NO, proceed to the next question.*

15. Do you find that Counterclaimants proved that Plaintiff's conduct prevented performance or made performance more expensive or difficult?

Yes _____ No _____

*If your answer to the preceding question is NO, then skip to Section III(C). If your answer to the preceding question is YES, proceed to the next question.*

16. What was that contract?

**Deleted:** by a preponderance of evidence

**Deleted:** by a preponderance of evidence

**Deleted:** by a preponderance of evidence

Identify: _____

17. Do you find that Counterclaimants proved that Plaintiff intended to disrupt the performance of this contract or know that disruption of performance was certain or substantially certain to occur?

Yes _____ No _____

*If your answer to the preceding question is NO, then skip to Section III(C). If your answer to the preceding question is YES, proceed to the next question.*

18. Do you find that SPAVI and Cinco proved that it is immunized from liability under the litigation privilege or the privilege to protect one's economic interests?

Yes _____ No _____

*If your answer to the preceding question is YES, then skip to Section III(C). If your answer to the preceding question is NO, proceed to the next question.*

19. Do you find that SPAVI and Cinco proved that the Counterclaimants, or any of them:

(a) waived their right to claim they were damaged as a result of the actions of SPAVI?

Yes _____ No _____

(b) consented to the actions of SPAVI?

Yes _____ No _____

24

**Deleted:** by a preponderance of evidence

**Deleted:** by a preponderance of evidence

**Deleted:** by a preponderance of evidence

(c) are estopped from pursuing this claim against SPAVI?

Yes ____ No ____

(d) have unclean hands and thus cannot recover against SPAVI

Yes ____ No ____

Or (d) waited too long to pursue this claim under the doctrine of laches?

Yes ____ No ____

*If your answer to any of the preceding five questions (19)(a)-(e) is YES, then skip to Section III(C). If your answer to all of the five questions 19(a)(-(e) is NO, proceed to the next question.*

20.    Do you find that Counterclaimants proved that SPAVI's conduct was a substantial factor in causing harm to the Counterclaimant that was a party to that contract?

Yes ____ No ____

*If your answer to the preceding question  is NO, then skip to Section III(C). If your answer to the preceding question is YES, proceed to the next question.*

21.    What are the damages caused by Plaintiff that were suffered by the Counterclaimant that is a party to the contract that was breached?

Past Economic Damages: $_____

Future Economic Damages: $_____

TOTAL: $_____

**Deleted:** by a preponderance of evidence

25

22. Do you find that Counterclaimants proved by a clear and convincing evidence that SPAVI engaged in the conduct with malice, oppression, or fraud as to that Counterclaimant found to have been injured?

Yes _____ No _____

*If your answer to question 22 is NO, then skip to Section III(C).*

*If your answer to question 22 is YES, proceed to question 8.*

23. State the total amount of punitive damages to be assessed against SPAVI:

$_____

*Proceed to Section III(C).*

26

**Section III: Liability & Damages**

**C. Intentional Interference with Prospective Economic Relations**

24.   Do you find that Counterclaimants proved that any one of the Counterclaimants and any one of its suppliers have an economic relationship that probably would have resulted in an economic benefit to any one of the Counterclaimants ?

Yes ____No ____


*If your answer to question 1 is NO, then skip to Section III(D).*

*If your answer to question 1 is YES, proceed to question 2.*

25.   Do you find that Counterclaimants proved that SPAVI knew of the relationship?

Yes ____No ____


*If your answer to the preceding question is NO, then skip to Section III(D). If your answer to the preceding question is YES, proceed to the next question.*

26.   Do you find that Counterclaimants proved that SPAVI engaged in conduct to interfere with that relationship?

Yes ____No ____


*If your answer to the preceding question is NO, then skip to Section III(D). If your answer to the preceding question is YES, proceed to the next question.*

27.   What was that relationship:

27

**Deleted:** by a preponderance of evidence

**Deleted:** by a preponderance of evidence

**Deleted:** by a preponderance of evidence

Identify: _____

28. Do you find that Counterclaimants proved that by engaging in this conduct, SPAVI intended to disrupt the relationship or knew that disruption of the relationship was certain or substantially certain to occur?

Yes ____No ____

*If your answer to the preceding question is NO, then skip to Section III(D). If your answer to the preceding question is YES, proceed to the next question.*

29. Do you find that Counterclaimants proved that SPAVI engaged in wrongful conduct in interfering with the Counterclaimant's relationship?

Yes ____No ____

*If your answer to the preceding question is NO, then skip to Section III(D). If your answer to the preceding question is YES, proceed to the next question.*

30. Do you find that Counterclaimants proved that the relationship was disrupted?

Yes ____No ____

*If your answer to the preceding question is NO, then skip to Section III(D). If your answer to the preceding question is YES, proceed to the next question.*

**Deleted:** by a preponderance of evidence

**Deleted:** by a preponderance of evidence

**Deleted:** by a preponderance of evidence

31.     Do you find that SPAVI proved that it is immunized from liability under the litigation privilege or the privilege to protect one's economic interests?

**Deleted:** by a preponderance of evidence

Yes ____ No ____

*If your answer to the preceding question is YES, then skip to Section III(D). If your answer to the preceding question is NO, proceed to the next question.*

32.     Do you find that SPAVI proved that the Counterclaimants, or any of them:

**Deleted:** by a preponderance of evidence

(a) waived their right to claim they were damaged as a result of the actions of SPAVI?

Yes ____ No ____

(b) consented to the actions of SPAVI?

Yes ____ No ____

(c) are estopped from pursuing this claim against SPAVI?

Yes ____ No ____

(d) have unclean hands and thus cannot recover against SPAVI

Yes ____ No ____

Or (d) waited too long to pursue this claim under the doctrine of laches?

Yes ____ No ____

29

*If your answer to any of the preceding five questions 32(a)-(e) is YES, then skip to Section III(B). If your answer to all five questions 32(a)-(e) is NO, proceed to the next question.*

33.  Do you find that Counterclaimants proved that SPAVI's conduct was a substantial factor in causing harm to any one of the PCJV USA Parties?

    Yes _____ No _____

**Deleted:** by a preponderance of evidence

34.  Please specify which of the PCJV USA Parties was injured if you answered Yes: _____

*If your answer to question 32 is NO, then skip to Section III(D). If your answer to question 32 is YES, proceed to the next question.*

35.  Do you find that Counterclaimants proved that SPAVI's conduct was a substantial factor in causing harm to the Counterclaimant identified in response to Question No. 32?

**Deleted:** by a preponderance of evidence

36.  What is that Counterclaimant's damage??

Past Economic Damages: $_____

Future Economic Damages: $_____

   TOTAL: $_____

*Proceed to question 8.*

30

37.    Do you find that Counterclaimants proved by clear and convincing evidence that SPAVI engaged in the conduct with respect to the damaged Counterclaimant with malice, oppression, or fraud?

Yes _____ No _____

*Proceed to question 38.*

38.    State the total amount of punitive damages to be assessed against SPAVI:

$_____

*Proceed to Section III(D).*

**Section III: Liability & Damages**

**D.  Negligent Interference with Prospective Economic Relations**

39.    Do you find that Counterclaimants proved that any one of Counterclaimants and any one of its suppliers have an economic relationship that probably would have resulted in an economic benefit to any one of the Counterclaimants ?

Yes _____ No _____

*If your answer to question 39 is NO, then skip to Section III(E). If your answer to question 39 is YES, proceed to question 2.*

40.    Do you find that Counterclaimants proved that SPAVI knew or should it have known of the relationship?

| **Deleted:** by a preponderance of evidence |

| **Deleted:** by a preponderance of evidence |

31

Yes _____ No _____

*If your answer to question 40 is NO, then skip to Section III(E).*

*If your answer to question 41 is YES, proceed to question 3.*

41.　Do you find that Counterclaimants proved that SPAVI knew or should it have known that this relationship would be disrupted if it failed to act with reasonable care? | **Deleted:** by a preponderance of evidence |

Yes _____ No _____

*If your answer to question 41 is NO, then skip to Section III(E).*

*If your answer to question 41 is YES, proceed to question 4.*

42.　Do you find that Counterclaimants proved that SPAVI failed to act with reasonable care? | **Deleted:** by a preponderance of evidence |

Yes _____ No _____

*If your answer to question 42 is NO, then skip to Section III(E).*

*If your answer to question 42 is YES, proceed to question 43.*

43.　Do you find that Counterclaimants proved that SPAVI engaged in wrongful conduct in interfering with the  relationship? | **Deleted:** by a preponderance of evidence |

Yes _____ No _____

*If your answer to question 43 is NO, then skip to Section III(E).*

*If your answer to question 43 is YES, proceed to question 44.*

44.　Do you find that Counterclaimants proved that the relationship disrupted? | **Deleted:** by a preponderance of evidence |

Yes _____ No _____

*If your answer to question 44 is NO, then skip to Section III(E).*

*If your answer to question 44 is YES, proceed to question 45.*

45.  Which relationship was disrupted, please identify: _____

46.  Do you find that SPAVI proved that it is immunized from liability under the litigation privilege or the privilege to protect one's economic interests?

Yes _____ No _____

*If your answer to the previous question is YES, then skip to Section III(E).*

*If your answer to the preceding question 4 is NO, proceed to the next* question.

47.  Do you find that SPAVI proved that the Counterclaimants, or any of them:

(a) waived their right to claim they were damaged as a result of the actions of SPAVI?

Yes _____ No _____

(b) consented to the actions of SPAVI?

Yes _____ No _____

(c) are estopped from pursuing this claim against SPAVI?

Yes _____ No _____

33

**Deleted:** by a preponderance of evidence

**Deleted:** by a preponderance of evidence

(d) have unclean hands and thus cannot recover against SPAVI

Yes _____ No _____

Or (e) waited too long to pursue this claim under the doctrine of laches?

Yes _____ No _____

*If your answer to any of the preceding five questions (47)(a)-(e) is YES, then skip to Section III(B).*

*If your answer to each of questions 47(a)-(e) is NO, proceed to the next question.*

48.    Do you find that Counterclaimants proved that SPAVI's wrongful conduct was a substantial factor in causing harm to a Counterclaimant?

Yes _____ No _____

*If your answer to the previous question is YES, then skip to Section III(E).*
*If your answer to the preceding question 4 is NO, proceed to the next question.*

49.    What are the damages for each inured Counterclaimant?

Specify injured Counterclaimant and for each, identify:

Past Economic Damages: $_____

Future Economic Damages: $_____

   TOTAL: $_____

34

SECOND AMENDED PROPOSED VERDICT FORM                CASE NO. 2:24-CV-04546-SB(AGRX)
175844299.1

**Deleted:** by a preponderance of evidence

50.     Do you find that Counterclaimants proved by a clear and convincing evidence that SPAVI engaged in the conduct with malice, oppression, or fraud?

Yes _____     No _____

*If your answer to question 50 is NO, then skip to Section III(E).*

*If your answer to question 50 is YES, proceed to question 51.*

51.     State the total amount of punitive damages to be assessed against SPAVI:

$_____

*Proceed to Section III(E).*

35

**Section III: Liability & Damages**

**F.  Breach of Fiduciary Duty**

52.    Do you find that Counterclaimants proved that SPAVI or Cinco Corporation owed any one of the Counterclaimants a fiduciary duty?

As to SPAVI: _____ YES        _____ NO

As to Cinco Corporation: _____ YES        _____ NO

*If your answer to question 1 is NO, then skip to Section III(G).*

*If your answer to question 1 is YES, proceed to question 2.*

53.    Do you find that the Counterclaimants to whom Cinco or SPAVI owed fiduciary duties proved that SPAVI or Cinco Corporation breached a fiduciary duty?

As to SPAVI: _____ YES        _____ NO

As to Cinco Corporation: _____ YES        _____ NO

*If your answer to question 53 is NO, then skip to Section III(G).*

*If your answer to question 53 is YES, proceed to the next question.*

54.    Do you find that SPAVI or Cinco proved that it is immunized from liability under the litigation privilege or the privilege to protect one's economic interests?

Yes _____ No _____

*If your answer to the previous question  is YES, then skip to Section III(B).*

36

Deleted: by a preponderance of evidence

Deleted: by a preponderance of evidence

Deleted: by a preponderance of evidence

*If your answer to the previous question  is NO, proceed to the next question.*

55.    Do you find that SPAVI and Cinco proved that the Counterclaimants, or any of them: <span style="border:1px solid #1a3cff; padding:2px;">**Deleted:** by a preponderance of evidence</span>

(a) waived their right to claim they were damaged as a result of the alleged acts of SPAVI or Cinco?

Yes _____ No _____

(b) consented to the actions of SPAVI or Cinco?

Yes _____ No _____

(c) are estopped from pursuing this claim against SPAVI or Cinco?

Yes _____ No _____

(d) have unclean hands and thus cannot recover against SPAVI or Cinco?

Yes _____ No _____

Or (e) waited too long to pursue this claim under the doctrine of laches?

Yes _____ No _____

*If your answer to any of the preceding five questions 55(a)-(e) is YES, then skip to Section III(B).*

*If your answer to each of 55(a)-(e) NO, proceed to the next question.*

56.    Do you find that the Counterclaimants to whom Cinco or SPAVI owed fiduciary duties proved that the breach of fiduciary duty by SPAVI or Cinco Corporation was a substantial factor in causing harm to that Counterclaimant? <span style="border:1px solid #1a3cff; padding:2px;">**Deleted:** by a preponderance of evidence</span>

37

a.    As to SPAVI: _____ YES _____ NO
b.    Identify the Counterclaimants that SPAVI injured_____
c.    As to Cinco: _____ YES _____ NO
d.    Identify the Counterclaimants that Cinco injured_____

*If your answer to questions 56(a) and (c) is NO, then skip to Section III(G).*

*If your answer to question 56 is YES, proceed to question 4.*

57.    What are the damages suffered by each Counterclaimant?

Specify injured Counterclaimant and for each, identify:

Past Economic Damages: $_____

Future Economic Damages: $_____

   TOTAL: $_____

58.    Did SPAVI or Cinco Corporation engage in the conduct with malice, oppression, or fraud?

As to SPAVI: _____ YES _____ NO

As to Cinco Corporation: _____ YES _____ NO

*If your answer to question 5 is NO, then skip to Section III(G).*

*If your answer to question 5 is YES, proceed to question 6.*

59.    State the total amount of punitive damages to be assessed:

Against SPAVI $_____

Against Cinco Corporation $_____

*Proceed to Section III(G)*

38

**Section III: Liability & Damages**

**G. Breach of Contract**

60.    Do you find that Counterclaimants proved that SPAVI or Cinco Corporation entered into a contract with any one of the Counterclaimants?

As to SPAVI: _____ YES    _____ NO

As to Cinco Corporation:    _____ YES    _____ NO

*If your answer to question 1 is NO, then skip to Section III(H).*

*If your answer to question 1 is YES, proceed to question 2.*

61.    Please identify that contract:

Cinco: _____

SPAVI: _____

62.    Do you find that Counterclaimants proved that SPAVI or Cinco Corporation did something that the contact prohibited or failed to do something that the contract required?

As to SPAVI: _____ YES    _____ NO

As to Cinco Corporation:    _____ YES    _____ NO

*If your answer to question 62 is NO, then skip to Section III(H).*

*If your answer to question 62 is YES, proceed to question 63.*

63.    Do you find that Counterclaimants proved that Counterclaimants performed all obligations and duties, and otherwise complied with the contract or were otherwise excused from doing so?

**Deleted:** by a preponderance of evidence

**Deleted:** by a preponderance of evidence

**Deleted:** by a preponderance of evidence

39

As to SPAVI: _____ YES    _____ NO

As to Cinco Corporation:    _____ YES    _____ NO

*If your answer to question 63 is NO, then skip to Section III(H).*

*If your answer to question 63 is YES, proceed to question 64.*

      64.   Do you find that Counterclaimants proved that any one of the Counterclaimant that is party to the contract was harmed by SPAVI's or Cinco Corporation's breach of contract?

> **Deleted:** by a preponderance of evidence

As to SPAVI: _____ YES    _____ NO

As to Cinco Corporation:    _____ YES    _____ NO

*If your answer to question 64 is NO, then skip to Section III(H).*

*If your answer to question 64 is YES, proceed to question 65.*

      65.   Do you find that the actions of Cinco or SPAVI towards the Counterclaimant that is a party to the contract, were a substantial factor in causing harm to that Counterclaimant?

As to SPAVI: _____ YES    _____ NO

As to Cinco Corporation: _____ YES    _____ NO

*If your answer to the previous question is NO, then skip to Section III(G).*

*If your answer to the previous question is YES, proceed to the next question.*

      66.   What are the damages for each Counterclaimant?

Specify injured Counterclaimant and for each, identify:

Past Economic Damages: $_____

Future Economic Damages: $_____

   TOTAL: $_____

40

**Section III: Liability & Damages**

**H. Breach of the Implied Covenant of Good Faith and Fair Dealing**

67.   Do you find that Counterclaimants proved that SPAVI or Cinco Corporation entered into a contract with any one of the Counterclaimants?

As to SPAVI: _____ YES      _____ NO

As to Cinco Corporation:  _____ YES      _____ NO

*If your answer to the preceding question is NO, then skip to Section III(I).*

*If your answer to the preceding question is YES, proceed to the next question.*

68.   What was that contract:

69.   Do you find that Counterclaimants proved that SPAVI or Cinco Corporation breached the covenant of good faith and fair dealing contained in that contract?

As to SPAVI: _____ YES      _____ NO

As to Cinco Corporation:  _____ YES      _____ NO

*If your answer to question 2 is NO, then skip to Section III(I).*

*If your answer to question 2 is YES, proceed to question 3.*

41

SECOND AMENDED PROPOSED VERDICT FORM                    CASE NO. 2:24-CV-04546-SB(AGRX)
175844299.1

**Deleted:** by a preponderance of evidence

**Deleted:** by a preponderance of evidence

70.    Do you find that SPAVI and Cinco proved that it is immunized from liability under the litigation privilege or the privilege to protect one's economic interests?

**Deleted:** by a preponderance of evidence

Yes ____ No ____

*If your answer to the preceding question is YUES, then skip to Section III(I).*

*If your answer to the preceding question is NO, proceed to the next question.*

71.    Do you find that SPAVI or Cinco proved that the Counterclaimants, or any of them:

**Deleted:** by a preponderance of evidence

(a) waived their right to claim they were damaged as a result of the alleged acts of SPAVI or Cinco?

Yes ____ No ____

(b) consented to the actions of SPAVI or Cinco?

Yes ____ No ____

(c) are estopped from pursuing this claim against SPAVI or Cinco?

Yes ____ No ____

(d) have unclean hands and thus cannot recover against SPAVI or Cinco?

Yes ____ No ____

Or (e) waited too long to pursue this claim under the doctrine of laches?

Yes ____ No ____

42

*If your answer to any of the preceding five questions 71(a)-(e) is YES, then skip to Section III(B).*

*If your answer to each of the questiona 71(a)-(e) is NO, proceed to the next question.*

72.     Do you find that Counterclaimants proved that any one of Counterclaimants was harmed by SPAVI's or Cinco Corporation's conduct?

**Deleted:** by a preponderance of evidence

As to SPAVI: _____ YES        _____ NO

As to Cinco Corporation: _____ YES        _____ NO

*If your answer to the preceding question is NO, then skip to Section III(I).*

*If your answer to the preceding question is YES, proceed to the next question.*

73.     Do you find that the actions of Cinco or SPAVI towards the Counterclaimant that is a party to the contract, were a substantial factor in causing harm to that Counterclaimants?

As to SPAVI: _____ YES        _____ NO

As to Cinco Corporation: _____ YES        _____ NO

*If your answer to the preceding question is NO, then skip to Section III(I).*

*If your answer to the preceding question is YES, proceed to the next question.*

74.     What are the damages suffered by each of the Counterclaimants?

For each damaged Counterclaimant, specify:

Past Economic Damages: $_____

Future Economic Damages: $_____

43

1    TOTAL: $_____

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

44

**Section III: Liability & Damages**

**E.  Aiding and Abetting Torts**

75.    Do you find that Counterclaimants proved that Cinco Corporation breached fiduciary duties or duties of care owed to the Counterclaimants?

Yes ____No ____

*If your answer to question 1 is NO, then skip to Section III(F).*

*If your answer to question 1 is YES, proceed to question 2.*

2.  Do you find that Counterclaimants proved that SPAVI gave substantial assistance or encouragement to Cinco?

Yes ____No ____

*If your answer to question 2 is NO, then skip to Section III(F).*

*If your answer to question 2 is YES, proceed to question 3.*

76.    Do you find that Counterclaimants proved that SPAVI's conduct was a substantial factor in causing harm to any one of the Counterclaimants?

Yes ____No ____

*If your answer to question 3 is NO, then skip to Section III(F).*

*If your answer to question 3 is YES, proceed to question 4.*

77.    What are the damages for that Counterclaimant?

Past Economic Damages: $_____

45

**Deleted:** by a preponderance of evidence

**Deleted:** by a preponderance of evidence

**Deleted:**  by a preponderance of evidence

Future Economic Damages: $_____

   TOTAL: $_____

*Proceed to question 5.*

    78.   Do you find that Counterclaimants proved that SPAVI engaged in the conduct with malice, oppression, or fraud?

    Yes _____ No _____

    *If your answer to question 3 is NO, then skip to Section III(F).*

    *If your answer to question 3 is YES, proceed to question 6.*

   79.   State the total amount of punitive damages to be assessed against SPAVI:

$_____

*Proceed to Section III(F)*

| | |
|---|---|
| **Deleted:** | by a preponderance of evidence |

**Section III: Liability & Damages**

**I. Quantum Meruit**

1. Do you find that Counterclaimants proved that the SPAVI Parties requested, by words or conduct, that any of the Counterclaimants perform services for the benefit of SPAVI?

    Yes _____    No _____

    *If your answer to question 1 is NO, then skip to Final Page of the Jury Verdict Form.*

    *If your answer to question 1 is YES, proceed to question 2.*

2. Do you find that Counterclaimants proved that they performed the services as requested?

    Yes _____    No _____

    *If your answer to question 1 is NO, then skip to Final Page of the Jury Verdict Form.*

    *If your answer to question 1 is YES, proceed to question 3.*

3. Do you find that Counterclaimants proved by a preponderance of the evidence that SPAVI Parties did not provide value to Plaintiff for the services performed?

    Yes _____    No _____

    *If your answer to question 1 is NO, then skip to Final Page of the Jury Verdict Form.*

    *If your answer to question 1 is YES, proceed to question 4.*

4. Should the SPAVI Parties or Cinco Corporation have to pay the PCJV USA Parties for the value the PCJV USA Parties created, developed, or added to the Potato Corner Intellectual Property?

As to SPAVI Parties: _____ YES    _____ NO

47

Deleted: by a preponderance of evidence

Deleted: by a preponderance of evidence

As to Cinco Corporation: _____ YES    _____ NO

*If your answer to question 4 is NO, then skip to Final Page of the Jury Verdict Form.*

*If your answer to question 4 is YES, proceed to question 5.*

    5. What is the reasonable value that the SPAVI Parties or Cinco Corporation should have to pay to the PCJV USA Parties for the value the PCJV USA Parties created, developed, or added to the Potato Corner Intellectual Property?

Against SPAVI parties: $_____

Against Cinco Corporation: $_____

*Proceed to Final Page of the Jury Verdict Form.*

48

SECOND AMENDED PROPOSED VERDICT FORM                    CASE NO. 2:24-CV-04546-SB(AGRX)
175844299.1

**FINAL PAGE OF THE JURY VERDICT FORM**

The Jury Foreperson should sign and date the Verdict Form below and return it to the Court.

Signed this   day of        , _____2025.

_____ Signature of the Jury Foreperson

49

## CERTIFICATE OF SERVICE

The undersigned certifies that, on August 18, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  August 18, 2025                    FOX ROTHSCHILD LLP


                                           /s/ Michael D. Murphy
                                           Michael D. Murphy
                                           Attorneys for Plaintiff and Counterclaim
                                           Defendant SHAKEY'S PIZZA ASIA
                                           VENTURES, INC. and Third-Party
                                           Defendants CINCO CORPORATION,
                                           PC INTERNATIONAL PTE LTD., and
                                           SPAVI INTERNATIONAL USA, INC.