MICHAEL D. MURPHY (SBN 224678)
mdmurphy@foxrothschild.com
MATTHEW FOLLETT (SBN 325481)
mfollett@foxrothschild.com
MEEGHAN TIRTASAPUTRA (SBN 325572 )
mtirtasaputra@foxrothschild.com
JESSICA NWASIKR (SBN 343087)
jnwasike@foxrothschild.com
Fox Rothschild LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:  310.598.4150
Facsimile:   310.556.9828

Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*The Hon. Stanley Blumenfeld, Jr.*<br><br>**JOINT STATEMENT REGARDING WITHDRAWAL OF EXHIBITS**<br><br>Complaint Filed:  May 31, 2024<br>Trial Date:         September 2, 2025 |

1

| | |
|---|---|
| 1 | limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |
| 5 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Counter-Claimants, |
| 12 | v. |
| 13 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 14 | Counter Defendant. |
| 15 | |
| 16 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | Third Party Plaintiffs, |
| 22 | v. |
| 23 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive, |
| 24 | |
| 25 | |
| 26 | |
| 27 | Third Party Defendants. |
| 28 | |

The Parties, after having met-and-conferred, jointly file this *Statement Regarding Withdrawal of Exhibits* pursuant to the Court's Order on August 27, 2025. Dkt. 289.

<u>Plaintiff and Counter Defendant, and Third Party Defendants, withdraw the following Exhibits:</u>

- Ex. 9, Exs. 12-13, Exs. 15-19, Ex. 27,  Ex. 29, Ex. 37, Ex. 47, Exs. 58-61, Exs. 63-65, Exs. 67-70, Ex. 72, Ex. 79, Ex. 88, Ex. 91.

<u>Defendants and Counter Claimants, and Third Party Plaintiffs withdraw the following Exhibits:</u>

- Ex. 1002, Ex. 1035, Ex. 1051, Ex. 1081, Exs. 1092-1095, Exs. 1097-1098, Exs. 1101-1105, Exs. 1108-1133, Ex. 1159, Exs. 1166-1168, Ex. 1171, Ex. 1174, Ex. 1231, Ex. 1256, Ex. 1356, Ex. 1361, Ex. 1362, Ex. 1391, Ex. 1414, Ex. 1416, Ex. 1420, Exs. 1429-1431, Ex. 1435, Ex. 1448, Ex. 1453, Ex. 1485, Ex. 1499, Ex. 1510, Ex. 1523, Ex. 1529, Ex. 1531, Ex. 1533, Exs. 1535-1536, Ex. 1538, Ex. 1554, Ex. 1557, Exs. 1561-1565, Exs. 1574-1576.

The Parties certify that to the best they can discern no duplicate exhibits remain.

Dated: August 29, 2025

**FOX ROTHSCHILD LLP**

*/s/ Matthew Follett*
Michael D. Murphy
Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

Dated: August 29, 2025

**BLANK ROME LLP**

*/s/ Arash Beral*
Todd M. Malynn
Arash Beral
Jamison T. Gilmore
Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs.

4

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4, the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.

*/s/ Matthew Follett*
Matthew Follett

# CERTIFICATE OF SERVICE

The undersigned certifies that, on August 29, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2025

**FOX ROTHSCHILD LLP**

*/s/ Matthew Follett*
Michael D. Murphy
Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third-Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.