**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**JOINT STATEMENT OF AMENDED PROPOSED TRADEMARK JURY INSTRUCTIONS IN RESPONSE TO DKT. NO. 292**<br><br>Complaint Filed:  May 31, 2024<br>Trial Date:           September 12, 2025 |

a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive,

                    Defendants.

_____

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

                    Counter-Claimants,

    v.

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

                    Counter Defendant.

_____

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

                    Third Party Plaintiffs,

    v.

PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive,

                    Third Party Defendants.

1

**JOINT STATEMENT OF AMENDED PROPOSED TRADEMARK JURY INSTRUCTIONS IN RESPONSE TO DKT. NO. 292**

160850.00001/155327111v.2

**JOINT STATEMENT OF AMENDED PROPOSED TRADEMARK JURY INSTRUCTIONS IN RESPONSE TO DKT. NO. 292**

160850.00001/155327111v.2

The parties jointly submit their proposed amended trademark jury instructions in response to Dkt. No. 292. Attached as **Exhibit 1** is a true and correct copy of Plaintiff's proposed amended trademark jury instructions. Attached as **Exhibit 2** is a true and correct copy of a redline between Plaintiff's proposed amended trademark jury instructions attached as Exhibit 1 and the corresponding trademark jury instructions included in Dkt. No. 260. Attached as **Exhibit 3** is a true and correct copy of Defendants' proposed amended trademark jury instructions. Attached as **Exhibit 4** is a true and correct copy of a redline between Defendants' proposed amended trademark jury instructions attached as Exhibit 3 and the corresponding trademark jury instructions included in Dkt. No. 260.

DATED:  September 5, 2025     **BLANK ROME LLP**

By: */s/ Todd M. Malynn*
    Todd M. Malynn
    Arash Beral
    Jamison T. Gilmore
    Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

DATED: September 5, 2025    **FOX ROTHSCHILD LLP**

By: /s/ *Michael D. Murphy*
Michael D. Murphy
Matthew Follett
Fox Rothschild LLP
*Attorneys for Plaintiff and Counterclaim Defendant, and Third Party Defendants*

4

# ATTESTATION OF E-FILED SIGNATURE

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Todd M. Malynn, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document. I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

DATED: September 5, 2025     **BLANK ROME LLP**

By: */s/ Todd M. Malynn*
     Todd M. Malynn
     Arash Beral
     Jamison T. Gilmore
     Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# CERTIFICATE OF SERVICE

The undersigned certifies that on September 5, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 5, 2025.

By: */s/ AJ Cruickshank*