MICHAEL D. MURPHY (SBN 224678)
mdmurphy@foxrothschild.com
MATTHEW FOLLETT (SBN 325481)
mfollett@foxrothschild.com
JESSICA NWASIKE (SBN 343087)
jnwasike@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone: 310.598.4150
Facsimile: 310.556.9828

Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, A PHILIPPINES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, A DELAWARE LIMITED LIABILITY COMPANY; PCI TRADING, LLC, A DELAWARE LIMITED LIABILITY COMPANY; GUY KOREN, AN INDIVIDUAL; POTATO CORNER LA GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; NKM CAPITAL GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; J & K AMERICANA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; J&K LAKEWOOD, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; J&K VALLEY FAIR, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; J & K ONTARIO, LLC, A | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*The Hon. Stanley Blumenfeld, Jr.*<br><br>**PLAINTIFF SHAKEY'S PIZZA ASIA VENTURES, INC.'S REQUEST FOR LEAVE TO APPEAR REMOTELY AT THE SEPTEMBER 16, 2025 HEARING; DECLARATION OF MICHAEL MURPHY**<br><br>Complaint Filed: May 31, 2024<br>Trial Date: August 18, 2025 |

1

CASE NO. 2:24-CV-04546-SB(AGRX)

175191805.2
175373488.1

| | |
|---|---|
| 1 | CALIFORNIA LIMITED LIABILITY COMPANY; HLK MILPITAS, LLC, A CALIFORNIA, LIMITED LIABILITY COMPANY; GK CERRITOS, LLC, A CALIFORNIA, LIMITED LIABILITY COMPANY; J&K PC TRUCKS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND, GK CAPITAL GROUP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY AND DOES 1 THROUGH 100, INCLUSIVE, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |
| 8 | |
| 9 | PCJV USA, LLC, A DELAWARE LIMITED LIABILITY COMPANY; PCI TRADING LLC, A DELAWARE LIMITED LIABILITY COMPANY; POTATO CORNER LA GROUP LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; GK CAPITAL GROUP, LLC, A CA1IFORNIA LIMITED LIABILITY COMPANY; NKM CAPITAL GROUP LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND GUY KOREN, AN INDIVIDUAL, |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | Counter-Claimants, |
| 17 | v. |
| 18 | SHAKEY'S PIZZA ASIA VENTURES, INC, A PHILIPPINES CORPORATION, |
| 19 | |
| 20 | Counter Defendant. |
| 21 | PCJV USA, LLC, A DELAWARE LIMITED LIABILITY COMPANY; PCI TRADING LLC, A DELAWARE LIMITED LIABILITY COMPANY; POTATO CORNER LA GROUP LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; GK CAPITAL GROUP, LLC, A CA1IFORNIA LIMITED LIABILITY COMPANY; NKM CAPITAL GROUP LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND GUY KOREN, AN INDIVIDUAL, |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Third Party Plaintiffs, |
| 2 | v. |
| 3 | PC INTERNATIONAL PTE LTD., A SINGAPORE BUSINESS ENTITY; |
| 4 | SPAVI INTERNATIONAL USA, INC., A CALIFORNIA CORPORATION; |
| 5 | CINCO CORPORATION, A PHILIPPINES CORPORATION; AND |
| 6 | DOES 1 THROUGH 10, INCLUSIVE, |
| 7 | Third Party Defendants. |

As per this Court's Rules and Procedures, Plaintiff Shakey's Pizza Asia Ventures, Inc. respectfully requests that lead counsel Michael D. Murphy be given leave to appear at the September 16, 2025 hearing in this Court by remote appearance, using the zoom instructions contained on the webpage for this Courtroom, and in compliance with the other instructions including those with respect to the regarding the reliability of the connection. The good cause for this request is set forth in the below Declaration of Michael Murphy. Plaintiff will ensure that a colleague, Matt Follett, will attend, in person.

Respectfully submitted,

Dated: 9/15/2025

**FOX ROTHSCHILD LLP**

/s/ Michael D. Murphy
Michael D. Murphy
Matthew Follett
Meeghan H. Tirtasaputra
Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

3

CASE NO. 2:24-CV-04546-SB(AGRX)

## DECLARATION OF MICHAEL MURPHY

I, Michael D. Murphy, declare as follows:

1. I am a Partner with the law firm Fox Rothschild LLP, attorneys of record for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third-Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC. ("Plaintiff and Third Party Defendants"). I am licensed to practice before all courts in the State of California.

2. I offer this Declaration in Support of my request for leave to appear at Tuesday's hearing – September 16, 2025 – remotely, rather than in person.

3. The good cause is as follows.

4. In February of this year, I was asked, and conditionally agreed to attend my spouse's 50th high school reunion in Milwaukee, Wisconsin. I say conditionally because I was always aware that a trial in this case might make that impossible. Five days ago, when this Court issued its Order continuing trial until September 22, 2025, and setting a hearing on September 16, 2025, I advised my spouse that I could indeed attend.

5. As such, I am currently in Milwaukee, Wisconsin, and preparing to drive to Chicago today on September 15, 2025 (Monday), where I will fly out through O'Hare (direct flights out of Milwaukee are limited).

6. Concurrently with this trip, I have also been asked by a client in Denver to attend to urgent issues that have arisen in matters unrelated to this, and that I have been postponing necessary visits to address, as a result of the pending trial in this case. The request is that I fly to Denver, rather than Los Angeles today, and deal with these issues on September 16 through the 18th, returning on September 19, 2025.

7. If I were to agree to the request of this separate client, I could only do

so if this Court granted leave for me to attend the September 16, 2025 hearing in this matter by remote appearance. If this Court declines my request, I will have to further postpone the in person needs of a different client while addressing the important issues to be discussed at our hearing. As this Court knows, I have not yet requested a remote appearance, and would not do so unless I thought it was both important, and that my participation in the September 16, 2025 hearing would be effective and contribute to the tasks at hand in this case as we prepare for trial.

8. In that regard, I intend to, and will adhere to, this Court's other orders with respect to Zoom Webinar Hearings, including the use of a reliable connection, as set forth in this Court's "Procedures and Schedules" webpage.

9. Finally, my colleague Matt Follett will be appearance in person should leave be granted as requested herein

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 15, 2025

/s/ Michael D. Murphy
Michael D. Murphy

# CERTIFICATE OF SERVICE

The undersigned certifies that, on September 15, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 15, 2025

**FOX ROTHSCHILD LLP**

*/s/ Michael Murphy*
Michael D. Murphy
Matthew Follett
Meeghan H. Tirtasaputra
Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

CASE NO. 2:24-CV-04546-SB(AGRX)