**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Todd M. Malynn (SBN 181595)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, a California limited liability company; and, | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**DECLARATION OF ARASH BERAL RE: UPCOMING JEWISH HIGH HOLIDAYS AND REQUEST: (1) TO ADVANCE OR CONTINUE THE SEPTEMBER 23 HEARING BY ONE DAYAND (2) FOR ONE ADDITIONAL DAY TO RESPOND TO DKT. NO. 305**<br><br>Complaint Filed: May 31, 2024<br>Trial Date:          September 23, 2025 |

160850.00001/154448422v.1

**DECLARATION OF ARASH BERAL RE: UPCOMING JEWISH HIGH HOLIDAYS AND REQUEST: (1) TO ADVANCE OR CONTINUE THE SEPTEMBER 23 HEARING BY ONE DAYAND (2) FOR ONE ADDITIONAL DAY TO RESPOND TO DKT. NO. 305**

GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive,

                Defendants.

_____

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

                Counter-Claimants,

   v.

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

                Counter Defendant.

_____

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

                Third Party Plaintiffs,

   v.

PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive,

                Third Party Defendants.

160850.00001/154448422v.1                  1

**DECLARATION OF ARASH BERAL**

I, Arash Beral, declare as follows:

1. I am a partner at Blank Rome LLP, counsel of record for Defendants, Counterclaimants, and Third Party Plaintiffs. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify under oath, I could and would testify competently thereto.

2. As a preliminary matter, the Jewish High Holidays, which some counsel and parties on Defendants' side observe (including myself), fall on September 23 (first day of Rosh Hashanah) and October 2 (Yom Kippur, including the evening before on October 1). I respectfully request that the September 23 hearing either be moved up by one day or moved back by one day. On the morning of September 23, I will be attending services with my family, and will be unavailable. Should the Court decide, however, to proceed with the hearing on September 23, Mr. Malynn could be present.

3. On September 9, I made the "consolidation" proposal to Mr. Follett during a video conference call. I understood that Mr. Follett would be discussing the proposal with Mr. Murphy and would be getting back to me. After following up with Mr. Follett, Mr. Murphy responded to that email and various communications with Mr. Murphy ensued.

4. I have an in-person board meeting at Southwestern Law School to attend this evening, after which I have a dinner event to attend. I will be away from my computer for several hours. I am concerned that there will not be enough time to update the Court regarding the outcome of my separate communications with Mr. Murphy tonight. Therefore, I respectfully request one additional day.

5. Where things stand: I had various communications with Mr. Murphy today. Per his request, I sent him the following proposed jury instruction:

160850.00001/154448422v.1

2

DECLARATION OF ARASH BERAL RE: UPCOMING JEWISH HIGH HOLIDAYS AND REQUEST: (1) TO ADVANCE OR CONTINUE THE SEPTEMBER 23 HEARING BY ONE DAYAND (2) FOR ONE ADDITIONAL DAY TO RESPOND TO DKT. NO. 305

To streamline your review and deliberations, the claims asserted by Counter-Claimants and Third-Party Plaintiffs PCJV USA, LLC, PCI Trading LLC, Potato Corner LA Group LLC, GK Capital Group, LLC, NKM Capital Group LLC, and Guy Koren will be presented as the claims of a single party: PCJV USA, LLC ("PCJV"). On the verdict form, these parties will be referred to collectively as "PCJV." This consolidation is for convenience only and does not change the substance of the claims or defenses, the evidence you may consider, or any party's burden of proof.

6. At 4:31 pm, and as I was in the process of drafting this declaration, Mr. Murphy responded: "We will propose a draft report tonight that (1) addresses the status of negotiation as to the concept you have suggested, and (2) regarding the high holy days. As to the former, we are not in agreement with this concept. As to the latter, we are in agreement."

7. Unfortunately, I will not have a chance to review and respond to a draft report tonight. I respectfully request until tomorrow afternoon to get a joint report on file with the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed September 16, 2025, within the United States, its territories, possessions, or commonwealths.

/s/ *Arash Beral*
Arash Beral

160850.00001/154448422v.1

3

**DECLARATION OF ARASH BERAL RE: UPCOMING JEWISH HIGH HOLIDAYS AND REQUEST: (1) TO ADVANCE OR CONTINUE THE SEPTEMBER 23 HEARING BY ONE DAYAND (2) FOR ONE ADDITIONAL DAY TO RESPOND TO DKT. NO. 305**

# CERTIFICATE OF SERVICE

The undersigned certifies that on September 16, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 16, 2025.

By:   /s/AJ Cruickshank

160850.00001/154448422v.1

4

**DECLARATION OF ARASH BERAL RE: UPCOMING JEWISH HIGH HOLIDAYS AND REQUEST: (1) TO ADVANCE OR CONTINUE THE SEPTEMBER 23 HEARING BY ONE DAYAND (2) FOR ONE ADDITIONAL DAY TO RESPOND TO DKT. NO. 305**