**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:    424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANTS FOR SUMMARY JUDGMENT IN ACCORDANCE WITH DKT. NO. 308**<br><br>Complaint Filed:    May 31, 2024<br>Trial Date:              September 26, 2025 |

i
**NOTICE OF MOTION AND MOTION OF DEFENDANTS FOR SUMMARY JUDGMENT IN ACCORDANCE WITH DKT. NO. 308**

limited liability company and DOES 1 through 100, inclusive,

                        Defendants.

---

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

                        Counter-Claimants,

    v.

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

                        Counter Defendant.

---

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

                        Third Party Plaintiffs,

    v.

PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive,

                        Third Party Defendants.

**NOTICE OF MOTION AND MOTION OF DEFENDANTS FOR SUMMARY JUDGMENT IN ACCORDANCE WITH DKT. NO. 308**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the Court's Order dated September 18, 2025 (Dkt. 308) and Rule 56 of the Federal Rules of Civil Procedure, Defendants PCJV USA, LLC, PCI Trading, LLC, Guy Koren, Potato Corner LA Group, LLC, NKM Capital Group, LLC, J & K Americana, LLC, J&K Lakewood, LLC, J&K Oakridge, LLC, J&K Valley Fair, LLC, J & K Ontario, LLC, J&K PC Trucks, LLC, HLK Milpitas, LLC, GK Cerritos, LLC, and GK Capital Group, LLC (collectively, "Defendants"), will and hereby do move this Court for summary judgment or, in the alternative, partial summary judgment on all or each of the remaining claims asserted by Plaintiff Shakey's Pizza Asia Ventures, Inc. ("Plaintiff") in its First Amended Complaint ("FAC," Dkt. 65).

Defendants move for summary judgment on all undismissed claims asserted in the FAC or, alternatively, on each cause of action therein, on the grounds that there is no genuine issue of material fact and Defendants are entitled to a judgment as a matter of law because:

1. Plaintiff cannot prove the "without the consent of" element to any trademark claim;
2. Plaintiff cannot establish valid ownership via assignment (including required transfer of goodwill and non-gross assignment); or
3. Plaintiff is barred from relitigating settled licensing/authorization issues under the Settlement and Release Agreement and related instruments, and by estoppel.

This motion is made and based on this Notice the Memorandum of Points and Authorities, the Statement of Uncontroverted Facts, the Declarations of (in alphabetical order by last name) Erlinda S. "Lynda" Bartolome, Alon Koren, Guy Koren, Barry Kurtz, and Adam Mandel, the Appendix of Evidence, the Joint Statement of Stipulated Facts (Dkt. 257), the pleadings and papers on file with the

Court, the Court's Order (Dkt. 308), and such further evidence and argument as may be presented.

Pursuant to the Court's Order at Dkt. 308, oppositions to this motion are due by 8:00 a.m. on September 30, 2025, and replies by October 1, 2025. The hearing date will be set by the Court or as otherwise directed.

DATED: September 24, 2025    **BLANK ROME LLP**

By: */s/ Arash Beral*
    Todd M. Malynn
    Arash Beral
    Jamison T. Gilmore
Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# CERTIFICATE OF SERVICE

The undersigned certifies that on September 24, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 24, 2025.

By: _/s/AJ Cruickshank_