**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**DEFENDANTS' APPENDIX OF EVIDENCE IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed:   May 31, 2024<br>Trial Date:            September 26, 2025 |

1

**DEFENDANTS' APPENDIX OF EVIDENCE IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**


limited liability company and DOES 1 through 100, inclusive,

        Defendants.

---

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

        Counter-Claimants,

   v.

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

        Counter Defendant.

---

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

        Third Party Plaintiffs,

   v.

PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive,

        Third Party Defendants.

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants PCJV USA, LLC, PCI Trading, LLC, Guy Koren, Potato Corner LA Group, LLC, NKM Capital Group, LLC, J & K Americana, LLC, J&K Lakewood, LLC, J&K Oakridge, LLC, J&K Valley Fair, LLC, J & K Ontario, LLC, J&K PC Trucks, LLC, HLK Milpitas, LLC, GK Cerritos, LLC, and GK Capital Group, LLC (collectively, "Defendants") hereby submit this Appendix of Evidence in support of their Motion for Summary Judgment.

| Exhibit | Description |
| --- | --- |
| "A" | Stipulated Facts. Dkt. 257. |
| Trial Exhibit No. ("TE") 1 | USPTO Service Mark Registration – logo mark |
| TE 3 | USPTO Service Mark Registration – word mark |
| TE 5 | USPTO Service Mark Registration – slogan mark |
| TE 62 | Limited Liability Company Agreement of PCJV USA, LLC |
| TE 75 | January 2011 emails with DLA Piper |
| TE 1010 | April 20, 2010 Draft Joint Venture Agreement |
| TE 1019 | May 30, 2010 Partnership Meeting Minutes |
| TE 1020 | June 1, 2010 Draft Joint Venture Agreement |
| TE 1023 | June 11, 2010 Draft Joint Venture Agreement |
| TE 1025 | June 28, 2010 Draft Joint Venture Agreement |
| TE 1028 | September 16, 2010 Draft Joint Venture Agreement |
| TE 1032 | January 2011 emails with DLA Piper |
| TE 1034 | February 7, 2011 Franchise Disclosure Documents |
| TE 1038 | DLA Piper billing records |
| TE 1039 | DLA Piper billing records |

| TE 1040 | DLA Piper billing records |
|---|---|
| TE 1041 | DLA Piper billing records |
| TE 1045 | June 18, 2012 Master Services Agreement |
| TE 1050 | Executed Joint Venture Agreement |
| TE 1052 | October 2012 Board Meeting Minutes |
| TE 1053 | First Amendment to Joint Venture Agreement |
| TE 1076 | Verified Complaint (*Cinco Corporation v. Koren*, LASC Case No. BC701075, April 10, 2018) |
| TE 1077 | Verified First Amended Complaint (*Cinco Corporation v. Koren*, LASC Case No. BC701075, August 24, 2018) |
| TE 1078 | Verified Second Amended Complaint (*Cinco Corporation v. Koren*, LASC Case No. BC701075, December 18, 2018) |
| TE 1079 | Verified Third Amended Complaint (*Cinco Corporation v. Koren*, LASC Case No. BC701075, June 28, 2019) |
| TE 1084 | Declaration of Jose P. Magsaysay, Jr., May 15, 2019 |
| TE 1086 | Declaration of Jose P. Magsaysay, Jr., December 18, 2018 |
| TE 1096 | July 2, 2010 Draft Joint Venture Agreement |
| TE 1154 | Plaintiff's November 22, 2024 letter to PCJV's Franchisees |
| TE 1172 | Settlement and Release Agreement; Membership Interest Purchase Agreement (with assignments) |
| TE 1184 | April 19, 2018 Franchise Disclosure Documents |

| TE 1239 | February 7, 2024 Franchise Agreement |
|---|---|
| TE 1248 | September 12, 2024 Franchise Agreement |
| TE 1257 | California Department of Business Oversight Stipulation, Citation, and Desist and Refrain Order |
| TE 1413 | Declaration of Guy Koren and Related Filings, specifically Exhibit C: Verified Complaint (*PCJV USA, LLC v. Koren, et al.*, LASC Case No. BC705580, May 8, 2018) |

DATED: September 24, 2025   **BLANK ROME LLP**

By: */s/ Arash Beral*
        Todd M. Malynn
        Arash Beral
        Jamison T. Gilmore
    Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC