Exhibit TE 1

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,760,041**
Registered Mar. 16, 2010

**Int. Cl.: 43**

**SERVICE MARK
PRINCIPAL REGISTER**

CINCO CORPORATION (PHILIPPINES CORPORATION)
869 KATARUNGAN STREET
PLAINVIEW, MANDALUYONG, PHILIPPINES 1550

FOR: RESTAURANT AND CATERING SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

OWNER OF PHILIPPINES REG. NO. 42001007962, DATED 3-26-2007, EXPIRES 3-26-2017.

THE COLOR(S) YELLOW, GREEN, BROWN, BLACK AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "POTATO", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A BROWN POTATO WITH ARMS AND LEGS THAT IS OUT-LINED IN BLACK AND HAS BLACK SPECKS AND A BLACK SMILE AND BLACK AND WHITE EYES. THE POTATO APPEARS BETWEEN THE WORDS "POTATO" AND "CORNER", WHICH ARE BOTH IN GREEN COLOR, AND APPEAR INSIDE A LONG, YELLOW OBLONG OVAL.

SER. NO. 77-668,072, FILED 2-11-2009.

KRISTIN CARLSON, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Exhibit 1 - page 1**