**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT IN ACCORDANCE WITH DKT. NO. 308**<br><br>Complaint Filed:  May 31, 2024<br>Trial Date:        September 26, 2025 |

1
**DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT IN ACCORDANCE WITH DKT. NO. 308**

| | |
|---|---|
| 1 | limited liability company and DOES 1 through 100, inclusive, |
| 2 | Defendants. |
| 3 | |
| 4 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Counter-Claimants, |
| 10 | v. |
| 11 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 12 | Counter Defendant. |
| 13 | |
| 14 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | Third Party Plaintiffs, |
| 20 | v. |
| 21 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive, |
| 22 | |
| 23 | |
| 24 | |
| 25 | Third Party Defendants. |
| 26 | |
| 27 | |
| 28 | |

2

**DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT IN ACCORDANCE WITH DKT. NO. 308**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants PCJV USA, LLC, PCI Trading, LLC, Guy Koren, Potato Corner LA Group, LLC, NKM Capital Group, LLC, J & K Americana, LLC, J&K Lakewood, LLC, J&K Oakridge, LLC, J&K Valley Fair, LLC, J & K Ontario, LLC, J&K PC Trucks, LLC, HLK Milpitas, LLC, GK Cerritos, LLC, and GK Capital Group, LLC (collectively, "Defendants") hereby submit this Statement of Uncontroverted Facts ("SUF") in support of their Motion for Summary Judgment.

| SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 1. | Since 2010, PCJV has been the sole master franchisor of Potato Corner in the United States, and is the only entity ever authorized to sell Potato Corner franchises in the U.S. All U.S. franchisees obtained their rights to use the Potato Corner marks from PCJV, with franchise agreements providing for initial ten-year terms and rights to successive ten-year renewals, extending franchisee rights well into the future. Franchisees agreed that all goodwill inures to PCJV's exclusive benefit. | • Joint Statement of Stipulated Facts, Dkt. 257, Facts 7, 8;<br>• Franchise Agreements: TE 1239, 1248, § 9.1 (goodwill provision; ten-year initial term and renewal rights);<br>• FDDs: TE 1034, 1184;<br>• Declaration of Erlinda Bartolome ("Bartolome Decl.") ¶¶ 7–10, 32(a)-(b); |

3
**DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT IN ACCORDANCE WITH DKT. NO. 308**

| | | | |
|---|---|---|---|
| | | | • Declaration of Barry Kurtz ("Kurtz Decl.") ¶¶ 8–10;<br>• Declaration of Adam Mandel ("Mandel Decl.") ¶¶ 5–8;<br>• Declaration of Guy Koren ("G. Koren Decl.") ¶ 20.a. |
| | 2. | PCJV is governed by a set of agreements (the Joint Venture Agreement, its First Amendment, and the LLC Agreement), all of which provide for indefinite duration and require a supermajority vote or mutual agreement for termination. | • Joint Venture Agreement ("JVA"), TE 1050 §§ 3(g)-(h), 4(a);<br>• First Amendment to JVA, TE 1053;<br>• Relevant drafts of JVA, TE 1023, 1025;<br>• LLC Agreement, TE 62 §§ 2.7, 9.1–9.2;<br>• Bartolome Decl. ¶¶ 9–15, 32(c)<br>• Mandel Decl. ¶¶ 9–12 |

4

**DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT IN ACCORDANCE WITH DKT. NO. 308**

| | | |
|---|---|---|
| | | • G. Koren Dec. ¶ 20.b. |
| 3. | Cinco's verified pleadings and other sworn statements in prior litigation confirm that PCJV's business, reputation, and goodwill were at stake in U.S. operations, that PCJV's rights to the marks were governed by the JVA and LLC structure, and that Cinco's only right was to receive a share of franchise and royalty fees. | • Verified Pleadings and Declarations: TE 1076; TE 1077 ¶¶ 17, 26, 31, 44–47, 139–140; TE 1078 ¶¶ 34, 47–50, 151–152; TE 1079 ¶¶ 34, 47–50, 151–152; TE 1086 ¶ 39; TE 1084 ¶ 39; TE 1413;<br>• JVA, TE 1050 § 3(g);<br>• LLC Agreement, TE 62 § 4.17;<br>• Bartolome Decl. ¶ 31;<br>• G. Koren Decl. ¶ 20.c. |
| 4. | Plaintiff did not acquire any ownership rights or equity in Cinco, PC International, PCJV, or PCI Trading, and expressly disavowed acquiring PCJV's membership interests, franchise agreements, regulatory obligations, | • Settlement Agreement and Membership Interest Purchase Agreement, TE 1172, Recitals E, |

5

**DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT IN ACCORDANCE WITH DKT. NO. 308**

| | | | |
|---|---|---|---|
| | | supply chain contracts, and related businesses, as well as any contractual or fiduciary obligations owed to or by PCJV. As a result, Plaintiff did not acquire the goodwill of the U.S. franchised business. | G, H and §§ 4.1, 5, 12;<br>• Dkt. 257;<br>• Franchise Agreements, TE 1248 and TE 1239;<br>• FDDs, TE 1034 and TE 1184;<br>• Bartolome Decl. ¶ 32(e);<br>• Kurtz Decl. ¶ 12;<br>• G. Koren Decl. ¶ 20.d. |
| | 5. | The Cinco Parties' releases and settlement agreements, negotiated and executed with counsel who also represents Plaintiff, expressly bind successors, subsidiaries, affiliates, and assigns, and released all known and unknown licensing and related claims. | • Settlement Agreement and Membership Interest Purchase Agreement, TE 1172, Recitals E, G, H and §§ 4.1, 5, 12;<br>• Bartolome Decl. ¶ 32(e);<br>• Kurtz Decl. ¶ 12;<br>• Declaration of Alon Koren ¶ 3; |

6
**DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT IN ACCORDANCE WITH DKT. NO. 308**

| | | |
|---|---|---|
| | | • G. Koren Decl. ¶ 20.e. |
| 6. | Following the alleged assignment(s) to Plaintiff, PCJV continued operating as master franchisor. | • Franchise Agreements, TE 1239, 1248;<br>• Bartolome Declaration ¶¶ 34–35;<br>• Kurtz Declaration ¶¶ 10–12;<br>• G. Koren Decl. ¶ 20.f. |

DATED: September 24, 2025  **BLANK ROME LLP**

By: */s/ Arash Beral*
    Todd M. Malynn
    Arash Beral
    Jamison T. Gilmore
Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

7
**DEFENDANTS' STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT IN ACCORDANCE WITH DKT. NO. 308**