**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California | Case No. 2:24-CV-04546-SB(AGRx) <br><br> *Hon. Stanley Blumenfeld, Jr.* <br><br> **PROPOSED ORDER ON MOTION OF DEFENDANTS FOR SUMMARY JUDGMENT IN ACCORDANCE WITH DKT. NO. 308** <br><br> Complaint Filed:  May 31, 2024 <br> Trial Date:         September 26, 2025 |

i

**PROPOSED ORDER ON MOTION OF DEFENDANTS FOR SUMMARY JUDGMENT IN ACCORDANCE WITH DKT. NO. 308**

| | |
|---|---|
| 1 | limited liability company and DOES 1 through 100, inclusive, |
| 2 | Defendants. |
| 3 | |
| 4 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 8 | |
| 9 | Counter-Claimants, |
| 10 | v. |
| 11 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 12 | Counter Defendant. |
| 13 | |
| 14 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 18 | |
| 19 | Third Party Plaintiffs, |
| 20 | v. |
| 21 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive, |
| 25 | Third Party Defendants. |

ii
**PROPOSED ORDER ON MOTION OF DEFENDANTS FOR SUMMARY JUDGMENT IN ACCORDANCE WITH DKT. NO. 308**

**[PROPOSED] ORDER**

The Court, having considered the Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment filed by Defendants PCJV USA, LLC; PCI Trading LLC; Potato Corner LA Group, LLC; GK Capital Group, LLC; NKM Capital Group, LLC; Guy Koren; J & K Americana, LLC; J&K Lakewood, LLC; J&K Oakridge, LLC; J&K Valley Fair, LLC; J & K Ontario, LLC; J&K PC Trucks, LLC; HLK Milpitas, LLC; and GK Cerritos, LLC (collectively, "Defendants"), all papers filed in support and opposition, the arguments of counsel, and the record in this action, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is GRANTED. Judgment shall be entered in favor of Defendants and against Plaintiff Shakey's Pizza Asia Ventures, Inc. ("SPAVI") on all claims asserted by Plaintiff in this action.

In the alternative, should the Court determine that summary judgment is not warranted as to all claims, the Court GRANTS Defendants' Motion for Partial Summary Judgment as follows:

1. The Court finds as a matter of law that Defendants' use of the Potato Corner marks in the United States was authorized and with consent;
2. The Court finds as a matter of law that Plaintiff cannot prove a valid assignment including the goodwill of the U.S. business;
3. The Court finds as a matter of law that Plaintiff's claims are barred, in whole or in part, by settlement, release, and estoppel arising from the 2024 Settlement and Membership Interest Purchase Agreement and related releases binding successors and affiliates;
4. The Court finds as a matter of law that Plaintiff cannot establish ownership or the "without consent" element required for its claims of trademark infringement, false designation, and unfair competition; and/or

1

**PROPOSED ORDER ON MOTION OF DEFENDANTS FOR SUMMARY JUDGMENT IN ACCORDANCE WITH DKT. NO. 308**

5. The Court denies Plaintiff's requested injunctive and declaratory relief as a matter of law on the grounds above.

The Court directs the Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Dated: _____        _____
                                      Hon. Stanley Blumenfeld, Jr.
                                      United States District Judge