MICHAEL D. MURPHY (SBN 224678)
mdmurphy@foxrothschild.com
MATTHEW FOLLETT (SBN 325481)
mfollett@foxrothschild.com
MEEGHAN TIRTASAPUTRA (SBN 325572)
mtirtasaputra@foxrothschild.com
JESSICA I. NWASIKE (SBN 343087)
jnwasike@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone: 310.598.4150
Facsimile: 310.556.9828

Attorneys for Plaintiff and Counterclaim
Defendant SHAKEY'S PIZZA ASIA
VENTURES, INC. and Third Party Defendants
CINCO CORPORATION, PC
INTERNATIONAL PTE LTD., and SPAVI
INTERNATIONAL USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*The Hon. Stanley Blumenfeld, Jr.*<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: May 31, 2024 |

| | |
|---|---|
| 1 | limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |
| 5 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a Ca1ifornia limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Counter-Claimants, |
| 12 | v. |
| 13 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 14 | Counter Defendant. |
| 15 | |
| 16 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a Ca1ifornia limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | Third Party Plaintiffs, |
| 22 | v. |
| 23 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive, |
| 24 | |
| 25 | |
| 26 | |
| 27 | Third Party Defendants. |
| 28 | |

2

APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MSJ
177393500.1

**PLAINTIFF'S APPENDIX OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| Trial Exhibit No. | Description of Exhibit |
|---|---|
| 001 | U.S. Patent and Trademark Office Registration Certificate No. 3760041 (Potato Corner Logo Mark) |
| 002 | U.S. Patent and Trademark Office Section 8 & 15 Notice of Acceptance for Reg. No. 3760041 (Potato Corner Logo Mark) |
| 003 | U.S. Patent and Trademark Office Registration Certificate No. 5900257 |
| 004 | U.S. Patent and Trademark Office Trademark Assignment Cover Sheet (Potato Corner Logo Mark and Characters Mark) |
| 005 | U.S. Patent and Trademark Office Section 8 & 15 Notice of Acceptance for Reg. No. 6088456 (World's Best Characters Mark) |
| 006 | U.S. Patent and Trademark Office Trademark Assignment Cover Sheet (World's Best Characters Mark) |
| 007 | April 29, 2009 Master License Agreement |
| 010 | Declaration of Guy Koren filed in *Cinco v. Koren et al.*, case no. BC701075 |
| 011 | October 1, 2010 Trademark, Copyright, and Know-How License Agreement |
| 045 | Declaration of Maria Rosario L. Ybanez |
| 046 | Declaration of Jose P. Magsaysay in Support of Motion |

3

| | | |
|---|---|---|
| | | for Preliminary Injunction |
| | 048 | Declaration of Yiow Leong Tan |
| | 049 | Declaration of Jose Arnold T. Alvero |
| | 057 | Declaration of Guy Koren |
| | 073 | Verified First Amended Cross Complaint of PCJV filed in *Cinco v. Koren et al.*, case no. BC701075 |
| | 1050 | Joint Venture Agreement |
| | 1052 | PCJV Board Meeting Minutes dated 10/16/2012 |
| | 1053 | Amended Joint Venture Agreement Dated 10/17/2012 |
| | 1055 | May 25, 2015 Email from The Cinco Group (Ben Olivas) to Guy Koren, et al. |
| | 1065 | December 3, 2017 Email from Amir Jacoby to Guy Koren, et al. |
| | 1072 | March 20, 2018 Email from Dom Hernandez to Guy Koren, et al. |
| | 1079 | Verified Third Amended Complaint filed in *Cinco v. Koren et al.*, case no. BC701075 |
| | 1135 | 6/19/18 Order Denying Cinco's Request for Injunctive Relief and Granting Koren's Request for Injunctive Relief |
| | 1172 | Settlement and Release Agreement between Cinco Parties and Koren Parties |
| | 1354 | Letter from A. Beral to M. Murphy dated 02/25/2022 |
| | 1421 | Verified Third Amended Cross-Complaint filed by Guy Koren in Cinco Corp. v. Koren et al., Case No. BC701075 |
| | 1437 | 5/31/24 Email From Yiow Leong Tan with Encl Notice of Termination of License Letter |

4

APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MSJ
177393500.1

| | |
|---|---|
| 1439 | Declaration of Vicente Gregorio |
| 1551 | First Amended Complaint |
| Dkt. 108 | Defendant's Answer to Plaintiff's First Amended Complaint and Counterclaim/Third Party Complaint |

Dated: September 24, 2025

**FOX ROTHSCHILD LLP**

*/s/ Michael D. Murphy*
Michael D. Murphy
Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

# CERTIFICATE OF SERVICE

The undersigned certifies that, on September 24, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  September 24, 2025                    **F**OX **R**OTHSCHILD **LLP**


*/s/ Michael D. Murphy*
Michael D. Murphy
Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third-Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MSJ
177393500.1