| | |
|---|---|
| 1 | **BLANK ROME LLP** |
| | Arash Beral (SBN 245219) |
| 2 | arash.beral@blankrome.com |
| | Todd M. Malynn (SBN 181595) |
| 3 | todd.malynn@blankrome.com |
| | Jamison T. Gilmore (SBN 322100) |
| 4 | jamison.gilmore@blankrome.com |
| | 2029 Century Park East | 6th Floor |
| 5 | Los Angeles, CA 90067 |
| | Telephone:  424.239.3400 |
| 6 | Facsimile:   424.239.3434 |
| 7 | Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI |
| 8 | TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, |
| 9 | NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, |
| 10 | LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J |
| 11 | & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, | | Case No. 2:24-CV-04546-SB(AGRx) |
| | | *Hon. Stanley Blumenfeld, Jr.* |
| Plaintiff, | | **NOTICE OF ERRATA RE EXHIBITS TE          TO THE DEFENDANTS' APPENDIX OF EVIDENCE IN SUPPORT OF TGHEIR MOTION FOR SUMMARY JUDGMENT** |
| vs. | | |
| PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, | | Complaint Filed:  May 31, 2024<br>Trial Date:          August 4, 2025 |

| | |
|---|---|
| 1 | a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | Defendants. |
| 4 | |
| 5 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Counter-Claimants, |
| 11 | v. |
| 12 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 13 | |
| 14 | Counter Defendant. |
| 15 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | Third Party Plaintiffs, |
| 22 | v. |
| 23 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive, |
| 24 | |
| 25 | |
| 26 | Third Party Defendants. |
| 27 | |
| 28 | |

160850.00001/153289966v.1                    1
**NOTICE OF ERRATA**
160850.00001/154535254v.1

**PLEASE TAKE NOTICE** that on September 24, 2025, the PCJV USA Parties filed a document entitled "Defendants' Appendix of Evidence in Support of Their Motion for Summary Judgment" [Dkt. 309].  Exhibits TE 1038 and TE 1248 were inadvertently omitted from the filing.  Attached hereto as Exhibits A and B are true and correct copies of those exhibits.

DATED:  September 24, 2025, **BLANK ROME LLP**

By: */s/ Todd M/ Malynn*
    Arash Beral
    Todd M. Malynn
    Jamison T. Gilmore
    Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# CERTIFICATE OF SERVICE

The undersigned certifies that on September 24, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 24, 2025.

By: /s/AJ Cruickshank