EXHIBIT A

EXHIBIT TE 1038



DLA Piper LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2248
T 650-833-2000
F 650-833-2001
W www.dlapiper.com

**PRIVILEGED AND CONFIDENTIAL**

Potato Corner Global Company Limited
Attn: Erlinda Bartolome
869 Katarungan St., Barangay Plainview
Mandaluyong City, 1550 Philippines

August 16, 2011

B. Olivas
Matter # 373527-000001
Invoice # 2609883

For Professional Services Through July 31, 2011:

Client: **Cinco Corporation**
Matter: **Potato Corner USA**

| | | |
|---|---|---|
| Current Fees | $ | 18,889.50 |
| Current Disbursements | $ | 2,364.96 |
| Total This Invoice | $ | 21,254.46 |

Please send remittance to:   DLA Piper LLP (US)
P.O. Box 64029
Baltimore, Maryland 21264-4029

Or wire remittance to:   M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

To ensure proper credit, please indicate the invoice number you are paying on the wire

Law Firm Tax Identification Number:   52-0616490



Matter # 373527-000001  
Invoice # 2609883

B. Olivas  
Page: 2  
August 16, 2011

**Fees:**

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 06/25/10 | Coordinate regarding corporate structure matters. Related follow-up. | Lorenzo, Marty B. | 0.40 |
| 07/16/10 | Revise draft joint venture agreement to incorporate comments by client; discuss requirements for formation of PCJV (LLC) and PC International Delaware with Ms. S. Reynolds. | Olivas, Ben Ramos | 0.80 |
| 07/16/10 | Conference with Ben regarding corporate structure and capitalization issues; e-mail to Ben regarding disclosure requirements regarding these issues; prepare memo to Ben and Lydia regarding capitalization questions raised and State of California requirements regarding capitalization. | Lambert, Kim A. | 3.20 |
| 07/16/10 | Telephone call with Attorney Olivas regarding formation of PCJV USA, LLC and Potato Corner International, Inc.; prepare formation documents regarding same; coordinate filing with Delaware Secretary of State. | Reynolds, Susan M. | 1.00 |
| 07/18/10 | Conference call with Mr. J. Magsaysay, Ms. L. Bartolome and Attorney K. Lambert to discuss Santa Anita stores situation, comments/changes to the draft JV agreement, and next steps for formation of JV structure. | Olivas, Ben Ramos | 1.20 |
| 07/18/10 | Telephone conference regarding corporate structure; existing business and capitalization issues. | Lambert, Kim A. | 1.00 |
| 09/13/10 | Conference call with Attorney K. Lambert, Mr. J. Magsaysay and Ms. E. Bartolome regarding structuring and capitalization of PCJV; discuss changes to JV Agreement. | Olivas, Ben Ramos | 2.00 |
| 10/05/10 | Conference with Attorney Olivas regarding organizational matters. | Reynolds, Susan M. | 1.00 |
| 10/11/10 | Obtain Parasec services for registered agent process services for PC-Intl. | Olivas, Ben Ramos | 0.80 |
| 10/12/10 | Respond to Ms. L. Bartolome's questions regarding visa requirements and revisions to JV agreement. | Olivas, Ben Ramos | 0.50 |
| 10/12/10 | Attention to organization matters. | Reynolds, Susan M. | 0.50 |
| 10/13/10 | Discuss completion of various corporate filings for PC-Intl with Ms. S. Reynolds. | Olivas, Ben Ramos | 0.80 |
| 10/13/10 | Prepare organizational documents including minutes, bylaws, fictitious business name statement, stock purchase | Reynolds, Susan M. | 2.00 |



Matter # 373527-000001
Invoice # 2609883

B. Olivas
Page: 3
August 16, 2011

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
|  | statement for Potato Corner International, Inc.; attention to application for taxpayer ID number regarding same. |  |  |
| 10/14/10 | Complete fictitious business name and tax ID registration for PC-Intl. | Olivas, Ben Ramos | 0.50 |
| 10/21/10 | Complete investor representation statement; send corporate documents for PC-Intl to Ms. L. Bartolome and discuss next steps for structure implementation. | Olivas, Ben Ramos | 0.60 |
| 10/21/10 | Attention to organizational matters for Potato Corner International, Inc. | Reynholds, Susan M. | 0.50 |
| 10/26/10 | Attention to filing of fictitious business name. | Reynholds, Susan M. | 0.60 |
| 10/27/10 | Attention to organizational matters. | Reynholds, Susan M. | 0.50 |
| 10/29/10 | Revise JV implementation arrangements, including documents required to complete funding and restructuring steps; confirm opening of Wells Fargo bank account with Ms. S. Chu. | Olivas, Ben Ramos | 2.50 |
| 11/02/10 | Update call with Ms. L. Bartolome regarding set up of PCJV. | Olivas, Ben Ramos | 1.00 |
| 11/02/10 | Follow-up with service agent regarding fictitious business name application. | Reynholds, Susan M. | 0.30 |
| 11/04/10 | Attention to name availability in Delaware for regarding new limited liability formation. | Reynholds, Susan M. | 0.40 |
| 11/05/10 | Prepare and file Certificate of Formation for PCI Trading LLC. | Reynholds, Susan M. | 0.50 |
| 11/10/10 | Follow-up on various items regarding set-up of PCJV (audit of balance sheet, trademark registration, various corporate and commercial registrations required). | Olivas, Ben Ramos | 0.50 |
| 11/11/10 | Apply for and obtain employer identification number for PCI Trading, LLC; conferences with Ms. Reynholds regarding same. | Ortiz, Lisa A. | 0.50 |
| 11/15/10 | Respond to Mr. J. Magsaysay's questions regarding Wells Fargo bank account information and fund transfers. | Olivas, Ben Ramos | 0.50 |
| 12/07/10 | Arrange for Wells Fargo bank account deposits for PC-Int'l; provide status update to Mr. J. Magsaysay, and Ms. L. Bartolome. | Olivas, Ben Ramos | 1.50 |
| 12/10/10 | Arrange for deposit of funds by PC-Int'l to the PCJV account; discuss next steps with Mr. A. Neminum, follow-up with Singer Lewak regarding audit requirements. | Olivas, Ben Ramos | 1.60 |



Matter # 373527-000001
Invoice # 2609883

B. Olivas
Page: 4
August 16, 2011

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 01/03/11 | Finalize JV Agreement and send to client; Singer Lewak. | Olivas, Ben Ramos | 0.50 |
| 01/10/11 | Attention to matters relating to issuance of ownership certificates. | Reynholds, Susan M. | 0.20 |
| 02/02/11 | Attention to matters relating to membership certificates and stock certificates for Potato Corner International, Inc. and PCJV, LLC. | Reynholds, Susan M. | 2.00 |
| 02/04/11 | Revise stock certificates. | Reynholds, Susan M. | 0.30 |
| 02/07/11 | Meet with Mr. J. Magsaysay to discuss, finalize and sign FDD application; transfer of WF's bank accounts for PC-Int'l. | Olivas, Ben Ramos | 1.50 |
| 02/08/11 | Draft letter regarding initial franchise registration filing in California. | Krull, Colin | 0.50 |
| 02/11/11 | Prepare California additional disclosures for registration filing. | Krull, Colin | 0.80 |
| 02/17/11 | Meet with PCJV management to discuss corporate and tax structure. | Olivas, Ben Ramos | 1.00 |
| 03/23/11 | Call with Ms. Pia Marie Dyquiangco regarding L-1 visa issues for Mr. J. Magsaysay. | Olivas, Ben Ramos | 0.80 |
| 04/04/11 | Discuss corporate, franchising and tax issues with Mr. J. Magsaysay. | Olivas, Ben Ramos | 0.80 |
| 04/07/11 | Meet with Mr. J. Magsaysay to discuss various PCJV matters. | Olivas, Ben Ramos | 1.00 |
| 04/08/11 | Review draft tax return for PC-Int'l and provide comments to Ms. L. Bartolome. | Olivas, Ben Ramos | 0.50 |
| 04/27/11 | Update call with Ms. L. Bartolome on various tax and corporate matters. | Olivas, Ben Ramos | 0.50 |

Total Hours  36.30

Total Fees  $18,889.50



Matter # 373527-000001  
Invoice # 2609883

B. Olivas  
Page: 5  
August 16, 2011

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Olivas, Ben Ramos | Partner | 6.60 | 695.00 | 4,587.00 |
| Olivas, Ben Ramos | Partner | 14.50 | 665.00 | 9,642.50 |
| Lorenzo, Marty B. | Partner | 0.40 | 605.00 | 342.00 |
| Lambert, Kim A. | Of Counsel | 3.20 | 400.00 | 1,280.00 |
| Reynholds, Susan M. | Paralegal | 2.50 | 285.00 | 712.50 |
| Reynholds, Susan M. | Paralegal | 7.30 | 275.00 | 2,007.50 |
| Krull, Colin | Paralegal | 1.30 | 235.00 | 305.50 |
| Ortiz, Lisa A. | Paralegal | 0.50 | 225.00 | 112.50 |
| Totals | | 36.30 | | 18,589.50 |

**Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 08/24/10 | Corporate/LLC/Partnership Filings - VENDOR: NATIONAL CORPORATE RESEARCH, LTD* FORMULATION/INCORPORATION FILINGS AND STAT REPRESENTATION RE: PCJV, LLC; POTATO CORNER INTERNATIONAL, INC | 900.00 |
| 10/26/10 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Susan Reynholds TO: Misty-Dawn Riley National Corporate Research 1107 9th St., Ste. 1025 SACRAMENTO CA | 11.84 |
| 12/27/10 | Registered Agent Services - VENDOR: NATIONAL CORPORATE RESEARCH, LTD* ASSUME/FICTITIOUS NAME FILINGS AND PUBLICATIONS RE: POTATO CORNERS INTERNATIONAL, INC (DBA) POTATO CORNERS | 359.00 |
| 12/27/10 | Corporate/LLC/Partnership Filings - VENDOR: NATIONAL CORPORATE RESEARCH, LTD* QUALIFICATION FILING/GOOD STANDING CERT RE: POTATO CORNER INTERNATIONAL INC | 253.00 |
| 12/27/10 | Corporate/LLC/Partnership Filings - VENDOR: NATIONAL CORPORATE RESEARCH, LTD* FORMATION FILING/STATUTORY REPRESENTATION RE: PCI TRADING LLC | 449.00 |



Matter # 373527-000001
Invoice # 2609883

B. Olivas
Page: 6
August 16, 2011

| Date | Description | Amount |
|---|---|---|
| 03/15/11 | AIR FARE - VENDOR: M&T BANK, N.A.-VISA PURCHASING CARD- BEN RAMOS OLIVAS TRAVEL TO SANTA ANA FOR MEETING ON 02/17/11 | 0.00 |
| 03/17/11 | Hotel - VENDOR: AMERICAN EXPRESS BEN OLIVAS - HOTEL TO ATTEND MEETING WITH CLIENT ON 2/17/11 - 2/18/11 | 0.00 |
| 04/06/11 | Delivery Services - VENDOR: FEDERAL EXPRESS CORPORATION TO MS. SHOKREH ARAM CA DEPARTMENT OF CORPORATIONS 2/11/2011 | 45.27 |
| 04/12/11 | Delivery Services - Vendor: UNITED PARCEL SERVICE - FROM: Business Center TO: MS.LYNDAH BARTOLOME C/OTHE HISTORIC MAYFAIR HOT 1256 WEST 7TH STREET LOS ANGELES CA | 10.85 |
| 06/30/11 | Registered Agent Services - VENDOR: NATIONAL CORPORATE RESEARCH, LTD* RE: PCJV USA, LLC - DELAWARE GOOD STANDING MAY 20, 2011 | 168.00 |
| 06/30/11 | Registered Agent Services - VENDOR: NATIONAL CORPORATE RESEARCH, LTD* RE: POTATO CORNER INTERNATIONAL, INC - DELAWARE AR DELINQUENT, TAX DUE 03/05/11 | 168.00 |

**Total Disbursements**　　$2,364.96

**Total Current Charges**　　$　21,254.46



Matter # 373527-000001  
Invoice # 2609883

B. Olivas

August 16, 2011

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 18,889.50 |
| Current Disbursements | $ | 2,364.96 |
| Total This Invoice | $ | 21,254.46 |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**
**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE**

Please send remittance to:  DLA Piper LLP (US)
P.O. Box 64029
Baltimore, Maryland 21264-4029

Or wire remittance to:  M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name:
DLA Piper LLP (US) Operating Account
Account #: 074-8148-5
ABA Transit #: 022000046
Swift Code: MANTUS33INT

Law Firm Tax Identification Number: 52-0616490

To ensure proper credit, please indicate the invoice number you are paying on the wire