**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**DEFENDANTS' SUPPLEMENTAL APPENDIX OF EVIDENCE**<br><br>Complaint Filed:   May 31, 2024<br>Trial Date:           September 26, 2025 |

1
**DEFENDANTS' SUPPLEMENTAL APPENDIX OF EVIDENCE**

|   |   |
|---|---|
| 1 | limited liability company and DOES 1 through 100, inclusive, |
| 2 | Defendants. |
| 3 | |
| 4 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 8 | |
| 9 | Counter-Claimants, |
| 10 | v. |
| 11 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 12 | Counter Defendant. |
| 13 | |
| 14 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 18 | |
| 19 | Third Party Plaintiffs, |
| 20 | v. |
| 21 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive, |
| 25 | Third Party Defendants. |

DEFENDANTS' SUPPLEMENTAL APPENDIX OF EVIDENCE

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PCJV USA, LLC, PCI Trading, LLC, Guy Koren, Potato Corner LA Group, LLC, NKM Capital Group, LLC, J & K Americana, LLC, J&K Lakewood, LLC, J&K Oakridge, LLC, J&K Valley Fair, LLC, J & K Ontario, LLC, J&K PC Trucks, LLC, HLK Milpitas, LLC, GK Cerritos, LLC, and GK Capital Group, LLC (collectively, "Defendants") hereby submit this Supplemental Appendix of Evidence (as supplement to their Appendix of Evidence at Dkt. 309-7) in support of their Motion for Summary Judgment and Opposition to Plaintiffs' Cross-Motion for Summary Judgment.

| Exhibit | Description |
|---|---|
| "AA" | Transcript of October 8, 2020 State Court Proceedings |
| TE 21 | June 28, 2023 email from Guy Koren and Proposed Term Sheet |
| TE 26 | February 16, 2024 email from Guy Koren and attachments |
| TE 81 | September 2013 emails between Koren and Cinco Group |
| TE 82 | April 2014 emails between Koren and Cinco Group |
| TE 1001 | April 2009 emails between Koren and Magsaysay |
| TE 1024 | June 2010 emails between LA Group and Cinco Group |
| TE 1066 | December 2017 through February 2018 emails between LA Group and Cinco Group (Hernandez group) with "Proposed Restructure of PCJV USA, LLC" term sheet |
| TE 1073 | April 3, 2018 letter from Koren |
| TE 1355 | June 10, 2020 Verified Answer of Cinco/PCI to Verified Third Amended Cross-Complaint of Guy Koren |
| TE 1421 | November 12, 2019 Verified Third Amended Cross-Complaint of Guy Koren |

DATED: September 30, 2025   **BLANK ROME LLP**

By: */s/ Arash Beral*
    Todd M. Malynn
    Arash Beral
    Jamison T. Gilmore
Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

**DEFENDANTS' SUPPLEMENTAL APPENDIX OF EVIDENCE**

# CERTIFICATE OF SERVICE

The undersigned certifies that on September 30, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2025.

By:   */s/AJ Cruickshank*