EXHIBIT TE 1355

**CONFORMED**

| | |
|---|---|
| 1 | Michael D. Murphy (SBN 224678) |
| | mmurphy@ecjlaw.com |
| 2 | Siobhan C. Amin (SBN 308416) |
| | samin@ecjlaw.com |
| 3 | Banu S. Naraghi (SBN 312754) |
| | bnaraghi@ecjlaw.com |
| 4 | **ERVIN COHEN & JESSUP LLP** |
| | 9401 Wilshire Boulevard, Ninth Floor |
| 5 | Beverly Hills, California 90212-2974 |
| | Telephone (310) 273-6333 |
| 6 | Facsimile (310) 859-2325 |
| 7 | Attorneys for Plaintiffs and Cross-Defendants CINCO CORPORATION and POTATO CORNER INTERNATIONAL, INC. |

**CONFORMED COPY
ORIGINAL FILED**
Superior Court of California
County of Los Angeles

**JUN 1 0 2020**

Sherri R. Carter, Executive Officer/Clerk of Court
By _____ , Deputy
Steven Drew

8  **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9  **COUNTY OF LOS ANGELES, SPRING STREET COURTHOUSE**

| | | |
|---|---|---|
| 10 | CINCO CORPORATION a Philippines corporation; POTATO CORNER INTERNATIONAL, INC., a Delaware corporation, | Case No.: BC701075 |
| 11 | | Related Case No.: BC706000 |
| 12 | Plaintiffs, | [Assigned for All Purposes to the Hon. William F. Highberger, Dept. 10] |
| 13 | vs. | **PLAINTIFFS AND CROSS-DEFENDANTS CINCO CORPORATION AND POTATO CORNER INTERNATIONAL, INC'S VERIFIED ANSWER TO DEFENDANT AND CROSS-COMPLAINANT GUY KOREN'S VERIFIED THIRD AMENDED CROSS-COMPLAINT** |
| 14 | GUY KOREN, an individual; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, | |
| 15 | LLC, a California limited liability company; J & K CULVER, LLC, a California limited | |
| 16 | liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K | |
| 17 | OAKRIDGE, LLC, a California limited liability company; J&K VALLEY FAIR, | |
| 18 | LLC, a California limited liability company; J & K CAPITAL 2, LLC, a California limited | |
| 19 | liability company; J & K ONTARIO, LLC, a California limited liability company; J&K PC | |
| 20 | TRUCKS, LLC, a California limited liability company; J&K CONSULTANTS GROUP, | |
| 21 | LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California | |
| 22 | limited liability company; POTATO CORNER LA GROUP, LLC, a California | |
| 23 | limited liability company; ALON KOREN, an individual; THOMAS HODGSON, an | |
| 24 | individual; EMILY GARCIA, an individual; and DOES 1 through 25, inclusive, | |
| 25 | Defendants, | |
| 26 | – and – | |
| 27 | PCJV USA, LLC, a Delaware limited liability company, | |
| 28 | Nominal Defendant. | |

16544.2:9914289.9

_ERVIN COHEN & JESSUP_ LLP

ERVIN COHEN & JESSUP LLP

ĆÆ Ċ +,- ./0+1È /2,, E.3 +45+6, 7589 0+32/5 602+; ;33080 +6623 2/:5 <.70 35, 626 =. 6/; 6=3; 7+.,, 236=. 577.15602+, 82+650+.4 0+Ĉ 5/51/5>=ĆĆ 36=. È/2,, È2> 750+6?5+4 2+6 =56<5,0, ? 4.+@,5: Æ

CÆ Ċ +,- ./0+1È /2,, 4.3 +45+6, 540 66=. 577.15602+0 +Ĉ 5/51/5>=2C 36=. È/2,, È2: >750+6Æ

ĂAÆ Ċ +,- ./0+1È /2,, E.3 +45+6, 4.+@6=. 577.15602+, 0+Ĉ 5/51/5>= ĂA 236=. È/2,, È2: >750+6Æ

ĂĂÆ Ċ +,- ./0+1È /2,, E.3 +45+6, 4.+@6=. 577.15602+, 0+Ĉ 5/51/5>= ĂĂ 236=. È/2,, È2: >750+6Æ

ĂÆÆ Ċ +,- ./0+1È /2,, E.3 +45+6, 4.+@6=. 577.15602+, 0+Ĉ 5/51/5>= ĂÆ 236=. È/2,, È2: >750+6Æ

ĂBÆ Ċ +,- ./0+1È /2,, E.3 +45+6, 4.+@6=. 577.15602+, 0+Ĉ 5/51/5>= ĂB 236=. È/2,, È2: >750+6Æ

ĂĄÆ Ċ +,- ./0+1È /2,, E.3 +45+6, 4.+@6=. 577.15602+, 0+Ĉ 5/51/5>= ĂĄ 236=. È/2,, È2: >750+6Æ

Ă Æ Ċ +,- ./0+1È /2,, E.3 +45+6, 4.+@6=. 577.15602+, 0+Ĉ 5/51/5>= Ă 236=. È/2,, È2: >750+6Æ

ĂÅÆ Ċ +,- ./0+1È /2,, E.3 +45+6, 4.+@6=. 577.15602+, 0+Ĉ 5/51/5>= ĂÅ 236=. È/2,, È2: >750+6Æ

ĂCÆ Ċ +,- ./0+1È /2,, E.3 +45+6, 4.+@6=. 577.15602+, 0+Ĉ 5/51/5>= ĂC 236=. È/2,, È2: >750+6Æ

ĂĆÆ Ċ +,- ./0+1È /2,, E.3 +45+6, 7589 0+32/5 602+; ;33080 +6623 2/:5 <.70 35, 626 =. 6/; 6=3; 7+.,, 236=. 577.15602+, 82+650+.4 0+Ĉ 5/51/5>=Ă 2Ć 36=. È/2,, È2> 750+6?5+4 2+6 =56 <5,0, ?4.+@,5: Æ

ĂCÆ Ċ +,- ./0+1È /2,, E.3 +45+6, 4.+@6=. 577.15602+, 0+Ĉ 5/51/5>= ĂC 236=. È/2,, È2> 750+6Æ

ÆĂÆ Ċ +,- ./0+1È /2,, E.3 +45+6, 4.+@6=. 577.15602+, 0+Ĉ 5/51/5>= ÆĂ2 36=. È/2,, È2> 750+6Æ

ĂÅ ĄĄÆĂCCĂĄÆĆCÆ

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

## VERIFICATION

1

2

3    I have read the foregoing ⟨illegible⟩ and

4    know its contents.

5    I am the CHAIRMAN-EMERITUS of Cinco Corporation, a Plaintiff and Cross-Defendant in this

6    action. The matters stated in the foregoing document are true of my own knowledge except as to

7    those matters which are stated on information and belief, and as to those matters I believe them to

8    be true.

9    Executed on this ___09___ day of ___JUNE___ 2020, at

10    MANDALUYONG CITY, PHILIPPINES.

11    I declare under penalty of perjury under the laws of the State of California that the

12    foregoing is true and correct.

13                                     CINCO CORPORATION

14                                     _JOSE P. MACTAYSAY, JR._

15                                                [Name]

16                                     Its: _CHAIRMAN  EMERITUS_

17

18

19

20

21

22

23

24

25

26

27

28

16544.2:9914289.1                          DĎ

## VERIFICATION

I have read the foregoing ﬀIAÀÁÂÄÃ    ÃÀ À Æ ÆB ÀÀA Œ AÀÁÂÄÃ ČÂÄÃ Ã ÃAß ÀĄÄÃÇĄŮ Ď Á ' and know its contents.

I am the ~~CHAIRMAN EMERITUS~~ of Potato Corner International, Inc., a Plaintiff and Cross-Defendant in this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

Executed on this _____ 09 _____ day of _____ JUNE _____ 2020, at MANDALUYONG CITY, PHILIPPINES.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

POTATO CORNER INTERNATIONAL, INC.

JOSE P. HASCAYSAY JR.

[Name]

Its: CHAIRMAN EMERITUS

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP