| | |
|---|---|
| 1 | MICHAEL D. MURPHY (SBN 224678) |
|   | mdmurphy@foxrothschild.com |
| 2 | MATTHEW FOLLETT (SBN 325481) |
|   | mfollett@foxrothschild.com |
| 3 | MEEGHAN TIRTASAPUTRA (SBN 325572) |
|   | mtirtasaputra@foxrothschild.com |
| 4 | JESSICA I. NWASIKE (SBN 343087) |
|   | jnwasike@foxrothschild.com |
| 5 | Fox Rothschild LLP |
|   | Constellation Place |
| 6 | 10250 Constellation Boulevard, Suite 900 |
|   | Los Angeles, California 90067 |
| 7 | Telephone: 310.598.4150 |
|   | Facsimile: 310.556.9828 |
| 8 | |
|   | Attorneys for Plaintiff and Counterclaim |
| 9 | Defendant SHAKEY'S PIZZA ASIA |
|   | VENTURES, INC. and Third Party Defendants |
| 10 | CINCO CORPORATION, PC |
|    | INTERNATIONAL PTE LTD., and SPAVI |
| 11 | INTERNATIONAL USA, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, | | Case No. 2:24-CV-04546-SB(AGRx) |
| Plaintiff, | | *The Hon. Stanley Blumenfeld, Jr.* |
| v. | | **APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF AND COUNTERCLAIM DEFENDANT SHAKEY'S PIZZA ASIA VENTURES, INC. AND THIRD-PARTY DEFENDANTS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California | | |

1

| | |
|---|---|
| 1<br>2<br>3<br>4 | limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive,<br><br>      Defendants. |
| 5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,<br><br>      Counter-Claimants,<br><br> v.<br><br>SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>      Counter Defendant. |
| 15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,<br><br>      Third Party Plaintiffs,<br><br> v.<br><br>PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive,<br><br>      Third Party Defendants. |
| 28 | |

APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S AND THIRD-PARTY DEFENDANTS' OPPOSITION TO DEFENDANTS' MSJ
177570681.1

# APPENDIX

| Trial Exhibit No. | Description of Exhibit |
|---|---|
| 004 | U.S. Patent and Trademark Office Trademark Assignment Cover Sheet (Potato Corner Logo Mark and Characters Mark) |
| 010 | June 13, 2018 Declaration of Guy Koren Dkt. 44-19 |
| 011 | October 1, 2010 Trademark, Copyright, and Know-How License Agreement Dkt. 44-20 |
| 046 | Declaration of Jose P. Magsaysay in Support of Motion for Preliminary Injunction |
| 048 | Declaration of Yiow Leong Tan |
| 049 | Declaration of Jose Arnold T. Alvero |
| 050 | Declaration of Jorge Ma. Q. Concepcion(October 10, 2024)Dkt. 44-7 |
| 057 | Guy Koren Decl. Dkt 37-8 through 37-22 |
| 062 | LLC Agreement PCJV, LLC |
| 1023 | 6/11/2010 Email from Lyndah Batolome with Encl "Final JV Agreement draft" |
| 1025 | 6/28/2010 Email from Lyndah Batolome with Encl "Joint Venture Agreement [DRAFT] v2" |
| 1050 | 8/8/12 Joint Venture Agreement |
| 1052 | October 16, 2012 PCJV Board Meeting Minutes |
| 1053 | Amended Joint Venture Agreement Dated 10/17/2012 |
| 1135 | 6/19/18 Order Denying Cinco's Request for Injunctive Relief and Granting Koren's Request for Injunctive Relief |
| 1172 | Settlement and Release Agreement between Cinco Parties |

| | |
|---|---|
| | and Koren Parties |
| 1248 | PCJV USA, LLC Franchise Agreement dated September 12, 2024 |
| 1437 | 5/31/24 Email From Yiow Leong Tan with Encl Notice of Termination of License Letter |
| 1439 | Declaration of Vicente Gregorio |

Dated: September 30, 2025

**FOX ROTHSCHILD LLP**

*/s/ Michael D. Murphy*
Michael D. Murphy
Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

4

# CERTIFICATE OF SERVICE

The undersigned certifies that, on September 30, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 30, 2025

**FOX ROTHSCHILD LLP**

*/s/ Michael D. Murphy*
Michael D. Murphy
Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third-Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.