# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  ETAS ID: TM741510
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| CINCO CORPORATION | | 02/21/2022 | Corporation: |

### RECEIVING PARTY DATA

| Name: | SHAKEY'S PIZZA ASIA VENTURES INC. |
|---|---|
| Street Address: | 15 Km East Service Road corner Marion Road 2, Barangay San Martin de Porres |
| City: | Parañaque City |
| State/Country: | PHILIPPINES |
| Postal Code: | 1700 |
| Entity Type: | Corporation: PHILIPPINES |

### PROPERTY NUMBERS Total: 2

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 3760041 | POTATO CORNER |
| Registration Number: | 5900257 | POTATO CORNER |

### CORRESPONDENCE DATA

Fax Number:    2486410270

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone:    248-641-1600
Email:    mailroom@harnessip.com
Correspondent Name:    Lisa M. DuRoss
Address Line 1:    5445 Corporate Drive Suite 200
Address Line 4:    Troy, MICHIGAN 48098

| ATTORNEY DOCKET NUMBER: | 16802-200006-US |
|---|---|
| NAME OF SUBMITTER: | Lisa M. DuRoss |
| SIGNATURE: | /Lisa M. DuRoss/ |
| DATE SIGNED: | 07/15/2022 |

Total Attachments: 6
source=Deed of Assignment_Cinco to SHAKEYS#page1.tif
source=Deed of Assignment_Cinco to SHAKEYS#page2.tif
source=Deed of Assignment_Cinco to SHAKEYS#page3.tif

Exhibit 4 - page 1

source=Deed of Assignment_Cinco to SHAKEYS#page4.tif
source=Deed of Assignment_Cinco to SHAKEYS#page5.tif
source=Deed of Assignment_Cinco to SHAKEYS#page6.tif

Exhibit 4 - page 2

DEED OF ASSIGNMENT

This **DEED OF ASSIGNMENT**, effective as of 21st day of February 2022 (hereinafter the "Effective Date"), by and between:

**CINCO CORPORATION**, a corporation organized and existing under the laws of the Republic of the Philippines, with principal office address at 869 Katarungan St. Plainview, Mandaluyong City, Philippines (hereinafter referred to as "the Assignor")

- and -

**SHAKEY'S PIZZA ASIA VENTURES INC.**, a corporation organized and existing under the laws of the Republic of the Philippines, with principal office address at 15 Km East Service Road corner Marian Road 2, Barangay San Martin de Porres, Parañaque City, Philippines (hereinafter referred to as "the Assignee")

WITNESSETH:

WHEREAS, the Assignor owns all right, title, and interest in and to the Trademarks ("Marks") as defined in the attached Schedule "A"; and

WHEREAS, the Assignor has agreed to transfer and assign all of its right, title and interest in the Marks to the Assignee;

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Assignor and the Assignee agree as follows:

1. The term 'Marks' as used herein shall mean the Assignor's trademarks (listed on the attached Schedule "A") including all registrations, applications, and all other rights in the Philippines and in all countries and territories worldwide under any international convention in, to and under the Marks owned by Assignor;

2. Assignor hereby irrevocably sells, assigns, transfers, and conveys to Assignee all right, title, and interest it now has or ever has had in and to each of the assigned Marks, worldwide, together with the goodwill of the business symbolized thereby, including but not limited to any applications or registrations therefor, together with all claims that can or may be asserted by Assignor arising out of or relating to the use or ownership of any of the assigned Marks; and

3. As of the Effective Date, Assignee shall have all benefits, privileges, causes of actions, and remedies arising out of or relating to the Marks or the exploitation thereof, including without limitation the exclusive right to apply for and maintain all applications, registrations, or renewals for the assigned Marks; to sue for all past or future infringements of the assigned Marks or other violations of any rights in the assigned Marks and to settle and retain proceeds from any such action. In addition, as of the Effective Date, Assignee assumes full responsibility for and Assignor is relieved of all future

**Exhibit 4 - page 3**

obligations relating to the assigned Marks, including but not limited to all costs, taxes, and fees that accrue after the Effective Date for preparing and recording any assignments contemplated herein; maintaining, defending, enforcing and litigating rights in the Assigned Marks; or otherwise registering, renewing, or maintaining any trademark registrations for the assigned Marks.

IN WITNESS WHEREOF, the Assignor has caused this Deed of Assignment to be executed by its duly authorized representative and acknowledged by the Assignee's duly authorized representative.

| CINCO CORPORATION | SHAKEY'S PIZZA ASIA VENTURES INC., |
|---|---|
| ASSIGNOR | ASSIGNEE |
| By: *[signature]* | By: *[signature]* |
| Mr. Jose P Magsaysay Jr<br>CEO | Mr. Christopher Paulus T Po<br>Chairman |

**Exhibit 4 - page 4**

## ACKNOWLEDGMENT

REPUBLIC OF THE PHILIPPINES )
__TAGUIG__ CITY, METRO MANILA ) SS.

BEFORE ME, this __21st__ day of __February__, 20__22__ a Notary Public for and in __Taguig City__ personally appeared:

| Name | Competent Evidence of Identity | Date and Placed Issued |
|---|---|---|
| Cinco Corporation represented by: Mr. Jose P. Magsaysay Jr. | PASSPORT ID NO. [redacted] | [redacted] |
| Shakey's Pizza Asia Ventures Inc. Represented by: Mr. Christopher Paulus T. Po | PASSPORT ID NO. [redacted] | [redacted] |

known to me to be the same persons who executed the foregoing instrument, and who acknowledged to me that the same is their free act and deed and of the corporations they represent.

IN WITNESS WHEREOF, I have hereunto set may hand and affixed my notarial seal this __21st__ day of __February__, 2022 at __Taguig City, Metro Manila__.

Doc. No. __80__ ;
Page No. __17__ ;
Book No. __I__ ;
Series of __2022__ .

**NOTARY PUBLIC**

Irish May D. Quintana
COMMISSION Appointment No. 76 (2021-2022)
Issued on July 29, 2021 Until December 31, 2022
15th Floor, One Park Drive, 9th Avenue
corner 11th Drive, Bonifacio Global City, Taguig City
PTR : A-5063278 – 01/05/2021 – Taguig City
IBP : 122853 – 01/05/2021 – Makati Chapter
Roll of Attorneys No. 74321
MCLE Compliance No. – Newly Admitted

Exhibit 4 - page 5

SCHEDULE "A"

| Country | Trademark | Class | Application No. | Filing date | Registration No. | Registration date |
|---|---|---|---|---|---|---|
| Bangladesh | Potato Corner | 43 | 226254 | 11 September 2018 | | |
| Brunei | Potato Corner | 43 | 49284 | 19 October 2017 | 49284 | 31 August 2018 |
| Cambodia | Potato Corner | 43 | 77596 | 20 December 2017 | 71901 | 28 May 2019 |
| China | 风味薯薯 | 43 | | 12 January 2022 | | |
| India | Potato Corner | 43 | 3843469 | 24 April 2018 | 3843469 | 25 May 2018 |
| Indonesia | Potato Corner | 43 | J002011043810 | 31 October 2011 | IDM000424386 | 19 September 2014 |
| Japan | Potato Corner | 43 | 2020-074636 | 17 June 20 | 6413990 | 9 Jul 2021 |
| Jordan | Potato Corner | 43 | 134823 | 26 June 2014 | 134823 | 26 June 2014 |
| Kuwait | Potato Corner | 43 | 156471 | 7 September 2014 | 156471 | 15 May 2016 |
| Laos | Potato Corner | 43 | 45405 | 8 January 21 | | |
| Lebanon | Potato Corner | 43 | 159322 | 16 July 2014 | 159322 | 16 July 2014 |
| Macau | Potato Corner | 43 | N/138392 | 18 May 2018 | N/138392 | 24 January 2019 |
| Malaysia | Potato Corner | 43 | 2010022425 | 23 November 2010 | 2010022425 | 23 November 2010 |

Exhibit 4 - page 6

| Country | Mark | Class | Application No. | Application Date | Registration No. | Registration Date |
|---|---|---|---|---|---|---|
| Mexico | Potato Corner | 29 | 2097285 | 7 September 2018 | 1947500 | 16 November 2018 |
| Mexico | Potato Corner | 43 | 2097310 | 7 September 2018 | 1947509 | 16 November 2018 |
| Mexico | POTATO CORNER | 29 | 2127168 | 7 November 2018 | 1968630 | 11 February 2019 |
| Mexico | POTATO CORNER | 43 | 2127171 | 7 November 2018 | 1968632 | 11 February 2019 |
| Myanmar | Potato Corner | 43 | | 25 January 2021 | | |
| Nepal | Potato Corner | 43 | 5555 | 11 September 2020 | | |
| Panama | Potato Corner | 43 | 202006 | 7 July 2011 | 202006 | 7 July 2012 |
| Papua New Guinea | Potato Corner | 43 | 78343 | 1 July 2020 | | |
| Peru | Potato Corner | 43 | 908067-2021 | 30 July 2021 | 133504 | 24 September 2021 |
| Qatar | Potato Corner | 43 | 90880 | 6 August 2014 | 90880 | 19 February 2019 |
| Singapore | Potato Corner | 43 | T1409690E | 20 June 2014 | T1409690E | 20 June 2014 |
| South Africa | Potato Corner | 43 | 2018/13600 | 16 May 2018 | 2018/13600 | 15 December 2020 |
| Spain | Potato Corner | 43 | M4072166 | 16 June 2020 | 4072166 | 22 February 2021 |
| Taiwan | Potato Corner | 43 | 107046782 | 20 July 2018 | | |
| Thailand | Potato Corner | 43 | 1701112752 | 11 April 2017 | 191101041 | 17 January 2019 |
| United Arab Emirates | Potato Corner | 43 | 213904 | 30 June 14 | 213904 | 19 February 18 |

**Exhibit 4 - page 7**

| | | | | | |
|---|---|---|---|---|---|
| United Kingdom | Potato Corner | 43 | UK00003525352 | 21 August 2020 | UK00003525352 | 22 January 21 |
| United States of America | Potato Corner | 43 | 77-668,072 | 11 February 09 | 3,760,041 | 16 March 2010 |
| United States of America | POTATO CORNER | 43 | 88016839 | 27 June 2018 | 5900257 | 5 November 2019 |
| Vietnam | Potato Corner | 43 | 4-2011-11288 | 8 June 2011 | 204453 | 24 April 2013 |

Exhibit 4 - page 8