MICHAEL D. MURPHY (SBN 224678)
mdmurphy@foxrothschild.com
JOHN SHAEFFER (SBN 138331)
jshaeffer@foxrothschild.com
MATTHEW FOLLETT (SBN 325481)
mfollett@foxrothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, CA 90067
Telephone:  310.598.4150
Facsimile:  310.556.9828

Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third-Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 | Case No. 2:24-CV-04546-SB-AGR<br><br>*The Hon. Stanley Blumenfeld, Jr.*<br><br>**NOTICE OF APPEARANCE AND NEW LEAD TRIAL COUNSEL**<br><br>Complaint Filed:  May 31, 2024<br>Trial Date:  None Set |

1

| | |
|---|---|
| 1 | through 100, inclusive, |
| 2 | Defendants. |
| 3 | |
| 4 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 9 | Counter-Claimants, |
| 10 | v. |
| 11 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 12 | Counter Defendant. |
| 13 | |
| 14 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 19 | Third-Party Plaintiffs, |
| 20 | v. |
| 21 | PC INTERNATIONAL PTE LTD., a Singapore business entity; , a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive, |
| 24 | Third-Party Defendants. |

NOTICE OF APPEARANCE AND NEW LEAD TRIAL COUNSEL

CASE NO. 2:24-CV-04546-SB(AGRX)

178032486.1

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT, Michael D. Murphy is currently on leave from Fox Rothschild, LLP. Concurrently with this notice, John Shaeffer has filed Form G-123 of the Central District of California to associate in as counsel for Plaintiffs and Counter-Defendant Shakey's Pizza Asia Ventures, Inc., and Third-Party Defendants Cinco Corporation, PC International PTE Ltd, and SPAVI International USA, Inc. Mr. Shaeffer will take over as lead trial counsel due to Mr. Murphy's leave and no continuances are being sought because of this change. Mr. Shaeffer also discussed this matter with Mr. Beral counsel for Defendants, Counter-Claimants and Third-Party Plaintiffs late last week.

Dated: October 13, 2025

**FOX ROTHSCHILD LLP**
*/s/ John Shaeffer*
John Shaeffer
Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third-Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.