John Shaeffer (SBN 138331)
jshaeffer@foxrothschild.com
Matthew Follett (SBN 325481)
mfollett@foxrothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:   310.598.4150
Facsimile:   310.556.9828

Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**JOINT REPORT AND REQUEST FOR THE COURT'S GUIDANCE RE: SPECIAL MASTER**<br><br>Complaint Filed:   May 31, 2024<br>Trial Date:             TBD |

1

|   |   |
|---|---|
| 1 | KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Defendants. |
| 11 | _____ |
| 12 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | Counter-Claimants, |
| 18 | v. |
| 19 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 20 | Counter Defendant. |
| 21 | _____ |
| 22 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | Third Party Plaintiffs, |
| 28 | |

|   |   |
|---|---|
| 1 | v. |
| 2 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive, |
| 3 | |
| 4 | |
| 5 | Third Party Defendants. |

**JOINT REPORT/REQUEST RE: SPECIAL MASTER**

The Court appointed the Honorable Richard A. Stone (Ret.) as special master to investigate certain non-compliance issues and to make recommendations as to any appropriate sanctions and/or referrals. *See* Dkt. Nos. 213, 251. Prior to the entry of Dkt. No. 251, the parties made submissions at Dkt. Nos. 240–242 and 248–249 in response to Orders to Show Cause.[1] Following the entry of Dkt. No. 251, the Court issued additional orders relating to Plaintiff's counsel's repeated violations. *See, e.g.*, Dkt. Nos. 313, 316, 319.

On September 25, 2025, after acknowledging receipt of the special master orders, Judge Stone's case manager proposed an initial telephonic conference for October 6, 7, 8, or 9. Defendants' counsel, Mr. Beral, responded the same day (September 25) that October 7 or 9 would work. On October 2, Plaintiff's counsel, Mr. Murphy, responded that he would make any of the proposed dates work. By that time, however, all proposed dates—except October 8—were no longer available, and the conference was ultimately scheduled for the morning of October 16.

On October 10, Mr. Shaeffer informed Mr. Beral that Mr. Murphy was on a leave of absence from Fox Rothschild LLP and would no longer be litigating this action for the next 4-5 months at least. On October 13, Mr. Shaeffer became lead trial counsel for Plaintiff. Dkt. No. 323. Messrs. Shaeffer and Beral, along with Ms. Tirtasaputra of Fox Rothschild LLP, have been litigating another complex matter (coincidentally before Judge Stone acting as judicial referee) for approximately five years; that other action is presently set for a November 13 global mediation involving parties and counsel from multiple states.

---

[1] At Dkt. No. 251, the Court remarked that "[t]he evidence produced by Defendants is substantial," and at footnote 1 of that Order (on page 2), the Court suggested that Judge Stone consider the credibility of various assertions made by Plaintiff's counsel (Mr. Murphy) in his declaration at Dkt. 242 alongside "Plaintiff's long history of waiting until the last minute and missing deadlines even when nothing was required from Defendants" (citing various examples at Dkt. Nos. 118, 155, 187, and 208).

This morning, counsel appeared before Judge Stone to advise him of Mr. Murphy's leave and to discuss related matters. Counsel had a frank, professional conversation about the case, its merits, the objective evidence, and recent filings. Judge Stone concluded that he cannot complete his assignment without the ability to hear from Mr. Murphy and requested that the parties seek clarification from the Court regarding how the special master should proceed under these circumstances.

Defendants and their counsel respectfully request that the Court consider dissolving the Orders to Show Cause and the referral orders to the special master as to Defendants and their counsel or, in the alternative, authorizing Judge Stone to proceed with the assignment, make a recommendation as to Defendants and their counsel and withhold any recommendation as to Plaintiffs and their counsel pending Mr. Murphy's leave of absence. Mr. Shaeffer does not have sufficient information about this issue to take any position at this time with respect to Defendants' request.

In light of the foregoing, the undersigned parties and their counsel, per the request and direction of Judge Stone, respectfully request the Court's guidance on how the special master should proceed.[2]

---

[2] Messrs. Shaeffer and Beral have worked diligently and professionally on other matters and foresee no further issues in this case. During their October 10 call, Mr. Shaeffer provided assurances that with his substitution as lead counsel, there will be no further missed deadlines or noncompliance with court orders.

DATED: October 16, 2025        **FOX ROTHSCHILD LLP**

By: */s/ John Shaeffer*
———————————————
    John Shaeffer
    Matthew Follett
    Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

DATED: October 16, 2025        **BLANK ROME LLP**

By: */s/ Arash Beral*
———————————————
    Todd M. Malynn
    Arash Beral
    Jamison T. Gilmore
    Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 16, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 16, 2025.

By:   */s/AJ Cruickshank*