| | |
|---|---|
| 1 | John Shaeffer (SBN 138331) |
| 2 | jshaeffer@foxrothschild.com<br>Matthew Follett (SBN 325481) |
| 3 | mfollett@foxrothschild.com<br>**FOX ROTHSCHILD LLP** |
| 4 | Constellation Place<br>10250 Constellation Boulevard, Suite 900 |
| 5 | Los Angeles, California 90067<br>Telephone:   310.598.4150 |
| 6 | Facsimile:   310.556.9828 |
| 7 | Attorneys for Plaintiff and Counterclaim<br>Defendant SHAKEY'S PIZZA ASIA |
| 8 | VENTURES, INC. and Third Party Defendants<br>CINCO CORPORATION, PC INTERNATIONAL |
| 9 | PTE LTD., and SPAVI INTERNATIONAL USA, INC. |
| 10 | **BLANK ROME LLP**<br>Todd M. Malynn (SBN 181595) |
| 11 | todd.malynn@blankrome.com<br>Arash Beral (SBN 245219) |
| 12 | arash.beral@blankrome.com<br>Jamison T. Gilmore (SBN 322100) |
| 13 | jamison.gilmore@blankrome.com<br>2029 Century Park East | 6th Floor |
| 14 | Los Angeles, CA 90067<br>Telephone:   424.239.3400 |
| 15 | Facsimile:   424.239.3434 |
| 16 | Attorneys for Defendants, Counterclaimants, and<br>Third Party Plaintiffs PCJV USA, LLC, PCI |
| 17 | TRADING LLC, POTATO CORNER, LA<br>GROUP, LLC, GK CAPITAL GROUP, LLC, |
| 18 | NKM CAPITAL GROUP, LLC and GUY<br>KOREN, and Defendants J & K AMERICANA, |
| 19 | LLC, J&K LAKEWOOD, LLC, J&K<br>OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J |
| 20 | & K ONTARIO, LLC, J&K PC TRUCKS, LLC,<br>HLK MILPITAS, LLC, and GK CERRITOS, LLC |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 23 | | |
| 24 | SHAKEY'S PIZZA ASIA VENTURES,<br>INC, a Philippines corporation, | Case No. 2:24-CV-04546-SB(AGRx) |
| 25 | Plaintiff, | *Hon. Stanley Blumenfeld, Jr.* |
| 26 | vs. | **THE PARTIES' JOINT<br>RESPONSE TO DKT. NO. 325** |
| 27 | PCJV USA, LLC, a Delaware limited<br>liability company; PCI TRADING , LLC, a | Complaint Filed:   May 31, 2024<br>Trial Date:          TBD |
| 28 | Delaware limited liability company; GUY<br>KOREN, an individual; POTATO CORNER | |

1

THE PARTIES' JOINT RESPONSE TO DKT. NO. 325

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 10 | Defendants. |
| 11<br>12<br>13<br>14<br>15 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 16 | Counter-Claimants, |
| 17 | v. |
| 18<br>19 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 20 | Counter Defendant. |
| 21<br>22<br>23<br>24<br>25 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 26<br>27 | Third Party Plaintiffs,<br>v. |
| 28 | |

| | |
|---|---|
| 1 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive, |
| 2 | |
| 3 | |
| 4 | Third Party Defendants. |

The parties submit this joint report in response to the Court's October 17, 2025 Order (the "Order" or "Dkt. 325").

### Compliance with the Court's Directives to Provide Orders to Judge Stone

The parties certify that on Friday, October 17, Mr. Beral transmitted via email to Judge Stone and his case manager a copy of Dkt. 325. On Monday, October 20, Judge Stone's case manager confirmed receipt. If the Court so requests, Mr. Beral will submit a declaration attesting to these facts.

For completeness of the record, Mr. Beral further reaffirms that, as each issued, he transmitted to Judge Stone's case manager copies of the Court's prior Orders appointing and expanding the Special Master's assignment, *see* Dkt. Nos. 214, 224, 239, and 252, and that Judge Stone's case manager contemporaneously acknowledged receipt of those Orders at the time.

### Meet-and-Confer Regarding Potential Resolution or Narrowing

On their initial call on October 10, Messrs. Shaeffer and Beral discussed potential resolution of this action, including with their clients, and agreed to continue those discussions. On a subsequent call on October 20, both sides reaffirmed that settlement efforts should proceed in parallel; Defendants believe settlement discussions should not delay summary judgment ruling or trial scheduling. Both sides seek to efficiently resolve the intellectual property disputes. Plaintiff's objective is to establish the scope of its asserted intellectual property rights in the United States. Defendants have the same objective, including to resolve the preliminary injunction and establish their asserted rights in the Potato Corner-branded franchisor and franchisee businesses in the United States.

To balance efficiency with continued progress while avoiding unnecessary expense, the parties will continue informal settlement discussions in parallel with litigation. While exploring the potential for informal resolution of this matter and ways to narrow the issues, Plaintiffs have expressed their belief that a facilitated dialogue may be beneficial, and have discussed options with Defendants, including

1  a private mediation. The parties appreciate the Court's guidance and remain
2  committed to complying with all directives, engaging in good-faith discussions, and
3  proceeding expeditiously.

### Michael D. Murphy

5  **Plaintiff:** The general counsel of Plaintiff's law firm (Fox Rothschild) has
6  authorized the firm to make the following statement to the Court: "Michael Murphy
7  went on a leave on October 7, 2025. We cannot provide any further information
8  because of applicable laws, including HIPPA."

9  **Defendants:** Defendants have requested clarification regarding the nature of
10 Mr. Murphy's leave of absence but have been informed that no additional
11 information will be provided, and that any statements disclosing the nature of the
12 leave must be approved by Plaintiff's law firm's general counsel.

DATED: October 21, 2025  **FOX ROTHSCHILD LLP**

By: */s/ John Shaeffer*
        John Shaeffer
        Matthew Follett
    Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

DATED: October 21, 2025  **BLANK ROME LLP**

By: */s/ Arash Beral*
        Todd M. Malynn
        Arash Beral
        Jamison T. Gilmore
    Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 21, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 21, 2025.

By: */s/AJ Cruickshank*