# EXHIBIT 1

| | |
|---|---|
| From: | Hon. Richard Stone (Ret.) |
| To: | Beral, Arash; Shaeffer, John J.; Malynn, Todd M.; Monica Pereda |
| Cc: | Follett, Matthew; Tirtasaputra, Meeghan H. |
| Subject: | [EXT] SPAVI/PCJV |
| Date: | Saturday, November 1, 2025 4:00:49 AM |
| Attachments: | image002.png |

Dear Arash and John:

Might you please file the following on Monday with the court. I am sorry I did not get this to you sooner.

**Special Master's Status Report Regarding Dkt. 325**

I, Richard A. Stone, submit this status report in response to the Court's directive in Dkt. 325.

I have carefully reviewed the Court's Orders concerning my appointment and the scope of my referral, including the directives regarding my authority to interview counsel and others, and the Court's expectations for a report and recommendation. Yesterday, in a brief phone call with counsel, Arash Beral and John Shaeffer, Mr. Shaeffer told me that counsel Michael D. Murphy is no longer with Fox Rothschild LLP, and that the firm would not be able to produce him for interviews. Without his participation and information as to his whereabouts and ability/desire/willingness to participate, I do not presently know when I will be able to complete my assignment.

Given my current workload and Mr. Murphy's absence, I do not believe I will be able to complete my assignment in 2025. I note for the Court that I am presently serving as a judicial referee in another matter involving Messrs. Beral and Shaeffer. They are both attorneys who thoughtfully and professionally approach the practice of law. They have never been anything but cooperative, collegial, and civil with each other and me.

I intend to update the Court promptly if circumstances change in a manner that would allow me to provide a more definite completion timeline.

Dated: November 1, 2025

Respectfully submitted,

Rich

Hon. Richard Stone (Ret.)



P (310) 810-0012
W signatureresolution.com
E judgestone@signatureresolution.com

# SIGNATURE
RESOLUTION

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.