# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:   2:24-CV-04546-SB-AGR | Date:   November 14, 2025 |

Title:   Shakey's Pizza Asia Ventures, Inc v. PCJV USA, LLC et al.

Present: The Honorable   **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| John Shaeffer | Todd Matthew Malynn |
| Matthew R Follett | Arash Beral |
| Meeghan Henry Tirtasaputra | Jamison Gilmore |

**Proceedings: (Minutes of)** Motions for Summary Judgment [309][312] **(Held and completed)**

     The Court heard argument from counsel on its tentative ruling on the parties' cross-motions for summary judgment (Dkt. Nos. 309, 312).  The Court took the matter under submission.

     All parties stated that they have no objection to the Court speaking directly with Judge Stone about the status of his investigation.

0:24