John Shaeffer (SBN 138331)
jshaeffer@foxrothschild.com
Matthew Follett (SBN 325481)
mfollett@foxrothschild.com
Meeghan H. Tirtasaputra (SBN 325572)
mtirtasaputra@foxrothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:   310.598.4150
Facsimile:   310.556.9828

Attorneys for Plaintiff and Counterclaim Defendant

**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**JOINT REPORT ON SETTLEMENT STATUS IN RESPONSE TO DECEMBER 3, 2025 COURT ORDER [DKT. 334]**<br><br>Complaint Filed:   May 31, 2024<br><br>Place:   Courtroom 6C |

1

California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive,

                    Defendants.

_____

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

                    Counter-Claimants,

    v.

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

                    Counter Defendant.

_____

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

                    Third Party Plaintiffs,

    v.

PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive,

                    Third Party Defendants.

## I.    STATUS OF EFFORT TO RESOLVE THE CASE

In the November 26, 2025 joint report (Dkt. 333), the parties reported that they had identified several potential ways to resolve their disputes and that Plaintiff SPAVI would be meeting with its board

to discuss direction. The parties and their counsel met again via Zoom at 6:00 p.m. PST on December 2, 2025. In attendance were counsel (John Shaeffer, Todd Malynn, and Arash Beral), SPAVI (through Vicente Gregorio, Jorge Concepcion, Yiow Tan, Joy Ybanez, Myrose Victor, and Aissa Llave), and Defendants (through Guy Koren). During the call, SPAVI reported that after discussions with SPAVI's chairman, Christopher Po, SPAVI desires to pursue a specific option for a global resolution of all disputes, including this action. Mr. Koren was receptive to this framework and is in discussions with his team and is also gathering additional documents and information to present to SPAVI. The parties intend to meet again at SPAVI's weekly scheduled meetings with counsel (the next one scheduled for the night of December 9, 2025).

The parties are working diligently to exhaust all efforts to resolve this matter, and appreciate the Court granting the parties some reasonable time to exhaust those efforts to fully and finally resolve their disputes. Judge Richard Stone (ret.) also remains available to assist the parties as needed if any impasse arises.

Respectfully submitted,

Dated:  December 3, 2025          **FOX ROTHSCHILD LLP**

                                  */s/ John Shaeffer*
                                  John Shaeffer
                                  Matthew Follett
                                  Meeghan H. Tirtasaputra

                                  Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC

Dated:  December 3, 2025          **BLANK ROME LLP**

                                  */s/ Arash Beral*
                                  Todd M. Malynn
                                  Arash Beral
                                  Jamison T. Gilmore

3

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

**ATTESTATION**

    Pursuant to Local Rule 5-4.3.4, the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's consent and have authorized the filing.

                                            */s/ John J. Shaeffer*
                                            John J. Shaeffer

# CERTIFICATE OF SERVICE

The undersigned certifies that, on December 3, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 3, 2025

**FOX ROTHSCHILD LLP**

*/s/ John Shaeffer*
John Shaeffer
Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.