MICHAEL D. MURPHY
mmurphy@mdmurphylegal.com
MD MURPHY LEGAL, P.C.
9461 Charleville Boulevard, Suite 384
Beverly Hills, California 90212
Telephone:  310.801.9175

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld*<br><br>**DECLARATION OF MICHAEL MURPHY IN RESPONSE TO ORDER TO SHOW CAUSE DATED NOVEMBER 24, 2025** |

1

| | |
|---|---|
| 1 | |
| 2 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Counter-Claimants, |
| 8 | v. |
| 9 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 10 | |
| 11 | Counter Defendant. |
| 12 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | Third Party Plaintiffs, |
| 19 | v. |
| 20 | PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive, |
| 21 | |
| 22 | |
| 23 | |
| 24 | Third Party Defendants. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# DECLARATION OF MICHAEL MURPHY

1. I am former counsel of record for Shakey's Pizza Asia Ventures, Inc., SPAVI International USA, Inc., PC International LTE, and Cinco Corporation. I submit this declaration in response to this Court's Order to Show Cause issued on Monday (Dkt. 332), the beginning of the week of Thanksgiving, ordering me to show cause why I should not be sanctioned.

2. I ceased to be affiliated with Fox Rothschild after I began treatment for a serious medical condition in early October. I would have preferred any information about my health not be in the record, but I have no choice to disclose at least that much given the severity and implications of the Court's Order. I remain under the care of physicians and that is currently my full-time job. I decline to share any further details about what I am going through. I will state however, that I have under no certain terms "abandoned" this case nor my former clients. I have taken every action possible to engage the Special Master, and I am not the cause of any ongoing delay.

3. On November 3, 2025, after learning of this Court's prior order as to my role in the Special Master proceeding, I contacted the Special Master – directly – by email and made myself available to him to be interviewed.

4. That same day, November 3, 2025, I received an email from the Special Master stating that the Court wanted this done "ASAP, but [his] schedule will not permit such," and as a result he was "awaiting hearing back from the court for timing." The Special Master concluded his email by stating: "Thank you for reaching out and I will keep you posted."

5. I responded that evening – November 3, 2025 – stating, simply, "Thank you, Your Honor" and "I will make myself available at your convenience."

6. I have not received any further communications from the Special Master. I have since reached out to him to determine whether there are any updates and have received none.

7. On November 24, 2025, I followed up with the Special Master with an email inquiring as to when I can be interviewed, and have not yet received a response.

8. As a result of these communication, I would invite the Court to conclude that I am not holding up any investigation. I have been, and remain, available. The moment I receive a communication or request from the Special Master, I will immediately respond and coordinate schedules. Until then, there is nothing in my power that can be done to accelerate the process.

9. Regarding the change of addresses, which the Court wondered was the reason for my interview not having yet occurred, I hope that the above testimony will confirm that the address change does not have anything to do with it.

10. To the extent the Court has concluded that my not having changed my address was somehow a violation of the local rules, as I read the Local Rule cited, I would not "be authorized" to identify myself as counsel of record with a new email and mailing address, and, as such, was not also required to advise this Court as to a new address (email or physical). Fox Rothschild represents the Plaintiff and Counterclaim Defendants, not me, personally, and this has been the case since late February 2025. Moreover, I only recently formed a new law corporation with a domain that I can use for email addresses going forward, as prior to that, from early October onward, I was largely unreachable having handed the reins to other attorneys at Fox Rothschild. I have not abandoned this case, nor abandoned a client. I take my obligations very seriously, and care very much for SPAVI and its principals, as well as Cinco. I would never do such a thing.

11. To the extent the Court continues to believe I remained obligated to update my information previously, my failure in having done so was not designed to indicate disrespect for this Court or the process. Should this Court seek additional information, I can be reached at mmurphy@mdmurphylegal.com.

12. Finally, I expect the Court to question why this Declaration was not filed on November 28, 2025. The reason why is that, to access PACER, two factor authentication is required, and that requires me to have access to my Fox Rothschild email address. Fox disabled my email address making that impossible.

13. From November 27, 2025 through today, I attempted to contact PACER by telephone, but each time the wait was too long. On more than one occasion when I have called in the wait time has been over 1-2 hours each time I called in. I am not able to dedicate hours on hold. I also sent an email to PACER on November 28, 2025, which has not been returned or responded to. I have followed up on that email with PACER, and received no response. I even asked Fox to file this declaration on my behalf using one of their accounts, but they refused. After multiple additional attempts to find a solution, today, I am contacting the clerk of this Courtroom directly and sending this Declaration. I have done everything reasonably in my power to find a way to login despite the barriers placed in front of me that are out of my control. I respectfully apologize to this Court for the delay.

I declare under penalty of perjury under the laws of the State of California that the foregoing.

Dated: December 10, 2025

　　　　　　　　　　　　　　　　　　　　*//mdm//*
　　　　　　　　　　　　　　　　　　　　Michael D. Murphy

# **CERTIFIFCATE OF SERVICE**

The undersigned certifies that, on February 27, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF user and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  November 24, 2025                              **Fox Rothschild LLP**


                                                                        _____
                                                                        Michael D. Murphy