John Shaeffer (SBN 138331)
jshaeffer@foxrothschild.com
Matthew Follett (SBN 325481)
mfollett@foxrothschild.com
Meeghan H. Tirtasaputra (SBN 325572)
mtirtasaputra@foxrothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:  310.598.4150
Facsimile:  310.556.9828

Attorneys for Plaintiff, Counterclaim Defendant, and Third Party Defendants

**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:  424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**JOINT STATUS REPORT ON SETTLEMENT AND IN RESPONSE TO DKT. 338**<br><br>**Pre-trial Conference**<br>Date:　January 9, 2026<br>Time:　8:30 a.m.<br>Place:　6C<br><br>**Trial**<br>Date:　January 20, 2026<br>Time:　8:00 a.m.<br>Place:　6C |

1

liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive,

            Defendants.

---

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

            Counter-Claimants,

   v.

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

            Counter Defendant.

---

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

            Third Party Plaintiffs,

   v.

PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive,

            Third Party Defendants.

# JOINT STATUS REPORT

## I. JUDGE STONE

On December 10, 2025, the Court ordered Judge Stone to provide "a further status report with a date by which he expects to conclude his investigation and report." Dkt. 338 at 3. On December 18, 2025, Judge Stone reiterated to the parties his desire to continue to assist them with the ongoing discussions to resolve their disputes.[1] Judge Stone recognizes that to continue to delve into any purported misconduct by or among the parties and their counsel is inconsistent with efforts to settle the case. Additionally, he does not believe his schedule currently permits him to invest the time necessary to investigate the issues of concern thoroughly and comprehensively but that he is happy to revisit these issues after the holidays.

## II. SETTLEMENT DISCUSSIONS

The parties also wish to inform the Court about their ongoing settlement discussions. The principals of the parties and their attorneys continue to meet on a weekly basis (and the attorneys have been speaking regularly) and have been exchanging settlement offers that contemplate a global resolution of all disputes, including this action. The latest settlement offer was exchanged December 19, 2025. The parties continue to work to exhaust all efforts to resolve this matter.

## III. EMERGENCY ISSUES – REQUEST FOR SHORT CONTINUANCE

Defendants wish to bring to the Court's attention a few matters. Tragically, Defendants' lead counsel's (Todd Malynn) 24-year-old niece passed away, and Mr. Malynn is flying to Ohio tomorrow (Saturday, December 20) to attend her funeral and spend the time needed with his family. Additionally, and before the Court issued its December 4, 2025 Order re-setting the Pre-Trial Conference and Trial dates in this action, Mr. Malynn had a required surgery scheduled for January 6, 2026, which surgery his oncology and endocrinology team have advised would take at least one week to recover

---

[1] A copy of Judge Stone's email to the parties is attached at Exhibit 1.

from. Mr. Malynn is a pivotal member of the defense team, and the only member who is a trademark attorney. Not as severe, the spouse of the other member of the defense team (Arash Beral) recently suffered a fractured ankle and Mr. Beral is supporting childcare matters over the next few weeks as his young children (ages 9, 6, and 3) are home from school.

On December 19, counsel for Defendants spoke with counsel for Plaintiff about these issues and explored whether the parties would be open to reasonable continuances and accommodations. Counsel for Plaintiff stated that he has no objection to any such request. Therefore, and in light of counsel for Plaintiff's gracious support (alongside the parties' meaningful coinciding efforts at resolving their disputes), Defendants respectfully request a reasonable 2-3 week continuance (as the Court may permit) of the December 29 filing deadline, the January 9 Pre-Trial Conference, and the January 20 Trial. The continuance will also aid Defendants in reviewing and assessing Plaintiff's updated Memorandum of Contentions of Fact & Law, and its impact on the pre-trial documents.

Respectfully submitted,

Dated: December 19, 2025            **FOX ROTHSCHILD LLP**

*/s/ John Shaeffer*
John Shaeffer
Matthew Follett
Meeghan H. Tirtasaputra

Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC

Dated: December 19, 2025         **BLANK ROME LLP**

*/s/ Arash Beral*
Todd M. Malynn
Arash Beral
Jamison T. Gilmore

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs

# ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

Pursuant to Local Rule 5-4.3.4, the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's consent and have authorized the filing.

Dated:  December 19, 2025           **BLANK ROME LLP**


*/s/ Arash Beral*
Todd M. Malynn
Arash Beral
Jamison T. Gilmore

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs

6

# CERTIFICATE OF SERVICE

The undersigned certifies that on December 19, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2025.

By:   */s/Ann Grosso*