# EXHIBIT 1

| | |
|---|---|
| **From:** | Hon. Richard Stone (Ret.) <judgestone@signatureresolution.com> |
| **Sent:** | Thursday, December 18, 2025 1:55 AM |
| **To:** | Beral, Arash |
| **Cc:** | Shaeffer, John J.; Meeghan H. |
| **Subject:** | RE: SPAVI v. PCJV - Judge Blumenfeld's December 10, 2025 Order |

Gentlemen:

Please notify the court that we are continuing with ongoing discussions on both matters and that will be the focus of my attention until they are resolved, or we believe that further discussions will not prove fruitful. Currently, delving into the purported misdeeds of counsel is inconsistent with the mediation process.

My schedule, at this time, still will not allow for the time necessary to investigate the issues of concern thoroughly and comprehensively.

As I indicated in the past, I am happy to revisit these issues after the holidays.

Thank you.

Rich



**Hon. Richard Stone (Ret.)**

**P** (310) 810-0012
**W** signatureresolution.com
**E** judgestone@signatureresolution.com

**SIGNATURE RESOLUTION**

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

---

**From:** Beral, Arash <arash.beral@blankrome.com>
**Sent:** Thursday, December 11, 2025 12:13 PM
**To:** Hon. Richard Stone (Ret.) <judgestone@signatureresolution.com>
**Cc:** Shaeffer, John J. <jshaeffer@foxrothschild.com>; Meeghan H. <mtirtasaputra@foxrothschild.com>
**Subject:** SPAVI v. PCJV - Judge Blumenfeld's December 10, 2025 Order

Judge Stone,

As discussed this morning, please see attached.

Arash

**Arash Beral** | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
+1.424.239.3453 | <arash.beral@blankrome.com> | bio

*******************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

*******************************************************************************************