John J. Shaeffer (SBN 138331)
jshaeffer@foxrothschild.com
Matthew Follett (SBN 325481)
mfollett@foxrothschild.com
Meeghan H. Tirtasaputra (SBN 325572)
mtirtasaputra@foxrothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:   310.598.4150
Facsimile:   310.556.9828

Attorneys for Plaintiff and Counterclaim
Defendant SHAKEY'S PIZZA ASIA
VENTURES, INC. and Third Party Defendants
CINCO CORPORATION, PC INTERNATIONAL
PTE LTD., and SPAVI INTERNATIONAL USA, INC.

**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants, Counterclaimants, and Third
Party Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*The Hon. Stanley Blumenfeld, Jr.*<br><br>**NOTICE OF LODGING JOINT [PROPOSED] UPDATED PRETRIAL CONFERENCE ORDER**<br><br>**Pre-trial Conference**<br>Date:   January 9, 2026<br>Time:   8:30 a.m.<br>Place:   6C |

1

1  liability company; J&K LAKEWOOD, LLC, a California limited liability
2  company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K
3  ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC,
4  a California, limited liability company; GK CERRITOS, LLC, a California, limited
5  liability company; J&K PC TRUCKS, LLC, a California limited liability
6  company; and, GK CAPITAL GROUP, LLC, a California limited liability
7  company and DOES 1 through 100, inclusive,
8
           Defendants.
9

10  PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a
11  Delaware limited liability company; POTATO CORNER LA GROUP LLC, a
12  California limited liability company; GK CAPITAL GROUP, LLC, a California
13  limited liability company; NKM CAPITAL GROUP LLC, a California
14  limited liability company; and GUY KOREN, an individual,
15
           Counter-Claimants,
16
      v.
17
SHAKEY'S PIZZA ASIA VENTURES,
18  INC, a Philippines corporation,
19
           Counter Defendant.
20
PCJV USA, LLC, a Delaware limited
21  liability company; PCI TRADING LLC, a Delaware limited liability company;
22  POTATO CORNER LA GROUP LLC, a California limited liability company; GK
23  CAPITAL GROUP, LLC, a California limited liability company; NKM
24  CAPITAL GROUP LLC, a California limited liability company; and GUY
25  KOREN, an individual,
26
           Third Party Plaintiffs,
27
      v.
28
PC INTERNATIONAL PTE LTD., a

**Trial**

Date:    January 20, 2026
Time:    8:00 a.m.
Place:   6C

2

1  Singapore business entity; SPAVI
   INTERNATIONAL USA, INC., a
2  California corporation; CINCO
   CORPORATION, a Philippines
3  corporation; and DOES 1 through 10,
   inclusive,
4
                Third Party Defendants.
5

6

7        **PLEASE TAKE NOTICE** that the Parties hereby lodge the attached Joint

8  Proposed Updated Pretrial Conference Order.

9

10 Dated:  December 29, 2025          */s/ John J. Shaeffer*
                                      John J. Shaeffer
11                                    Matthew Follett
                                      Meeghan H. Tirtasaputra
12                                    *Attorneys for Plaintiff and*
                                      *Counterclaim Defendant, and Third*
13                                    *Party Defendants*

14

15

16 Dated:  December 29, 2025          */s/ Arash Beral*
                                      Arash Beral
17                                    Todd M. Malynn
                                      Jamison T. Gilmore
18                                    *Attorneys for Defendants,*
                                      *Counterclaimants, and Third Party*
19                                    *Plaintiffs*

20

21

22

23

24

25

26

27

28

                              3