John J. Shaeffer (SBN 138331)
jshaeffer@foxrothschild.com
Matthew Follett (SBN 325481)
mfollett@foxrothschild.com
Meeghan H. Tirtasaputra (SBN 325572)
mtirtasaputra@foxrothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:   310.598.4150
Facsimile:   310.556.9828

Attorneys for Plaintiff and Counterclaim
Defendant SHAKEY'S PIZZA ASIA
VENTURES, INC. and Third Party Defendants
CINCO CORPORATION, PC INTERNATIONAL
PTE LTD., and SPAVI INTERNATIONAL USA, INC.

**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants, Counterclaimants, and Third
Party Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*The Hon. Stanley Blumenfeld, Jr.*<br><br>**FURTHER JOINT STATUS REPORT ON SETTLEMENT AND RE: "PCJV AS SOLE COUNTERCLAIMANT" STIPULATION**<br><br>**Pre-trial Conference**<br>Date:      January 16, 2026 |

1

liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive,

Defendants.

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

Counter-Claimants,

v.

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

Counter Defendant.

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

Third Party Plaintiffs,

v.

PC INTERNATIONAL PTE LTD., a

Time:  8:30 a.m.
Place:  6C

**Trial**
Date:  January 20, 2026
Time:  8:00 a.m.
Place:  6C

2

FURTHER JOINT STATUS REPORT ON SETTLEMENT AND RE: "PCJV AS SOLE COUNTERCLAIMANT" STIPULATION
CASE NO. 2:24-CV-04546-SB(AGRX)
181092758.1

Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive,

Third Party Defendants.

3

Since the Parties' last report on settlement (dkt. 351), counsel met and conferred in person on January 9, 2026 regarding settlement (as well as regarding updated pre-trial documents). While the Parties made substantial progress in the last two months and have substantially narrowed their "delta" on a contemplated transaction and/or mutual release of claims, they still remain apart. At this time, the Parties do not believe that any further narrowing of the "delta" will be substantial enough to achieve a resolution.

On the subject of the Parties' proposed stipulation concerning "PCJV as sole counterclaimant," as the Parties could not agree to the terms and conditions of that proposed stipulation, Defendants intend to prosecute their claims on behalf of PCJV, Potato Corner LA Group, LLC, and/or Guy Koren, as applicable, to satisfy the standing requirements underlying their contract and tort claims. The pre-trial documents are being updated to reflect this intent.


Dated:  January 13, 2026                    /s/ John J. Shaeffer
                                            John J. Shaeffer
                                            Matthew Follett
                                            Meeghan H. Tirtasaputra
                                            *Attorneys for Plaintiff and
                                            Counterclaim Defendant, and Third
                                            Party Defendants*


Dated:  January 13, 2026                    /s/ Arash Beral
                                            Arash Beral
                                            Todd M. Malynn
                                            Jamison T. Gilmore
                                            *Attorneys for Defendants,
                                            Counterclaimants, and Third Party
                                            Plaintiffs*

4

## <u>ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4</u>

Pursuant to Local Rule 5-4.3.4, the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's consent and have authorized the filing.

Dated:  January 13, 2026

FOX ROTHSCHILD LLP


*/s/ John J. Shaeffer*
John J. Shaeffer

5

## CERTIFICATE OF SERVICE

The undersigned certifies that, on January 13, 2026, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  January 13, 2026

**FOX ROTHSCHILD LLP**


*/s/ John J. Shaeffer*
John J. Shaeffer
*Attorneys for Plaintiff and Counterclaim Defendant, and Third Party Defendants*

6