UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PCJV USA, LLC et al., <br><br> Defendants. | Case No. 2:24-cv-04546-SB-AGR <br><br> ORDER RE SPECIAL MASTER INVESTIGATION |

      On July 11, 2025, the Court appointed the Hon. Richard A. Stone as a special master to investigate the parties' misconduct and to "file a report on his investigation, including his recommendations as to what sanctions and referrals may be warranted" by August 29, 2025. Dkt. No. 213 at 9–10. After the parties engaged in further misconduct, the Court expanded the scope of the appointment and extended until September 12 the deadline for Judge Stone to file his report and recommendation, noting that "[i]f Judge Stone does not believe he will be able to complete his investigation and report by September 12, he may file a request for more time that proposes a reasonable alternative deadline." Dkt. No. 251 at 2.

      In early November, Judge Stone reported that he did not believe he would be able to complete his assignment in 2025 in part because Mr. Murphy, Plaintiff's former lead counsel, was no longer at the same law firm and was unavailable to Judge Stone. Dkt. No. 327-1. On December 10, the Court explained that "Murphy claims to have contacted Judge Stone two days [after Judge Stone's report] and offered to make himself available at Judge Stone's convenience, and "[m]ore than a month has passed, and Judge Stone has not provided any update on his expected timeline for completion of his investigation and report." Dkt. No. 338 at 2–3. The Court therefore ordered that:

      Judge Stone no later than December 20 shall file (or cause the parties to file) a further status report with a date by which he expects to

1

> conclude his investigation and report. To the extent that Judge Stone remains involved in ongoing settlement negotiations between the parties and believes that his special master appointment would interfere with his role as a mediator, he may defer his investigation until after those negotiations conclude. If Judge Stone's other commitments preclude him from completing his special master obligations within a reasonable time, he shall inform the Court promptly so that it can appoint a different special master in his place.

*Id*. at 3.

On December 19, the parties filed an email Judge Stone had sent them the day before, stating:

> Please notify the court that we are continuing with ongoing discussions on both matters and that will be the focus of my attention until they are resolved, or we believe that further discussions will not prove fruitful. Currently, delving into the purported misdeeds of counsel is inconsistent with the mediation process.
>
> My schedule, at this time, still will not allow for the time necessary to investigate the issues of concern thoroughly and comprehensively.
>
> As I indicated in the past, I am happy to revisit these issues after the holidays.

Dkt. No. 342-1 at 2 of 3.

The parties subsequently informed the Court that they "remain far apart" and "do not believe that any further narrowing of the 'delta' will be substantial enough to achieve a resolution." Dkt. No. 351 at 4; Dkt. No. 363 at 4. Thus, it does not appear that Judge Stone is still overseeing active settlement efforts. Nor has he provided a date by which he expects to complete his investigation and report.

Accordingly, Judge Stone no later than February 9, 2026 shall file (or cause the parties to file) a further status report with the date by which he expects to conclude his investigation and report. If Judge Stone's other commitments preclude him from completing his special master obligations within a reasonable time, he shall inform the Court promptly so that it can appoint a different special master in his place.

      The parties shall promptly provide a copy of this order to Judge Stone and shall file a declaration by February 2 stating that they have done so.

Date: January 30, 2026

                                                Stanley Blumenfeld, Jr.
                                           United States District Judge