John J. Shaeffer (SBN 138331)
jshaeffer@foxrothschild.com
Matthew Follett (SBN 325481)
mfollett@foxrothschild.com
Meeghan H. Tirtasaputra (SBN 325572)
mtirtasaputra@foxrothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:   310.598.4150
Facsimile:   310.556.9828

Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*The Hon. Stanley Blumenfeld, Jr.*<br><br>**DECLARATION OF MEEGHAN H. TIRTASAPUTRA IN RESPONSE TO ORDER RE SPECIAL MASTER INVESTIGATION (DKT. 374)** |

1

inclusive,

     Defendants.

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

     Counter-Claimants,

  v.

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

     Counter Defendant.

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

     Third Party Plaintiffs,

  v.

PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive,

     Third Party Defendants.

2

MHT DECL IN RESPONSE TO DKT. 374
181748157.1

CASE NO. 2:24-CV-04546-SB(AGRX)

## DECLARATION OF MEEGHAN H. TIRTASAPUTRA

I, Meeghan H. Tirtasaputra, state and declare as follows:

1. I am an attorney, duly licensed to practice law in the State of California and admitted to practice in the Central District of California. I am an attorney at Fox Rothschild LLP, counsel of record for Plaintiff and Counterclaim Defendant Shakey's Pizza Asia Ventures, Inc. and Third Party Defendants Ventures, Inc. and Third Party Defendants Cinco Corporation, PC International PTE Ltd., and SPAVI International USA, Inc. Unless otherwise stated, I make this declaration of my own personal knowledge and could and would so testify if called.

2. On or about February 2, 2026, I emailed a copy of the Court's Order re Special Master Investigation (dkt. 374) to Judge Richard A. Stone.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on February 2, 2026 at Los Angeles, California.

/s/ Meeghan H. Tirtasaputra
Meeghan H. Tirtasaputra

## CERTIFICATE OF SERVICE

The undersigned certifies that, on February 2, 2026, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  February 2, 2026

FOX ROTHSCHILD LLP

*/s/ Meeghan H. Tirtasaputra*
Meeghan H. Tirtasaputra