John J. Shaeffer (SBN 138331)
jshaeffer@foxrothschild.com
Matthew Follett (SBN 325481)
mfollett@foxrothschild.com
Meeghan H. Tirtasaputra (SBN 325572)
mtirtasaputra@foxrothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:   310.598.4150
Facsimile:   310.556.9828

Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*The Hon. Stanley Blumenfeld, Jr.*<br><br>**JOINT SUBMISSION OF STATUS REPORT BY JUDGE RICHARD STONE** |

1

| | |
|---|---|
| 1 | liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Defendants. |
| 9 | |
| 10 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | Counter-Claimants, |
| 17 | v. |
| 18 | SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation, |
| 19 | Counter Defendant. |
| 20 | |
| 21 | PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual, |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | Third Party Plaintiffs, |
| 27 | v. |
| 28 | PC INTERNATIONAL PTE LTD., a |

2

Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive,

          Third Party Defendants.

**JOINT SUBMISSION OF STATUS REPORT BY JUDGE RICHARD STONE**     CASE NO. 2:24-CV-04546-SB(AGRX)

     Pursuant to the Court's Order re Special Master Investigation (Dkt. 374), the Parties jointly submit this report. The Parties report that on Monday, February 9, Judge Stone informed the Parties that he is unable to meet the timelines the Court desires. The Parties confirm that Judge Stone is not overseeing active settlement efforts and also understand the Court's inclination to "appoint a different special master in his place" due to Judge Stone's other commitments.

Dated: February 9, 2026

/s/ *John J. Shaeffer*
John J. Shaeffer
Matthew Follett
Meeghan H. Tirtasaputra
*Attorneys for Plaintiff and Counterclaim Defendant, and Third Party Defendants*

Dated: February 9, 2026

/s/ *Arash Beral*
Arash Beral
Todd M. Malynn
Jamison T. Gilmore
*Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs*

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

Pursuant to Local Rule 5-4.3.4, the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's consent and have authorized the filing.

Dated: February 9, 2026

FOX ROTHSCHILD LLP

*/s/ John J. Shaeffer*
John J. Shaeffer

# CERTIFICATE OF SERVICE

The undersigned certifies that, on February 9, 2026, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 9, 2026

**Fox Rothschild LLP**

*/s/ John J. Shaeffer*
John J. Shaeffer