John J. Shaeffer (SBN 138331)
jshaeffer@foxrothschild.com
Matthew Follett (SBN 325481)
mfollett@foxrothschild.com
Meeghan H. Tirtasaputra (SBN 325572)
mtirtasaputra@foxrothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:  310.598.4150
Facsimile:   310.556.9828

Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
Jamison T. Gilmore (SBN 322100)
jamison.gilmore@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>Plaintiff,<br><br>v.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*The Hon. Stanley Blumenfeld, Jr.*<br><br>**JOINT REPORT RE SPECIAL MASTER (DKT. 377)** |

1

liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive,

        Defendants.

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

        Counter-Claimants,

    v.

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

        Counter Defendant.

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

        Third Party Plaintiffs,

    v.

PC INTERNATIONAL PTE LTD., a

1  Singapore business entity; SPAVI
   INTERNATIONAL USA, INC., a
2  California corporation; CINCO
   CORPORATION, a Philippines
3  corporation; and DOES 1 through 10,
   inclusive,
4
                Third Party Defendants.
5

3

Immediately following entry of the Court's Order at Dkt. 377, the Parties conferred and contacted other former judicial officers to undertake the Special Master assignments. The Parties report that the Honorable Patrick J. Walsh (Ret.) of Signature Resolution has agreed to serve as the Special Master in this action. Judge Walsh's case manager reported: "Judge Walsh says he would be happy to serve as the special master and, based on the description below, he would anticipate being able to perform the assignment in 15 hours and complete it in the next 30 days." Counsel for Defendants contacted Judge Walsh's case manager and informed her that the Parties would file a joint report with the Court nominating Judge Walsh as the Special Master, but that Judge Walsh may need 4-6 weeks to complete the assignment. Judge Walsh's case manager agreed that that would be the best course and awaits an appointment Order from this Court before engaging Judge Stone's case manager to transfer all files and retainers over to Judge Walsh to begin the assignment.

Dated: February 19, 2026

/s/ John J. Shaeffer
John J. Shaeffer
Matthew Follett
Meeghan H. Tirtasaputra
*Attorneys for Plaintiff and Counterclaim Defendant, and Third Party Defendants*

Dated: February 19, 2026

/s/ Arash Beral
Arash Beral
Todd M. Malynn
Jamison T. Gilmore
*Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs*

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

Pursuant to Local Rule 5-4.3.4, the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's consent and have authorized the filing.

Dated: February 19, 2026

F○X R○THSCHILD LLP

*/s/ John J. Shaeffer*
John J. Shaeffer

5

# CERTIFICATE OF SERVICE

The undersigned certifies that, on February 19, 2026, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  February 19, 2026

**FOX ROTHSCHILD LLP**

*/s/ John J. Shaeffer*
John J. Shaeffer

**JOINT REPORT RE SPECIAL MASTER (DKT. 377)**     CASE NO. 2:24-CV-04546-SB(AGRX)
182320586.1