UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PCJV USA, LLC et al., <br><br> Defendants. | Case No. 2:24-cv-04546-SB-AGR <br><br> ORDER APPOINTING NEW SPECIAL MASTER |

  In its January 30, 2026 order, the Court summarized the history of its appointment of the Hon. Richard A Stone as a special master to investigate the parties' misconduct and to file a report on his investigation with his recommendation as to what sanctions and referrals may be warranted.  Dkt. No. 374; *see also* Dkt. Nos. 213, 251 (orders appointing Judge Stone and expanding the appointment).  Given Judge Stone's unavailability to complete his investigation in a timely manner, the Court ordered the parties to meet and confer to attempt to reach agreement on "a person to whom both sides have agreed that the investigation may be referred and who has confirmed his or her availability to serve as a special master."  Dkt. No. 377.

  In response, the parties jointly state that "the Honorable Patrick J. Walsh (Ret.) of Signature Resolution has agreed to serve as the Special Master in this action" and expects to be able to complete the assignment within 30 days.  Dkt. No. 378 at 4.  Accordingly, consistent with the parties' agreement and Judge Walsh's consent, the court terminates the appointment of Judge Stone and appoints Judge Walsh as a special master pursuant to Rule 53(a)(1)(A).  Judge Walsh shall investigate the parties' noncompliance with the Court's orders addressed in the orders at Dkt. Nos. 213, 223, 238, and 251, including by (1) reviewing the correspondence filed by the parties at Dkt. Nos. 164 and 165, (2) interviewing

whomever he believes is necessary to evaluate counsel's compliance with their professional obligations and the court's orders, and (3) reviewing as much of the docket as he believes is helpful for context.  Judge Walsh's fees shall be equally divided between the two sides, and the parties shall pay Judge Walsh directly in the manner he directs.  No later than April 3, 2026, Judge Walsh shall file a report on his investigation, including his recommendations as to what sanctions and referrals may be warranted.  The parties shall promptly provide a copy of this order to Judge Walsh and Judge Stone and file a declaration that they have done so by February 25, 2026.  If Judge Walsh upon receiving this order does not believe he will be able to complete his investigation and report by April 3, he shall promptly notify the Court and may file a request for more time that proposes a reasonable alternative deadline.

Date: February 23, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge