John J. Shaeffer (SBN 138331)
jshaeffer@foxrothschild.com
Matthew Follett (SBN 325481)
mfollett@foxrothschild.com
Meeghan H. Tirtasaputra (SBN 325572)
mtirtasaputra@foxrothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone: 310.598.4150
Facsimile: 310.556.9828

Attorneys for Plaintiff and Counterclaim Defendant SHAKEY'S PIZZA ASIA VENTURES, INC. and Third Party Defendants CINCO CORPORATION, PC INTERNATIONAL PTE LTD., and SPAVI INTERNATIONAL USA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

Plaintiff,

v.

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING, LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company; J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100,

Case No. 2:24-CV-04546-SB(AGRx)

*The Hon. Stanley Blumenfeld, Jr.*

**DECLARATION OF MEEGHAN H. TIRTASAPUTRA REGARDING JUDGE PATRICK J. WALSH'S (RET.) CONSENT, CERTIFICATION, AND OATH AS NEW SPECIAL MASTER (DKT. 379)**

inclusive,

Defendants.

---

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

Counter-Claimants,

v.

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

Counter Defendant.

---

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

Third Party Plaintiffs,

v.

PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and DOES 1 through 10, inclusive,

Third Party Defendants.

**DECLARATION OF MEEGHAN H. TIRTASAPUTRA**

I, Meeghan H. Tirtasaputra, state and declare as follows:

1. I am an attorney, duly licensed to practice law in the State of California and admitted to practice in the Central District of California. I am an attorney at Fox Rothschild LLP, counsel of record for Plaintiff and Counterclaim Defendant Shakey's Pizza Asia Ventures, Inc. and Third Party Defendants Cinco Corporation, PC International PTE Ltd., and SPAVI International USA, Inc. Unless otherwise stated, I make this declaration of my own personal knowledge and could and would so testify if called.

2. On or about February 24, 2026, I received an email from Judge Patrick J. Walsh's (Ret.) case administrator, Moonhey Kim, providing Judge Walsh's Consent, Certification, and Oath with regard to this Court's appointment as the Special Master in this action. This email and Judge Walsh's Consent, Certification, and Oath are collectively attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on February 24, 2026 at Los Angeles, California.

*/s/ Meeghan H. Tirtasaputra*
Meeghan H. Tirtasaputra

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on February 24, 2026, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's ECF filing system. I further certify that all counsel for all parties to this action are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2026

**FOX ROTHSCHILD LLP**

*/s/ Meeghan H. Tirtasaputra*
Meeghan H. Tirtasaputra

# EXHIBIT A

| | |
|---|---|
| **From:** | Moonhey Kim |
| **To:** | Nwasike, Jessica; Shaeffer, John J.; Zolliecoffer, Jordan; Murphy, Michael D.; Follett, Matthew; Tirtasaputra, Meeghan H.; aberal@blankrome.com; jamison.gilmore@blankrome.com; todd.malynn@blankrome.com |
| **Cc:** | ARCDocketing; ca.dkt; Arjam, Farshid; Hendel, William; aj.cruickshank@blankrome.com; ann.grosso@blankrome.com; courtmail@blankrome.com; docketing@blankrome.com; edocketing@blankrome.com; Jesse Centeno |
| **Subject:** | [EXT] Case ID: KQXDQ Shakey's Pizza Asia Ventures, Inc v. PCJV USA, LLC et al. |
| **Date:** | Tuesday, February 24, 2026 11:25:20 AM |
| **Attachments:** | image001[11].png<br>image002[93].png<br>Shakey's Pizza Asia Ventures, Inc v. PCJV USA, LLC et al. - Consent, Certification & Oath.pdf |

Counsel,

Please see attached consent, certification and oath for filing with the court.

Thank you,

**Moonhey Kim**

**P** (213) 433-5772

**W** signatureresolution.com

**E** mkim@signatureresolution.com

SIGNATURE
RESOLUTION

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Hon. Patrick J. Walsh (Ret.)
Signature Resolution, LLC
633 West 5th Street, Suite 1000
Los Angeles, CA 90071
(213) 622-1002
judgewalsh@signatureresolution.com
**Special Master**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Plaintiff,**<br><br>**SHAKEY'S PIZZA ASIA VENTURES, INC.,**<br><br>**and**<br><br>**Defendant**<br><br>**PCJV USA, LLC** | Case No. 2:24-cv-04546-SB-AGR<br><br>Assigned to the Hon. Stanley Blumenfeld, Jr.<br><br>Division: 6C<br><br>**CONSENT, CERTIFICATION AND OATH BY NEUTRAL** |

I, Patrick J. Walsh, an active member of the State Bar of California (#175305), hereby consent to act as a Special Master and Mediator in the above entitled matter and as set forth in the filed Case Management Order No. 1 and certify that I am aware of and will comply with the applicable provisions of canon 6 of the Code of Judicial Ethics and with the California Rules of Court. My business address and telephone number are Signature Resolution, 633 West 5th Street, Suite 1000, Los Angeles, CA 90071; Tel: (213) 622-1002

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2/23/2026

Date

DocuSigned by:
Hon. Patrick J. Walsh (Ret.)
C81CA553380D43E...

HON. PATRICK J. WALSH (RET.)

I, Patrick J. Walsh, do solemnly swear that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter.

2/23/2026

Date

DocuSigned by:
Hon. Patrick J. Walsh (Ret.)
C81CA553380D43E...

HON. PATRICK J. WALSH (RET.)

# PROOF OF SERVICE

**RE:** **Shakey's Pizza Asia Ventures, Inc v. PCJV USA, LLC et al.**
**Case ID: KQXDQ**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 633 West 5th Street, Suite 1000 Los Angeles, CA 90071

On February 24, 2026 I served the **CONSENT, CERTIFICATION AND OATH BY NEUTRAL** on the following parties. Placing a true copy to all parties as follows:

Jessica Nwasike, Esq.
John J. Shaeffer, Esq.
Jordan K. Zolliecoffer, Esq.
Matthew R. Follett, Esq.
Meeghan H. Tirtasaputra, Esq.
Michael D. Murphy, Esq.
FOX ROTHSCHILD LLP
10250 Constellation Boulevard
Suite 900
Los Angeles, CA 90067
jnwasike@foxrothschild.com
jshaeffer@foxrothschild.com
jzolliecoffer@foxrothschild.com
mfollett@foxrothschild.com
mtirtasaputra@foxrothschild.com
mdmurphy@foxrothschild.com
cc: farjam@foxrothschild.com
cc: ca.dkt@foxrothschild.com
cc: arcdocketing@foxrothschild.com
cc: whendel@foxrothschild.com

Arash Beral, Esq.
Jamison T. Gilmore, Esq.
Todd M. Malynn, Esq.
BLANK ROME LLP
2029 Century Park East
6th Floor
Los Angeles, CA 90067
aberal@blankrome.com
jamison.gilmore@blankrome.com
todd.malynn@blankrome.com
cc: aj.cruickshank@blankrome.com
cc: ann.grosso@blankrome.com
cc: courtmail@blankrome.com
cc: docketing@blankrome.com
cc: edocketing@blankrome.com

( ) BY U.S. MAIL: I caused such envelope(s), with postage fully prepaid, to be placed in the U.S. Mail at Los Angeles, California.

( ) BY FACSIMILE: I caused such document to be sent via facsimile to each person.

(X) BY ELECTRONIC MAIL: I caused such document to be sent via electronic mail to each person.

( ) BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the office of the addressee.

(X) STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( ) FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 24, 2026 at Los Angeles, California.

*Moonhey Kim*
Moonhey Kim
Signature Resolution