# EXHIBIT A

| | |
|---|---|
| **From:** | Moonhey Kim |
| **To:** | Nwasike, Jessica; Shaeffer, John J.; Follett, Matthew; Tirtasaputra, Meeghan H.; aberal@blankrome.com; jamison.gilmore@blankrome.com; todd.malynn@blankrome.com |
| **Cc:** | ARCDocketing; ca.dkt; Arjam, Farshid; Hendel, William; aj.cruickshank@blankrome.com; ann.grosso@blankrome.com; courtmail@blankrome.com; docketing@blankrome.com; edocketing@blankrome.com |
| **Subject:** | [EXT] Case ID: KQXDQ Shakey's Pizza Asia Ventures, Inc v. PCJV USA, LLC et al. |
| **Date:** | Monday, March 9, 2026 2:28:31 PM |
| **Attachments:** | image001[92].png<br>image002[71].png<br>Shakey's Pizza Asia Ventures, Inc v. PCJV USA, LLC et al. - Affidavit.pdf |

Counsel,

Please see signed affidavit for filing with the court.

Thank you,

**Moonhey Kim**

P (213) 433-5772

W signatureresolution.com

E mkim@signatureresolution.com

SIGNATURE RESOLUTION

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Hon. Patrick J. Walsh (Ret.)
SIGNATURE RESOLUTION, LLC
633 West 5th Street, Suite 1000
Los Angeles, CA 90071
(213) 622-1002
judgewalsh@signatureresolution.com
**Special Master**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Plaintiff,** | Case No. 2:24-cv-04546-SB-AGR |
| **SHAKEY'S PIZZA ASIA VENTURES, INC.,** | Assigned to the Hon. Stanley Blumenfeld, Jr. |
| and | Division: 6C |
| **Defendant** | **SPECIAL MASTER AFFIDAVIT** |
| **PCJV USA, LLC** | |

On February 23, 2026, the Hon. Stanley Blumenfeld, Jr. issued an order appointing Hon. Patrick J. Walsh (Ret.) as a Special Master, pursuant to Federal Rule of Civil Procedure 53. The rule requires that Judge Walsh file an affidavit under Federal Rule of Civil Procedure 53(b)(3)(A).

Judge Walsh has reviewed the pleadings and the docket and determined, pursuant to Rule 53(a)(2), that he does not have a relationship to the parties, attorneys, action, or court that would require disqualification of a judge under 28 U.S.C. Section 455.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 5, 2026

*Patrick J. Walsh*

HON. PATRICK J. WALSH (Ret.)
Special Master

# PROOF OF SERVICE

RE:     Shakey's Pizza Asia Ventures, Inc v. PCJV USA, LLC et al.
        Case ID: KQXDQ

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 633 West 5th Street, Suite 1000 Los Angeles, CA 90071

On March 9, 2026 I served the **SPECIAL MASTER AFFIDAVIT** on the following parties. Placing a true copy to all parties as follows:

| | |
|---|---|
| Jessica Nwasike, Esq. | Arash Beral, Esq. |
| John J. Shaeffer, Esq. | Jamison T. Gilmore, Esq. |
| Matthew R. Follett, Esq. | Todd M. Malynn, Esq. |
| Meeghan H. Tirtasaputra, Esq. | BLANK ROME LLP |
| FOX ROTHSCHILD LLP | 2029 Century Park East |
| 10250 Constellation Boulevard | 6th Floor |
| Suite 900 | Los Angeles, CA 90067 |
| Los Angeles, CA 90067 | aberal@blankrome.com |
| jnwasike@foxrothschild.com | jamison.gilmore@blankrome.com |
| jshaeffer@foxrothschild.com | todd.malynn@blankrome.com |
| mfollett@foxrothschild.com | cc: aj.cruickshank@blankrome.com |
| mtirtasaputra@foxrothschild.com | cc: ann.grosso@blankrome.com |
| cc: farjam@foxrothschild.com | cc: courtmail@blankrome.com |
| cc: ca.dkt@foxrothschild.com | cc: docketing@blankrome.com |
| cc: arcdocketing@foxrothschild.com | cc: edocketing@blankrome.com |
| cc: whendel@foxrothschild.com | |

( )  BY U.S. MAIL:              I caused such envelope(s), with postage fully prepaid, to be placed in the U.S. Mail at Los Angeles, California.

( )  BY FACSIMILE:              I caused such document to be sent via facsimile to each person.

(X)  BY ELECTRONIC MAIL:        I caused such document to be sent via electronic mail to each person.

( )  BY PERSONAL SERVICE:       I caused such envelope to be delivered by hand to the office of the addressee.

(X)  STATE:                     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( )  FEDERAL:                   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 9, 2026 at Los Angeles, California.

*Moonhey Kim*
Moonhey Kim
Signature Resolution