**BLANK ROME LLP**
Todd M. Malynn (SBN 181595)
todd.malynn@blankrome.com
Arash Beral (SBN 245219)
arash.beral@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:    424.239.3434

Attorneys for Defendants, Counterclaimants, and Third Party Plaintiffs PCJV USA, LLC, PCI TRADING LLC, POTATO CORNER, LA GROUP, LLC, GK CAPITAL GROUP, LLC, NKM CAPITAL GROUP, LLC and GUY KOREN, and Defendants J & K AMERICANA, LLC, J&K LAKEWOOD, LLC, J&K OAKRIDGE, LLC, J&K VALLEY FAIR, LLC, J & K ONTARIO, LLC, J&K PC TRUCKS, LLC, HLK MILPITAS, LLC, and GK CERRITOS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>PCJV USA, LLC, a Delaware limited liability company; PCI TRADING , LLC, a Delaware limited liability company; GUY KOREN, an individual; POTATO CORNER LA GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP, LLC, a California limited liability company; J & K AMERICANA, LLC, a California limited liability company; J&K LAKEWOOD, LLC, a California limited liability company; J&K VALLEY FAIR, LLC, a California limited liability company; J & K ONTARIO, LLC, a California limited liability company; HLK MILPITAS, LLC, a California, limited liability company; GK CERRITOS, LLC, a California, limited liability company;  J&K PC TRUCKS, LLC, a California limited liability company; and, GK CAPITAL GROUP, LLC, a California limited liability company and DOES 1 through 100, inclusive, | Case No. 2:24-CV-04546-SB(AGRx)<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**DEFENDANTS' COUNSEL'S STATEMENT OF NON-OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION (DKT. NO. 391) WITH LIMITED CLARIFICATION**<br><br>Complaint Filed:    May 31, 2024 |

Defendants.

_____

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

Counter-Claimants,

v.

SHAKEY'S PIZZA ASIA VENTURES, INC, a Philippines corporation,

Counter Defendant.

_____

PCJV USA, LLC, a Delaware limited liability company; PCI TRADING LLC, a Delaware limited liability company; POTATO CORNER LA GROUP LLC, a California limited liability company; GK CAPITAL GROUP, LLC, a California limited liability company; NKM CAPITAL GROUP LLC, a California limited liability company; and GUY KOREN, an individual,

Third Party Plaintiffs,

v.

PC INTERNATIONAL PTE LTD., a Singapore business entity; SPAVI INTERNATIONAL USA, INC., a California corporation; CINCO CORPORATION, a Philippines corporation; and ROES 1 through 10, inclusive,

Third Party Defendants.

_____

2

**DEFENDANTS' COUNSEL'S STATEMENT OF NON-OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION (DKT. NO. 391) WITH LIMITED CLARIFICATION**

Defendants' counsel, Todd Malynn and Arash Beral, respectfully submit this statement in response to the Report and Recommendation of Special Master Hon. Patrick J. Walsh (Ret.) filed on April 3, 2026 (Dkt. No. 391) (the "Report"). Defendants' counsel do not object to the Report's recommendations and have the highest regard for the Special Master, who conducted a thorough, fair, and professional investigation. Defense counsel file this limited statement only because the Report (necessarily) summarizes claims from former opposing counsel and sometimes does not summarize defense counsel's answers to those claims, which could *potentially* leave the District Court with an incomplete impression.

For example, at page 9 of the Report, the Special Master recounts former opposing counsel's account of the July 24, 2025 stipulation, who suggested some wrongdoing by defense counsel by allegedly removing required language that would have satisfied the Court's requirements. The full record, however, demonstrates otherwise—as defense counsel established with the Special Master—that none of the material that was removed from the Plaintiff-proposed document involved language that would have satisfied the Court's requirements and, moreover, Defendants were merely agreeing not to oppose an extension request made solely by the SPAVI Parties. *See* Dkt. No. 249-1 at ¶ 29; *see also* Dkt. No. 225 ("the SPAVI Parties requested Defendants to stipulate to more time to meet and confer over the second set of pretrial documents, and Defendants agreed to so stipulate.").

Defense counsel understand that the Report was not intended to serve as a comprehensive record of every dispute, and only are cognizant of how the District Court *may* interpret the Report without additional context and, therefore, out of an abundance of caution, file this statement. Defendants and their counsel thank the Special Master for all of the time and effort he devoted to completing this investigation and filing his Report.

3
**DEFENDANTS' COUNSEL'S STATEMENT OF NON-OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION (DKT. NO. 391) WITH LIMITED CLARIFICATION**

DATED: April 17, 2026          **BLANK ROME LLP**


By: */s/ Todd M. Malynn*
    Todd M. Malynn
    Arash Beral
Attorneys for Defendants J & K
AMERICANA, LLC, J&K LAKEWOOD,
LLC, J&K OAKRIDGE, LLC, J&K
VALLEY FAIR, LLC, J & K ONTARIO,
LLC, J&K PC TRUCKS, LLC, HLK
MILPITAS, LLC, and GK CERRITOS, LLC

**DEFENDANTS' COUNSEL'S STATEMENT OF NON-OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION (DKT. NO. 391) WITH LIMITED CLARIFICATION**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on April 17, 2026, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2026.


By:   */s/AJ Cruickshank*

**DEFENDANTS' COUNSEL'S STATEMENT OF NON-OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION (DKT. NO. 391) WITH LIMITED CLARIFICATION**